**No. 22-16413**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

Kari Lake, Mark Finchem,

*Plaintiffs-Appellants*,

v.

Kathleen Hobbs, as Arizona Secretary of State; Bill Gates, Clint Hickman, Jack Sellers, Thomas Galvin, and Steve Gallardo, in their capacity as members of the Maricopa Board of Supervisors; Rex Scott, Matt Heinz, Sharon Bronson, Steve Christy, Adelita Grijalva, as Members of the Pima County Board of Supervisors,

Defendants-Appellees.

On Appeal from the United States District Court
for the District of Arizona
No. 22-cv-00677-JJT
Hon. John J. Tuchi

---

**Addendum to Appellants' Motion to Recall Mandate**

---

Kurt Olsen
(DC Bar No. 445279)
Olsen Law, P.C.
1250 Connecticut Ave., NW
Suite 700
Washington, DC 20036
(202) 408-7025
ko@olsenlawpc.com

*Attorney for Appellants*
*Kari Lake and Mark Finchem*

# ADDENDUM

*Lake v. Fontes*, No. 22-16413 (Oct. 16, 2023) ........................................ 1a

ARIZ. R. PROF'L. COND. 1.6 ....................................................................... 12a

ARIZ. R. PROF'L. COND. 3.3 ....................................................................... 19a

Supreme Court of Arizona, Attorney Ethics Advisory Committee, Ethics
    Opinion EO-20-0007, 1 (May 19, 2021) ......................................... 25a

Ariz. Sec'y of State, 2019 Elections Procedures Manual (excerpt) .................... 35a

Maricopa County Election Facts—Voting Equipment & Accuracy (excerpt) ...... 39a

Letter from Kurt B. Olsen to Appellees' Counsel (Apr. 2, 2024) ......................... 41a

Declaration of Clay U. Parikh (Mar. 18, 2024) .................................................... 67a

Second Declaration of Benjamin R. Cotton (Mar. 19, 2024) ............................. 110a

Letter from Rachel Mitchell, Maricopa County Attorney, to Kurt B. Olsen
    (Apr. 10, 2024) ............................................................................. 196a

Letter from Kara Karlson, Arizona Office of Attorney General, to Kurt B.
    Olsen (Apr. 11, 2024) ................................................................... 198a

**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| KARI LAKE; MARK FINCHEM, | No. 22-16413 |
| *Plaintiffs-Appellants*, | D.C. No. 2:22-cv-00677-JJT |
| v. | |
| ADRIAN FONTES, Arizona Secretary of State; BILL GATES, as a member of the Maricopa County Board of Supervisors; CLINT HICKMAN, as a member of the Maricopa County Board of Supervisors; JACK SELLERS, as a member of the Maricopa County Board of Supervisors; THOMAS GALVIN, as a member of the Maricopa County Board of Supervisors; STEVE GALLARDO, as a member of the Maricopa County Board of Supervisors; MARICOPA COUNTY BOARD OF SUPERVISORS; REX SCOTT, as a member of the Pima County Board of Supervisors; MATT HEINZ, as a member of the Pima County Board of Supervisors; SHARON BRONSON, as a member of the Pima County Board of | OPINION |

2                          LAKE V. FONTES

Supervisors; STEVE CHRISTY, as a
member of the Pima County Board of
Supervisors; ADELITA GRIJALVA,
as a member of the Pima County
Board of Supervisors,

                         *Defendants-Appellees*.

Appeal from the United States District Court
for the District of Arizona
John Joseph Tuchi, District Judge, Presiding

Argued and Submitted September 12, 2023
Phoenix, Arizona

Filed October 16, 2023

Before:  Ronald M. Gould, Andrew D. Hurwitz, and
Patrick J. Bumatay, Circuit Judges.

Per Curiam Opinion

# SUMMARY*

## Civil Rights/Elections

The panel affirmed the district court's dismissal for lack of standing of an action, brought before the 2022 general election by former Republican nominees for Governor and Secretary of State of Arizona, alleging that Arizona's use of electronic tabulation systems violated the federal Constitution.

The gravamen of Plaintiffs' operative complaint is that notwithstanding safeguards, electronic tabulation systems are particularly susceptible to hacking by non-governmental actors who intend to influence election results. On appeal, Plaintiffs conceded that their arguments were limited to potential future hacking, and not based on any past harm.

The panel held that because Plaintiffs are no longer nominated candidates for state office and no longer seek relief related to the 2022 election, they likely now lacked standing on that ground. But even assuming Plaintiffs could continue to claim standing as prospective voters in future elections, they had not alleged a particularized injury and therefore failed to establish the kind of injury Article III requires. None of Plaintiffs' allegations supported a plausible inference that their individual votes in future elections will be adversely affected by the use of electronic tabulation, particularly given the robust safeguards in Arizona law, the use of paper ballots, and the post-tabulation retention of those ballots. The panel concluded that

---

* This summary constitutes no part of the opinion of the court. It has been prepared by court staff for the convenience of the reader.

speculative allegations that voting machines may be hackable were insufficient to establish an injury in fact under Article III.

---

## COUNSEL

Andrew D. Parker (argued), Parker Daniels Kibort LLC, Minneapolis, Minnesota; Kurt Olsen, Olsen Law PC, Washington, D.C.; for Plaintiffs-Appellants.

Kara M. Karlson (argued), Deputy Attorney General, Arizona Attorney General's Office, Phoenix, Arizona; Craig A. Morgan, Shayna G. Stuart, and Jake T. Rapp, Sherman & Howard LLC, Phoenix, Arizona; for Defendant/Appellee Arizona Secretary of State Adrian Fontes

Emily M. Craiger (argued), Burgess Law LLC, Phoenix, Arizona; Rachel H. Mitchell, Maricopa County Attorney; Thomas P. Liddy, Joseph J. Branco, Joseph E. La Rue, and Karen J. Hartman-Tellez, Deputy County Attorneys; Maricopa County Attorney's Office, Civil Services Division, Phoenix, Arizona; for Maricopa County Defendants-Appellees Bill Gates, Clint Hickman, Jack Sellers, Thomas Galvin, and Steve Gallardo.

Laura Conover, Pima County Attorney; Daniel Jurkowitz, Deputy County Attorney; Pima County Attorney's Office, Civil Division, Tucson, Arizona; for Pima County Defendants-Appellees Rex Scott, Matt Heinz, Sharon Bronson, Steve Christy, and Adelita Grijalva.

# OPINION

PER CURIAM:

Kari Lake and Mark Finchem ("Plaintiffs"), the Republican nominees for Governor and Secretary of State of Arizona, filed this action before the 2022 general election, contending that Arizona's use of electronic tabulation systems violated the federal Constitution.[1] The district court dismissed their operative first amended complaint for lack of Article III standing. *Lake v. Hobbs*, 623 F. Supp. 3d 1015, 1027–29 (D. Ariz. 2022).

Plaintiffs' candidacies failed at the polls, and their various attempts to overturn the election outcome in state court have to date been unavailing.[2] On appeal, they no longer seek any relief concerning the 2022 election, but instead seek to bar use of electronic tabulation systems in future Arizona elections. We agree with the district court that Plaintiffs' "speculative allegations that voting machines may be hackable are insufficient to establish an injury in fact under Article III," *Lake*, 623 F. Supp. 3d at 1029, and affirm.

## I.

Arizona authorized electronic tabulation of election ballots in 1966. *See* H.B. 204, 27th Leg., 2d. Reg. Sess.

---

[1] Plaintiffs raised no federal statutory claims and have withdrawn the state law claims raised in their operative complaint on appeal.

[2] *See, e.g.*, *Lake v. Hobbs*, 525 P.3d 664 (Ariz. Ct. App. 2023); Order, *Finchem v. Fontes*, No. CV 23-0064 (Ariz. Ct. App. Aug. 1, 2023).

(Ariz. 1966).[3]  Under the Arizona election system, voters mark their choices on paper ballots, which are then fed into electronic machines for tabulation.  Ariz. Rev. Stat. §§ 16-462, 16-468(2), 16-502(A).[4]  Before being certified for use in elections, the tabulation machines are tested by an accredited laboratory and the Secretary of State's Certification Committee.  Ariz. Rev. Stat. § 16-442; *see also* §16-552 (identical testing requirement for tabulation of early ballots).  The certified machines are then subjected to pre-election logic and accuracy tests by the Secretary of State and the election officials of each county.  Ariz. Rev. Stat. § 16-449; Ariz. Sec'y of State, 2019 Election Procedures Manual ("2019 EPM") at 86.[5]

After tabulation by machines, the paper ballots cast by each voter are retained for post-election audits and possible recounts.  After an election, political party representatives

---

[3] Like the district court, we take judicial notice of relevant Arizona statutes and the Secretary of State's 2019 Election Procedures Manual.  *See* Fed. R. Evid. 201(b); *Lake*, 623 F. Supp. 3d at 1023 n.5.  We find it unnecessary to rely on any testimony from the preliminary injunction hearing.  *See id.* at 1023 (citing testimony from preliminary injunction hearing).

[4] Despite the state-law requirement that voters mark paper ballots, the operative complaint requested that the district court mandate use of "paper ballots" in the 2022 general election.  Plaintiffs' attorneys were sanctioned in part for "misrepresentations about Arizona's use of paper ballots."  *Lake v. Hobbs*, 643 F. Supp. 3d 989, 1001 (D. Ariz. 2022).  Appeals of that sanctions order are pending separately.  *See Lake v. Gates, et. al.*, No. 23-16022 (9th Cir. *appeal docketed* Jul. 24, 2023); *Lake v. Gates, et. al.*, No. 23-16023 (9th Cir. *appeal docketed* Jul. 24, 2023).

[5] The current manual does not differ from the 2019 Manual in any respect relevant to this opinion.  *See* Ariz. Sec'y of State, 2023 Election Procedures Manual.

conduct a sample hand count of the paper ballots under the oversight of county elections departments. Ariz. Rev. Stat. § 16-602. The counties then perform additional logic and accuracy testing. 2019 EPM at 235. Arizona law mandates a recount whenever the margin between the top two candidates "is less than or equal to one-half of one percent of the number of votes cast for both such candidates or on such measures or proposals." Ariz. Rev. Stat. § 16-661.

When not in use, the hardware components of electronic tabulation systems are inventoried, stored in secure locations, and sealed with tamper-resistant seals. 2019 EPM at 95–96. An electronic tabulation system may not be connected to the internet, wireless communications devices, or external networks and may "not contain remote access software or any capability to remotely-access the system." 2019 EPM at 96.

## II.

The gravamen of Plaintiffs' operative complaint is that notwithstanding safeguards, electronic tabulation systems are particularly susceptible to hacking by non-governmental actors who intend to influence election results. Although the operative complaint cites opinions by purported experts on manipulation risk and alleges that difficulties have occurred in other states using electronic tabulation systems, it does not contend that any electronic tabulation machine in Arizona has ever been hacked. And, on appeal, counsel for Plaintiffs conceded that their arguments were limited to potential future hacking, and not based on any past harm.

## A.

The district court held that, even accepting the factual allegations of the operative complaint as true, Plaintiffs had

not established Article III standing to sue. *Lake*, 623 F. Supp. 3d at 1029. Article III requires, at an "irreducible constitutional minimum," that a plaintiff have "(1) suffered an injury in fact, (2) that is fairly traceable to the challenged conduct of the defendant, and (3) that is likely to be redressed by a favorable judicial decision." *Spokeo, Inc. v. Robins*, 578 U.S. 330, 338 (2016) (citing *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560–61 (1992)). The plaintiff must demonstrate a "concrete and particularized" and "actual or imminent" "invasion of a legally protected interest." *Lujan*, 504 U.S. at 560. A "concrete" injury must be "real," *Spokeo*, 578 U.S. at 340, and an "imminent" one must be "certainly impending," *Clapper v. Amnesty Int'l USA*, 568 U.S. 398, 409 (2013). "[A]n abstract, theoretical concern will not do." *Pierce v. Ducey*, 965 F.3d 1085, 1089 (9th Cir. 2020).

An injury is "particularized" when it impacts a plaintiff in a "personal and individual way." *Spokeo*, 578 U.S. at 339 (quoting *Lujan*, 504 U.S. at 560 n.1). "An interest shared generally with the public at large in the proper application of the Constitution and laws will not do." *Arizonans for Off. Eng. v. Arizona*, 520 U.S. 43, 64 (1997); *see also Pierce*, 965 F.3d at 1089.

### 1.

Plaintiffs assert standing as the nominated candidates of their party and as voters. Because Lake and Finchem are no longer nominated candidates for state office and no longer seek relief related to the 2022 election, they likely now lack standing on that ground. *See TransUnion LLC v. Ramirez*, 141 S. Ct. 2190, 2208 (2021) ("Plaintiffs must maintain their personal interest in the dispute at all stages of litigation."). But even assuming Plaintiffs can continue to claim standing

as prospective voters in future elections, they have not established the kind of injury Article III requires.

We note as an initial matter that the precise nature of Plaintiffs' claimed injury is not clear.  Although Plaintiffs contend that the use of electronic tabulation systems denies them a "fundamental right" to vote, they do not allege that the State has in any way burdened their individual exercise of the franchise.  *See, e.g.*, *Harper v. Virginia State Bd. of Elections*, 383 U.S. 663, 665–66 (1966) (finding a fee an unconstitutional burden on the right to vote).  Nor do they claim that the Arizona system discriminates against them because of race, sex, inability to pay a poll tax, or age.  *See* U.S. Const. amends. XV, XIX, XXIV, or XXVI.

Moreover, Plaintiffs do not appear to allege a particularized injury.  They do not allege that the tabulation of *their* votes will be manipulated.  Rather, as the district court noted, they at most assert a "generalized interest in seeing that the law is obeyed," an interest that "is neither concrete nor particularized." *Lake*, 623 F. Supp. 3d at 1028 (cleaned up); *see also Lance v. Coffman*, 549 U.S. 437, 441–42 (2007) (finding no particularized injury in voters' challenge to districting plan where "only injury" alleged was that law "has not been followed.").

And, to the extent that Plaintiffs assert a constitutional right to a certain level of accuracy in the Arizona tabulation system, their claim plainly fails. [6]   "[I]t is the job of

---

[6] Plaintiffs cite the "Cyber Ninjas" hand-count audit of Maricopa County votes in 2020 authorized by the Arizona Senate.  But, they overlook the audit report's conclusion that "there were no substantial differences between the hand count of the ballots provided and the official election canvass results for Maricopa County."  *Maricopa County Forensic*

democratically elected representatives to weigh the pros and cons of various balloting systems," recognizing that "[n]o balloting system is perfect." *Weber v. Shelley*, 347 F.3d 1101, 1106–07 (9th Cir. 2003). Indeed, "the possibility of electoral fraud can never be *completely* eliminated." *Id.* at 1106.

2.

In any event, the district court correctly held that Plaintiffs, who claim no past injury, failed to establish that a future injury was either imminent or substantially likely to occur. "Where there is no actual harm . . . its imminence (though not its precise extent) must be established." *Lujan*, 504 U.S. at 564 n.2. Article III requires a "certainly impending" injury or, at the very least, a "substantial risk that the harm will occur," *Susan B. Anthony List v. Driehaus*, 573 U.S. 149, 158 (2014) (cleaned up).

Plaintiffs simply have not plausibly alleged a "real and immediate threat of" future injury. *City of Los Angeles v. Lyons*, 461 U.S. 95, 103 (1983). Rather, as the district court noted, they posit only "conjectural allegations of potential injuries." *Lake*, 623 F. Supp. 3d at 1032. Their operative complaint relies on a "long chain of hypothetical contingencies" that have never occurred in Arizona and "must take place for any harm to occur—(1) the specific voting equipment used in Arizona must have 'security failures' that allow a malicious actor to manipulate vote totals; (2) such an actor must actually manipulate an election; (3) Arizona's specific procedural safeguards must fail to detect the manipulation; and (4) the manipulation

---

*Election Audit, Volume I*, at 1 (Sept. 24, 2021), https://perma.cc/B4EA-U683.

must change the outcome of the election." *Id.* at 1028.  This is the kind of speculation that stretches the concept of imminence "beyond its purpose." *Lujan*, 504 U.S. at 564 n.2.   Plaintiffs' "conjectural allegations of potential injuries," *Lake*, 623 F. Supp. 3d at 1032, are insufficient to plead a plausible "real and immediate threat of" election manipulation, *Lyons*, 461 U.S. at 103.

In the end, none of Plaintiffs' allegations supports a plausible inference that their individual votes in future elections will be adversely affected by the use of electronic tabulation, particularly given the robust safeguards in Arizona law, the use of paper ballots, and the post-tabulation retention of those ballots.[7]   The district court correctly dismissed the operative complaint for lack of Article III standing.[8]

### III.

The judgment of the district court is **AFFIRMED**.

---

[7] *Curling v. Kemp*, a decision cited by Plaintiffs finding plausible an allegation of a "future hacking event," 334 F. Supp. 3d 1303, 1316, 1320 (N.D. Ga. 2018), is not to the contrary.  The plaintiffs in that case alleged that the electronic system at issue "was *actually* accessed or hacked multiple times." *Id.* at 1314.  And, the electronic machines used in Georgia did "not create a paper trail." *Id.* at 1308.  In Arizona, "every vote cast can be tied to a paper ballot." *Lake*, 623 F. Supp. 3d at 1028 n.13.

[8] We therefore find it unnecessary to address the district court's holding that the complaint must also be dismissed under the Eleventh Amendment for failure to plausibly allege a constitutional violation. *See Lake*, 623 F. Supp. 3d at 1032.

## ARIZ. R. PROF'L. COND. 1.6 (ER 1.6. Confidentiality of Information)

(a) A lawyer shall not reveal information relating to the representation of a client unless the client gives informed consent, the disclosure is impliedly authorized in order to carry out the representation or the disclosure is permitted or required by paragraphs (b), (c) or (d), or ER 3.3(a)(3).

(b) A lawyer shall reveal such information to the extent the lawyer reasonably believes necessary to prevent the client from committing a criminal act that the lawyer believes is likely to result in death or substantial bodily harm.

(c) A lawyer may reveal the intention of the lawyer's client to commit a crime and the information necessary to prevent the crime.

(d) A lawyer may reveal such information relating to the representation of a client to the extent the lawyer reasonably believes necessary:

(1) to prevent the client from committing a crime or fraud that is reasonably certain to result in substantial injury to the financial interests or property of another and in furtherance of which the client has used or is using the lawyer's services;

(2) to mitigate or rectify substantial injury to the financial interests or property of another that is reasonably certain to result or has resulted from the client's commission of a crime or fraud in furtherance of which the client has used the lawyer's services;

(3) to secure legal advice about the lawyer's compliance with these Rules;

(4) to establish a claim or defense on behalf of the lawyer in a controversy between the lawyer and the client, to establish a defense to a criminal charge or civil claim against the lawyer based upon conduct in which the client was involved, or to respond to allegations in any proceeding concerning the lawyer's representation of the client; or

(5) to comply with other law or a final order of a court or tribunal of competent jurisdiction directing the lawyer to disclose such information.

(6) to prevent reasonably certain death or substantial bodily harm.

(7) to detect and resolve conflicts of interest arising from the lawyer's change of employment or from changes in the composition or ownership of a firm, but only if the revealed information would not compromise the attorney-client privilege or otherwise prejudice the client.

(e) A lawyer shall make reasonable efforts to prevent the inadvertent or unauthorized disclosure of, or unauthorized access to, information relating to the representation of a client.

## 2003 Comment [Amended 2021]

[1] This Rule governs the disclosure by a lawyer of information relating to the representation of a client during the lawyer's representation of the client. See ER 1.18 for the lawyer's duties with respect to information provided to the lawyer by a prospective client. ER 1. 9(c)(2) for the lawyer's duty not to reveal information relating to the lawyer's prior representation of a former client and ERs 1.8(b) and 1.9(c)(1) for the lawyer's duties with respect to the use of such information to the disadvantage of clients and former clients.

[2] A fundamental principle in the client-lawyer relationship is that. in the absence of the client's informed consent. the lawyer must not reveal information relating to the representation. See ER 1.0(e) for the definition of informed consent. This contributes to the trust that is the hallmark of the client-lawyer relationship. The public is better protected if full and open communication by the client is encouraged than if it is inhibited. The client is thereby encouraged to seek legal assistance and to communicate fully and frankly with the lawyer even as to embarrassing or legally damaging subject matter. The lawyer needs this information to represent the client effectively and, if necessary, to advise the client to refrain from wrongful conduct. Almost without exception, clients come to lawyers in order to determine their rights and what is, in the complex of laws and regulations, deemed to be legal and correct. Based upon experience, lawyers know that almost all clients follow the advice given, and the law is upheld.

[3] The principle of client-lawyer confidentiality is given effect by related bodies of law: the attorney-client privilege, the work product doctrine, and the rule of confidentiality established in professional ethics. The attorney-client privilege and work product doctrine apply in judicial and other proceedings in which a lawyer may be called as a witness or otherwise required to produce evidence concerning a client. The rule of client-lawyer confidentiality also applies in such situations where evidence is sought from the lawyer through compulsion of law. The confidentiality rule, for example, applies not only to matters communicated in confidence by the client but also to all information relating to the representation, whatever its source. A lawyer may not disclose such information except as authorized or required by the Rules of Professional Conduct or other law.

[4] Paragraph (a) prohibits a lawyer from revealing information relating to the

representation of a client. This prohibition also applies to disclosures by a lawyer that do not in themselves reveal protected information but could reasonably lead to the discovery of such information by a third person. A lawyer's use of a hypothetical to discuss issues relating to the representation is permissible so long as there is no reasonable likelihood that the listener will be able to ascertain the identity of the client or the situation involved.

**Authorized Disclosure**

[5] Except to the extent that the client's instructions or special circumstances limit that authority, a lawyer is impliedly authorized to make disclosures about a client when appropriate in carrying out the representation in some situations, for example, a lawyer may be impliedly authorized to admit a fact that cannot properly be disputed or, to make a disclosure that facilitates a satisfactory conclusion to a matter. Lawyers in a firm may, in the course of the firm's practice, disclose to each other, and nonlawyers in the firm, information relating to the legal representation of a client of the firm, unless the client has instructed that particular information be confined to specified lawyers. Any such shared information shall be subject to requirements of confidentiality.

[6] The requirement of maintaining confidentiality of information relating to representation applies to government lawyers who may disagree with the policy goals that their representation is designed to advance.

**Disclosure Adverse to Client**

[7] Although the public interest is usually best served by a strict rule requiring lawyers to preserve the confidentiality of information relating to the representation of their clients, the confidentiality rule is subject to limited exceptions.

Paragraph (b) recognizes the overriding value of life and physical integrity, and requires the lawyer to make a disclosure in order to prevent homicide or serious bodily injury that the lawyer reasonably believes is intended by a client. In addition, under paragraph (c), the lawyer has discretion to make a disclosure of the client's intention to commit a crime and the information necessary to prevent it. It is very difficult for a lawyer to "know" when such unlawful purposes will actually be carried out, for the client may have a change of mind.

[8] Paragraph (c) permits the lawyer to reveal the intention of the lawyer's

client to commit a crime and the information necessary to prevent the crime. Paragraph (c) does not require the lawyer to reveal the intention of a client to commit wrongful conduct, but the lawyer may not counsel or assist a client in conduct the lawyer knows is criminal or fraudulent. See ER 1.2(d): see also ER 1.16 with respect to the lawyer's obligation or right to withdraw from the representation from the client in such circumstances. Where the client is an organization, the lawyer may be in doubt whether contemplated conduct will actually be carried out by the organization. Where necessary to guide conduct, in connection with this Rule, the lawyer may make inquiry within the organization as indicated in ER 1.13(b).

[9] The range of situations where disclosure is permitted by paragraph (d)(1) of the Rule is both broader and narrower than those encompassed by paragraph (c). Paragraph (c) permits disclosure only of a client's intent to commit a future crime, but is not limited to instances where the client seeks to use the lawyer's services in doing so. Paragraph (d)(1), on the other hand, applies to both crimes and frauds on the part of the client, and applies to both on-going conduct as well as that contemplated for the future. The instances in which paragraph (d)(1) would permit disclosure, however, are limited to those where the lawyer's services are or were involved, and where the resulting injury is to the financial interests or property of others. In addition to this Rule, a lawyer has a duty under ER 3.3 not to use false evidence.

[10] Paragraph (d)(2) addresses the situation in which the lawyer does not learn of the client's crime or fraud until after it has been consummated. Although the client no longer has the option of preventing disclosure by refraining from the wrongful conduct, there will be situations in which the loss suffered by the affected person can be rectified or mitigated. In such situations, the lawyer may disclose information relating to the representation to the extent necessary to enable the affected persons to mitigate reasonably certain losses or to attempt to recoup their losses. Paragraph (d)(2) does not apply when a person who has committed a crime or fraud thereafter employs a lawyer for representation concerning that offense.

[11] A lawyer's confidentiality obligations do not preclude a lawyer from securing confidential legal advice about the lawyer's personal responsibility to comply with these Rules. In most situations, disclosing information to secure such advice will be impliedly authorized for the lawyer to carry out the representation. Even when the disclosure is not impliedly authorized, paragraph (d)(3) permits such disclosure because of the importance of a lawyer's compliance with the Rules of Professional Conduct.

[12] Where a legal claim or disciplinary charge alleges complicity of the

lawyer in a client's conduct or other misconduct of the lawyer involving representation of the client, the lawyer may respond to the extent the lawyer reasonably believes necessary to establish a defense. The same is true with respect to a claim involving the conduct or representation of a former client. Such a charge can arise in a civil, criminal, disciplinary or other proceeding and can be based on a wrong allegedly committed by the lawyer against the client or on a wrong alleged by a third person, for example, a person claiming to have been defrauded by the lawyer and client acting together. The lawyer's right to respond arises when an assertion of such complicity has been made. Paragraph (d)(4) does not require the lawyer to await the commencement of an action or proceeding that charges such complicity, so that the defense may be established by responding directly to a third party who has made such an assertion. The right to defend also applies, of course, where a proceeding has been commenced.

[13] A lawyer entitled to a fee is permitted by paragraph (d)(4) to prove the services rendered in an action to collect it. This aspect of the Rule expresses the principle that the beneficiary of a fiduciary relationship may not exploit it to the detriment of the fiduciary.

[14] Other law may require that a lawyer disclose information about a client. Whether such a law supersedes ER 1.6 is a question of law beyond the scope of these Rules. When disclosure of information relating to the representation appears to be required by other law, the lawyer must discuss the matter with the client to the extent required by ER 1.4. If, however, the other law supersedes this Rule and requires disclosure, paragraph (d)(5) permits the lawyer to make such disclosures as are necessary to comply with the law.

[15] Paragraph (d)(5) also permits compliance with a court order requiring a lawyer to disclose information relating to a client's representation. If a lawyer is called as a witness to give testimony concerning a client or is otherwise ordered to reveal information relating to the client's representation, however, the lawyer must, absent informed consent of the client to do otherwise and except for permissive disclosure under paragraphs (c) or (d), assert on behalf of the client all nonfrivolous claims that the information sought is protected against disclosure by this Rule, the attorney-client privilege, the work product doctrine, or other applicable law. In the event of an adverse ruling, the lawyer must consult with the client about the possibility of appeal. See ER 1.4. Unless review is sought, however, paragraph (d)(5) permits the lawyer to comply with the court's order.

[16] In situations not covered by the mandatory disclosure requirements of paragraph (b), paragraph (d)(6) permits discretionary disclosure when the lawyer

reasonably believes disclosure is necessary to prevent reasonably certain death or substantial bodily harm.

[17] Paragraph (d)(7) recognizes that lawyers in different firms may need to disclose limited information to each other to detect and resolve conflicts of interest, such as when a lawyer is considering an association with another firm, two or more firms are considering a merger, or a lawyer is considering the purchase of a law practice. See ER 1.17, Comment [7]. Under these circumstances, lawyers and law firms are permitted to disclose limited information, but only when there is a reasonable possibility that a new relationship might be established. Any such disclosure should ordinarily include no more than the identity of the persons and entities involved in a matter, a brief summary of the general issues involved, and information about whether the matter has terminated. Even this limited information, however, should be disclosed only to the extent reasonably necessary to detect and resolve conflicts of interest that might arise from the possible new relationship. Moreover, the disclosure of any information is prohibited if it would compromise the attorney-client privilege or otherwise prejudice the client (e.g., the fact that a corporate client is seeking advice on a corporate takeover that has not been publicly announced; that a person has consulted a lawyer about the possibility of divorce before the person's intentions are known to the person's spouse; or that a person has consulted a lawyer about a criminal investigation that has not led to a public charge). Under those circumstances, paragraph (a) prohibits disclosure unless the client or former client gives informed consent. A lawyer's fiduciary duty to the lawyer's firm may also govern a lawyer's conduct when exploring an association with another firm and is beyond the scope of these ERs.

[18] Any information disclosed pursuant to paragraph (d)(7) may be used or further disclosed only to the extent necessary to detect and resolve conflicts of interest. Paragraph (d)(7) does not restrict the use of information acquired by means independent of any disclosure pursuant to paragraph (d)(7). Paragraph (d)(7) also does not affect the disclosure of information within a law firm when the disclosure is otherwise authorized, see Comment [5], such as when a lawyer in a firm discloses information to another lawyer in the same firm to detect and resolve conflicts of interest that could arise in connection with undertaking a new representation.

[19] Paragraph (d) permits disclosure only to the extent the lawyer reasonably believes the disclosure is necessary to accomplish one of the purposes specified. Where practicable, the lawyer should first seek to persuade the client to take suitable action to obviate the need for disclosure. In any case, a disclosure adverse to the client's interest should be no greater than the lawyer reasonably believes necessary to accomplish the purpose. If the disclosure will be made in connection with a

judicial proceeding, the disclosure should be made in a manner that limits access to the information to the tribunal or other persons having a need to know it and appropriate protective orders or other arrangements should be sought by the lawyer to the fullest extent practicable.

[20] Paragraph (d) permits but does not require the disclosure of information relating to a client's representation to accomplish the purposes specified in paragraphs (d)(1) through (d)(5). In exercising the discretion conferred by this Rule, the lawyer may consider such factors as the nature of the lawyer's relationship with the client and with those who might be injured by the client, the lawyer's own involvement in the transaction and factors that may extenuate the conduct in question. A lawyer's decision not to disclose as permitted by paragraph (d) does not violate this Rule. Disclosure may be required, however, by other Rules. Some Rules require disclosure only if such disclosure would be permitted by this Rule. See ERs 1.2(d), 4.1(b), 8.1 and 8.3. ER 3.3, on the other hand, requires disclosure in some circumstances regardless of whether such disclosure is permitted by this Rule. See ER 3.3(b).

## Withdrawal

[21] If the lawyer's services will be used by the client in materially furthering a course of criminal or fraudulent conduct, the lawyer must withdraw, as stated in ER 1.16(a)(1). After withdrawal the lawyer is required to refrain from making disclosure of the client's confidences, except as otherwise provided in ER 1.6. Neither this Rule nor ER 1.8(b) nor ER 1.16(d) prevents the lawyer from giving notice of the fact of withdrawal, and the lawyer may also withdraw or disaffirm any opinion, document, affirmation, or the like.

## Acting Competently to Preserve Confidentiality

[22] Paragraph (e) requires a lawyer to act competently to safeguard information relating to the representation of a client against unauthorized access by third parties and against inadvertent or unauthorized disclosure by the lawyer or other persons who are participating in the representation of the client or who are subject to the lawyer's supervision. See ERs 1.1, 5.1 and 5.3. The unauthorized access to, or the inadvertent or unauthorized disclosure of, information relating to the representation of a client does not constitute a violation of paragraph (e) if the lawyer has made reasonable efforts to prevent the access or disclosure. Factors to be considered in determining the reasonableness of the lawyer's efforts include, but are not limited to, the sensitivity of the information, the likelihood of disclosure if additional safeguards are not employed, the cost of employing additional safeguards,

18a

the difficulty of implementing the safeguards, and the extent to which the safeguards adversely affect the lawyer's ability to represent clients (e.g., by making a device or important piece of software excessively difficult to use). A client may require the lawyer to implement special security measures not required by this ER or may give informed consent to forgo security measures that would otherwise be required by this ER. Whether a lawyer may be required to take additional steps to safeguard a client's information in order to comply with other law, such as state and federal laws that govern data privacy or that impose notification requirements upon the loss of, or unauthorized access to, electronic information, is beyond the scope of these ERs. For a lawyer's duties when sharing information with nonlawyers outside the lawyer's own firm, see ER 5.3, Comments [3]-[4].

[23] When transmitting a communication that includes information relating to the representation of a client, the lawyer must take reasonable precautions to prevent the information from coming into the hands of unintended recipients. This duty, however, does not require that the lawyer use special security measures if the method of communication affords a reasonable expectation of privacy. Special circumstances, however, may warrant special precautions. Factors to be considered in determining the reasonableness of the lawyer's expectation of confidentiality include the sensitivity of the information and the extent to which the privacy of the communication is protected by law or by a confidentiality agreement. A client may require the lawyer to implement special security measures not required by this ER or may give informed consent to the use of a means of communication that would otherwise be prohibited by this ER. Whether a lawyer may be required to take additional steps in order to comply with other law, such as state and federal laws that govern data privacy, is beyond the scope of these ERs.

**Former Client**

[24] The duty of confidentiality continues after the client-lawyer relationship has terminated. See ER 1.9(c)(2). See ER 1.9(c)(1) for the prohibition against using such information to the disadvantage of the former client.

### ARIZ. R. PROF'L. COND. 3.3 (ER 3.3. Candor Toward the Tribunal)

(a) A lawyer shall not knowingly:

(1) make a false statement of fact or law to a tribunal or fail to correct a false statement of material fact or law previously made to the tribunal by the lawyer;

(2) fail to disclose to the tribunal legal authority in the controlling jurisdiction known to the lawyer to be directly adverse to the position of the client and not

disclosed by opposing counsel; or

(3) offer evidence that the lawyer knows to be false. If a lawyer, the lawyer's client or a witness called by the lawyer has offered material evidence and the lawyer comes to know of its falsity, the lawyer shall take reasonable remedial measures, including, if necessary, disclosure to the tribunal. A lawyer may refuse to offer evidence, other than the testimony of a defendant in a criminal matter, that the lawyer reasonably believes is false.

(b) A lawyer who represents a client in an adjudicative proceeding and who knows that a person intends to engage, is engaging or has engaged in criminal or fraudulent conduct related to the proceeding shall take reasonable remedial measures, including, if necessary, disclosure to the tribunal.

(c) The duties stated in paragraphs (a) and (b) continue to the conclusion of the proceeding, and apply even if compliance requires disclosure of information otherwise protected by ER 1.6.

(d) In an ex parte proceeding, a lawyer shall inform the tribunal of all material facts known to the lawyer which will enable the tribunal to make an informed decision, whether or not the facts are adverse.

## Comment

[1] This Rule governs the conduct of a lawyer who is representing a client in the proceedings of a tribunal. See ER 1.0(m) for the definition of "tribunal." It also applies when the lawyer is representing a client in an ancillary proceeding conducted pursuant to the tribunal's adjudicative authority, such as a deposition. Thus, for example, paragraph (a)(3) requires a lawyer to take reasonable remedial measures if the lawyer comes to know that a client who is testifying in a deposition has offered evidence that is false.

[2] This Rule sets forth the special duties of lawyers as officers of the court to avoid conduct that undermines the integrity of the adjudicative process. A lawyer acting as an advocate in an adjudicative proceeding has an obligation to present the client's case with persuasive force. Performance of that duty while maintaining confidences of the client, however, is qualified by the advocate's duty of candor to the tribunal. Consequently, although a lawyer in an adversary proceeding is not required to present an impartial exposition of the law or to vouch for the evidence submitted in a cause; the lawyer must not mislead the tribunal by false statements of law or fact or evidence that the lawyer knows to be false.

**Representations by a Lawyer**

[3] An advocate is responsible for pleadings and other documents prepared for litigation, but is usually not required to have personal knowledge of matters asserted therein, for litigation documents ordinarily present assertions by the client, or by someone on the client's behalf, and not assertions by the lawyer. Compare ER 3.1. However, an assertion purporting to be on the lawyer's own knowledge, as in an affidavit by the lawyer or in a statement in open court, may properly be made only when the lawyer knows the assertion is true or believes it to be true on the basis of a reasonably diligent inquiry. There are circumstances where failure to make a disclosure is the equivalent of an affirmative misrepresentation. The obligation prescribed in ER 1.2(d) not to counsel a client to commit or assist the client in committing a fraud applies in litigation. Regarding compliance with ER 1.2(d), see Comment [10] to that Rule. See ER 8.4(b), Comment [2].

**Legal Argument**

[4] Legal argument based on a knowingly false representation of law constitutes dishonesty toward the tribunal. A lawyer is not required to make a disinterested exposition of the law, but must recognize the existence of pertinent legal authorities. Furthermore, as stated in paragraph (a)(2), an advocate has a duty to disclose directly adverse authority in the controlling jurisdiction which has not been disclosed by the opposing party. The underlying concept is that legal argument is a discussion seeking to determine the legal premises properly applicable to the case.

**Offering Evidence**

[5] Paragraph (a)(3) requires that the lawyer refuse to offer evidence that the lawyer knows to be false, regardless of the client's wishes. This duty is premised on the lawyer's obligation as an officer of the court to prevent the trier of fact from being misled by false evidence. A lawyer does not violate this Rule if the lawyer offers the evidence for the purpose of establishing its falsity.

[6] If a lawyer knows that the client intends to testify falsely or wants the lawyer to introduce false evidence, the lawyer should seek to persuade the client that the evidence should not be offered. If the persuasion is ineffective and the lawyer continues to represent the client, the lawyer must refuse to offer the false evidence. If only a portion of a witness's testimony will be false, the lawyer may call the witness to testify but may not elicit or otherwise permit the witness to present the testimony that the lawyer knows is false.

[7] The duties stated in paragraphs (a) and (b) apply to all lawyers, including defense counsel in criminal cases. In some jurisdictions, however, courts have required counsel to present the accused as a witness or to give a narrative statement if the accused so desires, even if counsel knows that the testimony or statement will be false. Counsel first must attempt to persuade the accused to testify truthfully or not at all. If the client persists, counsel must proceed in a manner consistent with the accused's constitutional rights. See State v. Jefferson, 126 Ariz. 341, 615 P.2d 638 (1980); Lowery v. Cardwell, 575 F.2d 727 (9th Cir. 1978). The obligation of the advocate under the Rules of Professional Conduct is subordinate to such constitutional requirements. See also Comment [9].

[8] The prohibition against offering false evidence only applies if the lawyer knows that the evidence is false. A lawyer's reasonable belief that evidence is false does not preclude its presentation to the trier of fact. A lawyer's knowledge that evidence is false, however, can be inferred from the circumstances. See ER 1.0(f). Thus, although a lawyer should resolve doubts about the veracity of testimony or other evidence in favor of the client, the lawyer cannot ignore an obvious falsehood.

[9] Although paragraph (a)(3) only prohibits a lawyer from offering evidence the lawyer knows to be false, it permits the lawyer to refuse to offer testimony or other proof that the lawyer reasonably believes is false. Offering such proof may reflect adversely on the lawyer's ability to discriminate in the quality of evidence and thus impair the lawyer's effectiveness as an advocate. Because of the special protections historically provided criminal defendants, however, this Rule does not permit a lawyer to refuse to offer the testimony of such a client where the lawyer reasonably believes but does not know that the testimony will be false. Unless the lawyer knows the testimony will be false, the lawyer must honor the client's decision to testify. See also Comment [7].

**Remedial Measures**

[10] Having offered material evidence in the belief that it was true, a lawyer may subsequently come to know that the evidence is false. Or, a lawyer may be surprised when the lawyer's client or another witness called by the lawyer offers testimony the lawyer knows to be false, either during the lawyer's direct examination or in response to cross-examination by the opposing lawyer. In such situations or if the lawyer knows of the falsity of testimony elicited from the client during a deposition, the lawyer must take reasonable remedial measures. In such situations, the advocate's proper course is to remonstrate with the client confidentially, advise the client of the lawyer's duty of candor to the tribunal and seek the client's cooperation with respect to the withdrawal or correction of the false statements or

evidence. If that fails, the advocate must take further remedial action. If withdrawal from the representation is not permitted or will not undo the effect of the false evidence, the advocate must make such disclosure to the tribunal as is reasonably necessary to remedy the situation, even if doing so requires the lawyer to reveal information that otherwise would be protected by ER 1.6. It is for the tribunal then to determine what should be done - making a statement about the matter to the trier of fact, ordering a mistrial or perhaps nothing.

[11] The disclosure of a client's false testimony can result in grave consequences to the client, including not only a sense of betrayal but also loss of the case and perhaps a prosecution for perjury. But the alternative is that the lawyer cooperate in deceiving the court, thereby subverting the truth-finding process which the adversary system is designed to implement. See ER 1.2(d). Furthermore, unless it is clearly understood that the lawyer will act upon the duty to disclose the existence of false evidence, the client can simply reject the lawyer's advice to reveal the false evidence and insist that the lawyer keep silent. Thus, the client could in effect coerce the lawyer into being a party to fraud on the court.

Preserving Integrity of Adjudicative Process

[12] Lawyers have a special obligation to protect a tribunal against criminal or fraudulent conduct that undermines the integrity of the adjudicative process, such as bribing, intimidating or otherwise unlawfully communicating with a witness, juror, court official or other participant in the proceeding, unlawfully destroying or concealing documents or other evidence or failing to disclose information to the tribunal when required by law to do so. Thus, paragraph (b) requires a lawyer to take reasonable remedial measures, including disclosure if necessary, whenever the lawyer knows that a person, including the lawyer's client, intends to engage, is engaging or has engaged in criminal or fraudulent conduct related to the proceeding.

Duration of Obligation

[13] A practical time limit on the obligation to rectify false evidence or false statements of law and fact has to be established. The conclusion of the proceeding is a reasonably definite point for the termination of the obligation. A proceeding has concluded within the meaning of this Rule when a final judgment in the proceeding has been affirmed on appeal or the time for review has passed.

**Ex Parte Proceedings**

[14] Ordinarily, an advocate has the limited responsibility of presenting one side of the matters that a tribunal should consider in reaching a decision; the

conflicting position is expected to be presented by the opposing party. However, in an ex parte proceeding, such as an application for a temporary restraining order, there is no balance of presentation by opposing advocates. The object of an ex parte proceeding is nevertheless to yield a substantially just result. The judge has an affirmative responsibility to accord the absent party just consideration. The lawyer for the represented party has the correlative duty to make disclosures of material facts known to the lawyer and that the lawyer reasonably believes are necessary to an informed decision.

## Withdrawal

[15] Normally, a lawyer's compliance with the duty of candor imposed by this Rule does not require that the lawyer withdraw from the representation of a client whose interests will be or have been adversely affected by the lawyer's disclosure. The lawyer may, however, be required by ER 1.16(a) to seek permission of the tribunal to withdraw if the lawyer's compliance with this Rule's duty of candor results in such an extreme deterioration of the client-lawyer relationship that the lawyer can no longer competently represent the client. Also see ER 1.16(b) for the circumstances in which a lawyer will be permitted to seek a tribunal's permission to withdraw. In connection with a request for permission to withdraw that is premised on a client's misconduct, a lawyer may reveal information relating to the representation only to the extent reasonably necessary to comply with this Rule or as otherwise permitted by ER 1.6.

# SUPREME COURT OF ARIZONA
# ATTORNEY ETHICS ADVISORY COMMITTEE
## Ethics Opinion File No. EO-20-0007

*The Attorney Ethics Advisory Committee was created in accordance with Rule 42.1.*

This Opinion was originally issued by the State Bar of Arizona, Rules of Professional Conduct Committee in 2005. The Arizona Attorney Ethics Advisory Committee (the "Committee") has updated the Opinion but its conclusions remain unchanged.

This opinion reviews the ethical dilemma posed when an attorney learns that, due to a former client's apparent perjury in a civil proceeding, the attorney has offered false material evidence to a tribunal. The Committee concludes that the Arizona Rules of Professional Conduct, under the facts of this case, provide that the attorney's duty of candor to the tribunal overcomes the ethical duty of preserving the former client's confidences and that the attorney must take reasonable remedial measures effective to undo the effect of the false evidence with respect to the affected tribunal.

## FACTS

The inquiring Attorney, who was not identified in the original opinion due to State Bar of Arizona, Rules of Professional Conduct Committee confidentiality rules, represented Client in an unemployment compensation proceeding. Client's employer had discharged Client, accusing Client of specified wrongdoing. Denying the allegations, Client sought unemployment benefits. An examiner denied Client any unemployment benefits on the basis of dishonesty and committing a criminal offense against the employer. Client has never been charged with any criminal offense arising from the employer's allegations. Client retained Attorney to appeal the denial of the unemployment claim. Attorney and Client participated in an appeal before a Department of Economic Security single-member "appeal tribunal." *See generally* A.R.S. § 23-671 (describing appeal process from examiner's decision).

The employer introduced certain evidence on appeal supporting its allegation of Client's dishonesty. Attorney, through Client's testimony, countered that evidence and offered additional evidence supporting Client's case. The appeal tribunal ultimately ruled that the employer did not prove wrongdoing on Client's part and awarded Client unemployment benefits. Subsequent to the hearing, a third party told Attorney that Client had not been truthful with Attorney or in testimony before the appeal tribunal. Attorney confronted Client about the alleged perjury, and Client admitted the perjury and other material facts to Attorney, establishing that false evidence had been presented to the tribunal. After Attorney privately remonstrated with Client about the need to correct the record, Client discharged Attorney. Attorney believes that although the employer has appealed the hearing officer's decision, Client has found other employment and is no longer receiving unemployment compensation.

1

## QUESTION PRESENTED

Must an attorney take reasonable remedial measures upon learning of a former client's false testimony to an unemployment compensation hearing officer, and, if so, what measures must be taken?[1]

## RELEVANT ETHICAL RULES[2]

### ER 1.0          Terminology

(d) "Fraud" or "fraudulent" denotes conduct that is fraudulent under the substantive or procedural law of the applicable jurisdiction and has a purpose to deceive.

(f) "Knowingly," "known," or "knows" denotes actual knowledge of the fact in question. A person's knowledge may be inferred from circumstances.

(m) "Tribunal" denotes a court, an arbitrator in an arbitration proceeding or a legislative body, administrative agency or other body acting in an adjudicative capacity. A legislative body, administrative agency or other body acts in an adjudicative capacity when a neutral official, after the presentation of evidence or legal argument by a party or parties, will render a legal judgment directly affecting a party's interests in a particular matter.

### ER 1.6          Confidentiality of Information

(a) A lawyer shall not reveal information relating to the representation of a client unless the client gives informed consent, the disclosure is impliedly authorized in order to carry out the representation or the disclosure is permitted or required by paragraphs (b), (c) or (d) or ER 3.3(a)(3).

### ER 1.9          Duties to Former Clients

(c) A lawyer who has formerly represented a client in a matter shall not thereafter:

> (1) use information relating to the representation to the disadvantage of the former client except as these Rules would permit or require with respect to a client, or when the information has become generally known; or

> (2) reveal information relating to the representation except as these Rules would permit or require with respect to a client.

---

[1] This opinion does not address a lawyer's option to voluntarily reveal client confidences reasonably necessary to prevent a client from committing certain crimes or frauds. *See* ER 1.6(d) (1) – (2).

[2] All citations to the Ethical Rules and related Comments are to 17A Ariz. Rev. Stat. Ann., Rules of the Supreme Court, Rule 42 (West 2004).

ER 3.3          Candor Toward the Tribunal

(a) A lawyer shall not knowingly:

(1) make a false statement of fact or law to a tribunal or fail to correct a false statement of material fact or law previously made to the tribunal by the lawyer; [or]

(3) offer evidence that the lawyer knows to be false. If a lawyer, the lawyer's client or a witness called by the lawyer has offered material evidence and the lawyer comes to know of its falsity, the lawyer shall take reasonable remedial measures, including, if necessary, disclosure to the tribunal. A lawyer may refuse to offer evidence, other than the testimony of a defendant in a criminal matter, that the lawyer reasonably believes is false.

(b) A lawyer who represents a client in an adjudicative proceeding and who knows that a person intends to engage, is engaging or has engaged in criminal or fraudulent conduct related to the proceeding shall take reasonable remedial measures, including, if necessary, disclosure to the tribunal.

(c) The duties stated in paragraphs (a) and (b) continue to the conclusion of the proceeding, and apply even if compliance requires disclosure of information otherwise protected by ER 1.6.

**RELEVANT ARIZONA ETHICS OPINIONS**

Opinions 2002-02, 2001-14, 93-10, 92-2, 91-02, 80-27.

## OPINION[3]

This opinion addresses the continuing quandary of an attorney's ethical obligations upon learning that a client has testified falsely before a civil tribunal.[4] Under the previously used Arizona Code of Professional Responsibility, the ethical rules generally did not require or permit an attorney to reveal confidential information learned from a client even in the face of knowledge that the client committed perjury. *See generally* Ariz. Op. 80-27 (noting that under DR 7-102(B)(1) (as in effect

---

[3] This opinion does not address whether an attorney has any legal duty to protect confidential client communications. *See* A.R.S. § 12-2234 (establishing attorney-client privilege in civil proceedings); A.R.S. § 13-4062(2) (establishing attorney-client privilege in criminal proceedings). Opinions on the law are beyond the Committee's jurisdiction.

[4] This opinion does not concern an attorney's ethical duties upon learning of a client's false testimony made during the course of a criminal proceeding. Criminal proceedings present legal and constitutional issues not applicable in civil matters. *See generally Nix v. Whiteside*, 475 U.S. 157 (1986); ER 3.3 cmt. [7] ((citing *State v. Jefferson*, 126 Ariz. 341 (1980), and *Lowery v. Cardwell*, 575 F.2d 727 (9th Cir. 1978), and recognizing that some courts have held that the duties imposed by ER 3.3 "is subordinate" to constitutional considerations present in criminal proceedings)); Geoffrey C. Hazard, Jr., et al., 2 *The Law of Lawyering* §§ 32.16 to 32.18 – (4th ed. Supp. 2015) (discussing client perjury in context of criminal case representation); Ariz. Op. 2002-02, at 6-8 (same).

on December 12, 1980), an attorney was not ethically required to reveal a client's fraud on a tribunal if to do so would violate the client's confidential communication to the attorney as defined by then-existing DR 4-101).

Under the present Arizona Rules of Professional Conduct, however, the balance has shifted away from preserving client confidences and towards the attorney's duty of candor to the tribunal. ER 3.3(c) explicitly requires the disclosure of a client's false testimony notwithstanding that the attorney "knows" of the false testimony via a client's confidential communication. The Rules make the policy determination that insuring the integrity of the decision-making process trumps, in some instances, a lawyer's traditional duty to protect a client's confidences. Ariz. Op. 93-10, at 3-4 (recognizing that the "tension" between an attorney's duty to a client and to the court has been resolved in favor of the court in the context of a client giving false evidence); Geoffrey C. Hazard, Jr., et al., 2 *The Law of Lawyering* § 32.11, at 32-25 (4th ed. Supp. 2015) [hereinafter, Hazard, *The Law of Lawyering*].

### Ethical Duty Under ER 3.3

ER 3.3(a)(3) plainly requires an attorney to refrain from knowingly offering false evidence. Further, when an attorney later learns that he or she has offered false material evidence to a tribunal, including evidence offered directly by a client or former client,[5] the attorney must take "reasonable remedial measures, including if necessary, disclosure to the tribunal." ER 3.3(a)(3); *see also* Hazard, *The Law of Lawyering*, § 32.20, at 32-59 (discussing analogous section of the Restatement (Third) of the Law Governing Lawyers (2000) which provides that duty of candor to the tribunal survives termination of the attorney-client relationship). The duty to take remedial measures lasts until "the conclusion of the proceeding." ER 3.3 cmt. [13]. A proceeding is deemed concluded when the result of the proceeding has been upheld on appeal or the time for the appeal has otherwise expired. *Id.* In this case, then, the Committee must examine (1) whether Attorney "knows" that false evidence was presented, (2) whether the purportedly false evidence was offered to a "tribunal," (3) whether the evidence was "material," (4) what "reasonable remedial measures" are necessary under the circumstances, and (5) the duration of Attorney's obligation to take such measures.[6]

### 1) Attorney's Knowledge

Attorney here first received an indication of Client's false testimony from a third party. Attorney then privately confronted Client about the third party's allegations, and Client admitted the perjury in addition to other material facts. To Attorney, these admissions conclusively established the falsity of Client's prior testimony. Thus, here there is no dispute that Attorney now "knows" that Attorney unwittingly offered Client's false testimony. *See* ER 1.0(f) (stating that "actual knowledge of the fact in question" satisfies ER's knowledge requirement); Ariz. Op. 93-10, at 4

---

[5] An attorney owes similar ethical duties of confidentiality to former clients as to existing clients. ER 1.9(c).

[6] Because each of the five elements must be present to trigger the duty under ER 3.3(a)(3), each element is potentially a "threshold" element, i.e., an element which if not present renders it unnecessary to determine the existence of the remaining elements. Because the Committee seeks to provide guidance to members on all the elements, the Committee chooses to discuss all of them notwithstanding that in this case Attorney's duty may have lapsed due to the *infra*, "conclusion" of the proceedings." See Parts 5a and 5b, *infra*.

(stating that attorney's "knowledge" of client's false testimony is "ordinarily based on the client's own admissions to the attorney"). *Cf.* Hazard, *The Law of Lawyering*, § 32.21, at 32-60 to 32-61 (emphasizing that knowing of a client's false testimony means more than a mere suggestion or suspicion that the client has committed perjury).

### 2) Definition of Tribunal

The duty found in ER 3.3 applies to all "tribunals," not just courts of law. ER 1.0(m) defines tribunal in broad terms. It includes any administrative agency acting in an adjudicative capacity involving a neutral decision-maker who receives evidence and/or legal argument from opposing parties and is then to render a legally binding judgment affecting the parties' interests. The appeal hearing process described earlier fits this definition of a "tribunal." *See* A.R.S. § 23-671 (describing "appeal tribunal" process including requirements that tribunal be impartial, conduct a fair hearing at which "all interested parties" have an opportunity to be present and heard, and to render a decision); *see also* Hazard, *The Law of Lawyering*, § 32.03, at 32-9 (discussing intended breadth of "tribunal"). *Cf.* Ill. Ethics Op. 99-04 (finding that a hearing before an Administrative Law Judge of the Social Security Administration was a "tribunal" under Illinois version of ER 3.3).

### 3) Material Evidence

It seems equally clear that the false testimony in this case was "material evidence." Without recounting so much of the facts that it would in all likelihood identify Attorney and Client, Client made specific false denials under oath to directly refute the employer's evidence. Attorney unwittingly used this false testimony to discredit the employer's proof of Client's dishonest behavior. Although the Committee cannot know with certainty that this evidence swayed the appeal tribunal's decision, it must have been considered "material" to it because the false evidence went directly to points in dispute and was relevant to the proceedings and decision. *See* Ariz. Op. 93-10, at 4 (deeming client's inconsistent and irreconcilable testimony in two separate proceedings material evidence).

### 4a) Reasonable Remedial Measures – Generally

Given Attorney's actual knowledge of having unwittingly offered false material evidence resulting from Client's deception, Attorney now has an ethical duty under ER 3.3(a)(3) to take "reasonable remedial measures." The Committee stresses, however, that disclosures made pursuant to ER 3.3 should be narrowly tailored and no broader than necessary to undo the effect of the tainted evidence. *See* ER 3.3 cmt. [10] (stating that purpose of reasonable remedial measures is to "undo the effect of the false evidence"). *Cf.* ER 1.6(b).

Normally, the first remedial measure should be to <u>confidentially</u> approach and attempt to persuade the client that the client should cooperate in seeking to withdraw the false evidence. Such private remonstration should also include the advice that the attorney is ethically bound to take remedial measures, including, if necessary, disclosure to the tribunal of the false evidence. If the client agrees to seek withdrawal of the false evidence, the attorney should proceed accordingly by moving to withdraw the tainted evidence from the record but without disclosing the fact of the

client's misconduct.[7] In most circumstances this should be a sufficient reasonable remedial measure, if the timing of the withdrawal allows the tribunal to react to the change in evidence (e.g., the proceeding is still pending). If pressed for a reason why the evidence is being withdrawn, the attorney should cite client confidentiality, attorney-client privilege, and, if appropriate, the client's Fifth Amendment right against self-incrimination. *See* ABA Formal Op. 98-412, at 2 & n.5 (recommending as one course of action the attorney's withdrawal of the false evidence and reliance on the cited privileges).

Even if the client does not agree to the withdrawal of the evidence, the next reasonable measure generally would be for the attorney to move to withdraw the evidence from the tribunal's consideration without the client's consent. If an attorney can refuse to offer evidence the attorney <u>reasonably believes</u> to be false,[8] *see* ER 3.3(a)(3), there seems to be no good reason why the attorney could not move to withdraw evidence from a tribunal's consideration that he or she <u>knows</u> to be false. This measure, too, should be done without revealing any client misconduct. The attorney should cite client confidentiality, attorney-client privilege, and the client's Fifth Amendment privilege, if appropriate, should the tribunal insist upon an explanation why the attorney is seeking withdrawal of the evidence. Again, whether this might be a sufficient remedial measure depends on whether the tribunal could effectively react if it grants the motion to withdraw the evidence.[9]

In cases unlike this one, where the false evidence has not been offered, but the client so intends and cannot be dissuaded from that course, another possible reasonable remedial measure might be seeking to withdraw from the representation of the client. *See generally* ER 1.16(b) (listing grounds for termination of the representation). Arguably, however, in some circumstances mere withdrawal from the representation may be insufficient under the present version of the Rule.[10]

When an attorney withdraws from the representation (or, as here, is discharged), the attorney may reasonably conclude that the termination of the representation will not undo the effect of the tainted

---

[7] The Committee envisions in most cases such a motion being made to the tribunal with notice to all appropriate parties. This opinion does not condone inappropriate *ex parte* communications with a tribunal. *See* ER 3.5(b) (prohibiting unauthorized *ex parte* communications).

[8] This right to refuse to offer such evidence does not extend to the testimony of a criminal defendant. *See* ER 3.3(a)(3).

[9] Whether the lawyer's withdrawal of evidence without the client's consent creates a conflict of interest under ER 1.7(a)(2) is something the lawyer placed in that situation must determine on a case by case basis. *See* ER 1.16(b) (describing when an attorney may terminate a representation).

[10] The Committee recognizes that an argument could be made that even if an attorney had forewarning of a client's intent to perpetrate a fraud on a tribunal, mere withdrawal may be insufficient. ER 3.3(b) requires an attorney to "take reasonable remedial measures" when the attorney "knows that a person intends to engage" in "criminal or fraudulent conduct related to the proceeding." Under a prior version of the rule, a simple withdrawal would have been sufficient because the rule only forbade an attorney from "assisting a criminal or fraudulent act by the client." ER 3.3(a)(2) (1998). Thus, mere withdrawal was sufficient under that Rule because the attorney was no longer "assisting" the client. *See* ABA Formal Op. 98-412. Under present ER 3.3(b), however, an attorney is no longer simply required to "avoid assisting" the client but appears to have an affirmative duty to warn the court of the impending fraud if mere withdrawal would not deter the client. Because Attorney has already been discharged in this case, however, this opinion need not address this issue.

evidence and so further remedial measures might be necessary. In that circumstance, the attorney should advise the client that retention of successor counsel would be in the client's best interests because the withdrawing (or discharged) attorney has a duty to take reasonable remedial measures including possibly informing the tribunal of the false evidence.[11]

If neither withdrawal of the evidence nor termination of the representation would effectively remediate the fraud, the attorney should consider disclosing the client's misconduct to the tribunal. This drastic step should be taken only after all other reasonable measures have first been tried and failed or carefully considered and rejected. The Committee believes that in most instances an attorney's motion to withdraw evidence should be sufficient to remediate the fraud because such a motion is reasonably calculated to sufficiently warn the tribunal of the situation concerning the unreliability of the false evidence and "the tribunal [would] no longer be powerless to defend itself against" it. Hazard, *The Law of Lawyering*, § 32.19, at 32-52. Disclosure of the client's misconduct (as opposed to putting the tribunal on notice that certain evidence should not be considered as part of the record) would seem to be rarely, if at all, necessary to undo "the effect of the false evidence," the goal behind requiring remedial measures.

Thus, and unless the ethical obligation under ER 3.3 has run its time limit, an attorney is ethically obligated to "make such disclosure to the tribunal as is reasonably necessary to remedy the situation" even if to do so would otherwise contravene ER 1.6. ER 3.3 cmt. [10]. Further, the fact that a client may ultimately face a prosecution for perjury is not a reason for an attorney to withhold disclosure. *See* ER 3.3 cmt. [11]; *see also* Ariz. Op. 93-10, at 4 (stating that if a lawyer has "knowledge" of a client's perjury in a proceeding in which the lawyer represented the client, then ER 3.3 requires disclosure to the tribunal if intermediate remedial measures prove ineffective).

4b) <u>Reasonable Remedial Measures In This Case</u>

Assuming Attorney's duty under ER 3.3 has not terminated because the proceedings have concluded (*see 5b infra*), Attorney has some reasonable remedial measures still available. As noted earlier, Attorney has already privately remonstrated Client. This effort was unsuccessful. Despite Attorney's appropriate efforts to convince Client to take proper remedial measures, Client rejected that advice and discharged Attorney. The fact of that discharge limits the remaining available remedial measures.

First, because Attorney is no longer counsel of record, Attorney cannot move the tribunal to withdraw the tainted evidence from the proceedings even without Client's consent. Second, Attorney can no longer move to withdraw from the representation. Even if withdrawal of the representation were possible in this case, however, it would not be a "reasonable remedial measure" because Attorney's withdrawal by itself would not cure the fraud by undoing the effect of the tainted evidence.

---

[11] In cases involving the termination of the representation and notwithstanding that an attorney may have concluded that further reasonable remedial measures are necessary under ER 3.3(a)(3), the attorney nonetheless owes the former client ethical duties under ER 1.9 and ER 4.3 (if no successor counsel is retained) to the extent those duties are not superseded by ER 3.3(a)(3).

In these circumstances, the Committee believes Attorney should consider as an option enlisting the aid of Client's present legal counsel, if any. *See* Restatement (Third) of the Law Governing Lawyers § 120, cmt. h (2000) ("If a lawyer is discharged by a client or withdraws . . . the lawyer's obligations [of candor to the tribunal] under this Section are not thereby terminated. In such an instance, a reasonable remedial measure may consist of disclosing the matter to successor counsel."). Although this would not relieve Attorney of Attorney's own ethical obligations to the tribunal under ER 3.3, the combined efforts of former and successor counsel in private remonstrance with Client may persuade Client to consent to seek withdrawal of the false evidence. In addition, because Attorney is no longer Client's counsel of record, only successor counsel of record, if any, can move to withdraw the tainted evidence without Client's consent. Should this step succeed either because the Client ultimately relents and allows any successor counsel to move to withdraw the false evidence or because any successor counsel so moves even without Client's consent, Attorney would have taken a reasonable remedial measure sufficient to undo the effect of the tainted evidence and, thus, satisfied Attorney's personal obligations under ER 3.3(a)(3) notwithstanding that Attorney did not personally inform the tribunal.[12]

If there is no successor counsel of record, Attorney's only apparent option is to inform the tribunal by letter (with a copy to Client) that specific evidence is unreliable.[13] Again, such a step should normally not include an express revelation of Client's misconduct. The Committee is of the opinion that in this case such a communication would be an effective remedial measure while not disclosing more than what is necessary to undo the effect of the false evidence.[14]

This case also presents the related question of the proper "tribunal" Attorney should notify. The Committee believes that the proper entity is that entity which has jurisdiction of the proceeding at the time the disclosure is made. Thus, Attorney must determine, by examining the appropriate statutes, rules, and case law, whether the original examiner, hearing officer, or any subsequent entity is the appropriate "tribunal" to which to make any disclosures.

    5a) <u>Duration of Ethical Obligation – Generally</u>

ER 3.3(c) makes clear that the ethical obligation to take reasonable remedial measures survives the end of the attorney-client relationship. The ethical obligation terminates only when the tainted proceedings have concluded. If the time for appeal or other review has not yet expired and there has not yet been a final decision on the matter, then the ethical obligation to inform the tribunal

---

[12] The facts of any given case may lead to the reasonable conclusion that <u>not</u> involving successor counsel and, instead, informing the tribunal directly would be the remedial measure that undoes the effect of the tainted evidence while doing the least harm to a former client. Thus, attorneys who have terminated, or been discharged from, a representation should consider whether contacting any successor counsel or directly informing the relevant tribunal best fulfills the ethical obligations under ER 3.3 while doing the least damage to the former client's case.

[13] Whether the tribunal chooses to inform the opposing counsel and party remains a decision for the tribunal and subject to any legal and ethical requirements operating on the tribunal.

[14] There is no talismanic language for the contents of such a letter. So long as the letter is reasonably calculated to put the tribunal on notice that certain evidence is unreliable and that Attorney would not have offered the evidence if Attorney had known of certain facts at the time Attorney introduced the evidence, the Committee believes that Attorney's ethical obligations are satisfied.

exists. ER 3.3(c) & cmt. [13]. Otherwise, the duty to take remedial measures no longer exists because the proceedings would be deemed to have concluded.

   5b) <u>Duration of Ethical Obligation In This Case</u>

In this particular instance, Attorney must learn whether the proceedings have reached their "conclusion." Whether proceedings have concluded is ultimately a legal question. Certainly, if the original appeal of the tribunal decision to award compensation is still under active review, either by the Unemployment Insurance Appeals Board or the judiciary, the proceeding is not concluded and Attorney's ethical obligation to take reasonable remedial measures continues.

If that decision is no longer under review, but Client is still receiving benefits which can be modified at any time, then the proceeding may not be concluded, and Attorney's ethical obligation may continue. *See* Kan. Op. 98-01 (requiring a lawyer to take remedial measures where the lawyer learned of a client's false testimony made in a workmen's compensation proceeding and the client was still receiving benefits <u>which could be modified at any time</u>).

If however, as Attorney believes, Client is no longer receiving unemployment compensation and the unemployment case is now closed, Attorney's ethical duties have terminated regardless of whether the proceeding could be re-opened at any future time or a new and separate proceeding could be instituted against Client for the recovery of previously paid compensation. Otherwise, there would never be a conclusion to these types of administrative proceedings, and the Committee believes that such an open-ended ethical obligation would be inconsistent with the "practical time limit" intended by ER 3.3(c). *See* ER 3.3 cmt. [13].

Accordingly, Attorney should ascertain the present procedural posture of Client's award and then consult applicable statutes, rules, and case law to determine if the proceeding is concluded. *See generally Casillas v. Arizona Dep't of Econ. Security*, 739 P.2d 800, 802 (Ariz. Ct. App. 1986) (discussing the finality of DES decisions); *Rogers v. Arizona Dep't of Econ. Security*, 644 P.2d 292, 293 (Ariz. Ct. App. 1982) (same).

**CONCLUSION**

Unless the proceedings are deemed concluded (e.g., an appeal ended or the time to take an appeal has expired), an attorney in a civil proceeding must take reasonable remedial measures upon learning that he or she has unwittingly offered false material evidence due to a client's deception. The duty to take such measures applies only when the attorney has actual knowledge of the false evidence and the evidence is material. Reasonable remedial measures are to be taken in steps and should be no broader than necessary to undo the effect of the tainted evidence. The first step should normally be a private consultation with the client explaining the need to withdraw the tainted evidence and advising that the attorney has a duty to take remedial steps even if the client refuses.

Failing that attempt at counseling, the attorney's second step should be to seek withdrawal of the evidence from the tribunal's consideration without the client's consent. The attorney can cite ethical obligations as the reason for seeking withdrawal of the evidence, but should normally not inform the tribunal of the client's misconduct (e.g., that the client committed perjury), if such a

withdrawal of the evidence would undo the effect of the false evidence. In that circumstance, an attorney must also consider whether he or she has a conflict of interest with the client necessitating an attempt to withdraw from the representation.

As a last step and only if no other steps would undo the effect of the false evidence, an attorney must make an explicit disclosure of the client's misconduct to the tribunal. In addition, if an attorney has terminated, or been discharged from, a representation and the former client has retained successor counsel, the former attorney should consider whether involving successor counsel would be part of an appropriate remedial measure.



SECRETARY
KATIE
HOBBS

*STATE OF ARIZONA*

# 2019 ELECTIONS PROCEDURES MANUAL

December 2019

www.azsos.gov 

1700 W. Washington St. Phoenix, AZ 85007 

1-877-THE-VOTE (843-8683) 

*ARIZONA SECRETARY OF STATE*
*2019 ELECTIONS PROCEDURES MANUAL*

## D. Process for Conducting L&A Tests by the Secretary of State

The Secretary of State must conduct an L&A test on accessible voting equipment and optical/digital scan equipment before each federal, statewide, and legislative election.

### 1. Acquisition of Precinct Information and Voting Equipment

At least eight weeks before a primary election or PPE, the officer in charge of elections must provide the Secretary of State a complete list of precincts and legislative and congressional districts and ensure the Secretary of State possesses the necessary precinct voting equipment to preliminarily verify the county's L&A test results at the Secretary of State's Office. To conduct the pre-test, the Secretary of State may acquire the necessary voting equipment from the county or directly from equipment vendors, if practicable. If multiple counties use the same type of voting equipment, the Secretary of State may preliminarily test multiple counties' ballots on the same piece of voting equipment without acquiring voting equipment from each county.

### 2. Selection of Precincts and Test Ballots

The Secretary of State must randomly select precincts that will be included in each type of L&A test conducted by the Secretary of State.

The Secretary of State generally selects five to 10 precincts for a small or medium-sized county and 10-20 precincts for a large county. In doing so, the Secretary of State must ensure:

- At least one precinct is selected in each congressional and legislative district; and
- Each federal, statewide, and legislative candidate and each ballot question will receive at least one test vote in the selected precincts.

The Secretary of State must also acquire test ballots from each county. If a county will use preprinted ballots and ballots through a ballot-on-demand printer, the officer in charge of elections must provide ballots generated though both printing methods.

For a primary election or PPE, the officer in charge of elections must provide the Secretary of State the following test ballots from each pre-determined test precinct:

- 50 ballots from each of the two largest political parties entitled to continued representation on the ballot;
- 25 ballots from every other recognized or new political party; and
- Five "federal-only" ballots.

The Secretary of State may request additional test ballots if necessary. The Secretary of State also may account for new political parties or the possibility that not all recognized political parties will participate in a PPE.

*ARIZONA SECRETARY OF STATE*
*2019 ELECTIONS PROCEDURES MANUAL*

In advance of the Secretary of State's L&A test, the officer in charge of elections should conduct a preliminary test of ballots as soon as they are available from the printing vendor to ensure the ballots are correct and meet the requirements for the voting equipment utilized. This may include testing a blank ballot and a fully-voted ballot on every ballot style used in the election.

### 3. On-Screen/Electronic Tallying of Write-In Votes

If electronic tallying of write-in votes will be utilized as part of the election tabulation system, that functionality shall also be tested during the L&A test to ensure secure and proper functioning and attribution of Write-In Tally Board determinations for the write-in votes tallied. *See* Chapter 10, Section II(G)(2) for requirements for electronic tallying of write-in votes.

### 4. Errors Discovered During Testing

If any error is detected during L&A testing:

- The cause shall be ascertained and corrected;
- An errorless count shall be made before the voting equipment and programs are approved for use in the election;
- If the election program is found to be the source of the error, a copy of a revised election program shall be filed with the Secretary of State within 48 hours after the revision; and
- If the error was created by voting equipment malfunction, a report shall be filed with the Secretary of State within 48 hours after the correction is made, stating the cause and the corrective action taken.

A.R.S. § 16-449(A).

### 5. Certification of Voting Equipment

The Secretary of State must certify the voting equipment if the equipment meets the requirements in the L&A testing standards. Voting equipment may not be deployed or used until the Secretary of State has certified that the equipment passed L&A testing.

If the voting equipment does not meet the mandatory requirements from the testing standards, the Secretary of State should work with the officer in charge of elections to determine the cause of the deficiency and whether it can be corrected in a timely manner. If the error can be readily corrected, the voting equipment may be retested until the mandatory requirements have been met; otherwise, the L&A test must be rescheduled for a later time and date.

### F. County L&A Testing

The officer in charge of elections must substantially follow the L&A testing procedures applicable to the Secretary of State, except that all of the county's deployable voting equipment must be

*ARIZONA SECRETARY OF STATE*
*2019 ELECTIONS PROCEDURES MANUAL*

tested. The officer in charge of elections also must conduct a post-election L&A test of tabulation equipment. *See* Chapter 12, Section II.

## G. Retention of L&A Programs, Test Ballots, and Database

The tests ballots and database used in L&A testing shall be:

- Secured immediately after the L&A test is run; and
- Retained until the post-election L&A test is ready to be conducted after ballot tabulation for the election.

Programs and test ballots used in L&A testing shall be under the control of the officer in charge of elections. After completion of the post-election L&A test, the databases and test ballots shall be retained with the official returns according to the retention period applicable for that election.

## III. SECURITY MEASURES FOR ELECTRONIC VOTING SYSTEMS

All components of the electronic voting system, including any e-pollbooks uploaded with voter registration information, must be secured in accordance with this section. Counties should also conduct periodic election security and cybersecurity assessments and develop and implement appropriate security procedures and best practices in consultation with county (and, where appropriate, federal and state) information technology and security professionals. Counties may establish more stringent and robust security protocols so long as the following minimum requirements are met.

The officer in charge of elections must develop and implement a training plan to ensure that elections staff (and any temporary workers) understand and comply with all security procedures applicable to the electronic voting system.

A person who knowingly modifies the software, hardware, or source code for voting equipment without receiving approval or certification pursuant to A.R.S. § 16-442 is guilty of a class 5 felony. A.R.S. § 16-1004(B).

## A. Physical Security of the Electronic Voting System

Hardware components of the electronic voting system:

1. Must be permanently labeled with a unique serial number for tracking and auditing purposes;
2. Must be inventoried before and after an election;
3. Must be stored in a locked, secured location that prevents unauthorized access;
   - Access to the electronic voting system (including voting equipment and the EMS) must be authorized by the officer in charge of elections. Access must be documented with a

Case: 22-16413, 06/06/2024, ID: 12889991, DktEntry: 64-2, Page 41 of 200



# MARICOPA COUNTY ELECTION FACTS | VOTING EQUIPMENT & ACCURACY



Maricopa County is the second largest voting jurisdiction in the United States and represents more than 60 percent of Arizona's registered voters. In 2019, the Maricopa County Board of Supervisors invested in new vote tabulation equipment to meet the needs of the county's 2.6 million registered voters. This page explains steps the County has taken to ensure the equipment accurately counts all votes.

| About the Equipment | About Over Votes |
|---|---|
| Before each Election | About the Hand Count |
| L&A and Equipment Security | Post Election L&A |

## ∨ About the Equipment

- Maricopa County's tabulation equipment went through extensive testing and received federally accredited Election Assistance Commission certification.

- The Dominion Democracy Suite 5.5B is both federally and state certified.

- The U.S. Election Assistance Commission certification is an official recognition that a voting system has been tested and has met an identifier set of Federal voting system standards.

- Find the federal certification here: https://www.eac.gov/sites/default/files/voting_system/files/DVS_5.5B_Certificate_Scope_Conformance.pdf

- Maricopa County completed a robust procurement process to find a vote tabulation system.

- With 2.6 million registered voters, Maricopa County needed a vote tabulation system that could accommodate the high volume of voters as well as Arizona's complex ballot rotation laws.

- Maricopa County is the second largest voting jurisdiction in the country and represents more than 60 percent of Arizona's registered voters. It needed tabulation equipment that could handle that volume.

- Maricopa County piloted the tabulation equipment in the Madison School District election in November 2019. The county completed a 100% hand count of the results and used the equipment to tabulate the votes. Both the hand count and tabulated results were a 100% match.

back to top



39a

# ✓ Before each Election

back to top

- Prior to each election, Maricopa County performs a statutorily required Logic & Accuracy (L&A) test.
- An L&A test is intended to confirm that votes are attributed to the correct candidates and ballot measures in the election management system (EMS) and that each candidate and ballot measure receives the accurate number of votes.
- The Secretary of State is responsible for performing an L&A test on all voting equipment prior to each election. The test is overseen by:
  - At least two election staff members (of different political parties).
  - It was also open to observation by representatives of the political parties, candidates, the press, and the public.
- Maricopa County's Logic & Accuracy test was on Oct. 6. Public notice was published in a county-wide newspaper, on the website, and a media advisory invited the press and the public.
- All three chairs for the county political parties were notified of the test in September and invited via a calendar invite and multiple conversations with staff.

# ✓ L&A and Equipment Security

back to top

- When the system is certified by the Election Assistance Commission and the Secretary of State, a copy of the software and a hash code (similar to an electronic fingerprint) confirming the software version are submitted to the National Institute of Standards and Technology for verification.
- Prior to the L&A, the County makes a complete copy of the election program including the certified hash code. This copy of the software is forwarded to the Secretary of State's Office.
- Prior to each election, the software and hash code are verified to confirm the software system being used for the election is the same system that underwent certification.
- For the 2020 General Election, the Secretary of State randomly selected central count and Election Day tabulation equipment to test for accuracy. The central count tabulators are located at the Maricopa County Elections Department and are used to count early ballots. The Election Day tabulators are used in the voting locations for in-person voting on Election Day.
- The Secretary of State's Office voted more than 900 test ballots on the machines it randomly selected. These ballots were inserted into each of the selected tabulators and the results were verified to confirm accuracy. Voted contests include federal and statewide contests.
- The Secretary of State's Office performed the testing, not County staff or personnel.
- In addition, the Secretary of State's Office tested how tabulators handle over-voted contests to confirm equipment is providing proper alerts to voters. An over voted contest is one in which the voter selected more candidates than allowed for a particular contest (such as voting for two people for president, instead of just one).
- The law requires that an errorless count must be made in the L&A testing before the tabulators and software can be approved for us in the election.
- Maricopa County's tabulators and software achieved that errorless standard in the L&A test on October 6, 2020. The Secretary of State certified that the voting equipment met the mandatory requirements in the L&A testing standards.
- The County performed a separate L&A on 100% of all Election Day and Early Voting tabulators. That test also achieved an errorless standard.

back to top

40a

## OLSEN LAW, P.C.

### KURT B. OLSEN

ATTORNEY AT LAW
1250 CONNECTICUT AVENUE, N.W., SUITE 700, WASHINGTON, DC 20036
(202) 408-7025
KO@OLSENLAWPC.COM

April 2, 2024

*Via Email (Service List Enclosed)*

Thomas Purcell Liddy, *et al.*
Maricopa County Attorney's Office
Civil Services
225 W Madison Street
Phoenix, AZ 85003

Emily M. Craiger, *et al.*
Burgess Law, LLC
3131 E Camelback Road
Suite 224
Phoenix, AZ 85016

Daniel Jurkowitz, *et al.*
Pima County Attorney's Office
32 N Stone Avenue, Suite 2100
Tucson, AZ 85701

Kara Marie Karlson, *et al.*
Arizona Attorney General's Office
2005 N Central Avenue
Phoenix, AZ 85004

Alexis E. Danneman, *et al.*
Perkins Coie, LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

David A. Gaona, *et al.*
Coppersmith Brockelman, P.L.C.
2800 N. Central Ave., Ste. 1900
Phoenix, AZ 85004

Sambo Dul, *et al.*
States United Democracy Center
8205 South Priest Drive, #10312
Tempe, Arizona 85284

Abha Khanna, *et al.*
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101

Craig A. Morgan, *et al.*
Sherman & Howard L.L.C.
2555 East Camelback Road, Suite 1050
Phoenix, Arizona 85016

Re:     *Lake v. Fontes*, No. 23-1021 (U.S.); *Lake v. Fontes*, No. 22-16413 (9th Cir.);
        *Lake v. Fontes*, Nos. 23-16022, 23-16023 (9th Cir.); *Lake v. Fontes*, No. 22-cv-
        00677-JJT (D. Ariz.); *Lake v. Hobbs*, No. CV-23-0046-PR (Ariz. S. Ct.); *Lake
        v. Hobbs*, Nos. 1CA-CV 22-0779, 1CA-SA 22-0237 (Ariz. App. Ct.); *Lake v.
        Hobbs*, No. No. 2CA-CV23-0144 (Ariz. App. Ct.); *Lake v. Hobbs*, No. CV
        2022-095403 (Maricopa Cty. Super. Ct.)

        Notice pursuant to ARIZ. R. PROF'L. COND. 3.3(a)-(c)

Dear Counsel:

        On behalf of Kari Lake and Mark Finchem—plaintiffs, appellants, and petitioners in the
above-captioned matters—this letter provides you of notice of false or misleading material

41a

April 2, 2024
Page 2

statements made by you and your firms in the above-captioned matters and the opportunity to correct those false or misleading material statements and remedy those violations pursuant to your obligations of candor to the relevant tribunals under Rule 3.3 of the Arizona Rules of Professional Conduct, FED. R. APP. P. 46(c), and S.CT. R. 8.2. If you do not file the required corrections by April 12, 2024 with the U.S. Supreme Court—or reach an agreement with us on an alternate timeline—we will seek relief with the Court to order you to correct the false and misleading statements that are in the record before the Court. In addition, as explained below, your participation in the above-referenced matters requires you to correct the materially false statements made to the various tribunals, even if you no longer are counsel of record for your clients in these matters. We are open to discussing the timing of corrections to be filed in those tribunals if we hear from you and agree to an alternate timeline by April 12, 2024.

### Falsity of Your Statements to the Relevant Tribunals

On March 20, 2024, in *Lake v. Fontes*, No. 23-1021 (U.S.),[1] the petitioners served the enclosed declarations of Clay U. Parikh and Benjamin R. Cotton on Mr. Liddy for Maricopa County and its officials, on Mr. Jurkowitz for Pima County and its officials, and on Ms. Karlson for the Arizona Secretary of State in his official capacity. For the benefit of all counsel and their clients, this letter attaches those declarations. The Parikh and Cotton declarations are based on the tabulator system log files and other records produced by Maricopa County which conclusively establish that, in the 2020 and 2022 elections, Maricopa County: (1) used altered, uncertified, and unapproved voting system software in violation of A.R.S. § 16-442; and (ii) falsely certified it conducted logic and accuracy in accordance with A.R.S. § 16-449. The enclosed Exhibits A-D identify statements made in briefs and hearing testimony in the above-referenced matters (and the counsel responsible) that are false or misleading in light of the facts described further below.

**Maricopa County used altered voting system software in the 2020 and 2022 elections.**

The tabulator system log files and other records produced by Maricopa County show conclusively that Maricopa County used voting system software in the 2020 and 2022 elections which was modified and deviated from the certified configuration of Dominion Voting System (DVS) Democracy Suite version 5.5B certified by EAC and approved for use in Arizona in accordance with A.R.S. § 16-442. The undisclosed alteration to the election software affected machine behavior settings which govern how ballots are read and tabulated. The gravity of this alteration of certified software cannot be overstated. Altering voting equipment software or source code without the Arizona Secretary of State's approval is a criminal act under Arizona law. *See, e.g.,* A.R.S. §§ 16-1004(B). *See* Parikh Dec. ¶¶11.a-b, 20-28; Cotton Decl. ¶¶20(a)-(b), 21-22, 29. Any representation that the Dominion voting system software used by Maricopa County was tested

---

[1] https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/23-1021.html (docket).

April 2, 2024
Page 3

by an accredited voting system test lab, EAC-certified, and approved for use in Arizona, as set forth in Exhibits A through D is false. *Id.*

**Maricopa County falsely certified it conducted L&A testing in accordance with A.R.S. § 16-449.**

The tabulator system log files, other records produced by Maricopa County, and video evidence, show conclusively that Maricopa County falsely certified it successfully conducted statutorily mandated pre-election logic and accuracy ("L&A") testing on October 6, 2020 and October 11, 2022 in accordance with A.R.S. § 16-449 on all its 400+ vote center tabulators used in the 2020 and 2022 elections. In fact, Maricopa tested only five spare tabulators on those dates. *See* Parikh Decl. ¶¶11(e), 29-41. Any representation that Maricopa County conducted and passed L&A testing in accordance A.R.S. § 16-449, as set forth in Exhibits A through D, is false. *Id.*

<u>**Materiality of the False Statements**</u>

Your false or misleading statements were material because the courts relied on those statements to dismiss claims. *See, e.g., Lake v. Hobbs*, 623 F.Supp.3d 1015, 1022-23, 1027-29 (D. Ariz. 2022); *Lake v. Fontes*, 83 F.4th 1199, 1201-03 (9th Cir. 2023). Indeed, in its order that is currently pending at the U.S. Supreme Court, the Ninth Circuit stated that:

> Before being certified for use in elections, the tabulation machines are tested by an accredited laboratory and the Secretary of State's Certification Committee. Ariz. Rev. Stat. § 16-442; see also § 16-552 (identical testing requirement for tabulation of early ballots). The certified machines are then subjected to pre-election logic and accuracy tests by the Secretary of State and the election officials of each county. Ariz. Rev. Stat. § 16-449; Ariz. Sec'y of State, 2019 Election Procedures Manual ("2019 EPM") at 86.

*Lake*, 83 F.4th at 1202.

The Ninth Circuit' statement is clearly premised upon the erroneous belief that Maricopa's equipment runs voting system lab tested versions of state-certified software and that the equipment itself was properly L&A tested. In fact, as stated above, the Dominion voting system software used on Maricopa County's vote center tabulators was materially altered before the 2020 election, has not been tested by an accredited laboratory, is not certified by the Secretary of State's Certification Committee, and is not EAC-certified. In addition, the tabulators were not "subjected to pre-election logic and accuracy tests by … the election officials" of defendant Maricopa County as the Ninth Circuit was misled to believe. Similarly, the U.S. District Court for the District of Arizona relied on your false or misleading statements as grounds to sanction plaintiffs' counsel, *Lake v. Hobbs*, 643 F.Supp.3d 989, 1002-03 (D. Ariz. 2022), which is currently on appeal to the U.S. Court of Appeals for the Ninth Circuit. In that appeal, you rely on the same false or misleading statements. *See* Brief of Maricopa County Defendants-Appellees, at 30 (Dec. 27, 2023), *Lake v. Fontes*, No.

April 2, 2024
Page 4

23-16022 (9th Cir.); Brief of Maricopa County Defendants-Appellees, at 22-23 (Jan. 29, 2024), *Lake v. Fontes*, No. 23-16023 (9th Cir.).

The Arizona Supreme Court has also relied on false or misleading statements regarding Maricopa County's pre-election L&A testing. *Compare* Secretary of State's Resp. to Pet. for Review, at 6, 10 (Mar. 13, 2023), *Lake v. Hobbs*, No. CV-23-0046-PR (Ariz. S. Ct.) *with* Order, at 2 (Mar. 22, 2023), *Lake v. Hobbs*, No. CV-23-0046-PR (Ariz. S. Ct.) (Arizona Supreme Court relies on your false or misleading statements). Further, your briefs in the pending appeal in Ms. Lake's Arizona-law election challenge rely on your false or misleading statements. *See* Maricopa Defendants' Answering Brief, at 38-39, 62-63 (Oct. 25, 2023), *Lake v. Hobbs*, No. 2 CA-CV 23-0144 (Ariz. App. Ct.). These instances require urgent correction to address the courts' past reliance on your false or misleading statements or to avert the courts' future reliance on those statements.

In addition to *directly* relying on your false or misleading statements, Arizona state courts have also implicitly relied on them in the course of affording election officials with presumptions of regularity. *See, e.g.*, *Hunt v. Campbell*, 19 Ariz. 254, 268 (1917). But "[w]henever evidence contradicting a legal presumption is introduced the presumption vanishes." *Silva v. Traver*, 63 Ariz. 364, 368 (1945); *Golonka v. GMC*, 204 Ariz. 575, 589-90 ¶48 (App. 2003) (discussing Arizona's "bursting bubble" treatment of presumptions). Your false or misleading statements of Maricopa's compliance with Arizona election law was material to all Arizona state-court matters that incorrectly afforded Maricopa officials presumptions of regularity. *See* Under Advisement Ruling, at 2 (Dec. 19, 2022), *Lake v. Hobbs*, No. CV 2022-095403 (Maricopa Cty. Super. Ct.); Under Advisement Ruling, at 2 (Dec. 24, 2022), *Lake v. Hobbs*, No. CV 2022-095403 (Maricopa Cty. Super. Ct.); *compare* Answering Brief of Maricopa County Defendants, at 5 (Jan. 17, 2023), *Lake v. Hobbs*, Nos. 1CA-CV 22-0779, 1CA-SA 22-0237 (Ariz. Ct. App.) *with Lake v. Hobbs*, 254 Ariz. 570, 573-74, ¶¶ 6, 10 (Ct. App. 2023); Order, at 2 (Mar. 22, 2023), *Lake v. Hobbs*, No. CV-23-0046-PR (Ariz. S. Ct.). Far from justifying any presumption of regularity, the Maricopa misconduct here vitiates the presumptions on which courts have relied. Your false or misleading statements were and remain material to the pending litigation in both the Arizona state courts and in federal court.

### Applicability of Arizona's Rule 3.3

In the above-captioned Arizona state-court matters, the Arizona Rules of Professional Conduct apply by their terms to the practice of law in Arizona. *See* ARIZ. R. PROF'L COND. 8.5(b)(1). Pursuant to the local civil rules of the United States District Court for the District of Arizona, the Arizona rules of professional conduct apply directly. *See* LRCiv 83.2(e) (2021-22); LRCiv 83.2(e) (2023-24). The federal appellate courts apply the more amorphous standard of "conduct unbecoming a member of the Bar," S.CT. R. 8.2; FED. R. APP. P. 46(c) ("conduct unbecoming a member of the bar"), which draws on "case law, applicable court rules, and 'the lore of the profession,' as embodied in codes of professional conduct." *In re Snyder*, 472 U.S. 634, 645 (1985). Because the above-captioned actions in federal court seek relief under the Due Process Clause and 42 U.S.C. § 1983 to protect the fundamental right to vote, "the common law, as modified and changed by the constitution and statutes of the State" applies directly in federal court

44a

April 2, 2024
Page 5

if "not inconsistent with the Constitution and laws of the United States." 42 U.S.C. §1988(a); *Lynch v. Household Fin. Corp.,* 405 U.S. 538, 544 n.7 (1972) (explaining coverage of "Title 24" as used in 42 U.S.C. §1988(a)). Whether pursuant to the "lore of the profession" as an amalgam or pursuant to Arizona's Rule 3.3 via § 1988(a), the duty of candor and the duty to correct apply to the federal matters: "Attorneys are obligated to act with candor in presenting claims for judicial resolution." *McCoy v. Court of Appeals, Dist. 1,* 486 U.S. 429, 440 (1988); *Murphy v. DirecTV, Inc.,* 724 F.3d 1218, 1233 n.9 (9th Cir. 2013); *In re Girardi,* 611 F.3d 1027, 1035 (9th Cir. 2010); *In re Tirado,* 2020 U.S. App. LEXIS 34955, at *1 (9th Cir. Nov. 4, 2020) (No. 20-80153).

## Duty to Correct under Arizona's Rule 3.3

Under Rule 3.3(a)(1), a lawyer must not knowingly[2] either "make a false statement of fact or law to a tribunal or fail to correct a false statement of material fact or law previously made to the tribunal by the lawyer." Ariz. R. Prof'l. Cond. 3.3(a)(1). Significantly, under Rule 3.3(a)(3), the duty to correct includes disclosure to the tribunal:

> If a lawyer, the lawyer's client or a witness called by the lawyer has offered material evidence and *the lawyer comes to know of its falsity*, the lawyer shall take reasonable remedial measures, including, if necessary, disclosure to the tribunal.

Ariz. R. Prof'l. Cond. 3.3(a)(3) (emphasis added); *see also* Ariz. R. Prof'l. Cond. 8(c)-(d); *In re Ireland,* 146 Ariz. 340, 342-43 (1985) (attorneys must not mislead courts). Indeed, an Arizona lawyer's duty of confidentiality to his or her client is subordinated to the remediation requirement of Rule 3.3. *See* Ariz. R. Prof'l. Cond. 1.6(a) ("lawyer shall not reveal information relating to the representation of a client unless … the disclosure is permitted or required by paragraphs (b), (c) or (d), or *ER 3.3(a)(3)*") (emphasis added). The duty to correct is an affirmative duty in two respects relevant here.

First, the duty to remediate continues even after an attorney ceases to represent the client on whose behalf the false or misleading evidence or argument was submitted.

> ER 3.3(c) makes clear that the ethical obligation to take reasonable remedial measures survives the end of the attorney-client relationship. The ethical obligation terminates only when the tainted proceedings have concluded.

---

[2] False or misleading statements are made "knowingly" if the speaker has "actual knowledge of the fact in question." Ariz. R. Prof'l. Cond. 1.0(f). Since you have now been made aware of the falsity and misleading character of the statements identified in Exhibits A-D, this standard is now met: "A person's knowledge may be inferred from circumstances." *Id.*

April 2, 2024
Page 6

Supreme Court of Arizona, Attorney Ethics Advisory Committee, Ethics Opinion EO-20-0007, at 8 (May 19, 2021). Even for counsel who no longer represent the client that they represented at the time of the false or misleading statement, the ethical obligation to correct continues. Thus, for example, notwithstanding that Sherman & Howard no longer represent Secretary Fontes, that firm's counsel have a continuing duty to correct the false or misleading statements made by any witnesses they called on the Secretary's behalf.

Second, demurring or not responding to the issue does not satisfy the obligation. *Champlin v. Bank of Am., N.A.*, 231 Ariz. 265, 268, ¶ 17 (Ct. App. 2013) ("[s]imply filing a non-opposition notice, as she did here, is insufficient to discharge this duty"); ARIZ. R. PROF'L. COND. 3.3 cmt. 3 ("There are circumstances where failure to make a disclosure is the equivalent of an affirmative misrepresentation"). Thus, for example, the respondents' waivers of a brief in opposition filed in the U.S. Supreme Court on March 27, 2024, do not discharge the duty to correct. Quite simply, Rule 3.3 imposes an affirmative *duty to act*, not merely a duty to refrain from continuing to misrepresent the truth.

### Timing of Your Duty to Correct

The proceedings in which your misrepresentations identified in Exhibits A-D were made have not concluded. Rule 3.3's duty to correct continues to apply:

> A practical time limit on the obligation to rectify false evidence or false statements of law and fact has to be established. The conclusion of the proceeding is a reasonably definite point for the termination of the obligation. A proceeding has concluded within the meaning of this Rule when a final judgment in the proceeding has been affirmed on appeal or the time for review has passed.

ARIZ. R. PROF'L. COND. 3.3 cmt. 13.

### Conclusion

The Lake-Finchem, petition for a writ of *certiorari* in No. 23-1021 (U.S.) is scheduled for the Justices' conference on April 19, 2024. If the petition is denied, the order terminating at least that component of the federal litigation would be issued April 22, 2024. Accordingly, petitioners will seek relief with the U.S. Supreme Court early ithe week of April 15, 2024 to order you to correct the false and misleading statements in the record before the Court if these corrections have not been filed with the Court with respect to the relevant proceedings below. With respect to the litigation outside the U.S. Supreme Court, the applicable court deadlines afford more flexibility. Thus, for those matters, we are open to discussing the timing of corrections if we hear from you and agree to an alternate timeline by April 12, 2024.

April 2, 2024
Page 7

Please contact me regarding your willingness and availability to discuss these matters.

Sincerely,

/s/ Kurt B. Olsen

Kurt B. Olsen
Admitted *Pro Hac Vice*

*Counsel for Kari Lake and Mark Finchem*

Enclosures

cc:    Bryan James Blehm (via email w/Encl.)
Andrew D Parker, *et al.*, Parker Daniels Kibort LLC (via email w/Encl.)
Alan M. Dershowitz (via email w/Encl.)
Lawrence J. Joseph (via email w/Encl.)
Patrick M. McSweeney, McSweeney, Cynkar & Kachouroff PLLC (via email w/Encl.)
Counsel of Record (via email w/Encl., Service List enclosed)

**SERVICE LIST**

Sambo (Bo) Dul
STATES UNITED DEMOCRACY
CENTER
8205 South Priest Drive, #10312
Tempe, Arizona 85284
bo@statesuniteddemocracy.org

Abha Khanna
ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
akhanna@elias.law

Lalitha D. Madduri
Christina Ford
Elena A. Rodriguez Armenta
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
lmadduri@elias.law
cford@elias.law
erodriguezarmenta@elias.law

Emily Craiger
THE BURGESS LAW GROUP
3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016
emily@theburgesslawgroup.com

Daniel C. Barr (#010149)
Alexis E. Danneman (#030478)
Austin C. Yost (#034602)
Samantha J. Burke (#036064)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
DBarr@perkinscoie.com
ADanneman@perkinscoie.com
AYost@perkinscoie.com
SBurke@perkinscoie.com
DocketPHX@perkinscoie.com

Christine Bass
STATES UNITED DEMOCRACY
CENTER
3749 Buchanan Street, Unit 475165
San Francisco, California 94147-3103
christinebass@statesuniteddemocracy.org

Kara Marie Karlson
Arizona Attorney General's Office
2005 N Central Avenue
Phoenix, AZ 85004
Email: AdminLaw@azag.gov

Craig A. Morgan
Shayna Stuart
Jake Tyler Rapp
SHERMAN & HOWARD L.L.C.
2555 East Camelback Road, Suite 1050
Phoenix, Arizona 85016
CMorgan@ShermanHoward.com
SStuart@ShermanHoward.com
JRapp@ShermanHoward.com

Daniel Jurkowitz
Pima County Attorney's Office
32 N Stone Avenue, Suite 2100
Tucson, AZ 85701 Email:
Daniel.Jurkowitz@pcao.pima.gov

Roopali H. Desai
D. Andrew Gaona
Kristen Yost
COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
rdesai@cblawyers.com
agaona@cblawyers.com
kyost@cblawyers.com

48a

Rachel H. Mitchell
MARICOPA COUNTY ATTORNEY
Thomas P. Liddy
Joseph J. Branco
Joseph E. LaRue
Karen J. Hartman-Tellez
Deputy County Attorneys
MCAO Firm No. 0003200
CIVIL SERVICES DIVISION
225 West Madison St.
Phoenix, Arizona 85003
liddyp@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
hartmank@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

## EXHIBIT A

### *Lake et al. v. Fontes et* **al., No. 22-cv-00677-JJT**
### *Lake et al. v. Fontes et* **al., No. 22-16413**
### *Lake et al. v. Fontes et* **al., No. 23-16022**
### **False or Misleading Statements**
### **In Defendants' Briefs to the District Court and the Ninth Circuit**

| Defendant Brief | Page | Statement |
|---|---|---|
|  |  |  |
| Hobbs MTD (Doc. No. 45) | 1 | "[E]very piece of electronic voting equipment is tested and verified before being certified for use in Arizona elections and is again tested before and after every election." |
| Hobbs MTD | 2-3 | "All electronic voting systems undergo federal and state testing and certification before being used in Arizona elections, counties perform logic and accuracy testing on all equipment before and after every election, and the Secretary separately performs logic and accuracy testing on a sample of each county's equipment before each election with a federal, statewide, or legislative race. See, e.g., A.R.S. §§ 16-442, 16-449, 16-602; 2019 Elections Procedures Manual ("2019 EPM") at 76-82, 86-100, 235, https://azsos.gov/sites/default/files/ 2019_ELECTIONS_PROCEDURES_MANUAL_APPROVED.pdf." |
| Hobbs MTD | 3 | "In the face of a once-in-a-century pandemic and unprecedented levels of misinformation, Arizona election officials successfully administered free, fair, and secure elections in 2020. Over 3.4 million Arizonans exercised their right to vote in the general election, and counties completed and passed post-election audits and logic and accuracy testing confirming the results." "The Secretary has certified each electronic voting system that will be used in each county in the 2022 elections. Ariz. Sec'y of State, 2022 Election Cycle / Voting Equipment, https://azsos.gov/sites/default/files/2022_ Election_Cycle_Voting_Equipment-Feb-Final.pdf." |

| Hobbs MTD | 4 | "Undeterred, Plaintiffs now challenge the use of electronic voting systems in Arizona, raising many of the same inaccurate theories about electronic voting systems. Plaintiffs vaguely allege that electronic voting systems—in general—have certain security risks, complain about a lack of 'transparency' from manufacturers, and allude to various election equipment issues in other jurisdictions. Based on these allegations, they ask [¶ 23] the Court to infer that all voting systems *certified for use in Arizona* are 'potentially unsecure, lack adequate audit capacity, fail to meet minimum statutory requirements, and deprive voters of the right to have their votes counted and reported in an accurate, auditable, legal, and transparent process.'" |
|---|---|---|
| Hobbs MTD | 15 | "Even more, Plaintiffs' reliance on the defunct 2002 VSS renders their allegations irrelevant. Had Plaintiffs bothered to look at the EAC website, they would have easily discovered that Democracy Suite 5.5B was tested and certified under the VVSG in 2019. U.S. Election Assistance Comm'n, Democracy Suite 5.5B (Modification), https://www.eac.gov/voting-equipment/democracy-suite-55b-modification." |
| Hobbs MTD | 16 | "Plaintiffs ignore Arizona's many opportunities for public observation throughout the election process, including open meetings of the Election Equipment Certification Committee and logic and accuracy testing of voting equipment before each election. See, e.g., A.R.S. §§ 16-442, 16-449." |
| Maricopa County MTD (Doc. No. 27) | 3 | Chart claiming software is certified and the tabulators are logic and accuracy tested |
| Maricopa County MTD | 5 | "The second required audit is a pre-election logic and accuracy test performed by the counties on all of their tabulation equipment. (EPM at 86.) This second audit also occurred on October 6, 2020, and also demonstrated that the tabulators tabulated ballots with 100% accuracy. (See Maricopa Cnty. Election Facts.)" |
| Maricopa County MTD | 13 | "Similarly specious is Plaintiffs' assertion that 'untested and unverified electronic voting machines' are used in Maricopa County and Arizona. (FAC, ¶ 2.) The tabulation machines used in Arizona elections were subjected to testing and verification prior to being certified for use, as required by federal and state law. (See Statement of Facts, § II.) Both the independent, bipartisan EAC and the Arizona Secretary of State's Equipment Certification Committee certified them. (Id.) These machines are tested again, both before and after elections, to verify that they accurately read paper ballots. (Id.)" |
| Maricopa County Motion | 4 | "For instance, FAC ¶¶ 73-89, 125-131, 133 and 134 contain allegations concerning elections in Alabama, North Carolina, Nebraska, Texas, Georgia, Wisconsin, Michigan, and Colorado conducted with equipment |

| | | |
|---|---|---|
| for Sanctions (Doc. No. 97) | | that is not used in Arizona and so have nothing to do with Arizona and its certified tabulation equipment." |
| Maricopa County Motion for Sanctions | 11 | "Plaintiffs seek to invalidate a voting system certified by the Secretary on November 5, 2019. (See id., ¶¶ 18, 137.)" |
| Maricopa County App.Br. (No. 22-16413, Dkt. Entry 32) | 11-12 | "Rather, those facts either contradicted their repeated assertions that were clearly false or addressed facts that they conveniently, entirely failed to address in their FAC. These included, among others, the assertion … that Arizona's election equipment is not independently tested by experts (it is), (ER-50, ¶ 20; ER-56, ¶ 57; ER-58, ¶ 69).… Maricopa County's motion to dismiss addressed each of these provably false allegations in detail, using publicly available and widely circulated information. (2- Cnty-SER-529–33.)" |
| Maricopa County App.Br. (No. 22-16413, Dkt. Entry 32) | 13 | "For instance, Paragraphs 73–89, 125–31, 133 and 134 contain allegations concerning elections in Alabama, North Carolina, Nebraska, Texas, Georgia, Wisconsin, Michigan, and Colorado conducted with equipment that is not used in Arizona and so have nothing to do with Arizona and its certified tabulation equipment. (ER-59–67, 77–79.)" |
| Fontes App.Br. (No. 22-16413, Dkt. Entry 30-1) | 9 | Each of Arizona's fifteen counties perform logic and accuracy testing on vote tabulating equipment before and after an election. 2019 EPM at 86. |
| Fontes App.Br. (No. 22-16413, Dkt. Entry 30-1) | 10-11 | Entire section "V.B. ALL ELECTRONIC VOTING SYSTEMS, TABULATION EQUIPMENT, AND BMDS FOR THE 2022 ELECTIONS WERE TESTED AND CERTIFIED" |
| Fontes App.Br. (No. 22-16413, Dkt. Entry 30-1) | 28, n.11 | "As explained above, all electronic voting systems are tested, certified, and audited. See supra, at 7–10; ER-12–16." |
| Maricopa County App.Br. (23-16022, Dkt.Entry 11) | 30 | "Paragraph 57 alleges that "Arizona intends to rely on electronic voting systems to record some votes and to tabulate all votes cast in the State of Arizona in the 2022 Midterm Election, without disclosing the systems and subjecting them to neutral, expert analysis." (2-ER-270, ¶ 57 (first emphasis in original and second emphasis added).) Both statements are false. As this Court found:<br><br>Before being certified for use in elections, the tabulation machines are tested by an accredited laboratory and the Secretary of State's Certification Committee. Ariz. Rev. Stat. § 16-442; see also§16-552 (identical testing requirement for tabulation of early ballots). The certified machines are then subjected to pre-election logic and accuracy tests by the Secretary of State and the election officials of each county. Ariz. Rev. Stat. § 16-449; Ariz. |

| | | |
|---|---|---|
| | | Sec'y of State, 2019 Election Procedures Manual ("2019 EPM") at 86<br>*Lake*, 83 F.4th at 1202" |
| Maricopa County App.Br. (23-16022, Dkt.Entry 11) | 32 | "Challengers seek to invalidate a voting system certified by the Secretary on November 5, 2019. (2-ER-264, 294, ¶¶ 18, 137.)" |

## Counsel on Briefs

### 1. Secretary of State Hobbs

Roopali H. Desai
D. Andrew Gaona
Kristen Yost
COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5478
rdesai@cblawyers.com
agaona@cblawyers.com
kyost@cblawyers.com

Sambo (Bo) Dul
STATES UNITED DEMOCRACY CENTER
8205 South Priest Drive, #10312
Tempe, Arizona 85284
T: (480) 253-9651
bo@statesuniteddemocracy.org

Christine Bass
STATES UNITED DEMOCRACY CENTER
3749 Buchanan Street, Unit 475165
San Francisco, California 94147-3103
T: (309) 242-8511
christinebass@statesuniteddemocracy.org

### 2. Maricopa County

Emily Craiger
emily@theburgesslawgroup.com
THE BURGESS LAW GROUP
3131 East Camelback Road, Suite 224

Phoenix, Arizona 85016
Telephone: (602) 806-2100

Rachel H. Mitchell
MARICOPA COUNTY ATTORNEY
Thomas P. Liddy
Joseph J. Branco
Joseph E. LaRue
Karen J. Hartman-Tellez
Deputy County Attorneys
MCAO Firm No. 0003200
CIVIL SERVICES DIVISION
225 West Madison St.
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-8567
liddyp@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
hartmank@mcao.maricopa.gov
ca-civilmailbox@mcao.maricopa.gov

**3. Secretary of State Fontes**

Craig A. Morgan
Shayna Stuart
Jake Tyler Rapp
SHERMAN & HOWARD L.L.C.
2555 East Camelback Road, Suite 1050
Phoenix, Arizona 85016
Telephone: (602) 240-3000
Facsimile: (602) 240-6600
CMorgan@ShermanHoward.com
SStuart@ShermanHoward.com
JRapp@ShermanHoward.com

**EXHIBIT B**

***Lake et al. v. Fontes et* al., No. 22-cv-00677-JJT**
**False or Misleading Testimony July 21, 2022 Hearing**

| Witness | Page cite | Testimony or Summary of Testimony |
|---------|-----------|-----------------------------------|
| | | |
| Macias | 133:7-18 | Advised Maricopa about L&A testing. |
| Macias | 133:25-134:09 | Very familiar with Arizona election systems from his work in Arizona and at EAC. |
| Macias | 137:16-138:24 | "[R]esiliency measures" include "federal certification process, the state certification process, pre-election testing post-election testing, like we have been talking about – what some call logic and accuracy testing -- that is one subset of pre-election and post-election testing -- as well as what we call system software validation or hash checking to ensure that the software has not been altered in any way." |
| | | |
| Jarrett | 175:11-23 | No chance of switching votes because "we go through extensive logic and accuracy tests before every election, not only of our tabulation equipment but of these accessible voting devices. So in Maricopa County, that has been for over two years now, upwards of nine different elections that we have been -- put these through a pre-logic and accuracy test. We've also then performed a post-logic an accuracy test on every one of those devices. And not in any of those instances have we ever found an accuracy issue with those devices." |
| Jarrett | 176:6-7 | "[W]e use the Democracy Suite 5.5-B." |
| Jarrett | 176:23-178:09 | "Safeguards" include All recommendations that we used through 2020 and currently implement, those include never connecting the device to the Interne. Our device is not connected to the Internet. It includes ensuring that we do pre and post testing, security tests as well as logic and accuracy tests, things that we do in Maricopa County. It also ensures that we maintain chain of custody over that equipment, something we do and that we document. Making sure that the |

| | | |
|---|---|---|
| | | ports on the device itself are restricted, that if someone were to access it, we would be able to detect that. Every one of our -- those ports, it's actually locked. Then that machine has tampered evidence seals that goes over those. We send out precinct ballot reports to all of our poll worker.… When we do a logic and accuracy test, that's when we affix these tamper evidence seals.<br><br>* * *<br>"If for any reason that seal does not match or that seal is broken or it has been removed, they are to immediately call us and then we don't use that device and then we would replace the device. However, there's not been an instance in the election where we've ever had one of those seals removed or broken during voting." |
| Jarrett | 180:13-14 | "State statute says that we have to use federally certified equipment." |
| Jarrett | 186:01-10 | "So every time we performed an election, state statute requires us to perform a post-election logic and accuracy test. That has been discussed here. So as part of that post-election logic and accuracy test, we have to create a zero file. So during that logic and accuracy test, we're starting with no results in the system. So at that point in time, in November, based on statutory requirements, we had to archive those files and store those results not only on a back-up driver in our server but also in an undisclosed off-site location for our disaster recovery purposes." |
| Jarrett | 187:10-189:18 | Q: You mentioned logic and accuracy tests and you're right, they have been talked about before; but I would like you, if you would, to explain what a logic and accuracy test is and whether or not it's important or not.<br><br>A. It's incredibly important to the election process, and we take that very seriously. First, before we do every logic and accuracy test, we perform what we call is a hash code verification. So at the U.S. Elections Commission and with -- on escrow with NIST, there is hash code that shows every piece of equipment and software that should be installed on the Election Management System. And we do a one-for-one check to make sure that there's not any erroneous software, make sure that there hasn't been any malicious software |

added to the equipment. So this is done before every election. After we've gone through that process, then we make sure that all of our ballots are tabulatable and accurate. So even before we get to the actual logic and accuracy tests ourselves, we're running our ballots through every piece of equipment to make sure that we programmed the election accurately. If we didn't, we want to catch it ourselves before we even get to that logic and accuracy test. And once we get to the logic and accuracy test, that's when we invite in the political parties. So the County chairs for each political party, it's either them themselves or their appointees. They come in and I heard earlier that a logic and accuracy test is only 100 ballots. That not true. In Maricopa County for the 2020 general election we did over 8,100 ballots. We make sure that for our test -- we make sure that every candidate, every rotational position is tested to make sure that every ballot style will accurately tabulate. We then also invite in the Secretary of State. They are required to by state law to perform their own logic and accuracy test. We are -- we don't -- those results are blind to us, right. They -- we give them the ballots. They are going to fill out themselves. They then know the results of what those ballots should be. They come in and test, an independent party, verifying that we have programmed that tabulation equipment accurately.

Once we go through that, the political parties are there present observing every step. They are the ones signing off on those results. They sign off on the zero report at the beginning of logic and accuracy test. They sign off on the results at the end to know that it's accurately programmed. It's at that point in time when we start affixing all of those security seals to all of the different equipment, let the recording them down that we know that that system has not been modified. And then if there are devices that are going out to our voting locations, so those precinct-based tabulators, those successful voting devices, that's when the poll workers would check back to those log seals that were affixed, right after that logic and accuracy test.

Q. Okay. And Mr. Jarrett, do you similarly do a logic and accuracy test after the election?

A. That's correct. After every election and, again, in November 2020 that was over 8,000 ballots that were run after the election as well.

|  |  |  |
|---|---|---|
|  |  |  |
| Atty Craiger | 232:16-19 | "As was addressed by our expert -- or Mr. Jarrett, our witness, the system in Maricopa County is air-gapped and the -- when the software is provided and is certified by the EAC, that software cannot be changed or updated." |
| Atty Craiger | 238:11-23 | "But the implication that because the County doesn't have that administrative access, they don't know whether or not there's been software changes is untrue. The logic and accuracy process, the testing process that occurs in Maricopa County, including the final audit that takes place, compares this logic and accuracy testing that occurred at the beginning of the process and the end and it shows that there have been no changes to the software. That is how Maricopa County, as the entity administering the election, knows that there have been no changes. And that was confirmed today by Mr. Cotton's own testimony when he said there had been no changes to the software. That's how the process is designed to work." |

**Counsel Representing Witnesses:**

1. **Ryan Macias** (called on behalf of Katie Hobbs as Arizona Secretary of State)

David A. Gaona
Kristen M. Yost
Roopali H. Desai
COPPERSMITH BROCKELMAN, P.L.C.
2800 N. Central Ave., Ste. 1900
Phoenix, AZ 85004
602.224.0999/(fax) 602.224.6020

2. **Scott Jarrett** (called on behalf of Maricopa County)

Emily Mae Craiger
BURGESS LAW GROUP
3131 E. Camelback Rd., Ste. 224
Phoenix, AZ 85016
602.806.2104

Joseph E. Larue
Karen J. Hartman-Tellez
Thomas P. Liddy
Brian J. Urban
Maricopa County Civil Services Division
225 W. Madison St.
Phoenix, AZ 85003
602.506.8541/(fax) 602.506.8567

# EXHIBIT C

## *Lake v. Hobbs* Case No. CV 2022-095403
## False or Misleading Statements December 15, 2022 Motions to Dismiss

| Defendant Brief | Page | Statement |
|---|---|---|
| | | |
| Hobbs (SoS) MTD | 1 | "There's no evidence of 'hacking,' no evidence of 'intentional interference,' and Maricopa County's election equipment that is required to be certified is properly certified." |
| Hobbs (SoS) MTD | 6 | "All electronic voting systems undergo federal and state testing and certification before being used in Arizona elections, counties perform logic and accuracy testing on all equipment before and after every election, and the Secretary separately performs logic and accuracy testing on a sample of each county's equipment before each election with a federal, statewide, or legislative race. See, e.g., A.R.S. §§ 16-442, 16-449, 16-602; 2019 EPM at 76-82, 86-100, 235." |
| Hobbs (SoS) MTD | 7 | "The Secretary properly certified the electronic voting system that was used in each county in the 2022 elections. And, every county, including Maricopa, successfully passed logic and accuracy testing on their tabulation and voting equipment for the 2022 General Election, which confirmed that the voting systems and election programs were properly configured and performing accurately." |
| Hobbs (contestee) MTD | 15 | "While Lake makes a series of conclusory assertions that the devices used by the County during the election were not certified, did not comply with HAVA, and that intentional, widespread technical issues on Election Day violated the constitution … Lake does not identify a single "illegal vote" that was wrongfully counted because of these errors. . |
| Maricopa County MTD | 5 | "First, Arizona law does not require certification of BOD printers. A.R.S. § 16-442 applies to the vote tabulation equipment, which is wholly independent from the printers that print ballots. Indeed, that is clear from the statute's title, which speaks of "vote *tabulating* equipment." (citing A.R.S. § 16-442 emphasis in original)." |

| Maricopa County MTD | 6 | "Third, despite the entry of sanctions by the federal court, Plaintiff has been undeterred and has taken her unsupported allegations even a step further." |

**Counsel on Briefs**

### 1. Arizona Secretary of State Katie Hobbs

D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5486
agaona@cblawyers.com

Sambo (Bo) Dul (030313)
STATES UNITED DEMOCRACY CENTER
8205 South Priest Drive, #10312
Tempe, Arizona 85284
T: (480) 253-9651
bo@statesuniteddemocracy.org

### 2. Contestee Katie Hobbs

Daniel C. Barr (#010149)
Alexis E. Danneman (#030478)
Austin C. Yost (#034602)
Samantha J. Burke (#036064)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
DBarr@perkinscoie.com
ADanneman@perkinscoie.com
AYost@perkinscoie.com
SBurke@perkinscoie.com
DocketPHX@perkinscoie.com

Abha Khanna
ELIAS LAW GROUP LLP
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
akhanna@elias.law
Telephone: (206) 656-0177

Lalitha D. Madduri
Christina Ford
Elena A. Rodriguez Armenta
ELIAS LAW GROUP LLP
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
lmadduri@elias.law
cford@elias.law
erodriguezarmenta@elias.law
Telephone: (202) 968-4546

### 3. Maricopa County

Rachel H. Mitchell
MARICOPA COUNTY ATTORNEY

Thomas P. Liddy
Joseph J. Branco
Joseph E. La Rue
Karen J. Hartman-Tellez
Jack L. O'Connor
Sean M. Moore
Rosa Aguilar
Deputy County Attorneys
liddyt@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
hartmank@mcao.maricopa.gov
oconnorj@mcao.maricopa.gov
moores@mcao.maricopa.gov
aguilarr@mcao.maricopa.gov
Deputy County Attorneys
MCAO Firm No. 0003200
CIVIL SERVICES DIVISION
225 West Madison Street
Phoenix, Arizona 85003
Telephone (602) 506-8541
Facsimile (602) 506-4316

Emily Craiger
emily@theburgesslawgroup.com
THE BURGESS LAW GROUP
3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016
Telephone: (602) 806-2100

**EXHIBIT D**

*Lake v. Hobbs et al.,* **No. 1 CA-CV 22-0779, No. 1 CA-SA 22-0237 (App.Ct)**
*Lake v. Hobbs et al.,* **No. 2 CA-CV 23-0144 (App.Ct.)**
*Lake v. Hobbs*, **No. CV-23-0046-PR (Ariz. S. Ct.)**
<u>**False or Misleading Statements Briefs On Appeal**</u>

| Defendant Brief | Page | Statement |
|---|---|---|
| | | |
| Maricopa County Answering Brief (filed 01/17/23) | 5 | **Maricopa County performed all necessary logic and accuracy tests.** <br><br> Lake argues that Maricopa County failed to perform necessary logic and accuracy testing that would have prevented the printer problems. (O.B. at 29–30.) The undisputed record contradicts this argument: Maricopa County performed logic and accuracy testing exactly as the Elections Procedures Manual requires." |
| Hobbs Answering Brief (filed 01/17/23) | 23 | "First, contrary to Lake's assertion, all of Maricopa's voting equipment was lawfully tested and certified years ago." (citing SOS's official list of voting equipment certifications: https://azsos.gov/sites/default/files/2020.07.22_Official_List.pdf (last accessed January 15, 2023))" |
| Fontes Response to Lake Pet. for Review (filed 0313/23) | 6-7 | "First, Ms. Lake challenges the court of appeals' "ratif[ication of] Maricopa's disregard of … L&A testing laws." Pet. at 13. This challenge is necessarily to the superior court's weighing of the evidence at trial, informing the finding that Ms. Lake failed to prove her case. Put differently, Ms. Lake argues that the evidence supports her position and the superior court's assessment of that evidence was wrong." <br><br> "Third, Ms. Lake asks this Court to second guess the superior court's weighing of "the sworn testimony of over 200 witnesses and disregarded expert testimony," and conclude, on appeal, that Maricopa County failed to perform mandated logic and accuracy testing." |
| Fontes Response to Lake Pet. for Review (filed 0313/23) | 10 | "Those who invoke our Courts must do so in good faith. We cannot allow a disgruntled vocal minority to weaponize our Courts, sow unfounded distrust in our election processes, malign our public servants, and undermine our democracy – all |

| | | for the purpose of trying to overturn the People's will and topple an election. Our democracy thrives because, among other things, it demands accountability. And principles of accountability dictate that those who misuse our judicial system to bring claims without substantial justification or for an improper purpose, or to cause delay or harass others, must be held accountable. See A.R.S. § 12-349; see also ARCAP 25." |
|---|---|---|
| Maricopa County Answering Brief (filed 10/25/23) | 38 | "Lake asserts that the Maricopa County Defendants did not perform logic and accuracy testing on "any of the tabulators" used on Election Day. For support, Lake cites only to the Parikh declaration—not any documentary evidence— which only contains the conclusory statement that this testing never happened. (ROA 271, Ex. A, ¶¶ 11–13.) This is blatantly false. The record contains the certificates and testimony demonstrating that the logic and accuracy testing occurred." |
| Maricopa County Answering Brief (filed 10/25/23) | 40 | "To the contrary, on October 14, 17, and 18, 2022, Maricopa County installed new memory cards on its Election Day tabulators—each memory card containing the certified Election Program that had undergone the logic and accuracy testing on October 11." |
| Maricopa County Answering Brief (filed 10/25/23) | 53 | "For example, Lake asserts that the "new evidence" shows that the tabulators used on Election Day did not undergo logic and accuracy testing and then contradictorily asserts the tabulators underwent illegal "unannounced" additional logic and accuracy testing. (See OB at 11–13.) This "evidence" is entirely irrelevant to the actual Count II, which only concerned whether a Maricopa County employee wrongfully interfered with the BOD printers, not whether the tabulators underwent logic and accuracy testing." |

**Counsel on Briefs**

**1. Maricopa County**

Rachel H. Mitchell
MARICOPA COUNTY ATTORNEY
Thomas P. Liddy
Joseph J. Branco
Joseph E. La Rue
Karen J. Hartman-Tellez
Jack. L. O'Connor
Sean M. Moore

Rosa Aguilar
Deputy County Attorneys
liddyt@mcao.maricopa.gov
brancoj@mcao.maricopa.gov
laruej@mcao.maricopa.gov
hartmank@mcao.maricopa.gov
oconnorj@mcao.maricopa.gov
moores@mcao.maricopa.gov
aguilarr@mcao.maricopa.gov

Emily Craiger (Bar No. 021728)
emily@theburgesslawgroup.com
THE BURGESS LAW GROUP
3131 East Camelback Road, Suite 224
Phoenix, Arizona 85016

2. **Katie Hobbs** (contestee)

Abha Khanna
ELIAS LAW GROUP LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
Facsimile: (206) 656-0180
akhanna@elias.law

Lalitha D. Madduri
Christina Ford
Elena Rodriguez Armenta
ELIAS LAW GROUP LLP
250 Massachusetts Ave, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
lmadduri@elias.law
cford@elias.law
erodriguezarmenta@elias.law

Alexis E. Danneman (AZ Bar No. 030478)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
adanneman@perkinscoie.com

**3. Secretary of State Fontes**

Craig A. Morgan (AZ Bar No. 023373)
Shayna Stuart (AZ Bar No. 034819)
Jake T. Rapp (AZ Bar No. 036208)
SHERMAN & HOWARD L.L.C.
2555 East Camelback Road, Suite 1050
Phoenix, Arizona 85016
Telephone: (602) 240-3000
E-Mail: CMorgan@ShermanHoward.com

## Declaration of Clay U. Parikh

I, CLAY U. PARIKH, declare under penalty of perjury that the following is true and correct:

1.  I have personal knowledge of the matters set forth below and would testify competently to them if called upon to do so.

2.  I have a Master of Science in Cyber Security, Computer Science from the University of Alabama in Huntsville. I have a Bachelor of Science in Computer Science, Systems Major from the University of North Carolina at Wilmington. In February 2007 I obtained the Certified Information Systems Security Professional (CISSP) certification and continually maintained good standing, until I released it on 28 February 2024. I also held the following certifications: Certified Ethical Hacker (CEH) and Certified Hacking Forensic Investigator (CHFI).

3.  Since December of 2003, I have continually worked in the areas of Information Assurance (IA), Information Security and Cyber Security. I have performed and led teams in Vulnerability Management, Security Test and Evaluation (ST&E) and system accreditation. I have supported both civil and Department of Defense agencies within the U.S. government as well as international customers, such as NATO. I have served as the Information Security Manager for enterprise operations at Marshall Space Flight Center, where I ensured all NASA programs and projects aboard the center met NASA enterprise security standards. I was also responsible in part for ensuring the Marshall Space Flight Center maintained its Authority to Operate (ATO) within the NASA agency. I have also served as the Deputy Cyber Manager for the Army Corps of Engineers where I led and managed several teams directly in: Vulnerability Management, Assessment and Authorization (A&A), Vulnerability Scanning, Host Based Security System (HBSS), Ports Protocols and Service Management, and an Information System Security Manager (ISSM) team for cloud projects. I also have performed numerous internal digital forensic audits. During this time span, I also worked at the Army Threat Systems Management Office (TSMO) as a member of the Threat Computer Network Operations Team (TCNOT). I provided key Computer Network Operations (CNO) support by performing

1

validated threat CNO penetration testing and systems security analysis. TCNOT is the highest level of implementation of the CNO Team concept.

4. From 2008 to 2017, I also worked through a professional staffing company for several testing laboratories that tested electronic voting machines. These laboratories included Wyle Laboratories, which later turned into National Technical Systems (NTS) and Pro V&V. My duties were to perform security tests on vendor voting systems for the certification of those systems by either the Election Assistance Commission (EAC), or to a state's specific Secretary of State's requirements.

5. I have submitted four declarations in connection with Kari Lake's election contest challenging the results of Arizona's gubernatorial race in 2022 *Lake v. Hobbs*, No. CV2022-095403, filed in Maricopa County Superior Court, related to wrongdoing and violations of Arizona law in connection with Maricopa County's use of electronic voting machines in that election.

6. In mid-August 2023, after I submitted my last declaration, the system log files for Maricopa County's vote center tabulators used in the 2020 General Election were made available to me and to others working the 2022 case. In early January of 2024 we also received a copy of Maricopa County's election systems database and the forensic images of the vote center tabulator memory cards used in the 2020 General Election. The images of the tabulator memory cards contain system configuration settings, election data, and the tabulator system log files. A thorough, months-long analysis of this data was conducted as part of our investigation and compared to the electronic voting system data related to the 2022 General Election. The meticulous data model design and intelligence isolation exercises included over 70 million lines of system log entries, and 558 gigabytes of data.

7. I also reviewed the February 23, 2021, Audit Reports by Pro V&V[1] and SLI Compliance[2], the Maricopa County Forensic Election Audit Report conducted by Cyber Ninjas at the request of the Arizona Senate and related follow-on reports by Maricopa and responses

---

[1] https://www.maricopa.gov/DocumentCenter/View/66844/Post-Audit-Report
[2] Case 2:22-cv-00677-JJT Document 29-8 Filed 06/07/22 "Exhibit 7"

2

thereto, and other documents relevant to my analysis as noted herein.

8.    The scope of this effort and comparing the 2020 data to the 2022 tabulator system log files acquired in December 2022 in total, encompassed several thousand man-hours in research, data analysis, interviews, testing and collaboration. I make the following observations and conclusions based on this new information and provide this declaration to supplement the previous declarations that have been submitted in *Lake v. Hobbs*, No. CV2022-095403, filed in the Maricopa County Superior Court, and my testimony in *Lake et al. v. Hobbs et al.*, No. 2:22-cv-00677-JJT filed in the United States District Court for the District of Arizona.

## EXECUTIVE SUMMARY

9.    Given my education, experience as a security professional and years of experience working with Voting System Testing Laboratories (VSTL), and the thorough analysis of the systems, processes, and the electronic records detailed above, the facts have led to the conclusion that the voters of Maricopa County should have no confidence that their votes have been accurately counted, if they were even counted at all. The ***egregious*** security violation discovered, concerning the encryption keys utilized by the voting system only reinforces this conclusion.

10.   Maricopa County uses a vote center model to conduct elections. This model includes a central facility (MCTEC) where the Election Management System (EMS) and high-speed tabulator/scanners are located. There are also more than two hundred vote centers (i.e., polling locations) throughout the county each with two ImageCast Precinct-2 (ICP2) tabulators to scan and process ballots. Tabulator memory cards contain the election software programming for each election and are inserted into every tabulator/scanner allowing them to read and tabulate the ballots for that election.

11.   Upon analysis and review of the vote center ICP2 tabulator system log files from the 2020 and 2022 General Elections, I make the following observations:

      a. The vote center tabulator system log files and other electronic data show conclusively that, Maricopa used election software cobbled together with components from

3

versions of Democracy Suite 5.5B and 5.10. Democracy Suite 5.10 is not approved for use in Arizona by the Secretary of State or by the EAC in any capacity. The use of any software not included in the specific configuration as tested for certification renders the entire voting system uncertified. Maricopa County election officials acknowledge that any change to the voting system software would violate the official certification and testified that was the reason for not having installed antivirus and operating system security patches.[3]

b. One of the components that has been grafted onto Maricopa's election software is the Machine Behavioral Settings (MBS) of California's Democracy Suite 5.10, to include the election counting rules which govern how ballots are read and votes are tabulated. Because of this use of uncertified software, any election results from these voting systems cannot be relied upon.

c. The SLI Compliance audit report[2] solicited to among other things, "[v]erify[] that the software installed on the tabulation equipment is the same software certified by the U.S. Election Assistance Commission and the Arizona Secretary of State" either did not assess the same election software as that used in the 2020 General Election or falsely claimed that they had.

d. Following the post-election 2020 senate audit, Secretary of State Katie Hobbs purportedly decertified Maricopa County's vote center tabulators for fear that they could have been compromised during the audit. Maricopa County then purchased replacement vote center tabulators. The system logs for 2022 reveal that the uncertified software detailed above was used again for the 2022 General Election.

e. Maricopa County falsely certified that it conducted statutorily required logic and accuracy (L&A) testing on the vote center tabulators before each of the 2020 and 2022 General Elections. In fact, the system log files, test results, and/or video

---

[3] Transcript 2:22-cv-00677-JJT (pg. 180, Lines 15-19) Testimony of Scott Jarrett "if we were to install or update or implement patches on any piece of that equipment, it would immediately then be decertified at the federal level. So we don't do that because it would violate federal statute and then violate state statute."

4

evidence show none of the vote center tabulators (including the election software installed on them) used in the 2020 and 2022 General Elections were subjected to statutorily required L&A testing.

12. Analysis of the 2020 election database revealed the most egregious security violation. The secret encryption key and x509 certificate used to encrypt, decrypt, the election data, and used for authentication when transferring files and communication are stored in plaintext, unprotected within the election database. Compounding this, the database is not configured to standard security configurations used for a database dealing with sensitive information.

## DETAILED FINDINGS AND CONCLUSIONS
### Certification of Democracy Suite 5.5B Election Software Under Arizona Law

13. A.R.S. § 16-442(A) states in part that a committee of three persons appointed by the Secretary of State "shall investigate and test the various types of vote recording or tabulating machines or devices that may be used under this article. ... [and] submit its recommendations to the secretary of state who shall make final adoption of the type or types, make or makes, model or models to be certified for use in this state."

14. A.R.S. § 16-442(B) states further that an electronic voting machines "may only be certified for use in this state and may only be used in this state if they comply with the Help America Vote Act (HAVA) of 2002 and if those machines or devices have been tested and approved by a laboratory that is accredited pursuant to the help America vote act of 2002."

15. Maricopa acknowledges these requirements on its website[4], stating further that: "Maricopa County's tabulation equipment went through extensive testing and received federally accredited Election Assistance Commission certification." "The Dominion Democracy Suite 5.5B is both federally and state certified." "The U.S. Election Assistance Commission certification is an official recognition that a voting system has been tested and has met an identified set of Federal voting system standards."

---

[4] https://www.maricopa.gov/5539/Voting-Equipment-Facts

5

16.    As shown in the chart entitled 2022 Election Cycle/Voting Equipment posted on the Arizona Secretary of State's website[5], Democracy Suite 5.5B was the only version of Dominion election software certified for use in Arizona and includes version 5.5.1.8 for the firmware used in Maricopa's ICP2 vote center tabulators, see Exhibit B.

17.    The EAC's DVS 5.5B certification is attached as Exhibit A. The EAC Certification *Scope of Conformance* defines the specific software and firmware component versions tested and certified by both the EAC and the state of Arizona. The EAC Certificate of Conformance for Democracy Suite 5.5B states: "Components evaluated for this certification are detailed in the attached Scope of Certification document. This certificate ***applies only to the specific version and release of the product in its evaluated configuration***." The EAC's Scope of Certification also states "[a]ny use, configuration changes, revision changes, additions or subtractions from the described system are ***not included*** in this evaluation."

18.    Dominion's Democracy Suite election software includes a component called Machine Behavior Settings (MBS) which govern how ballots are read and tabulated by the tabulators. According to Dominion's manual[6], MBS are "[t]he settings that hold configuration parameters as defined by EMS applications and passed onto the ICE and ICP2 tabulators. These settings define and determine the behavior of the ICE and ICP2 during an election." The MBS "are configured prior to the election to detect for particular ballot scenarios and elicit various responses based on the type of ballot scenario detected[6]" with respect to accepting, reading, and tabulating ballots. In short, through the MBS, one can control the outcome of an election.

19.    The ***only*** version of Dominion's tested, certified, and authorized for use in the state of Arizona, during the 2020 and 2022 elections, was Democracy Suite 5.5B. The ICP2 tabulator (vote center) MBS version 5.5.1.4 is shown highlighted in the screenshot from the Scope of Certification below: [7]

---

[5] https://apps.azsos.gov/election/files/ve/ve_2022_election_cycle_voting_equipment_aug.pdf
[6] Democracy Suite Use Procedures Version: 5.10-A::5 September 9, 2021 pg. 15, pg. 188
[7] Exhibit A, pg.5

6

| Machine Configuration File (MCF) | 5.5.12.1_20190510 | Proprietary | ICX Configuration File |
|---|---|---|---|
| Device Configuration File (DCF) | 5.5.31_20190423 | Proprietary | ICP and ICC Configuration File |
| ICE Machine Behavior Settings | 5.5.6.3 20190512 | Proprietary | ICE Configuration |
| ICP2 Machine Behavior Settings | 5.5.1.4 20190510 | Proprietary | ICP2 Configuration |

Hardware Components:

**Maricopa County's Election Software Has Been Altered and Is Not Certified**

20.     The tabulator system log files reveal that the Dominion election software Maricopa County used in the 2020 and 2022 General Elections is an uncertified home-brew version that inserts Democracy Suite software version 5.10 MBS into the approved and certified Democracy Suite 5.5B. This configuration has *not* been tested by the VSTL Pro V&V, nor been certified by the EAC, and has not been certified for use in Arizona by the Secretary of State. Specifically, the tabulator system log files for all vote center tabulators used in the 2020 and 2022 elections reveal that Maricopa is using an MBS version (5.10.9.4) from California's 5.10 system, not the proper 5.5B version 5.5.1.4. Representative exemplars of the vote center tabulator system log files for the 2020 and 2022 General Elections, respectively, are shown below:



7

21.     All the system log files for the vote center tabulators used in the 2020 and 2022 General Elections show that Maricopa installed MBS version 5.10.9.4 and that the vote center tabulators were programmed to "expect" MBS version 5.10.3.4. Both versions are not certified for use with Democracy Suite 5.5B.

22.     The "WARN[ING]" described in the tabulator system log files establishes the fact the vote center tabulators were programmed to expect a version of the California's 5.10 system is separate and apart from the fact that Maricopa County's use of version 5.10 MBS Dominion software is not authorized by the Arizona Secretary of State or certified by the EAC. California is the only state that uses Dominion Democracy Suite version 5.10.

23.     In the California Secretary of State's Staff Report dated August 19, 2019, evaluating this election software, the Staff Report states: "Validating the software often, and on every system component is crucial to a secure system. Finally, ***Democracy Suite does not support mixing and matching of versions between components***.[8]" [p.25, emphasis added]

24.     The system log files for all vote center tabulators used in the 2020 and 2022 General Elections also show another warning that of a database version and domain conflict. Representative exemplars of the vote center tabulator system log files for the 2020 and 2022 General Elections, respectively, are shown below:

---

[8] https://votingsystems.cdn.sos.ca.gov/vendors/dominion/dvs510staff-report.pdf

8

25.     In computer programming, functions that check and compare component or sub-component versions--such as the two warnings noted above--serve a vital purpose in ensuring system functionality. Event logs are the standard way to record system checks. "Warnings" are a specific category of an event log in software programming. A warning indicates that there could be multiple, if not hundreds, of issues and that errors could occur. Critically, when a warning is issued, the system could have a resulting consequence or error occur that is not detectable by the system.

26.     Candidates, contests, corresponding ballot bubbles, ballot styles, types and the relationship between those variables are only a fraction of the potential material adverse events that such a conflict gives rise to. Which could mean a ballot is not recorded correctly or the vote results are not accurately tabulated. The MBS and database version conflicts are a serious matter which can affect whether the tabulator accurately reads or records a voter's ballot.

27.     This is especially significant in this instance due to the complex relational database architecture of the voting system. Notably, the warnings with respect to the MBS and Election

9

75a

database/domain conflict are exactly the same for 2020 and 2022. Maricopa purchased new tabulators after the completion of the Arizona Senate audit in September 2021. Thus, Maricopa had to reload its unlawfully modified software onto the vote center tabulators used in the 2022 General Election.

28.     The result of these critical faults, individually or collectively, means there is no way to know if votes cast in the 2020 and 2022 General Elections were correctly recorded or tabulated. The only way to verify the correct vote would be to conduct a full analysis of the Election Management Server (EMS), tabulator memory cards, and paper ballots. The senate audit did not compare the 2020 paper ballots to the ballot images created during the tabulation process and the tabulator's interpretation of each ballot (AuditMark).

**Maricopa County Did Not Perform L&A Testing in Accordance with A.R.S. §16-449**

29.     L&A testing is designed to test the voting systems before an election, establish and preserve a successful state or baseline, and give the public confidence that the electronic voting machines will accurately record and tabulate votes. The procedures for L&A testing are set forth at A.R.S. §16-449 and in the Election Procedure Manual (EPM). A.R.S. §16-449(A) states in part that "[w]ithin the period of time before the election day prescribed [by the EPM] adopted pursuant to section 16-452…the automatic tabulating equipment and programs [shall be] tested to ascertain that the equipment and programs will correctly count the votes cast for all offices and on all measures."

30.     The 2019 EPM and 2023 EPM expressly state that:

> The Board of Supervisors or officer in charge of elections is responsible for performing an L&A test *on all voting equipment prior to each election*. The conduct of the test must be overseen by at least two elections staff or inspectors (of different political parties) and shall be open to observation by representatives of the political parties, candidates, the press, and the public.

31.     For any election that includes a federal, statewide, or legislative office, the Secretary of State is responsible for conducting an L&A test on *selected voting equipment*. A.R.S. § 16-

10

449.[9] The 2019 and 2023 EPM also expressly state that while the Secretary of State's L&A testing may be of selected voting equipment, "all of the county's deployable voting equipment must be tested."[10]

32.    On October 03, 2020, Maricopa County issued a statutorily required public notice that L&A testing for the 2020 General Election would be conducted on October 06, 2020. Maricopa County and the Secretary of State each officially certified that the electronic voting systems had been successfully tested for Logic and Accuracy on October 6, 2020, in accordance with Ariz. Rev. Stat. § 16-449, see Exhibit C.

33.    Maricopa County and the Secretary of State each conducted statutorily announced L&A testing for the 2022 General Election on October 11, 2022, and each certified separately that pursuant to A.R.S. §16-449, the electronic voting systems had been successfully tested for Logic & Accuracy, see Exhibit C.

34.    Prior to both elections only five spare tabulators were L&A tested. None of the tabulators that were used on either election day were L&A tested. The 2020 systems logs show five tabulators only having activity during the L&A test period. The 2022 records show five systems tested and those were the only tabulator logs we did not receive. The 2020 General Election tabulator system log files all show the vote center tabulators have initialization dates of October 7-13, i.e., after the October 6, 2020, L&A test.  With respect to the 2022 General Election, tabulator system log files all show the vote center tabulators all have initialization dates of October 14, 17, or 18, i.e., after the October 11, 2022, L&A test.

35.    The fact that the vote center tabulators all have initialization dates after the official L&A test date of October 6, 2020, and October 11, 2022, makes it impossible for any of these tabulators to have been L&A tested in accordance with A.R.S. §16-449. Maricopa thus, falsely certified that it successfully completed L&A testing on October 6, 2020, and October 11, 2022, in accordance with A.R.S. §16-449—which mandates L&A testing of all deployable voting

_____

[9] 2019 EPM p.86; 2023 EPM p. 91.
   https://apps.azsos.gov/election/files/epm/2019_elections_procedures_manual_approved.pdf

[10] 2019 EPM p. 94-95; 2023 EPM p. 100.
   https://apps.azsos.gov/election/files/epm/2023/EPM_20231231_Final_Edits_to_Cal_1_11_2024.pdf

11

equipment (i.e., including all vote center tabulators), with advance public notice and required observers.

36.     Before I had access to the tabulator system log files for the 2020 General Election, I raised the issue of Maricopa's falsely certifying it conducted L&A testing in connection with the 2022 General Election  in my declaration dated May 8, 2023 filed in connection with Lake's Motion for Relief From Judgment in which I concluded that Maricopa County could not have performed statutorily required L&A testing on the vote center tabulators used in the 2022 General Election because, among other things, the vote center tabulators all have initialization dates of October 14, 17, or 18, i.e., after the October 11, 2022 L&A test.

37.     In response to Lake's motion, Maricopa submitted the declaration of Scott Jarrett, Maricopa's Co-Director of Elections, as part of their response brief filed on May 10, 2023, in Maricopa Superior Court, Case No. CV2022-095403. In his declaration, Jarrett admitted, seven months after the statutorily mandated L&A testing on October 11, 2022, Maricopa spent three days: (1) cutting the seals on the 446 vote-center tabulators; (2) taking out all the memory cards containing the election program; and (3) reformatting and reinstalling those memory cards, purportedly with a copy of the previously certified election program. [Ex. D at 14, 15-25].

38.     The tabulator system log files show Maricopa County also conducted unannounced testing of the 446 vote center tabulators on the same dates, and that 260 tabulators (i.e., 58%) rejected ballots with the same error codes that occurred on Election Day and at a shockingly similar percentage.

39.     Jarrett also testified that the installation of these reformatted memory cards into the vote center tabulators on October 14, 17, or 18 came about because Maricopa County purportedly realized on October 10, 2022 (the day before the statutory L&A test), that they "had not programmed the Vote Center tabulators to reject early and provisional ballots" and thus "the reformatted cards needed to be reinserted into each of the tabulators." [Ex. D at 9, 14-15]. Jarrett testified further the new programming was "a security feature that Maricopa County has used since 2020…[and] [s]uch programming prevents a voter from being able to cast and have more than one ballot counted in a single election." [Ex. D at 9, 17-18].

12

40.     However, after Jarrett testified to this excuse, and previously mentioned the 2020 tabulator system log files were obtained and those log files also reflect that Maricopa's vote center tabulators used in the 2020 General Election have initialization dates after the statutory October 6, 2020, L&A test. Did Maricopa forget to properly program the tabulators to reject provisional and early ballots in the 2020 General Election as well?

41.     Regardless, reformatting the vote center tabulators' memory cards and installing the election program after the statutorily mandated L&A test means any prior L&A test is void. The testing must be rerun with the tabulators and election software installed to be compliant with the plain language of Arizona law and standard practices.

### Pro V&V and SLI did not examine the Election Software or Programming

42.     Maricopa County contracted Pro V&V to conduct a field audit "to ensure the software and hardware certified for use in Maricopa County are the same as the software and hardware used in the conduction of the November 2020 General Election." Pro V&V's report details a process by which the tabulator memory cards, which are the sole repository for the software and election configuration files (MBS), were removed and set aside.[11] After Pro V&V finished separate firmware analysis, the report states that the memory cards were reinserted into the machine; therefore, the software and configuration files at issue were not validated by Pro V&V.

43.     Shortly after the 2020 General Election, Maricopa requested SLI Compliance (SLI) to forensically audit "the voting system equipment used in the November 3rd, 2020, presidential election and records from that election, to extract facts about the use of the Dominion Voting Systems Democracy Suite 5.5B voting system" and generate a written report[12].

44.     SLI stated their first assigned tasks was to: "1. Verifying that the software installed on the tabulation equipment is the same as the software certified by the U.S. Election Assistance Commission and the Arizona Secretary of State. This item is applicable to ICP2 (precinct

---

[11] https://www.maricopa.gov/DocumentCenter/View/66844/Post-Audit-Report pg. 4 Section 3.3
[12] https://www.maricopa.gov/DocumentCenter/View/66843/SLI-Compliance-Forensic-Audit-Report

13

scanner), EMS (election management system – workstations and servers), ICC (central count system) and Adjudicator (ballot resolver)."

45.    As it pertains to number one of the assigned tasks, SLI's report details the following:

> To capture a full data set of the environments being examined, and to prevent contamination of the environments, SLI Compliance performed cloning operations on all workstations and all Administrator SD cards collected from the ICP2 devices.

> Dominion voting system files were extracted from the 35 ICP2s to validate against EAC generated hash codes, which are used to validate that each file's content has not been modified.

> The files were then hashed and compared to the EAC generated hash codes and verified to match.  This verified Item #1 for the 35 evaluated ICP2 components.

46.    It is also important to note that the uncertified and unlawful tabulator programming for both the 2020 and 2022 General Elections straddle the SLI Compliance forensic audit which purportedly verified the tabulator programming at issue; therefore, either the audit was not true and correct as the MBS software that SLI's audit verified was not that which was used for 2020- or the uncertified and unlawful software was surreptitiously reinstalled for 2022. There are no other possibilities.

47.    Maricopa County Defendants falsely asserted that they had performed hash validation of the software of the tabulators and EMS before the Logic & Accuracy test for each election by comparing it to that which was certified by the EAC and the Arizona Secretary of State, when in fact they did not.[13]

### Storing Encryption Keys in Plain Text and Unprotected Violates Basic Security Procedures

48.    Electronic voting systems overall are full of vulnerabilities with multiple exploits

---

[13] Transcript 2:22-cv-00677-JJT (pg. 187, Lines 15-24) Mr. Jarrett also explained that Maricopa County performs "a hash code verification" prior to the Secretary's logic and accuracy testing. (Tr. 187:15-24.)

14

available. The vulnerabilities range from outdated Operating Systems (OS), third party applications, to protocols and services. Adding to these weaknesses is system configuration. Nearly all aspects of the voting systems do not use standard security, let alone industry best practices when configuring their systems. Voting system vendors, like Dominion, lack basic configuration management of their systems.

49.     The election database is a prime example of misconfiguration. It is standard practice for a database to not use OS authentication to access or modify the database. Democracy Suite versions use OS authentication, which increases the number of attack vectors on the database. Additionally, if a database is to hold sensitive data it should be configured to encrypt the table, column, or row to which the sensitive data is to reside. This prevents anyone with read only or unauthorized access from seeing the data.

50.     Lastly, Democracy Suite systems use a combination of a Rijndael Key, a Rijndael Vector, a Hash-based Message Authentication Code (HMAC) and a x509 security certificate to encrypt, decrypt and to authenticate data. The encryption key is considered a secret key and should be hidden and protected. All the components listed above (security processes) should be stored encrypted, especially if stored within a database. In the Democracy Suite systems, they are not. They are left unprotected and out in the open easy to find. With these items anyone could manipulate system configuration files causing the tabulators to not function properly. They could create or duplicate election data and make it look authentic. The possibilities are endless.

51.     Furthermore, the plaintext storage of passwords and encryption keys on **any** information system, let alone a voting system, is an **egregious**, **inexcusable** violation of long-standing, **basic** cybersecurity best practices. It destroys any type of security the system wishes to implement. Windows log-in is the only authentication needed to access the unprotected database where the keys are stored. Windows log-in can easily be bypassed.[14]

52.     These keys being plaintext outside of the cryptographic module also **violates** FIPS 140-2. Section 4.7 of FIPS 140-2 "Cryptographic Key Management"[15] states "The security

---

[14] https://www.youtube.com/watch?v=2v-mGf4_9-A
[15] https://nvlpubs.nist.gov/nistpubs/FIPS/NIST.FIPS.140-2.pdf pg.30

15

requirements for cryptographic key management encompass the entire lifecycle of cryptographic keys[.]" The section also states that "Secret keys, private keys, and CSPs shall be protected within the cryptographic module from unauthorized disclosure, modification, and substitution." Section 4.7.5 "Key Storage" states "Plaintext secret and private keys shall not be accessible from outside the cryptographic module to unauthorized operators." Additionally, the National Institute of Standards and Technology NIST SP 800-57[16] section 4.7 "Key Information Storage" states "The integrity of all key information **shall** be protected; the confidentiality of secret and private keys and secret metadata **shall** be protected. When stored outside a cryptographic module[.]"

## CONCLUSION

53.    The version mismatches and uncertified software identified in the tabulator system logs indicate an uncertified voting system was used in both the 2020 and 2022 elections, in violation of Arizona law. Two independent audits and Maricopa County couldn't properly verify the integrity of the voting system, via hash validation. The encryption mechanisms and security certificates are left totally unprotected in a highly vulnerable system. The result of these critical faults, individually or collectively, means there is no way to know if votes cast in either election were correctly recorded or tabulated.


I declare under penalty of perjury that the foregoing is true and correct.


Executed on this 18 day of March 2024.          s/ Clay Parikh

                                                 Clay U. Parikh

---

[16] https://doi.org/10.6028/NIST.SP.800-57pt2r1

# Exhibit A



**United States Election Assistance Commission**

**Certificate of Conformance**



**Dominion Voting Systems**
**Democracy Suite 5.5-B**

The voting system identified on this certificate has been evaluated at an accredited voting system testing laboratory for conformance to the *Voluntary Voting System Guidelines Version 1.0 (VVSG 1.0)* . Components evaluated for this certification are detailed in the attached Scope of Certification document. This certificate applies only to the specific version and release of the product in its evaluated configuration. The evaluation has been verified by the EAC in accordance with the provisions of the EAC *Voting System Testing and Certification Program Manual* and the conclusions of the testing laboratory in the test report are consistent with the evidence adduced. This certificate is not an endorsement of the product by any agency of the U.S. Government and no warranty of the product is either expressed or implied.

Product Name: Democracy Suite

Model or Version: 5.5-B

Name of VSTL: Pro V&V

EAC Certification Number: DVS-DemSuite5.5-B

Date Issued: September 11, 2019

*Executive Director*
*U.S. Election Assistance Commission*

Scope of Certification Attached

18

84a

**Manufacturer:** *Dominion Voting Systems (DVS)*   **Laboratory:** *Pro V&V*
**System Name:** *Democracy Suite 5.5-B*   **Standard:** *VVSG 1.0 (2005)*
**Certificate:** *DVS-DemSuite5.5-B*   **Date:** *September 11, 2019*



# Scope of Certification

This document describes the scope of the validation and certification of the system defined above. Any use, configuration changes, revision changes, additions or subtractions from the described system are not included in this evaluation.

## Significance of EAC Certification

An EAC certification is an official recognition that a voting system (in a specific configuration or configurations) has been tested to and has met an identified set of Federal voting system standards. An EAC certification is **not**:

- An endorsement of a Manufacturer, voting system, or any of the system's components.
- A Federal warranty of the voting system or any of its components.
- A determination that a voting system, when fielded, will be operated in a manner that meets all HAVA requirements.
- A substitute for State or local certification and testing.
- A determination that the system is ready for use in an election.
- A determination that any particular component of a certified system is itself certified for use outside the certified configuration.

## Representation of EAC Certification

Manufacturers may not represent or imply that a voting system is certified unless it has received a Certificate of Conformance for that system. Statements regarding EAC certification in brochures, on Web sites, on displays, and in advertising/sales literature must be made solely in reference to specific systems. Any action by a Manufacturer to suggest EAC endorsement of its product or organization is strictly prohibited and may result in a Manufacturer's suspension or other action pursuant to Federal civil and criminal law.

## System Overview:

The D-Suite 5.5-B Voting System is a paper-based optical scan voting system with a hybrid paper/DRE option consisting of the following major components: The Election Management System (EMS), the ImageCast Central (ICC), the ImageCast Precinct (ICP and ICP2), the ImageCast Evolution (ICE), the ImageCast X (ICX) DRE w/ Reports Printer, ImageCast X (ICX) DRE w/ voter-verifiable paper audit trail (VVPAT), and the ImageCast X ballot marking device (BMD). The D-Suite 5.5-B Voting System configuration is a modification from the EAC approved D-Suite 5.5 system configuration.

1 | P a g e

Language capability:

System supports Alaska Native, Apache, Bengali, Chinese, English, Eskimo, Filipino, French, Hindi, Japanese, Jicarilla, Keres, Khmer, Korean, Navajo, Seminole, Spanish, Thai, Towa, Ute, Vietnamese, and Yuman.

## Democracy Suite 5.5-B System Diagram



## Components Included:

This section provides information describing the components and revision level of the primary components included in this Certification.

### Voting System Software Components:

| System Component | Software or Firmware Version | Operating System or COTS | Comments |
|---|---|---|---|
| EMS Election Event Designer (EED) | 5.5.32.4 | Windows 10 Pro | EMS |
| EMS Results Tally and Reporting (RTR) | 5.5.32.4 | Windows 10 Pro | EMS |
| EMS Application Server | 5.5.32.4 | Windows Server 2012 R2 Windows 10 Pro | EMS |
| EMS File System Service (FSS) | 5.5.32.4 | Window 10 Pro | EMS |
| EMS Audio Studio (AS) | 5.5.32.4 | Windows 10 Pro | EMS |
| EMS Data Center Manager (DCM) | 5.5.32.4 | Windows Server 2012 R2 Windows 10 Pro | EMS |
| EMS Election Data Translator (EDT) | 5.5.32.4 | Windows 10 Pro | EMS |
| ImageCast Voter Activation (ICVA) | 5.5.32.4 | Windows 10 Pro | EMS |
| EMS Adjudication (ADJ) | 5.5.32.4 | Windows 10 Pro | EMS |
| EMS Adjudication Services | 5.5.32.4 | Windows 10 Pro | EMS |
| Smart Card Helper Service (SCHS) | 5.5.32.4 | Windows 10 Pro | EMS |
| Election Firmware | 5.5.31.1 | uClinux | ICP |
| Firmware Updater | 5.5.31.1 | uClinux | ICP |
| Firmware Extractor | 5.5.31.1 | uClinux | ICP |
| Kernel (uClinux) | 5.5.31.1 | Modified COTS | ICP |
| Boot Loader (COLiLO) | 20040221 | Modified COTS | ICP |
| Asymmetric Key Generator | 5.5.31.1 | uClinux | ICP |
| Asymmetric Key Exchange Utility | 5.5.31.1 | uClinux | ICP |
| Firmware Extractor (Technician Key) | 5.5.31.1 | uClinux | ICP |
| ICP2 Application | 5.5.1.8 | uClinux | ICP2 |
| ICP2 Update Card | 5.5.1.8 | uClinux | ICP2 |
| Voting Machine | 5.5.6.5 | Ubuntu Linux | ICE |
| Election Application | 5.5.6.5 | Ubuntu Linux | ICE |
| ImageCast Central Application | 5.5.32.5 | Windows 10 Pro | ICC |
| ICX Application | 5.5.13.2 | Android 5.1.1 (ICX Prime) Android 4.4.4 (ICX Classic) | ICX |

### Voting System Platform:

| System Component | Version | Operating System or COTS | Comments |
|---|---|---|---|
| Microsoft Windows Server | 2012 R2 Standard | Unmodified COTS | EMS Server SW Component |
| Microsoft Windows | 10 Professional | Unmodified COTS | EMS Client/Server SW Component |
| .NET Framework | 3.5 | Unmodified COTS | EMS Client/Server SW Component |
| Microsoft Visual J# | 2.0 | Unmodified COTS | EMS Client/Server SW Component |
| Microsoft Visual C++ 2013 Redistributable | 2013 | Unmodified COTS | EMS Client/Server SW Component |
| Microsoft Visual C++ 2015 Redistributable | 2015 | Unmodified COTS | EMS Client/Server SW Component |

3 | P a g e

21

| System Component | Version | Operating System or COTS | Comments |
|---|---|---|---|
| Java Runtime Environment | 7u80 | Unmodified COTS | EMS Client/Server SW Component |
| Java Runtime Environment | 8u144 | Unmodified COTS | EMS Client/Server SW Component |
| Microsoft SQL Server 2016Standard | 2016 Standard | Unmodified COTS | EMS Client/Server SW Component |
| Microsoft SQL Server 2016 Service Pack 1 | 2016 SP1 | Unmodified COTS | EMS Client/Server SW Component |
| Microsoft SQL Server 2016 SP1 Express | 2016 SP1 | Unmodified COTS | EMS Client/Server SW Component |
| Cepstral Voices | 6.2.3.801 | Unmodified COTS | EMS Client/Server SW Component |
| Arial Narrow Fonts | 2.37a | Unmodified COTS | EMS Client/Server SW Component |
| Maxim iButton Driver | 4.05 | Unmodified COTS | EMS Client/Server SW Component |
| Adobe Reader DC | AcrobatDC | Unmodified COTS | EMS Client/Server SW Component |
| Microsoft Access Database Engine | 2010 | Unmodified COTS | EMS Client/Server SW Component |
| Open XML SDK 2.0 for Microsoft Office | 2.0 | Unmodified COTS | EMS Client/Server SW Component |
| Infragistics NetAdvantage Win Forms 2011.1 | 2011 Vol. 1 | Unmodified COTS | EMS SW Platform |
| Infragistics NetAdvantage WPF 2012.1 | 2012 Vol. 1 | Unmodified COTS | EMS SW Platform |
| TX Text Control Library for .NET | 16.0 | Unmodified COTS | EMS SW Platform |
| SOX | 14.3.1 | Unmodified COTS | EMS SW Platform |
| NLog | 1.0.0.505 | Unmodified COTS | EMS SW Platform |
| iTextSharp | 5.0.5 | Unmodified COTS | EMS SW Platform |
| OpenSSL | 1.0.2K | Unmodified COTS | EMS SW Platform |
| OpenSSL FIPS Object Module | 2.0.14 (Cert 1747) | Unmodified COTS | EMS SW Platform |
| SQLite | 1.0.103.0 | Unmodified COTS | EMS SW Platform |
| Lame | 3.99.4 | Unmodified COTS | EMS SW Platform |
| Speex | 1.0.4 | Unmodified COTS | EMS SW Platform |
| Ghostscript | 9.04 | Unmodified COTS | EMS SW Platform |
| One Wire API for .NET | 4.0.2.0 | Unmodified COTS | EMS SW Platform |
| Avalon-framework-cvs-20020806 | 20020806 | Unmodified COTS | EMS SW Platform |
| Batik | 0.20-5 | Unmodified COTS | EMS SW Platform |
| Fop | 0.20-5 | Unmodified COTS | EMS SW Platform |
| Microsoft Visual J# 2.0 Redistributable Package – Second Edition (x64) | 2.0 | Unmodified COTS | EMS SW Platform |
| Entity framework | 6.1.3 | Unmodified COTS | EMS SW Platform |
| Spreadsheetlight | 3.4.3 | Unmodified COTS | EMS SW Platform |
| Open XML SDK 2.0 for Microsoft Office | 2.0.5022.0 | Unmodified COTS | EMS SW Platform |
| Open SSL | 1.0.2K | Unmodified COTS | ICP |
| OpenSSL FIPS Object Module | 2.0.10 (Cert 1747) | Unmodified COTS | ICP |
| Zlib | 1.2.3 | Unmodified COTS | ICP |
| uClinux | 20070130 | Modified COTS | ICP |
| Kernel (Linux) | 2.6.30.9-dvs-36 | Modified COTS | ICE |

4 | P a g e

| System Component | Version | Operating System or COTS | Comments |
|---|---|---|---|
| U-Boot | 1.3.4 | Modified COTS | ICE |
| Google Text-to-Speech Engine | 3.11.12 | Unmodified COTS | ICX SW |
| Kernel | 4.9.11 | Modified COTS | ICP2 |
| U-Boot | 2017.03 | Modified COTS | ICP2 |
| Zxing Barcode Scanner | 4.7.5 | Modified COTS | ICX SW |
| SoundTouch | 1.9.2 | Modified COTS | ICX SW |
| ICX Prime Android 5.1.1 image | 0405 | Modified COTS | ICX SW |
| ICX Classic Android 4.4.4 image | 0.0.98 | Modified COTS | ICX SW |
| OpenSSL FIPS Object Module | 2.0.10 (Cert 2473) | Unmodified COTS | ICX SW Build Library |
| OpenSSL | 1.0.2K | Unmodified COTS | ICC SW Build Library |
| OpenSSL FIPS Object Module | 2.0.10 (Cert 1747) | Unmodified COTS | ICC SW Build Library |
| 1-Wire Driver (x86) | 4.05 | Unmodified COTS | ICC Runtime SW |
| 1-Wire Driver (x64) | 4.05 | Unmodified COTS | ICC Runtime SW |
| Canon DR-G1130 TWAIN Driver | 1.2 SP6 | Unmodified COTS | ICC Runtime SW |
| Canon DR-G160II TWAIN Driver | 1.2 SP6 | Unmodified COTS | ICC Runtime SW |
| Canon DR-M260 TWAIN Driver, | 1.1 SP2 | Unmodified COTS | ICC Runtime SW |
| InoTec HiPro 821 TWAIN Driver | 1.2.3.17 | Unmodified COTS | ICC Runtime SW |
| Visual C++ 2013 Redistributable (x86) | 12.0.30501 | Unmodified COTS | ICC Runtime SW |
| Machine Configuration File (MCF) | 5.5.12.1_20190510 | Proprietary | ICX Configuration File |
| Device Configuration File (DCF) | 5.5.31_20190423 | Proprietary | ICP and ICC Configuration File |
| ICE Machine Behavior Settings | 5.5.6.3 20190512 | Proprietary | ICE Configuration |
| ICP2 Machine Behavior Settings | 5.5.1.4 20190510 | Proprietary | ICP2 Configuration |

Hardware Components:

| System Component | Hardware Version | Proprietary or COTS | Comments |
|---|---|---|---|
| ImageCast Precinct (ICP) | PCOS-320C | Proprietary | Precinct Scanner |
| ImageCast Precinct (ICP) | PCOS-320A | Proprietary | Precinct Scanner |
| ImageCast 2 Precinct (ICP2) | PCOS-330A | Proprietary | Precinct Scanner |
| ImageCast Evolution (ICE) | PCOS-410A | Proprietary | Precinct Scanner |
| ICP Ballot Box | BOX-330A | Proprietary | Ballot Box |
| ICP Ballot Box | BOX-340C | Proprietary | Ballot Box |
| ICP Ballot Box | BOX-341C | Proprietary | Ballot Box |
| ICP Ballot Box | ElectionSource IM-COLLAPSIBLE | Proprietary | Ballot Box |
| ICE Ballot Box | BOX-410A | Proprietary | Ballot Box |
| ICE Ballot Box | BOX-420A | Proprietary | Ballot Box |
| ICP2 Ballot Box | BOX-350A | Proprietary | Ballot Box |
| ICP2 Ballot Box | BOX-340C | Proprietary | Ballot Box |
| ICP2 Ballot Box | BOX-341C | Proprietary | Ballot Box |
| ICP2 Ballot Box | ElectionSource IM-COLLAPSIBLE | Proprietary | Ballot Box |
| ICX UPS Inline EMI Filter | 1.0 | Proprietary | EMI Filter |
| ICX Tablet (Classic) | aValue 15" Tablet (SID-15V) | COTS | Ballot Marking Device |
| ICX Tablet (Classic) | aValue 21" Tablet (SID-21V) (Steel or Aluminum chassis) | COTS | Ballot Marking Device |
| ICX Tablet (Prime) | aValue 21" Tablet (HID-21V) (Steel or Aluminum chassis) | COTS | Ballot Marking Device or Direct Recording Electronic |
| Thermal Printer | SII RP-D10 | COTS | Report Printer |

5 | Page

23

| System Component | Hardware Version | Proprietary or COTS | Comments |
|---|---|---|---|
| Thermal Printer | KFI VRP3 | COTS | Voter-verifiable paper audit trail (VVPAT) |
| Server | Dell PowerEdge R620 | COTS | Standard Server |
| Server | Dell PowerEdge R630 | COTS | Standard Server |
| Server | Dell PowerEdge R640 | COTS | Standard Server |
| ICC Workstation HW | Dell OptiPlex 7440 All in One | COTS | |
| ICC Workstation HW | Dell OptiPlex 3050 All in One | COTS | |
| ICC Workstation HW | Dell OptiPlex 9030 All in One | COTS | |
| ICC Workstation HW | Dell OptiPlex 9020 All in One | COTS | |
| ICC Workstation HW | Dell OptiPlex 9010 All in One | COTS | |
| ICC Scanner | Canon imageFormula DR-G1130 | COTS | Central Count Scanner |
| ICC Scanner | Canon imageFormula DR-M160II | COTS | Central Count Scanner |
| ICC Scanner | Canon imageFormula DR-M260 | COTS | Central Count Scanner |
| ICC Scanner | InoTec HiPro 821 | COTS | Central Count Scanner |
| ICC Scanner | Dell Optiplex 7050 | COTS | |
| ICC Scanner | Dell 2418HT Monitor | COTS | |
| Client Workstation HW and Express Server | Dell Precision 3430 | COTS | |
| Client Workstation HW and Express Server | Dell Precision 3431 | COTS | |
| Client Workstation HW and Express Server | Dell Precision T3420 | COTS | |
| Client Workstation HW | Dell Precision T1700 | COTS | |
| Client Workstation HW | Dell Latitude 3400 | COTS | |
| Client Workstation HW | Dell Latitude 3490 | COTS | |
| Client Workstation HW | Dell Latitude E3480 | COTS | |
| Client Workstation HW | Dell Latitude E3470 | COTS | |
| Client Workstation HW | Dell Latitude E7450 | COTS | |
| ICX Printer | HP LaserJet Pro Printer M402dn | COTS | |
| ICX Printer | HP LaserJet Pro Printer M402dne | COTS | |
| Monitor | Dell Monitor KM632 | COTS | |
| Monitor | Dell Monitor P2414Hb | COTS | |
| Monitor | P2419H | COTS | |
| Monitor | P2417H | COTS | |
| Monitor | Dell Ultrasharp 24" Monitor U2414H | COTS | |
| CD/DVD Reader | Dell DVD Multi Recorder GP60NB60 | COTS | |
| iButton Programmer | Maxim iButton Programmer DS9490R# with DS1402-RP8+ | COTS | |
| UPS | Tripp Lite SMART1500RMXL2U | COTS | |
| UPS | APC SMT1500C Smart-UPS | COTS | |
| UPS | APC SMT1500 Smart-UPS | COTS | |
| UPS | APC BE600M1 | COTS | |
| UPS | APC BR1000G | COTS | |
| Network Switch | Dell X1008 | COTS | |
| Network Switch | Dell X1018 | COTS | |
| Network Switch | Dell X1026 | COTS | |
| Network Switch | Dell PowerConnect 2808 | COTS | |
| Sip and Puff | Enabling Devices #972 | COTS | |
| Headphones | Cyber Acoustics ACM-70 and ACM-70B | COTS | |
| 4-way Joystick Controller | S26 | Modified COTS | |

| System Component | Hardware Version | Proprietary or COTS | Comments |
|---|---|---|---|
| Rocker (Paddle) Switch | Enabling Device #971 | COTS | |
| Rocker (Paddle) Switch | AbleNet 10033400 (2x) | COTS | |
| CF Card Reader | IOGEAR SDHC/microSDHC 0U51USC410 | COTS | |
| CF Card Dual-Slot Reader | Lexar USB 3.0 | COTS | |
| CF Card Reader | Hoodman Steel USB 3.0 102015 | COTS | |
| CF Card Reader | Lexar Professional CFR1 | COTS | |
| CF Card Reader | Kingston FCR-HS4 | COTS | |
| ATI | ATI handset | Proprietary | |
| ATI | ATI-USB handset | Proprietary | |
| ACS PC-Linked Smart Card Reader | ACR38 | COTS | |
| ACS PC-Linked Smart Card Reader | ACR39 | COTS | |

## System Limitations

This table depicts the limits the system has been tested and certified to meet.

| Characteristic | Limiting Component | Limit | Comment |
|---|---|---|---|
| Ballot positions | Ballot | 292*/462** | Landscape Ballot: 240 candidates + 24 write-ins + 28 Yes/No choices. |
| Precincts in an election | EMS | 1000; 250 | Standard; Express |
| Contests in an election | EMS | 1000; 250 | Standard; Express |
| Candidates/Counters in an election | EMS | 10000; 2500 | Standard; Express |
| Candidates/Counters in a precinct | Ballot | 240*/462** | Both |
| Candidates/Counters in a tabulator | Tabulator | 10000; 2500 | Standard; Express |
| Ballot Styles in an election | Tabulator | 3000; 750 | Standard; Express |
| Ballot IDs in a tabulator | Tabulator | 200 | Both |
| Contests in a ballot style | Ballot | 38*/156** | Both |
| Candidates in a contest | Ballot | 240*/231** | Both |
| Ballot styles in a precinct | Tabulator | 5 | Both |
| Number of political parties | Tabulator | 30 | Both |
| "vote for" in a contest | Ballot | 24*/30** | Both |
| Supported languages in an election | Tabulator | 5 | Both |
| Number of write-ins | Ballot | 24*/462** | Both |

\* Reflects the system limit for a ballot printed in landscape.

\*\* Reflects the system limit for a ballot printed in portrait.

## Functionality

### 2005 VVSG Supported Functionality Declaration

| Feature/Characteristic | Yes/No | Comment |
|---|---|---|
| Voter Verified Paper Audit Trails | | |
|     VVPAT | YES | |
| Accessibility | | |
|     Forward Approach | YES | |
|     Parallel (Side) Approach | YES | |
| Closed Primary | | |
|     Primary: Closed | YES | |
| Open Primary | | |
|     Primary: Open Standard  (provide definition of how supported) | YES | |
|     Primary: Open Blanket  (provide definition of how supported) | YES | |
| Partisan & Non-Partisan: | | |
|     Partisan & Non-Partisan:  Vote for 1 of N race | YES | |
|     Partisan & Non-Partisan: Multi-member ("vote for N of M") board races | YES | |
|     Partisan & Non-Partisan:  "vote for 1" race with a single candidate and write-in voting | YES | |
|     Partisan & Non-Partisan "vote for 1" race with no declared candidates and write-in voting | YES | |
| Write-In Voting: | | |
|     Write-In Voting: System default is a voting position identified for write-ins. | YES | |
|     Write-In Voting: Without selecting a write in position. | NO | |
|     Write-in: With No Declared Candidates | YES | |
|     Write-in: Identification of write-ins for resolution at central count | YES | |
| Primary Presidential Delegation Nominations & Slates: | | |
|     Primary Presidential Delegation Nominations:  Displayed delegate slates for each presidential party | YES | |
|     Slate & Group Voting: one selection votes the slate. | YES | |
| Ballot Rotation: | | |
|     Rotation of Names within an Office; define all supported rotation methods for location on the ballot and vote tabulation/reporting | YES | Equal time rotation |
| Straight Party Voting: | | |
|     Straight Party: A single selection for partisan races in a general election | YES | |
|     Straight Party: Vote for each candidate individually | YES | |
|     Straight Party: Modify straight party selections with crossover votes | YES | |
|     Straight Party: A race without a candidate for one party | YES | |
|     Straight Party: "N of M race (where "N">1) | YES | |
|     Straight Party: Excludes a partisan contest from the straight party selection | YES | |

| Feature/Characteristic | Yes/No | Comment |
|---|---|---|
| **Cross-Party Endorsement:** | | |
| Cross party endorsements, multiple parties endorse one candidate. | YES | |
| **Split Precincts:** | | |
| Split Precincts: Multiple ballot styles | YES | |
| Split Precincts: P & M system support splits with correct contests and ballot identification of each split | YES | |
| Split Precincts: DRE matches voter to all applicable races. | YES | |
| Split Precincts: Reporting of voter counts (# of voters) to the precinct split level; Reporting of vote totals is to the precinct level | YES | |
| **Vote N of M:** | | |
| Vote for N of M: Counts each selected candidate, if the maximum is not exceeded. | YES | |
| Vote for N of M: Invalidates all candidates in an overvote (paper) | YES | |
| **Recall Issues, with options:** | | |
| Recall Issues with Options: Simple Yes/No with separate race/election. (Vote Yes or No Question) | YES | |
| Recall Issues with Options: Retain is the first option, Replacement candidate for the second or more options (Vote 1 of M) | NO | |
| Recall Issues with Options: Two contests with access to a second contest conditional upon a specific vote in contest one. (Must vote Yes to vote in 2nd contest.) | NO | |
| Recall Issues with Options: Two contests with access to a second contest conditional upon any vote in contest one. (Must vote Yes to vote in 2nd contest.) | NO | |
| **Cumulative Voting** | | |
| Cumulative Voting: Voters are permitted to cast, as many votes as there are seats to be filled for one or more candidates. Voters are not limited to giving only one vote to a candidate. Instead, they can put multiple votes on one or more candidate. | NO | |
| **Ranked Order Voting** | | |
| Ranked Order Voting: Voters can write in a ranked vote. | NO | |
| Ranked Order Voting: A ballot stops being counting when all ranked choices have been eliminated | NO | |
| Ranked Order Voting: A ballot with a skipped rank counts the vote for the next rank. | NO | |
| Ranked Order Voting: Voters rank candidates in a contest in order of choice. A candidate receiving a majority of the first choice votes wins. If no candidate receives a majority of first choice votes, the last place candidate is deleted, each ballot cast for the deleted candidate counts for the second choice candidate listed on the ballot. The process of eliminating the last place candidate and recounting the ballots continues until one candidate receives a majority of the vote | NO | |

| Feature/Characteristic | Yes/No | Comment |
|---|---|---|
| Ranked Order Voting: A ballot with two choices ranked the same, stops being counted at the point of two similarly ranked choices. | NO | |
| Ranked Order Voting: The total number of votes for two or more candidates with the least votes is less than the votes of the candidate with the next highest number of votes, the candidates with the least votes are eliminated simultaneously and their votes transferred to the next-ranked continuing candidate. | NO | |

| Feature/Characteristic | Yes/No | Comment |
|---|---|---|
| **Provisional or Challenged Ballots** | | |
| Provisional/Challenged Ballots: A voted provisional ballots is identified but not included in the tabulation, but can be added in the central count. | YES | |
| Provisional/Challenged Ballots: A voted provisional ballots is included in the tabulation, but is identified and can be subtracted in the central count | NO | |
| Provisional/Challenged Ballots: Provisional ballots maintain the secrecy of the ballot. | YES | |
| **Overvotes (must support for specific type of voting system)** | | |
| Overvotes: P & M: Overvote invalidates the vote. Define how overvotes are counted. | YES | Overvotes cause a warning to the voter and can be configured to allow voter to override. |
| Overvotes: DRE: Prevented from or requires correction of overvoting. | YES | |
| Overvotes: If a system does not prevent overvotes, it must count them. Define how overvotes are counted. | YES | If allowed via voter override, overvotes are tallied separately. |
| Overvotes: DRE systems that provide a method to data enter absentee votes must account for overvotes. | N/A | |
| **Undervotes** | | |
| Undervotes: System counts undervotes cast for accounting purposes | YES | |
| **Blank Ballots** | | |
| Totally Blank Ballots: Any blank ballot alert is tested. | YES | Precinct voters receive a warning; both precinct and central scanners will warn on blank ballots. |
| Totally Blank Ballots: If blank ballots are not immediately processed, there must be a provision to recognize and accept them | YES | Blank ballots are flagged. These ballots can be manually examined and then be scanned and accepted as blank; or precinct voter can override and accept. |
| Totally Blank Ballots: If operators can access a blank ballot, there must be a provision for resolution. | YES | Operators can examine a blank ballot, re-mark if needed and allowed, and then re-scan it. |
| **Networking** | | |
| Wide Area Network – Use of Modems | NO | |
| Wide Area Network – Use of Wireless | NO | |

| Feature/Characteristic | Yes/No | Comment |
|---|---|---|
| Local Area Network – Use of TCP/IP | YES | Client/server only |
| Local Area Network – Use of Infrared | NO | |
| Local Area Network – Use of Wireless | NO | |
| FIPS 140-2 validated cryptographic module | YES | |
| Used as (if applicable): | | |
| Precinct counting device | YES | ImageCast Precinct |
| Central counting device | YES | ImageCast Central |

## Baseline Certification Engineering Change Orders (ECO)

| ECO # | Component | Description |
|---|---|---|
| 100503 | ICP PCOS-320C & ICP PCOS-320A | Adding a COTS collapsible ballot box to AVL for use with the ICP |
| 100521 | Servers and Workstations | Added DELL P2419H monitor as a display device. |
| 100527 | EMS Workstations. | Added DELL Latitude 3490 computer with updated I3-8130U processor (Dual Core, 4MB Cache, 2.2GHz) to DVS PN 190-000061 (a client workstation). |
| 100543 | ICC Scanner | Update to the DR-G1130 Scanner LCD Panel User Interface. |
| 100588 | ICX Workstation | Added new models of VVPAT printer for use with the D-Suite ICX workstation due to previous model becoming commercially unavailable |
| 100596 | EMS Workstation | Added DELL Latitude 3400 computer as a client workstation due to the DELL Latitude 3490 computer becoming commercially unavailable for purchase |
| 100597 | EMS Server | Added DELL PowerEdge R640 computer with new processor and RAM as an AVL to the existing R640 server computer configurations |
| 100602 | EMS Server and Workstations | Added DELL Precision 3431 computer in an EMS Express Server and EMS Client Workstation configuration due to the DELL Precision 3430 computer becoming commercially unavailable for purchase |
| 100603 | ICC Scanner | Added DELL P2418HT monitor as a display device for ICC HiPro scanner workstation configuration due to the Lenovo 10QXPAR1US monitor becoming commercially unavailable for purchase |

# Exhibit B

**2022 Election Cycle / Voting Equipment***

| County | System Type | Manufacturer | Maintenance | Model | Firmware Type | Software Type |
|---|---|---|---|---|---|---|
| Apache | Accessible Ballot Marking Device | ES&S | | ExpressVote (BMD) | 1.5.2.1 | ElectionWare 6.0.4.0 |
| | Central Count - Digital Scan | | | DS450 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| | Central Count - Digital Scan | | | DS850 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| Cochise | Accessible Ballot Marking Device | ES&S | ES&S | ExpressVote (BMD) | 1.5.21 | ElectionWare 6.0.4.0 |
| | Central Count - Digital Scan | | | DS200 | 2.17.4.0 | ElectionWare 6.0.4.0 |
| | Central Count - Digital Scan | | | DS450 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| | Central Count - Digital Scan | | | DS850 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| Coconino | Accessible Ballot Marking Device | ES&S | | ExpressVote (BMD) | 2.4.5.1 | ElectionWare 6.0.4.0 |
| | Central Count - Digital Scan | | | DS450 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| | Central Count - Digital Scan | | | DS850 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| Gila | Accessible Ballot Marking Device | ES&S | ES&S | ExpressVote (BMD) | 1.5.2.0 | ElectionWare 5.0.4.0 |
| | Central Count - Digital Scan | | | DS850 | 3.1.1.0 | ElectionWare 5.0.4.0 |
| Graham | Accessible Ballot Marking Device | ES&S | ES&S | ExpressVote (BMD) | 1.5.2.1 | ElectionWare 5.0.4.0 |
| | Central Count - Digital Scan | | | DS200 | 2.17.4.0 | ElectionWare 5.0.4.0 |
| Greenlee | Accessible Ballot Marking Device | ES&S | ES&S | ExpressVote (BMD) | 1.5.2.0 | ElectionWare 5.0.4.0 |
| | Digital Scan | | | DS200 | 2.17.4.0 | ElectionWare 5.0.4.0 |
| La Paz | Accessible Ballot Marking Device | ES&S | ES&S | ExpressVote (BMD) | 1.5.2.1 | ElectionWare 6.0.4.0 |
| | Central Count - Digital Scan | | | DS200 | 2.17.4.0 | ElectionWare 6.0.4.0 |
| | Central Count - Digital Scan | | | DS450 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| Maricopa | Accessible Ballot Marking Device | Dominion | Dominion | ImageCast X (BMD) | 5.5.13.2 | Democracy Suite 5.5b |
| | Accessible Ballot Marking Device | | | ICX ATI Unit (BMD) | 181-0000036 Rev. A | Democracy Suite 5.5b |
| | Ballot Marking Device Printer | | | HP LaserJet Pro M402dne | Unmodified COTS | Democracy Suite 5.5b |
| | Digital Scan | | | ImageCast Precinct 2 | 5.5.18 | Democracy Suite 5.5b |
| | Central Count - Digital Scan | | | ICC Cannon DR-G1130 | Unmodified COTS | Democracy Suite 5.5b |
| | Central Count - Digital Scan | | | ICC Interscan HiPro 821 | Unmodified COTS | Democracy Suite 5.5b |
| Mohave | Accessible Ballot Marking Device | ES&S | ES&S | ExpressVote (BMD) | 2.4.5.1 | ElectionWare 6.0.4.0 |
| | Central Count - Digital Scan | | | DS850 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| Navajo | Accessible Ballot Marking Device | ES&S | ES&S | ExpressVote (BMD) | 2.4.5.1 / 1.5.2.1 | ElectionWare 6.0.4.0 |
| | Digital Scan | | | DS200 | 2.17.4.0 | ElectionWare 6.0.4.0 |
| | Central Count - Digital Scan | | | DS450 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| | Central Count - Digital Scan | | | DS850 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| Pima | Accessible Ballot Marking Device | ES&S | ES&S | ExpressVote (BMD) | 2.4.0.0 | ElectionWare 6.0.4.0 |
| | Central Count - Digital Scan | | | DS850 | 2.1.10.0 | ElectionWare 6.0.4.0 |
| Pinal | Accessible Ballot Marking Device | ES&S | ES&S | ExpressVote (BMD) | 1.5.2.1 | ElectionWare 5.0.4.0 |
| | Central Count - Digital Scan | | | DS450 | 3.1.1.0 | ElectionWare 6.0.4.0 |
| Santa Cruz | Accessible Ballot Marking Device | Unisyn | Unisyn | FVT | OpenElect 2.2 | OCS OpenElect 2.2 |
| | Central Count - Digital Scan | | | OVCS | 1.55 | OCS OpenElect 2.2 |
| Yavapai | Accessible Ballot Marking Device | ES&S | ES&S | ExpressVote (BMD) | 1.5.2.1 | ElectionWare 6.0.4.0 |
| | Digital Scan | | | DS200 | 2.17.4.0 | ElectionWare 6.0.4.0 |
| Yuma | Accessible Ballot Marking Device | ES&S | ES&S | ExpressVote (BMD) | 1.5.21 | ElectionWare 6.0.4.0 |
| | Digital Scan | | | DS200 | 2.17.4.0 | ElectionWare 6.0.4.0 |
| | Central Count - Digital Scan | | | DS450 | 3.1.1.0 | ElectionWare 6.0.4.0 |

*This list may be updated prior to the next election.
Revised August 2022

Arizona Secretary of State

# Exhibit C



# MARICOPA COUNTY
# ELECTIONS DEPARTMENT

## Certificate of Accuracy

### General Election
### November 3, 2020

**Tested on October 6, 2020**
**Optical Scan/Central Count**
**Accessible BMD Touchscreen**
**Precinct Tabulators**

We, the undersigned, do hereby certify that the Pre Logic and Accuracy Test was conducted in Maricopa County for the November 3, 2020, General Election in accordance with AZ Statute 16-449. We attest that the count produced by the equipment and programs used correctly matched the predetermined manual tally of votes provided by the Maricopa County Elections Department.



# State of Arizona

## DEPARTMENT OF STATE

### Office of the Secretary of State

2022 Statewide General Election

## Logic & Accuracy Equipment Certificate

Pursuant to Arizona Revised Statute § 16-449, the Arizona Secretary of State's Office has completed the required logic and accuracy testing and certifies that the voting equipment, including accessible voting and tabulation equipment, in Maricopa County met the requirements for logic and accuracy testing standards on October 11, 2022.

Maricopa County will confirm that all early and provisional ballots from ICX accessible voting devices are duplicated prior to tabulation at central counting locations.

*Secretary of State's Office Representatives:*

Kori Lorick     10/19/22
*Signature and Date*

*[signature]*     10/19/22
*Signature and Date*

---



## MARICOPA COUNTY
## ELECTIONS DEPARTMENT

### Certificate of Accuracy

**General Election**
**November 8, 2022**

**Tested on October 11, 2022**
**Optical Scan/Central Count**
**Accessible BMD Touchscreen**
**Precinct Tabulator**

We, the undersigned, do hereby certify that the Pre Logic and Accuracy Test was conducted in Maricopa County for the November 8, 2022, General Election in accordance with AZ Statute 16-449. We attest that the count produced by the equipment and programs used correctly matched the predetermined manual tally of votes provided by the Maricopa County Elections Department.

| SIGNATURE | PRINT NAME | PARTY |
|---|---|---|
| *[signature]* | KEVIN GALLAGHER | REPUBLICAN |
| *[signature]* | JEFFREY GREESON | DEMOCRAT |
| *[signature]* | Robin Greeson | Democrat |
| *[signature]* | JANENE BRYANT | REPUBLICAN |
| *[signature]* | Nancy Schriber | Democrat |
| *[signature]* | Kristi Passarelli | MCTEC |
| *[signature]* | Scott Jarrett | MCTEC |
| *[signature]* | Renaud Vigue RECD OFFICE | |
| *[signature]* | Renée Swanson | MCTEC |
| | | |

# Exhibit D

1  RACHEL H. MITCHELL
   MARICOPA COUNTY ATTORNEY
2
   By:    THOMAS P. LIDDY (Bar No. 019384)
3         JOSEPH J. BRANCO (Bar No. 031474)
          JOSEPH E. LA RUE (Bar No. 031348)
4         KAREN J. HARTMAN-TELLEZ (Bar No. 021121)
          JACK L. O'CONNOR (Bar No. 030660)
5         SEAN M. MOORE (Bar No. 031621)
          ROSA AGUILAR (Bar No. 037774)
6         Deputy County Attorneys
          liddyt@mcao.maricopa.gov
7         brancoj@mcao.maricopa.gov
          laruej@mcao.maricopa.gov
8         hartmank@mcao.maricopa.gov
          oconnorj@mcao.maricopa.gov
9         moores@mcao.maricopa.gov
          aguilarr@mcao.maricopa.gov
10        Deputy County Attorneys
          MCAO Firm No. 0003200
11
   CIVIL SERVICES DIVISION
12  225 West Madison Street
    Phoenix, Arizona 85003
13  Telephone (602) 506-8541
    Facsimile (602) 506-4316
14  ca-civilmailbox@mcao.maricopa.gov
15
    Emily Craiger (Bar No. 021728)
16  emily@theburgesslawgroup.com
    THE BURGESS LAW GROUP
17  3131 East Camelback Road, Suite 224
    Phoenix, Arizona 85016
18  Telephone: (602) 806-2100

19  *Attorneys for Maricopa County Defendants*

20         **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

21            **IN AND FOR THE COUNTY OF MARICOPA**

22  KARI LAKE,                          No. CV2022-095403

23         Contestant/Petitioner,       **DECLARATION OF SCOTT JARRETT**
                                        **IN SUPPORT OF THE MARICOPA**
24  vs.                                 **COUNTY DEFENDANTS' RESPONSE**
                                        **OPPOSING LAKE'S MOTION FOR**
25  KATIE HOBBS, et al.,                **RELIEF FROM JUDGMENT**

26         Defendants.                  (Expedited Election Matter)

27                                      (Honorable Peter Thompson)

28

MARICOPA COUNTY
ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
225 WEST MADISON STREET
PHOENIX, ARIZONA 85003

37

1    I, Scott Jarrett, declare as follows:

2    1.    During the 2022 general election, I was the Co-Director of the Maricopa
3  County Elections Department (the "Elections Department").    My official title was the
4  Director of In-Person Voting and Tabulation.

5    2.    I have first-hand knowledge of the events about which I testify in this
6  Declaration, and if called upon to testify to these matters at trial I would provide competent
7  testimony.

8    3.    I am over the age of 18 and suffer from no impairments that would affect my
9  testimony, either in this Declaration or at trial.

10  **LOGIC AND ACCURACY TESTING.**

11    4.    I have reviewed the portion of Lake's Motion for Relief from Judgment and
12  the portion of Clay Parikh's Declaration that allege that Maricopa County failed the
13  November 2022 General Election Logic and Accuracy test and that the County conducted
14  subsequent, "secret" logic and accuracy testing.  [Motion at 14-15.]  These allegations are
15  false.

16    5.    All Election Tabulation Programs used in the November 2022 General
17  Election were tested as part of the statutorily required Logic and Accuracy Test that occurred
18  on October 11, 2022.

19    6.    This declaration describes Maricopa County's testing process that was used
20  for the 2022 General Election to ensure tabulators were accurate and that testing met
21  statutory and operational requirements.  The testing process described below is consistent
22  with the testing that the County has completed for previous election cycles, with the
23  following exceptions: (a) . the County expanded the testing to include more testing before
24  the statutorily required Logic and Accuracy testing and (b) the County now includes over
25  13,000 ballot styles, which consists of early ballot, provisional and election day ballots,  in
26  its statutorily required Logic and Accuracy test.  The inclusion of more than 13,000 ballot
27  styles is more than thirteen times the amount of ballots that state law requires to be included
28  in the Logic and Accuracy test.

1

7.      From October 4 through 10, 2022, the Elections Department thoroughly tested every Vote Center tabulator that would be used or that was prepared as a backup that could be used on Election Day at the 223 Vote Centers. This test included running more than 11,000 different Election Day ballot styles through the 446 Vote Center tabulators and the 54 backup tabulators. In addition to standard voted ballots, the testing included accessible voting device ballots, ballots with overvotes, and blank ballots. As the tabulator reads these ballots it creates a log of the inserting and reading of the ballot. The logs for these ballots could be interpreted as the ballot being "misread" or "returned" by the tabulator. However, the tabulator is operating as it is certified and programed to perform.

8.      This testing that occurred on October 4 through the 10 was in addition to the testing we performed on the Central Count Tabulators and the stress testing of the Ballot on Demand printers and tabulators that occurred during the months of September and early October of 2022. It was also in addition to the statutorily required Logic and Accuracy tests that occurred on October 11.

9.      During the testing from October 4 through 10, we recognized that we had not programmed the Vote Center tabulators to reject early and provisional ballots. It is not a statutory requirement that we do so. However, this is a security feature that Maricopa County has used since 2020. Such programming prevents a voter from being able to cast and have more than one ballot counted in a single election.

10.      Upon recognizing that we had inadvertently omitted this programming, we reprogrammed the Vote Center tabulators to reject early and provisional ballots. The tabulators were programed to accurately accept and count Election Day ballots. This reprogramming occurred on October 10, prior to the statutorily required Logic and Accuracy test.

11.      Because Maricopa County uses a Vote Center model, all of the Vote Center tabulators have the exact same programming. As a result, any tabulator deployed to any Vote Center could read any of the 4,312 Election Day ballot styles that were used during the 2022 General Election.

2

MARICOPA COUNTY
ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
225 WEST MADISON STREET
PHOENIX, ARIZONA 85003

12.     As required by statute, the November 2022 General Election program that was installed on every Central Count and Vote Center tabulator and used to tabulate every ballot cast in the November 2022 General Election was tested at the statutorily required Logic and Accuracy tests performed by the Secretary of State and the County on October 11, 2022.     The Logic and Accuracy test was publicly advertised, and the County Political Parties were in attendance.

13.     The County's October 11, 2022, statutorily required Logic and Accuracy test consisted of running 13,837 early and election day ballots through a combination of the Central Count and Vote Center tabulators.  The Secretary of State's test consisted of running 1,186 early and election day ballots through a combination of the Central Count and randomly-selected Vote Center tabulators.   The County successfully passed both the Secretary of State's and the County's Logic and Accuracy tests on October 11, 2022, and the tabulation equipment and program were certified for use in the November 2022 General Election.

14.     Because the County made a program change on October 10, 2022, prior to the Logic and Accuracy test, the encrypted pair of memory cards that were initially inserted in each of the Vote Center tabulators during the October 5 – 10 testing process needed to be reformatted with the certified election program that underwent the statutorily required Logic and Accuracy testing on October 11, 2022.  The reformatted cards needed to be reinserted into each of the tabulators.  As part of the certified build, this reformatting overwrites any subsequent recorded logs from the memory cards.  Accordingly, any logs predating October 14 are stored on the internal storage device located within the Vote Center tabulator.  Those logs were not requested by Lake or included in Parikh's review.  Beginning on October 14 and occurring through October 18, Maricopa County installed the new memory cards that had the certified Election Program.  Due to the reformatting, the logs from the memory cards would have a start date of either October 14, 17, or 18, the date they were reinserted into the Vote Center tabulators and they do not reflect the prior testing that occurred, as explained above.   The process to reinsert the memory cards that had the certified program that

MARICOPA COUNTY
ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
225 WEST MADISON STREET
PHOENIX, ARIZONA 85003

3

40

106a

1   underwent logic and accuracy testing was conducted under the live video streaming cameras

2   within the County's Ballot Tabulation Center.  It was not completed in secret as implied by

3   Plaintiff's court filing.

4         15.    When installing the new memory cards, the County tabulated a small number

5   of ballots through each tabulator to ensure that the memory cards were properly inserted and

6   that the ballots would tabulate.  Similar to the test that occurred on October 4 – 10, the test

7   deck of ballots included accessible voting device ballots, ballots with overvotes, and blank

8   ballots, which could appear in the log files as a misread ballot.  After the running of the test

9   ballots, the tabulators were zeroed to ensure no votes were stored on the memory cards.  The

10  tabulators were affixed with tamper evident seals and prepared for delivery to each Vote

11  Center.  Again, all of this was done under the live video streaming cameras, which were

12  operational and streaming this event to anyone who wanted to watch it.

13        16.    The Poll Workers working in the vote centers performed a verification to

14  ensure that there are not ballots recorded on the tabulator and that all results equal zero.  They

15  performed this by running a zero report when opening the polls on election day.

16        17.    Finally, a tabulator misreading a ballot does not necessarily indicate a

17  tabulator is malfunctioning, accordingly a review of the tabulator logs for misread ballots is

18  not an appropriate method for identifying if a tabulator failed a logic and accuracy test.

19  There can be common situations for a ballot to be logged as being misread when being

20  initially inserted into the tabulator.  One situation is when a ballot is inserted slightly askew,

21  which will result in an initial misread of the ballot.  However, upon reinserting the ballot in

22  a more aligned direction, the tabulator will accept and accurately count the ballot. This is not

23  a failure or error of the tabulator, is a common occurrence during both testing and voting and

24  would not result in a finding that a tabulator has failed a logic and accuracy test.  Another

25  common issue that can create a misread during testing is when running test ballots after the

26  tabulators have been cleaned.  In some instances the cleaning process may leave a small

27  piece of material or lint on the tabulator.  The first attempt(s) to insert a ballot after cleaning

28  can result in the tabulator not accepting the ballot and a misread ballot being recorded in the

4

1   logs. When this occurs, it is not a failure or error created by the tabulator. Typically,

2   inserting a ballot a second or third time resolves the issue, and any subsequent ballots are

3   accepted normally. As part of the Elections Department's pre-election testing procedures,

4   we clean every tabulator.

5

6   **DUPLICATE BALLOTS.**

7           18.   For the November 2022 General Election, Maricopa County duplicated a total

8   of 11,918 ballots. Of the 11,918, there were a total of 2,656 Election Day ballots. Of the

9   2,656 Election Day ballots, 1,282 came from three Vote Centers (999 - Gateway Fellowship,

10   215 - Journey Church, 68 - LDS Church Lakeshore) that were identified as having a "fit-to-

11   page" setting inadvertently turned on at a Vote Center. The duplication process was

12   performed in accordance with state statute and the Elections Procedures Manual. This

13   included the duplication process being completed by bi-partisan teams and the assigning of

14   marrying numbers to match the duplicated ballots with the original ballots. Maricopa

15   County segregates the storage of the original ballots and the storage of the duplicated ballots

16   after they are tabulated. The combination of the marrying number and the segregated storage

17   allows for the matching of the original ballot with the duplicated ballot. Every duplicated

18   ballot was tabulated and the vote tallies included in the final results.

19           19.   While preparing for the inspection of the ballots that was ordered by this

20   Court in this matter in December, 2022, I recognized that there were over 1,562,000 ballots

21   stored on 60 separate pallets. I offered, through the County's attorneys, the opportunity for

22   plaintiff's inspector to pre-select the batches of ballots so on the date of the inspection

23   (December 20, 2022), there would be more time to perform the inspection of ballots.

24   Despite that offer, to my knowledge, the Plaintiff's attorneys never provided a list of

25   preselected batches.

26           20.   On the date of the court ordered ballot inspection, I met with ballot inspectors

27   and attorneys for both parties and the court appointed ballot inspector. The purpose of the

28

MARICOPA COUNTY
ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
225 WEST MADISON STREET
PHOENIX, ARIZONA 85003

5

1  meeting was to allow the ballot inspectors to select the ballots that they desired to inspect

2  and to allow for the inspection to take place.

3       21.    During the initial conversation about selecting the ballots to inspect, the

4  Plaintiff's inspector wanted to use the cast vote record from the original count to select the

5  ballots.  I explained that, because there was a statutory recount of all the ballots, the cast vote

6  record ("CVR") from the original count would not be useful in locating the batches of ballots.

7  I stated it could be used, but we would have to create a "cross walk" between the old CVR

8  from the original count and the new CVR from the recount, and it would take much more

9  time than what was provided before the evidentiary hearing was scheduled to start at 8:00

10  a.m. the next day.

11       22.    The initial discussion and locating of ballots took a significant portion of the

12  time allotted for inspection.  Once the inspection progressed to reviewing the original ballots

13  that were sent to be duplicated, it was already later in the day.  We offered the inspector the

14  option to choose how to proceed and if he wanted to continue with the inspection of the

15  duplicated ballots.  The plaintiff's inspector chose to inspect the spoiled ballots rather than

16  the duplicated ballots.  Since Maricopa County stores the original and duplicated ballots

17  separately and segregated from other tabulated ballots, it would have been possible for the

18  plaintiffs to inspect both if advanced notice had been provided.

19

20       Pursuant to Rule 80(c), Ariz. R. Civ. P., I declare under penalty of perjury that the

21  foregoing is true and correct.

22       Executed on May 10, 2023.

23

24

25       Scott Jarrett

26

27

28

MARICOPA COUNTY
ATTORNEY'S OFFICE
CIVIL SERVICES DIVISION
225 WEST MADISON STREET
PHOENIX, ARIZONA 85003

6

## SECOND DECLARATION OF BENJAMIN R. COTTON

I, Ben Cotton, being duly sworn, hereby depose and state as follows:

1)     I am over the age of 18, and I understand and believe in the obligations of an oath.  I make this affidavit of my own free will and based on first-hand information and my own personal observations.

2)     This Second Declaration is an update to my declaration dated June 8, 2022 filed in the case of *Kari Lake et al. v. Katie Hobbs et al.* (2:22-cv-00677-JJT) filed in U.S. District Court for the District of Arizona (Doc. No. 35) ("First Declaration").  This Second Declaration details important new information which has come to my attention since November 2023.

3)     I am the founder of CyFIR, LLC (CyFIR).

4)     I have a master's degree in Information Technology Management from the University of Maryland University College. I have numerous technical certifications, including the Certified Information Systems Security Professional (CISSP), Microsoft Certified Professional (MCP), Network+, and Certified CyFIR Forensics and Incident Response Examiner.

5)     I have over twenty-seven (27) years of experience performing computer forensics and other digital systems analysis.

6)     I have over twenty (20) years of experience as an instructor of computer forensics and incident response. This experience includes thirteen (13) years of experience teaching students on the Guidance Software (now OpenText) EnCase Investigator and EnCase Enterprise software.

7)     I have testified as an expert witness in state courts, federal courts and before the United States Congress.

8)     I have testified before the Arizona State Senate in public hearings on 15 July 2021 and 24 September 2021 concerning the digital forensics findings connected to the Arizona State Senate

110a

Maricopa County audit of the 2020 general elections. I fully stand behind those forensic findings.

9)     I regularly lead engagements involving digital forensics, cyber security, and incident response for law firms, corporations, and government agencies and am experienced with the digital acquisition of evidence under the Federal Rules of Evidence.

10)    In the course of my duties, I have forensically examined Dominion Voting Systems (DVS) components in Maricopa County Arizona, Antrim County Michigan, Fulton County Pennsylvania, Coffee County Georgia, Mesa County Colorado and Bibb County Georgia, hereinafter referred to as the "Analyzed Election County Components".

11)    In the course of my duties, I have reviewed the administrative manuals and documentation for the DVS Democracy Suite software and hardware components.

12)    In the course of my duties, I have reviewed the public information from the Election Assistance Commission ("EAC") and its certification process for election software.

13)    I have reviewed and considered applicable Arizona law[1] concerning the certification and operation of electronic voting systems[2].

14)    I have reviewed and considered the Pro V&V report dated March 2, 2022 concerning the programmatic errors of the Dominion tabulator titled "ICP Modification to Reset Provisional Flag on each Ballot Scan".

15)    I have reviewed and considered the SLI Compliance report titled Forensic Audit Report, Report Number: MCA-21001-AR-01 dated February 23, 2021.

16)    I have reviewed and considered the Pro V&V report titled Field Audit Report Dominion Voting Systems Democracy Suite (D-Suite) 5.5-B Voting System Maricopa Post-Election Field Audit dated February 23, 2021.

17)    I have reviewed and considered the Maricopa Board of Supervisors' Response to the Arizona

---

[1] Arizona Revised Statutes Title 16. Elections and Electors

2 https://azsos.gov/sites/default/files/2019_ELECTIONS_PROCEDURES_MANUAL_APPROVED.pdf

2

111a

Senate dated 5-17-21 and named "2021.05.17 Response Letter to Senate President Fann - FINAL_202105171430291332.pdf".

18) I have reviewed Maricopa County tabulator logs from the 2020 and the 2022 elections.

19) Since the Arizona Senate Audit of 2020 I have gained more knowledge concerning these voting systems and how they work. I have incorporated that additional knowledge into this declaration.

## **EXECUTIVE SUMMARY**

20) I performed a thorough analysis of the Maricopa County Election Management System ("EMS") used in the November 2020 election, the tabulator system log files used in November 2022 election, and additional artifacts. I make the following findings:

a) The tabulator logs from the Maricopa County 2020 and 2022 elections demonstrate clearly that the machine behavior settings (MBS) and the database versions that existed on the tabulators used in those elections were not approved by the EAC certification of Dominion Voting System (DVS) Democracy Suite version 5.5B. The MBS file and the database version could not have been produced by the DVS version 5.5B. The election software Maricopa County used in the November 2020 and November 2022 elections has been materially altered from the EAC and Arizona Secretary of State certified[3] DVD D-Suite 5.5B. Any representation that this is the same golden image that the EAC approved is false.

b) Comprehensive evidence was found that the EMS system contained other significant software alterations or deviations to the configurations approved and certified in the EAC Certification and Scope of Conformance.

c) The encryption keys used to secure the results, encrypt and decrypt the tabulator results and protect the integrity of the EMS operations are stored in plain text in an unencrypted SQL database that is accessible with a simple SQL query. This egregious security lapse provides anyone with access to the voting system with the tools to alter election results without likely

---

[3] https://azsos.gov/sites/default/files/2024-02/2024_0118_Official_Voting_Equipment_List.pdf

3

detection.

d) The Maricopa EMS has a compiler installed that provides the ability to modify and create executable files and drivers on the fly that could be used to alter election results without detection. There is evidence new executable files were created at least three times during the active voting period in 2020.

e) EAC authorized voting system auditors Pro V&V and SLI Compliance failed to detect material changes to the voting systems in their audits of February 2021.

## DETAILED FINDINGS

### Evidence of Uncertified Configurations and Software

21) I examined the Dominion Imagecast Precinct (ICP2) logs (slog.txt) files and images from the November 2020 and November 2022 elections in Maricopa County. In connection with that examination, I undertook an extensive examination and analysis of the EAC certification documentation for the Dominion Democracy Suite version 5.5B, slogs.txt files for the 2020 election, slogs.txt files produced under FOIA by Maricopa County for the 2022 election, slog.txt files produced by other jurisdictions for the 2020 and 2022 elections, election databases from Maricopa County for the 2020 election, and system artifacts derived from the Arizona Senate Audit of the 2020 election. My findings are as follows:

a) The EAC website states that the DVS Democracy Suite version 5.5B was tested by Pro V&V and was certified on September 10, 2019.[4]

b) The EAC Certificate of Conformance contains a Scope of Certification that details the software versions that were certified. This document details that the certified ICE Machine Behavior Settings (MBS) are version 5.5.6.3 20190512 and the ICP2 Machine MBS are version 5.5.1.4 20190510[5]. Note that the first two numbers in each of these setting numbers

---

[4] Democracy Suite 5.5B (Modification) | U.S. Election Assistance Commission (eac.gov) 3/7/2024.

[5] DVS_5.5B_Certificate_Scope_Conformance.pdf (eac.gov) 3/7/2024

4

113a

correspond to the Dominion Voting Software version of 5.5. The Dominion Democracy Suite

Use Procedures manual defines Machine Behavior Settings (MBS) as "The settings that hold

configuration parameters as defined by EMS applications and passed onto the ICE and ICP2.

These settings define and determine the behavior of the ICE and ICP2". The first two place

numbers (separated by a period) in the MBS version number are derived from the version

number of the Dominion Voting Systems Democracy Suite version. The Maricopa version of the

DVS Democracy Suite is 5.5B, therefore the version number of the MBS files should be 5.5.

### Voting System Software Components:

| System Component | Software or Firmware Version | Operating System or COTS | Comments |
|---|---|---|---|
| EMS Election Event Designer (EED) | 5.5.32.4 | Windows 10 Pro | EMS |
| EMS Results Tally and Reporting (RTR) | 5.5.32.4 | Windows 10 Pro | EMS |
| EMS Application Server | 5.5.32.4 | Windows Server 2012 R2 Windows 10 Pro | EMS |
| EMS File System Service (FSS) | 5.5.32.4 | Window 10 Pro | EMS |
| EMS Audio Studio (AS) | 5.5.32.4 | Windows 10 Pro | EMS |
| EMS Data Center Manager (DCM) | 5.5.32.4 | Windows Server 2012 R2 Windows 10 Pro | EMS |
| EMS Election Data Translator (EDT) | 5.5.32.4 | Windows 10 Pro | EMS |
| ImageCast Voter Activation (ICVA) | 5.5.32.4 | Windows 10 Pro | EMS |
| EMS Adjudication (ADJ) | 5.5.32.4 | Windows 10 Pro | EMS |
| EMS Adjudication Services | 5.5.32.4 | Windows 10 Pro | EMS |
| Smart Card Helper Service (SCHS) | 5.5.32.4 | Windows 10 Pro | EMS |
| Election Firmware | 5.5.31.1 | uClinux | ICP |
| Firmware Updater | 5.5.31.1 | uClinux | ICP |
| Firmware Extractor | 5.5.31.1 | uClinux | ICP |
| Kernel (uClinux) | 5.5.31.1 | Modified COTS | ICP |
| Boot Loader (COLILO) | 20040221 | Modified COTS | ICP |
| Asymmetric Key Generator | 5.5.31.1 | uClinux | ICP |
| Asymmetric Key Exchange Utility | 5.5.31.1 | uClinux | ICP |
| Firmware Extractor (Technician Key) | 5.5.31.1 | uClinux | ICP |
| ICP2 Application | 5.5.1.8 | uClinux | ICP2 |
| ICP2 Update Card | 5.5.1.8 | uClinux | ICP2 |
| Voting Machine | 5.5.6.5 | Ubuntu Linux | ICE |
| Election Application | 5.5.6.5 | Ubuntu Linux | ICE |
| ImageCast Central Application | 5.5.32.5 | Windows 10 Pro | ICC |
| ICX Application | 5.5.13.2 | Android 5.1.1 (ICX Prime) Android 4.4.4 (ICX Classic) | ICX |

*Figure 1-Subset of Certified Software Versions for DVS 5.5B*

c) In the case of the slog.txt files that I examined, each ICP2 system recorded an error message

concerning the MBS version. In all cases the error message read "Wrong MBS version:

5.10.9.4 Expecting: 5.10.3.4."  As evidenced by the first two place number sets in the version numbers, both of these MBS versions would have been created by the DVS Democracy Suite version 5.10.  It is important to note that the ICP2 firmware was expecting to receive MBS version 5.10.3.4, but the version that was on the SD cards that was inserted into the ICP2 at the time the election was opened was 5.10.9.4.  Neither of these MBS versions were approved, tested or certified by the EAC with the certification of Dominion Democracy Suite 5.5B.  The MBS version approved by the EAC for the ICP2 is 5.5.1.4 20190510.

| System Component | Version | Operating System or COTS | Comments |
|---|---|---|---|
| U-Boot | 1.3.4 | Modified COTS | ICE |
| Google Text-to-Speech Engine | 3.11.12 | Unmodified COTS | ICX SW |
| Kernel | 4.9.11 | Modified COTS | ICP2 |
| U-Boot | 2017.03 | Modified COTS | ICP2 |
| Zxing Barcode Scanner | 4.7.5 | Modified COTS | ICX SW |
| SoundTouch | 1.9.2 | Modified COTS | ICX SW |
| ICX Prime Android 5.1.1 Image | 0405 | Modified COTS | ICX SW |
| ICX Classic Android 4.4.4 Image | 0.0.98 | Modified COTS | ICX SW |
| OpenSSL FIPS Object Module | 2.0.10 (Cert 2473) | Unmodified COTS | ICX SW Build Library |
| OpenSSL | 1.0.2K | Unmodified COTS | ICC SW Build Library |
| OpenSSL FIPS Object Module | 2.0.10 (Cert 1747) | Unmodified COTS | ICC SW Build Library |
| 1-Wire Driver (x86) | 4.05 | Unmodified COTS | ICC Runtime SW |
| 1-Wire Driver (x64) | 4.05 | Unmodified COTS | ICC Runtime SW |
| Canon DR-G1130 TWAIN Driver | 1.2 SP6 | Unmodified COTS | ICC Runtime SW |
| Canon DR-G160II TWAIN Driver | 1.2 SP6 | Unmodified COTS | ICC Runtime SW |
| Canon DR-M260 TWAIN Driver, | 1.1 SP2 | Unmodified COTS | ICC Runtime SW |
| InoTec HiPro 821 TWAIN Driver | 1.2.3.17 | Unmodified COTS | ICC Runtime SW |
| Visual C++ 2013 Redistributable (x86) | 12.0.30501 | Unmodified COTS | ICC Runtime SW |
| Machine Configuration File (MCF) | 5.5.12.1_20190510 | Proprietary | ICX Configuration File |
| Device Configuration File (DCF) | 5.5.31_20190423 | Proprietary | ICP and ICC Configuration File |
| ICE Machine Behavior Settings | 5.5.6.3 20190512 | Proprietary | ICE Configuration |
| ICP2 Machine Behavior Settings | 5.5.1.4 20190510 | Proprietary | ICP2 Configuration |

*Figure 2 - MBS Scope of Conformance Version Numbers*

d) Given the static nature of an EAC certified voting system, the only explanation for the presence of a non-certified components and version numbers of the MBS is an intentional manipulation and usage of non-certified, external systems to produce the version of MBS that was used with or imported into the Maricopa County voting systems in 2020 and 2022.

22)    Dominion Voting Systems represents in their documentation that "Democracy Suite is an

Election Management System (EMS) that supports all ImageCast voting channels: early votes, vote by mail votes, Election Day votes from touchscreen ballot marking devices (ICX) and Scanner, and Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) votes, from a single comprehensive database."[6]  My examination of the slog.txt data also determined there was an issue with the verification of the election database that was resident on the ICP2 systems.  That warning was once again on all slog.txt files that I examined.  That warning stated that "[Verification] Election database version: 1.24 is not the same as election domain version."  The election database version that the ICP2 was programed to expect was 1.24.  This indicates that the election was conducted with mismatched database versions, which would have increased the probability of errors in tabulation and reporting.  Further analysis is required to determine if the mismatched databases were leveraged to manipulate vote counts or modify tabulator behavior.



*Figure 3 - 2020 Slog.txt With Wrong mbs*

---

[6] (A) AGREEMENT.pdf (fulton.pa.us) Page 26, Paragraph 3.5.1 – 3/7/2024

7

*Figure 4 - 2020 Election Database Mismatch*



*Figure 5 - 2022 Wrong MBS Version*



*Figure 6 - 2022 Election Database Error*

## **Unprotected Encryption Keys**

23)     In the course of my analysis, I determined that there was a flagrant failure to protect the election

encryption and decryption keys within the election databases in the Analyzed County Election

Components.  The DVS Democracy Suite utilizes a combination of a Rijndael Key, a Rijndael

Vector, a Hash-based Message Authentication Code (HMAC) and a x509 security certificate to

encrypt, decrypt and authenticate data. This data includes code signing, data signing, communications, and tabulator results from ICC or ICP2 components. The protection of election encryption and decryption keys is prominently described by DVS within Democracy Suite Technical Data Package documents as the mitigation for the risk of a malicious actor tampering with the election database, election result files, scanned ballot images, device audit logs, device log reports, ballot definitions and other critical elements that could allow authorized or unauthorized parties, to alter the outcome of an election without detection. These keys have been left unprotected on the election database and are in plain text as shown below:



*Figure 7 - Rijndael Key for Maricopa 2020 Election*

24)     The only barrier to access these keys is the Windows-log-in. This log in obviously would not prevent a malicious insider from changing results. A non-insider could easily bypass the Windows log-in feature in about 5 minutes with well-known hacking techniques available on the internet. Given the cyber security vulnerabilities, including the sharing of passwords between user accounts, access to all of these encryption elements is easily obtained. The encryption elements are stored in the MS SQL election database and are easily retrieved with a simple SQL query.

25)     Simply put, this is like a bank having the most secure vault in the world, touting how secure it is to the public and then taping the combination in large font type on the wall next to the vault door. Anyone with local or remote access to the system, including authorized or unauthorized users, can obtain the certificates and keys and once obtained the entire election can be compromised. A simple example of the exploitation of these keys would be the modification of the results and

9

.dvd files that are transmitted or copied from the ICC scanners, HiPro scanners and the ICP2 tabulators prior to the ingestion of these files into the EMS for counting. By leveraging the decryption/encryption keys it is possible to script a program that would automatically change the contents of the ICP2 tabulator .dvd files, results.txt and cast vote records files prior to ingestion into the EMS. This altered vote count would not be logged as an intrusion or an error. Simply put, it would not be detected on the EMS.

## The Maricopa County EMS Contains the Ability to Modify and Create Executable Files and Drivers on the Fly

26) Contained on the Maricopa EMS are computer programs designed to create or modify executable files through a command line interface (CLI) by any user on the system. These programs are not found as part of approved and certified Voting System Platform software that is listed on the EAC's Scope of Certification posted on the EAC's website.[7]

   a) This document lists the following software packages as part of the certification:

      i)    .Net Framework ver. 3.5

      ii)   Microsoft Visual J# ver 2.0

      iii)  Microsoft Visual C++ 2015 Redistributable

      iv)  Microsoft Visual C++ 2013 Redistributable

      v)   Java Runtime Environment ver 7u80

      vi)  Java Runtime Environment ver 8u144

   b) The Maricopa County EMS server program installations deviate from the EAC approved certification baseline and has the following programming software packages installed:

      i)    Visual Studio 10

      ii)   Visual Studio 14

---

[7] https://www.eac.gov/sites/default/files/voting_system/files/DVS_5.5B_Certificate_Scope_Conformance.pdf

10

iii) visual studio 2016 Prerequisites

iv) Microsoft Visual C++ 2013 x64 Debug Runtime - 12.0.21005

v) Microsoft Visual C++ Additional Runtime - 14.0.23026

vi) Microsoft Visual C++ 2015 x64 Debug Runtime - 14.0.23026

vii) Microsoft Visual J# 2.0 Redistributable Package - SE(x64)

viii) Microsoft Visual C++ 2013 x64 Minimum Runtime - 12.0.21005

ix) Microsoft Visual C++ 2013 x64 Additional Runtime - 12.0.21005

x) Microsoft Build Tools 14.0 (amd64)

xi) Microsoft Build Tools Language Resources 14.0 (amd64)

xii) Visual Studio 2015 Prerequisites - ENU Language Package

xiii) Microsoft Visual C++ 2010 x64 Redistributable - 10.0.40219

xiv) Microsoft Visual C++ 2015 x64 Minimum Runtime - 14.0.23026

xv) Microsoft Visual J# 2.0 Redistributable Package - SE (x64)

xvi) .Net Framework ver. 3.5

c) Common to these software packages is the ability to compile code to create new executable files (.exe) or dynamic linked libraries (.dll) used to control the computer or the devices contained on the system. Within this list of unauthorized programs are two (2) Microsoft Build Tool packages. MSBuild is a build tool that helps automate the process of creating a software product, including compiling the source code, packaging, testing, deployment and creating documentations. Of particular interest is that the MSBuild utility can be executed with the command line interface (CLI), meaning that the compiling and creating functions of MSBuild can be automated and scripted. The MSBuild.exe file (SHA Hash: 1502e504e4f5e7d1abb96130f174a11c4aa59b2567cf9c0eda198132e39c4b37) is located on the Maricopa EMS in the C:\Windows\Microsoft.NET\Framework\v4.0.30319\MSBuild.exe file path.

27) To determine the scope of the presence of the MSBuild.exe compiler I examined the systems from

11

Antrim County Michigan, Fulton County Pennsylvania, and others. The complier was present on all of these jurisdiction's EMS. I have determined that twelve thousand five hundred and seven (12,507) executable files were created or modified after the August 6, 2019 installation date of the DVS Democracy Suite on the Maricopa voting systems. My findings also determined that there were three (3) of these files created during the actual voting process of the 2020 elections. These files are:

   a)   AnalysisServer.bin created on 10/07/20 08:41:42 AM

   b)   App_Code.q2pxxzik.dll created on 10/31/20 12:26:18 PM

   c)   App_global.asax.uf72y7eu.dll created on 10/31/20 12:26:20 PM

The creation and implementation of these files created after the installation date and certification date of the DVS Democracy Suite software violates and undermines the entire purpose for the EAC certification process.

### EAC Accredited Voting System Test Labs Failed to Detect Material Changes to Maricopa County's Voting System Election Software

28)   Maricopa County engaged the two EAC accredited VSTLs to perform audits on the Dominion Voting Systems employed by the county in February of 2021. The SLI Compliance forensic report (the "SLI Report") was solicited by Maricopa County Elections Department after the 2020 election to among other things, "[v]erify that the software installed on the tabulation equipment is the same software certified by the EAC and the State of Arizona." The election software referred to in the SLI Report attachment contained a list of hash values purported to be the EAC certified software with hash values matching the DVS Democracy Suite version 5.5B certified system. The results of these audits were published on February 23, 2021 prior to the Arizona Senate commissioned audit. Neither of these audits reported the significant deviations found from my examination of Maricopa County's election software from the EAC Certification Scope of Conformance. Specifically:

a)      The auditors only analyzed the hash values of a very small subset of the executable files on the systems.  My analysis of the reports indicate that only files located in the file paths contained in the list of file hashes attached to the SLI Compliance report were evaluated by SLI Compliance. This report is included to this declaration as Exhibit A.  Notably the auditor did not analyze or compare any files in the subdirectories of the Windows\.Net directory associated with the EMSApplicationServer functions or any other directory on the system.

b)      The auditors did not perform a comparative analysis of the software listed in the EAC Scope of Conformance and note any deviations from the certified baseline.  My analysis indicates significant differences between the installed files on the Maricopa EMS and the authorized software packages from the EAC Scope of Conformance.  Had they done so they would have reported the software deviations discussed in Paragraphs 21, 22, 26 and 27.

c)      I performed a comprehensive analysis of the hash values contained in the SLI Compliance report dated February 23, 2021.  On every system that was produced to the Arizona Senate and had the respective package installed, the hash value for the following files deviated from the SHA256 hash value listed in the SLI compliance report:

      i)      AdjudicationClient.exe.config

      ii)     DVS.Bridging.ImportAdapter.exe.Config

      iii)    DVS.DemocracySuite.ElectionEventDesigner.exe.Config

      iv)     DVS.DemocracySuite.ResultTally.exe.Config

      v)      DVS.ICVA.GUI.exe.config

      vi)     DefaultScanner.cfg

These deviations were not reported.  It should be noted that all of these files which do not match the EAC certified file hashes are configuration files.  These deviations from the approved EAC baseline are especially significant because changes to configuration files change how the election software acts and whether ballots have been accurately recorded and tabulated.

13

## **CONCLUSION**

29)     It is clear, based on my findings, that unauthorized programs, databases, configuration settings and actions were present on the voting systems in Maricopa County for the elections in both 2020 and 2022.  The election software Maricopa County used in the November 2020 and 2022 elections is not the Democracy Suite 5.5B software version approved by the EAC. The failure to maintain the EAC certification configuration should, among other things, immediately lead to the decertification of these systems.  The placing of the master cryptographic keys on the election database in plain text and unprotected allows any actor with access to the voting system complete control over the election results. Any changes to the voting results leveraging these keys would likely not be detected.  This is an egregious breach of basic security practices that must be remedied immediately. No election results provided by these voting machines can be trusted given the subjects identified and described in this report.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 19th DAY OF March, 2024.

Benjamin R. Cotton

Exhibits

Exhibit A - SLI Compliance report titled Forensic Audit Report, Report Number: MCA-21001-AR-01 dated February 23, 2021

Exhibit B - Pro V&V report titled Field Audit Report Dominion Voting Systems Democracy Suite (D-Suite) 5.5-B Voting System Maricopa Post-Election Field Audit dated February 23, 2021

14

# Exhibit A

# Forensic Audit Report

**Report Number: MCA-21001-AR-01**

## Dominion Voting Systems, Democracy Suite 5.5B

**Report Rev 1.0**

[February 23, 2021]

## Prepared for: **Maricopa County Elections Department**

Prepared by:



SLI Compliance®

4720 Independence St.
Wheat Ridge, CO
80033

(303) 422-1566

www.SLICompliance.com

*SLI Compliance, a Division of Gaming Laboratories International LLC*



*Dominion Voting Systems*
*Democracy Suite 5.5B*
*Maricopa County Forensic Audit Report*

## Revision History

| Date | Release | Author | Revision Summary |
|------|---------|--------|------------------|
| February 23, 2021 | 1.0 | M. Santos | Initial release |

**Copyright © 2021 SLI Compliance**

**Trademarks:** All products and company names are used for identification purposes only and may be trademarks of their respective owners.

### Disclaimer

The observations and conclusions reported herein must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. Results herein relate only to the items evaluated.

All evaluation conducted for this engagement has been done outside of the U.S. Election Assistance Commission's (EAC) Test and Certification Program. In no way does this report represent an EAC certification against the Voluntary Voting System Guidelines (VVSG) or any other standard.

The audit activities referenced in this document were performed in a controlled environment using specific systems and data sets, and results are related to the specific items evaluated. Actual results in other environments may vary.



## Contents

**1  Introduction** ................................................................................................. 4

**2  Process** ........................................................................................................ 6

**3  Examination** ............................................................................................... 7

**4  Audit Findings Determinations** ............................................................... 11

**5  Summary Findings** ................................................................................... 17



# 1  Introduction

SLI Compliance is submitting this report as a summary of forensic auditing efforts, solicited by Maricopa County Elections Department. The forensic audit conducted consisted of an analysis and review of the voting system equipment used in the November 3rd, 2020 presidential election and records from that election, to extract facts about the use of the Dominion Voting Systems Democracy Suite 5.5B voting system.

The Maricopa County forensic audit was conducted on the Dominion Democracy Suite (DS) 5.5B system and included examination of the following items per direction given by Maricopa County Elections Department:

- 100% (9) of the County's central count tabulators (ICC) (4 Hi-Pro high-speed scanners and 5 Cannon high-speed scanners), which are used for processing large quantities of ballots.

- 100% (4) workstations and (2) servers used to operate the election management system (EMS), which includes pre-election functions for creating the election definition for the specified election, as well as post-election activities including accumulating, tallying and reporting election results.

- 10% sample (35) of the County's 350 precinct-based tabulators (ICP2s) that were utilized in the election, at the polling centers.

- 20% sample (4) of 20 adjudication stations, which allow ballots with exceptions or outstack conditions such as over-votes, blank ballots, write-ins and marginal marks, to be resolved.

This effort included verification of the following items:

1.  Verifying that the software installed on the tabulation equipment is the same as the software certified by the U.S. Election Assistance Commission and the Arizona Secretary of State.

    This item is applicable to ICP2 (precinct scanner), EMS (election management system – workstations and servers), ICC (central count system) and Adjudicator (ballot resolver).

2.  Verifying that no malicious software is running on the component.

    This item is applicable to ICP2 (precinct scanner), EMS (election management system – workstations and servers), ICC (central count system) and Adjudicator (ballot resolver).

3.  Verifying that the components are not connected to the internet and that they have not been connected to the internet during the period of July 6, 2020 through November 20, 2020.



*Dominion Voting Systems*
*Democracy Suite 5.5B*
*Maricopa County Forensic Audit Report*

This item is applicable to ICP2 (precinct scanner), EMS (election management system – workstations and servers), ICC (central count system) and Adjudicator (ballot resolver).

4. Performing a physical audit of the components to verify there is no unexpected hardware (a sample of 5 ICP2 precinct scanners).

This item is applicable to ICP2 (precinct scanner).

Below is a listing of when each item above was completed for each relevant component.

For Item #1, verifying **component hashes against EAC generated hashes**:

- Item #1 was complete for ICP on Day 1
- Item #1 was complete for EMS workstations on Day 3
- Item #1 was complete for EMS servers on Day 5
- Item #1 was complete for ICC on Day 3
- Item #1 was complete for Adjudicator on Day 3

For Item #2, verifying **that no malicious software is running on the component**:

- Item #2 was complete for ICP on Day 3
- Item #2 was complete for EMS workstations on Day 4
- Item #2 was complete for EMS servers on Day 4
- Item #2 was complete for ICC on Day 5
- Item #2 was complete for Adjudicator on Day 4

For Item #3, verifying components **are not connected to the internet**:

- Item #3 was complete for ICP on Day 3
- Item #3 was complete for EMS workstations on Day 4
- Item #3 was complete for EMS servers on Day 5
- Item #3 was complete for ICC on Day 5
- Item #3 was complete for Adjudicator on Day 4

For Item #4, verifying **physical audit of the ICP component**:

- Item #4 was complete for ICP on Day 1



This audit was performed at a Maricopa County Election Department facility, located at 510 South 3rd Avenue, Phoenix, Arizona, over a five day period, from February 8th to February 12th, 2021.

- Attachments included are as listed:
    - Attachment A – Hashes by Component
    - Attachment B – User Activity and Malicious Software Review
    - Attachment C – Networking Review Criteria

# 2  Process

SLI Compliance conducted the forensic audit in a way that maximized efficiencies in examining the election artifacts.

The process included creation of raw disk images that allowed the examiners to audit and analyze the systems without the risk of changing the original system environments. Once the system media was imaged using a bit-to-bit copy of each item of system media, the examiners were able to mount and use forensic tools to inspect the systems for indicators of internet connectivity, as well as indicators of malicious or unauthorized software present on the systems.

Due to the County's strict policies regarding maintenance of the election infrastructure air gap, where election related devices are not allowed to be connected to non-election devices, SLI Compliance had to demonstrate the ability to prevent write back to any election media or resources. To fulfill this requirement, SLI Compliance utilized the WriteProtect™-BAY technology to prevent contamination of any of the election media during the forensic audit.

The WriteProtect™-BAY technology provides read-only, write blocking technology at a hardware layer, preventing inadvertent modification of election media during the audit. The WriteProtect™-BAY provides multiple write protected ports that allow for a wide variety of storage media to be connected in a read only write protected manner.

Examination for Item #1, verification of hashes, included usage of

- Md5deep hashing application, resident on auditing workstation with a Win10 operating system, for hashing extracted files utilizing a Sha256deep algorithm

- MS Excel spreadsheet utilizing comparison formulas, for comparing and determining if files have matching hash codes

Examination for Item #2, checking for malicious software, included usage of

- ClamWin Antivirus checks for software threats including viruses and spyware (utilizing engine version 0.99.4)

- Malwarebytes protection against software threats like viruses, malware, and spyware (utilizing component package version 1.0.1157, update package version 1.0.1157)

- Microsoft Defender Antivirus protection against software threats like viruses, malware, and spyware (utilizing security intelligence version 1.331.708.0)

- ESET Endpoint Antivirus protection against software threats including malware, viruses, worms and spyware (ESET Antivirus 7.3.2044.0)

- OSForensics, a digital examination tool that extracts data, including hidden data, from a PC

- Manual review utilizing a malicious software review checklist

- For the EMS servers, due to their configuration, a different antivirus, Avast, was utilized for examination

Examination for Item #3, internet connectivity check, included usage of

- OSForensics, a digital examination tool that extracts data, including hidden data, from a PC

- Manual review utilizing an internet connectivity review checklist

Examination for Item #4

- Four ICP2 devices were opened to show the internal components resident within

- A fifth ICP2 device was opened and all components removed from the chassis for a full examination of each internal component

# 3  Examination

This section details the proceedings of the examination, as conducted onsite at the Maricopa County Elections Department facilities.

**Day 1**

- Out of a pool of 315 available ICP2 precinct scanners (35 had been examined in a previous audit), SLI Compliance examined each and selected 35 ICP2s, based, in part, on any anomalies noticed on devices. This included missing labels or seals. Note: Due to defective batteries that would not attain the 10% minimal charge



*Dominion Voting Systems*
*Democracy Suite 5.5B*
*Maricopa County Forensic Audit Report*

needed to operate the device, five of the ICP2s originally selected would not power up, so they were replaced by five other ICP2s.

- Out of a pool 16 available Adjudication workstations (4 had been examined in a previous audit), SLI Compliance selected 4 Adjudication workstations.

- SLI Compliance auditors then recorded serial numbers of each of the 35 ICP2s, 4 adjudication workstations, all 9 of Maricopa County's ICC central count stations and all 4 Maricopa County EMS workstations, and 2 EMS servers. All labels and seals which had an associated serial number were recorded as well.

- To capture a full data set of the environments being examined, and to prevent contamination of the environments, SLI Compliance performed cloning operations on all workstations and all Administrator SD cards collected from the ICP2 devices.

- Dominion voting system files were extracted from the 35 ICP2s to validate against EAC generated hash codes, which are used to validate that each file's content has not been modified.

- The files were then hashed and compared to the EAC generated hash codes and verified to match. This verified **Item #1** for the 35 evaluated **ICP2** components.

- Cloning of the 4 Adjudicator workstations was initiated and completed.

- Cloning of the 9 ICC workstations was initiated.

- Physical audit of 5 ICP2s was conducted to verify no unexpected hardware was resident within the device. This verified **Item #4** for the **ICP2** components.

- The ICP2 contains an internal SD card that contains all information resident on the ICP2. That card was removed and examined to verify that no unexpected or malicious items were resident. Contents were also compared to artifacts that were extracted earlier as part of the Dominion file extraction process. All artifacts matched as expected.


**Day 2**

- Cloning of the 9 ICC workstations was completed.

- It was determined that the audit log (needed for review for determination of any connections to the internet) was resident on both the Administrator SD card and the Pollworker SD card. As the Pollworker card is the card pulled during election activities for results determinations, SLI Compliance auditors utilized the Administrator SD card. These cards were pulled and cloned, and then the audit log was obtained.

  o Note that six of the sampled ICP2 devices did not have SD cards. Maricopa County personnel informed the auditors that when a device needs to be replaced, the cards are pulled and utilized in the replacement device. Documentation was provided by the County for five of the ICP2 devices as



being replaced in the field. These devices were replaced due to tabulators not powering on, or needing to be replaced due to ball point pens being used which smeared the mylar screen on the scanner. The County indicated that the sixth device was prepared as a spare unit, but was never utilized in the election, and thus never had SD cards inserted.

- Review of ICP2 logs for any internet connections was initiated.

- Review of ICP2 files for any unknown/malicious software was initiated.

- Review of Adjudicator workstation logs for any internet connections was initiated.

- Review of Adjudicator workstation files for any unknown/malicious software was initiated.


**Day 3**

- Dominion voting system files were extracted from the four Adjudicator workstation cloned images to validate against EAC generated hash codes, which are used to validate that each file's content has not been modified.

- The Adjudicator workstation files were then hashed and compared to the EAC generated hash codes and verified to match. This verified **Item #1** for the 4 evaluated **Adjudicator** workstation components.

- Dominion voting system files were extracted from the nine ICC workstation cloned images to validate against EAC generated hash codes, which are used to validate that a files content has not been modified.

- The ICC workstation files were then hashed and compared to the EAC generated hash codes and verified to match. This verified **Item #1** for the 4 evaluated **ICC** workstation components.

- Review of ICP2 files for any unknown/malicious software was completed. This verified **Item #2** for the **ICP2** components.

- Review of ICP2 logs for any internet connections was completed. This verified **Item #3** for the **ICP2** components.

- Dominion voting system files were extracted from the four EMS workstation cloned images to validate against EAC generated hash codes, which are used to validate that each file's content has not been modified.

- The EMS workstation files were then hashed and compared to the EAC generated hash codes and verified to match. This verified **Item #1** for the 4 evaluated **EMS workstation** components.



**Day 4**

- Review of EMS files for any unknown/malicious software was completed. This verified **Item #2** for the **EMS workstation** components.

- Review of EMS logs for any internet connections was completed. This verified **Item #3** for the **EMS workstation** components.

- Dominion voting system files were extracted from the two EMS servers to validate against EAC generated hash codes, which are used to validate that each file's content has not been modified.

- The EMS server files were then hashed and compared to the EAC generated hash codes and verified to match. This verified **Item #1** for the 2 evaluated **EMS server** components.

- Review of Adjudicator files for any unknown/malicious software was completed. This verified **Item #2** for the **Adjudicator** components.

- Review of Adjudicator logs for any internet connections was completed. This verified **Item #3** for the **Adjudicator** components.

**Day 5**

- Review of EMS server files for any unknown/malicious software was completed. This verified **Item #2** for the **EMS server** components.

- Review of EMS server logs for any internet connections was completed. This verified **Item #3** for the **EMS server** components.

- Review of ICC files for any unknown/malicious software was completed. This verified **Item #2** for the **ICC** components.

- Review of ICC logs for any internet connections was completed. This verified **Item #3** for the **ICC** components.



# 4   Audit Findings Determinations

This section identifies the determinations for each review criterion, covering the relevant DS 5.5B components.

**Item #1 Verifying that the software installed on the tabulation equipment is the same as the software that was certified by the U.S. Election Assistance Commission and the Arizona Secretary of State.**

### ICP2 (precinct scanner)

Each of the 35 ICP2s that were examined had the voting system files extracted following the Dominion prescribed procedure. Those files were then hashed, with the md5deep tool, and compared to the relevant EAC hash codes, which determined that the Dominion Voting Systems files remained unmodified from the certified files.

For the five ICP2s that were opened for Item #4, the internal SD cards were compared to the extracted files and were verified to match.

The Internal SD cards were bit-by-bit cloned, and then the image was restored onto duplicate SD cards for examination with Kali Linux 2020.4. This allowed the examiners to determine that the files contained on the internal SD storage cards matched those that were extracted using the Dominion defined hash verification methods.

### EMS (election management system – workstations and servers)

Each of the six EMSs that were examined had all voting system files extracted. Those files were then hashed with the md5deep tool and compared to the relevant EAC hash codes, which determined that the Dominion Voting Systems files remained unmodified from the certified files.

Each of the four EMS client systems were first bit-by-bit imaged, and then the images were mounted read-only for file extraction and verification. This allowed the examiners to maintain a clean snapshot of the EMS client systems under evaluation.

The EMS servers contained encrypted raid drives that didn't allow for bit-by-bit media imaging, so the EMS servers had to be examined under the close scrutiny of County officials, including maintaining strict air-gap policies for introduction of clean media into the environment. This included monitored use of brand-new USBs (witnessed to be removed from original packaging) to obtain election software for verification.

### ICC (central count system)

Each of the nine ICCs that were examined had all voting system files extracted. Those files were then hashed with the md5deep tool and compared to the relevant EAC hash codes, which determined that the Dominion Voting Systems files remained unmodified from the certified files.

Each of the nine ICC client systems were first bit-by bit-imaged, and then the images were mounted read-only for file extraction and verification. This allowed the examiners to maintain a



clean snapshot of the ICC client systems examined. It should be noted that additional hardware was required to process and image M.2 NVMe drive technology. All ICC systems were successfully imaged using the WriteProtect™-BAY technology.

### Adjudicator (ballot resolver)

Each of the four Adjudicators that were examined had all voting system files extracted. Those files were then hashed with the md5deep tool and compared to the relevant EAC hash codes, which determined that the Dominion Voting Systems files remained unmodified from the certified files.

Each of the four Adjudication client systems were first bit-by-bit imaged, and then the images were mounted read-only for file extraction and verification. This allowed the examiners to maintain a clean snapshot of the Adjudication client systems examined.

No modifications were found by SLI Compliance to the installed Dominion software from the EAC certified release.

### Item #2: Verifying that no malicious software is running on the component.

### ICP2 (precinct scanner)

All files on each of the ICP2s were examined to determine if any malicious files were resident. Four different antivirus scanners were utilized (Windows Defender, ESET Endpoint Protection, ClamWin and Malwarebytes), as well OSForensics, a digital forensics tool, to examine the contents of each component.

No instance of malicious software was found on any of the devices.

In addition to using multiple forms of antivirus and malicious software detection software, the verification of all of the systems' software against trusted hash repositories stored by the Election Assistance Commission determined that no unexpected files or processes were present on the ICP2 Systems.

### EMS (election management system)

All files on each of the EMSs were examined to determine if any malicious files were resident. On the four workstations, four different antivirus scanners were utilized (Windows Defender, ESET Endpoint Protection, ClamWin and Malwarebytes), as well OSForensics, a digital forensics tool, to examine the contents of each component.

In addition to using multiple forms of antivirus and malicious software detection software, manual examination of the systems was conducted to identify malicious or unauthorized software on the systems. These inspections included:

1) Inspection of the system registry. This included items such as Windows 'Run' entries, most recently used programs, recent documents, and Windows Explorer last visit.



2) Inspection of the system file system and installed programs: installed programs, autorun commands, shellbag entries, Windows userassist, download history, and USB history.

3) Inspection of the system audit logs. Includes Windows event logs, browser history, search terms, website logins, Windows timeline events, and host system antivirus logs.

On the two servers, Avast antivirus was utilized, as well OSForensics, a digital forensics tool, to examine the contents of each component. The examination of the EMS servers was performed manually, and all information for the EMS servers was pulled manually, for export and examination with the OSForensics tool on a separate system.

No instance of malicious software was found on any of the devices.


## ICC (central count system)

All files on each of the ICCs were examined to determine if any malicious files were resident. On the four workstations, four different antivirus scanners were utilized (Windows Defender, ESET Endpoint Protection, ClamWin and Malwarebytes), as well OSForensics, a digital forensics tool, to examine the contents of each component.

In addition to using multiple forms of antivirus and malicious software detection software, manual examination of the systems was conducted to identify malicious or unauthorized software on the systems. These inspections included:

1) Inspection of the system registry. This included items such as Windows 'Run' entries, most recently used programs, recent documents, and Windows Explorer last visit.

2) Inspection of the system file system and installed programs: installed programs, autorun commands, shellbag entries, Windows userassist, download history, and USB history.

3) Inspection of the system audit logs. Includes Windows event logs, browser history, search terms, website logins, Windows timeline events, and host system antivirus logs.

No instance of malicious software was found on any of the devices.


## Adjudicator (ballot resolver)

All files on each of the ICCs were examined to determine if any malicious files were resident. On the four workstations, four different antivirus scanners were utilized (Windows Defender, Endpoint, ClamWin and Malwarebytes), as well OSForensics, a digital forensics tool, to examine the contents of each component.

In addition to using multiple forms of antivirus and malicious software detection software, manual examination of the systems was conducted to identify malicious or unauthorized software on the systems. These inspections included:

1) Inspection of the system registry. This included items such as Windows 'Run' entries, most recently used programs, recent documents, and Windows explorer last visit.



2) Inspection of the system file system and installed programs: installed programs, autorun commands, shellbag entries, Windows userassist, download history, and USB history.

3) Inspection of the system audit logs. Includes Windows event logs, browser history, search terms, website logins, Windows timeline events, and host system antivirus logs.

No instance of malicious software was found on any of the devices.

SLI Compliance found no malicious software components on the installed software.

**Item #3: Verifying that the components are not connected to the internet and that they have not been connected to the internet during the period of July 6, 2020 through November 20, 2020.**

## ICP2 (precinct scanner)

Manual examination and usage of the tool OSForensics, a digital forensics tool, were used to examine the activities of each ICP2 component, looking to determine if any connections were made to the internet, with primary focus on the time period of July 6, 2020 through November 20, 2020.

Manual examination and the OSForensics software were used to inspect the systems to identify if there were any instances of the systems being connected to an internet routed network. These inspections included:

1) Manual examination of the ICP2's storage partitions including the "ICP2-Boot" and "ICP2-Data" for logfiles, connection strings, ethernet callouts.

2) Inspection of the system file system and installed programs, extraction and examination of the squashfs system files.

3) Inspection of the system audit logs including the election logs, system logs and the system's diagnostic logs.

4) Searched for ethernet, modem, and wireless connectivity settings.

5) Examination and research for WLAN, ethernet and modem connectivity, logs, configuration, and usage.

No evidence of internet connectivity was found.



## EMS (election management system)(workstations and servers)

OSForensics, a digital forensics tool, was used to examine the activities of each EMS component, looking to determine if any connections were made to the internet, with primary focus on the period of July 6, 2020 through November 20, 2020.

OSForensics software was used to inspect the systems to identify if there were any instances of the systems being connected to an internet routed network. These inspections included:

1) Inspection of the system registry. This included items such as Windows 'Run' entries, most recently used programs, recent documents, and Windows Explorer last visit.

2) Inspection of the system file system and installed programs: installed programs, autorun commands, shellbag entries, Windows userassist, and download history.

3) Inspection of the system audit logs; includes Windows event logs, browser history, search terms, website logins, and Windows timeline events.

4)  USB history, to determine if there were any unauthorized wireless or USB ethernet devices plugged in and to determine if the systems were connected to an unauthorized network connection via a USB device.

In the case of the EMS server systems for which the OSForensics tools could not be utilized due to the air-gap policy, all of the information was manually examined.

1) Inspection of the system registry. This included items such as Windows 'Run' entries, most recently used programs, recent documents, and Windows Explorer last visit.

2) Inspection of the system file system and installed programs: installed programs, autorun commands, shellbag entries, Windows userassist, and download history.

3) Inspection of the system audit logs; includes Windows event logs, browser history, search terms, website logins, and Windows timeline events.

4)  USB history, to determine if there were any unauthorized wireless or USB ethernet devices plugged in and to determine if the systems were connected to an unauthorized network connection via a USB device.

5) Examination and research for WLAN connectivity.

6) Verification of the server's ARP tables, routing lists, established connections, DNS server configurations, and netstat information.

No evidence of internet connectivity was found.


## ICC (central count system)

OSForensics, a digital forensics tool, was used to examine the activities of each ICC component, looking to determine if any connections were made to the internet, with primary focus on the time period of July 6, 2020 through November 20, 2020.

OSForensics software was used to inspect the systems to identify if there were any instances of the systems being connected to an internet routed network. These inspections included:



1) Inspection of the system registry. This included items such as Windows 'Run' entries, most recently used programs, recent documents, and Windows Explorer last visit.

2) Inspection of the system file system and installed programs: installed programs, autorun commands, shellbag entries, Windows userassist, and download history.

3) Inspection of the system audit logs; includes Windows event logs, browser history, search terms, website logins, and Windows timeline events.

4) USB history, to determine if there were any unauthorized wireless or USB ethernet devices plugged in and to determine if the systems were connected to an unauthorized network connection via a USB device.

One ICC had a log entry of a connection attempt, with no corresponding DNS failure message, on August 26, 2020. The connection attempt itself was a search for how to adjust screen brightness. Examination of all other log files on that machine did not provide evidence of a successful internet connection.

No evidence of internet connectivity was found. Such evidence would have been found if the system had been connected to the internet.

**Adjudicator (ballot resolver)**

OSForensics, a digital forensics tool, was used to examine the activities of each Adjudicator component, looking to determine if any connections were made to the internet, with primary focus on the time period of July 6, 2020 through November 20, 2020.

OSForensics software was used to inspect the systems to identify if there were any instances of the systems being connected to an internet routed network. These inspections included:

1) Inspection of the system registry. This included items such as Windows 'Run' entries, most recently used programs, recent documents, and Windows Explorer last visit.

2) Inspection of the system file system and installed programs: installed programs, autorun commands, shellbag entries, Windows userassist, and download history.

3) Inspection of the system audit logs; includes Windows event logs, browser history, search terms, website logins, and Windows timeline events.

4) USB history, to determine if there were any unauthorized wireless or USB ethernet devices plugged in and to determine if the systems were connected to an unauthorized network connection via a USB device.

No evidence of internet connectivity was found.

SLI Compliance found there to be no internet connectivity occurring within the specified time period (July 6, 2020 through November 20, 2020) on any of the examined components.



**Item #4: Performing a physical audit of the components to verify there is no unexpected hardware (5 ICP2 precinct scanners).**

Physical examination of the ICP2 component included removal of the outer cover, as well an inner cover to expose the resident circuit boards and accompanying components on four ICP2s. A fifth ICP2 precinct scanner was taken even further, such that all components were completely removed from the chassis for examination.

The examination showed that there were no physical components resident that were not expected to be there.

SLI Compliance's findings indicate that the installed hardware is the hardware that was certified as part of the EAC certification and that none of the examined components contains any malicious or unexpected hardware components.

# 5 Summary Findings

SLI Compliance has completed the audit of the Dominion Voting Systems Democracy Suite 5.5B voting system components as prescribed by the Maricopa County Elections Department.

SLI Compliance maintained the integrity of the audited system components by performing a bit-by-bit image of all systems examined by SLI Compliance, except for the two EMS servers that were live systems. Unused media from original packaging was used to remove or extract data from the live systems. In all instances when removing or examining system storage media, the County required that proof of write back protection be demonstrated, to protect the election infrastructure's air-gapped environment.

Physical examination of the County election infrastructure indicated that the physical setup of the systems is arranged so that all network connectivity is clearly marked and delineated. This means that, at any time, observers can examine and determine that the election systems are connected only to authorized networking. Separate cable runs are positioned to clearly identify all network cabling to and from election devices, and cables are color coded for easy identification. In addition, the entire election area is fully covered by cameras that may be used for observing the election process and maintaining a historic record of events on the election processing floor.

While the systems examined showed no malicious or networking related USB devices being connected, the systems examined didn't provide a physical or a digital method of preventing unauthorized USB devices to the systems. In this particular case, County policy drives control of USB connectivity.

For the four items being examined,

1. Verifying that the software installed on the tabulation equipment is the same as the software that was certified by the U.S. Election Assistance Commission and the Arizona Secretary of State.



This item is applicable to ICP2 (precinct scanner), EMS (election management system – workstations and servers), ICC (central count system) and Adjudicator (ballot resolver).

SLI Compliance's findings indicate that the installed Dominion software remains unmodified from the EAC certified release.

2. Verifying that no malicious software is running on the component.

   This item is applicable to ICP2 (precinct scanner), EMS (election management system – workstations and servers), ICC (central count system) and Adjudicator (ballot resolver).

   SLI Compliance's findings indicate that the installed software does not contain any malicious software components.

3. Verifying that the components are not connected to the internet and that they have not been connected to the internet during the period of July 6, 2020 through November 20, 2020.

   This item is applicable to ICP2 (precinct scanner), EMS (election management system – workstations and servers), ICC (central count system) and Adjudicator (ballot resolver).

   One ICC had a log entry of a connection attempt, with no corresponding DNS failure message, on August 26, 2020. Examination of all other log files on that machine did not provide evidence of a successful internet connection. No other component examined had any anomalies.

4. Performing a physical audit of the components to verify there is no unexpected hardware (5 ICP2 precinct scanners).

   This item is applicable to ICP2 (precinct scanner).

   SLI Compliance's findings indicate that the installed hardware is only the hardware that was certified as part of the EAC certification and that none of the examined components contains any malicious or unexpected hardware components.

## End of Forensic Audit Report

SLI Compliance

**Adjudication**

**Version: 5.5.32.1**

| Filename | SHA-256 Value |
|---|---|
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\AdjudicationClient.exe | 5b07834c5bb79c542df57fadb9dc6ddd37159d2d9318a2be20edc0762a71d14a |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\AdjudicationClient.exe.config | ac104ab9b4f2c5921f8dd2ad8c2042c5c1313315bb94f31b770a3c932e26c484 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\BitMiracle.LibTiff.NET.dll | f752a459a1eb5d35c597ff26437a75cc9aff7a5ca1d4fcdb2bc08ded5cb71465 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\DVS.Common.dll | 2350a09486f0bc62c96607b6ea70e1edf9731803a5ef622302144a9fe043bb00 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\DVS.EMS.Infrastructure.dll | 08bff90e689c25cf3e4a23b91e11932e5d868c7ec12455ca6794937414116c91 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\DVS.EMS.Services.Common.dll | 636fda238c8c96e2fd25a6d6af897558950c2694be398fbecc8f681a3952bdbd |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\DVS.Utilities.Common.dll | d5fa1b91e9e915eaa2a3801bae98166c0fb3dd33353e9fde951b2409104f6b2a |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\DVS.Windows.dll | b3ecc7e75b0eef7c86e2faf4bab3485f97822a1ca48dd0b73905b78925a96839 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\logging.config | 814817711f24e4b213db6cd3766f5ab8ecb402e7cf57c2c61f64653e1d284c69 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Microsoft.Practices.EnterpriseLibrary.Common.dll | cb0153495092cab9bb80803c51b25f00a550deae28b35007c60888dbc1529673 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\libeay32.dll | d11e92f738e6f1ac5b8ba1393d2ae3378ba55757822a856da3a9cba9fe124723 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\itextsharp.dll | f6576c783a8db98c4a09919ea0a8b8bff70ac1729d3aa2935e07c6e639f25070 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Microsoft.Practices.EnterpriseLibrary.Logging.dll | 6f785c20eae305a430d1bfc358d8a54b3a218238fd3a444ca29aba1e77108fa8 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Microsoft.Practices.Prism.dll | f1043059a9a6630d152bb6a56effb3f1e295546ab4cf791487762571866b740f |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Microsoft.Practices.Prism.UnityExtensions.dll | 01762c0060c3a080c3f99c6b7b8574643a904b360be2bd006484b3e00be0cbff |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Microsoft.Practices.ServiceLocation.dll | 2028dba77ffefc0fb9f3cf5aba68868d6f706cb2599b1a67d5784d1cc411ccf7 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Microsoft.Practices.Unity.Configuration.dll | d91f9863439bd849889105ecc3182eb1dc14e8e6bcb7aa33b9058b5e837ea271 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Microsoft.Practices.Unity.dll | 201655cd2f641ac05e450fb03ce763afbc5e859d6ce1a25ae7fef3c27a2ee39a |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Microsoft.Practices.Unity.Interception.dll | 79ec0b9b9752fe63c0c37bc4217c2e7d9ea33016107e3870d5e61889eb8cc3e3 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\DVS.Adjudication.Clients.AdjudicationClient.Module.dll | 6e51b3c847ce90e67314f2a0b691448f68b412bfc18a89cb7914792165b836c4 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\DVS.Adjudication.Domain.dll | 27fb3194185ddcfe4814bff84e3a8c6c9394eb7937e632c0c573ded596851f10 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\DVS.Adjudication.Services.Data.Contract.dll | 85c6fe8ba99309224162f47200209e7051a6082141c98291166a77586874cccc |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\DVS.Tabulation.Domain.dll | 560e67fe10fb370119bcf3a43a22620b2d05699a93e5600c2782ca37eb5ecede |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\EntityFramework.dll | ed6ebd749052f9018f6699671ae5469adedf086cf8b1bd4256bbe9c4e7f6ff05 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\EntityFramework.SqlServer.dll | a1bf6c9e3820e83f43e9f20dd7d9b0a3362a93146f0afe0b1330185e2d51b0cb |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Controls.Reports.v13.1.dll | 0b48851dd13827e8e823309de69903a5343f31c05f7d0e3dc73753ff7055b6ff |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Models.Data.v13.1.dll | 4c8c0860c7adc2007fde5e242086df7f52807907dba5e21cfb9569f56e65e271 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Models.Presentation.v13.1.dll | f778ce2c251ffa7b029148b0cf126a71e30a1a16a98f23f8494bb40bb1bb1a07 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Reports.Client.v13.1.dll | a5bc22bda49b24597b3572be6c72b897c7b58765a836034042dcaddb6b217765 |

SLI Compliance

| Filename | SHA-256 Value |
|---|---|
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Reports.Controls.Charts.XamDataChart.v13.1.dll | 35e8f99e2c29ef2fe8c877eb1d55e83597b5bf9c51cccbfffebaa02805ee6284 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Reports.Controls.Common.v13.1.dll | cc7b06a5d334d2bdb00318ce79a67e79f765d4ce9315b40fbb3a562c3a83a657 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Reports.Controls.DataVisualization.v13.1.dll | 68305b8f0656ad80af0aa7518acb2f17f7d6fda1d8a0c364f0ad9e4efc1aa98 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Reports.Excel.v13.1.dll | ee89a298f47ece1187244d347ba07589f16a850a0cead18c5524d7d1902aa3e3 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Reports.Pdf.v13.1.dll | c0c2596ebed8b0ad5fbc657481e72789d9f4a03623bf73b738a08a73e6b24e9c |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Moduless\InfragisticsWPF4.Reports.v13.1.dll | 770f62761c34ed3208f817436263d47b713eee79f0c6c833f913da2d8a14e57e |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\Microsoft.Expression.Drawing.dll | c4f7b7d98db894d7b19d2dd25b0b1987d195778b35302152ed3d5e4f3e5901a4 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\ToggleSwitch.dll | e8d5bbabd2551547bdcf06dac30b4c9297a6f76f55ba2b8f382a5f8abf6ade43 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\TreeViewEx.dll | 573a2f18cb21295a135a0eeb46cf632a0e8c3dc18ff0b40f1edac9d4af7f7a89 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\openssl.cnf | 0414ea6e5553e4a0ecdc1d78878efee4727e58e7d792c19f0b4521e98ac772df |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\openssl.exe | 2634dd8cb1438d50dedb034ae6fff3fb1282dde84696f927b53b05b02f6484ca |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\SecurityKeyInstaller.exe | bf02bb8bc766c46694ec5ff4cbfbc39df1c7c57abadb8d0abdc3e85874c67a9a |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\SecurityKeyInstaller.exe.config | 1d71ccbf93cad99bb4873c4372bd6c9e997ce22d87b716b73f85d77b7cfa84e0 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\ssleay32.dll | 28f2fe4d27b694023255f8dbfa6e30ff81d3155c12bd0060e30bd7c39e4ea19f |
| Table C.2 Adj Client 32bit | |
| **Version: 5.5.32.1 32-bit** | |
| **Filename** | **SHA-256 Value** |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\AdjudicationClient.exe | 5b07834c5bb79c542df57fadb9dc6ddd37159d2d9318a2be20edc0762a71d14a |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\AdjudicationClient.exe.config | ac104ab9b4f2c5921f8dd2ad8c2042c5c1313315bb94f31b770a3c932e26c484 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\BitMiracle.LibTiff.NET.dll | f752a459a1eb5d35c597ff26437a75cc9aff7a5ca1d4fcdb2bc08ded5cb71465 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\DVS.Common.dll | 2350a09486f0bc62c96607b6ea70e1edf9731803a5ef622302144a9fe043bb00 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\DVS.EMS.Infrastructure.dll | 08bff90e689c25cf3e4a23b91e11932e5d868c7ec12455ca6794937414116c91 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\DVS.EMS.Services.Common.dll | 636fda238c8c96e2fd25a6d6af897558950c2694be398fbecc8f681a3952bdbd |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\DVS.Utilities.Common.dll | d5fa1b91e9e915eaa2a3801bae98166c0fb3dd33353e9fde951b2409104f6b2a |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\DVS.Windows.dll | b3ecc7e75b0eef7c86e2faf4bab3485f97822a1ca48dd0b73905b78925a96839 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\itextsharp.dll | f6576c783a8db98c4a09919ea0a8b8bff70ac1729d3aa2935e07c6e639f25070 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\libeay32.dll | d11e92f738e6f1ac5b8ba1393d2ae3378ba55757822a856da3a9cba9fe124723 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\logging.config | 814817711f24e4b213db6cd3766f5ab8ecb402e7cf57c2c61f64653e1d284c69 |

SLI Compliance

| | |
|---|---|
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Microsoft.Practices.EnterpriseLibrary.Common.dll | cb0153495092cab9bb80803c51b25f00a550deae28b35007c60888dbc1529673 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Microsoft.Practices.EnterpriseLibrary.Logging.dll | 6f785c20eae305a430d1bfc358d8a54b3a218238fd3a444ca29aba1e77108fa8 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Microsoft.Practices.Prism.dll | f1043059a9a6630d152bb6a56effb3f1e295546ab4cf791487762571866b740f |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Microsoft.Practices.Prism.UnityExtensions.dll( | 01762c0060c3a080c3f99c6b7b8574643a904b360be2bd006484b3e00be0cbff |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Microsoft.Practices.ServiceLocation.dll | 2028dba77ffefc0fb9f3cf5aba68868d6f706cb2599b1a67d5784d1cc411ccf7 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Microsoft.Practices.Unity.Configuration.dll( | d91f9863439bd849889105ecc3182eb1dc14e8e6bcb7aa33b9058b5e837ea271 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Microsoft.Practices.Unity.dll | 201655cd2f641ac05e450fb03ce763afbc5e859d6ce1a25ae7fef3c27a2ee39a |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Microsoft.Practices.Unity.Interception.dll | 79ec0b9b9752fe63c0c37bc4217c2e7d9ea33016107e3870d5e61889eb8cc3e3 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\DVS.Adjudication.Clients.AdjudicationClient.Module.dll | 6e51b3c847ce90e67314f2a0b691448f68b412bfc18a89cb7914792165b836c4 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\DVS.Adjudication.Domain.dll | 27fb3194185ddcfe4814bff84e3a8c6c9394eb7937e632c0c573ded596851f10 |
| | |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\DVS.Adjudication.Services.Data.Contract.dll | 85c6fe8ba99309224162f47200209e7051a6082141c98291166a77586874cccc |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\DVS.Tabulation.Domain.dll | 560e67fe10fb370119bcf3a43a22620b2d05699a93e5600c2782ca37eb5ecede |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\EntityFramework.dll | ed6ebd749052f9018f6699671ae5469adedf086cf8b1bd4256bbe9c4e7f6ff05 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\EntityFramework.SqlServer.dll | a1bf6c9e3820e83f43e9f20dd7d9b0a3362a93146f0afe0b1330185e2d51b0cb |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Controls.Reports.v13.1.dll | 0b48851dd13827e8e823309de69903a5343f31c05f7d0e3dc73753ff7055b6ff |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Models.Data.v13.1.dll | 4c8c0860c7adc2007fde5e242086df7f52807907dba5e21cfb9569f56e65e271 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Models.Presentation.v13.1.dll | f778ce2c251ffa7b029148b0cf126a71e30a1a16a98f23f8494bb40bb1bb1a07 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Reports.Client.v13.1.dll | a5bc22bda49b24597b3572be6c72b897c7b58765a836034042dcaddb6b217765 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Reports.Controls.Charts.XamDataChart.v13.1.dll | 35e8f99e2c29ef2fe8c877eb1d55e83597b5bf9c51cccbfffebaa02805ee6284 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Reports.Controls.Common.v13.1.dll | cc7b06a5d334d2bdb00318ce79a67e79f765d4ce9315b40fbb3a562c3a83a657 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Reports.Controls.DataVisualization.v13.1.dll | 68305b8f0656ad80af0aa7518acb2f17f7d6fda1d8a0c364fd0ad9e4efc1aa98 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Reports.Excel.v13.1.dll | ee89a298f47ece1187244d347ba07589f16a850a0cead18c5524d7d1902aa3e3 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Reports.Pdf.v13.1.dll | c0c2596ebed8b0ad5fbc657481e72789d9f4a03623bf73b738a08a73e6b24e9c |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\InfragisticsWPF4.Reports.v13.1.dll | 770f62761c34ed3208f817436263d47b713eee79f0c6c833f913da2d8a14e57e |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\Microsoft.Expression.Drawing.dll | c4f7b7d98db894d7b19d2dd25b0b1987d195778b35302152ed3d5e4f3e5901a4 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\ToggleSwitch.dll | e8d5bbabd2551547bdcf06dac30b4c9297a6f76f55ba2b8f382a5f8abf6ade43 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\Modules\TreeViewEx.dll | 573a2f18cb21295a135a0eeb46cf632a0e8c3dc18ff0b40f1edac9d4af7f7a89 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\openssl.cnf | 0414ea6e5553e4a0ecdc1d78878efee4727e58e7d792c19f0b4521e98ac772df |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\openssl.exe | 2634dd8cb1438d50dedb034ae6fff3fb1282dde84696f927b53b05b02f6484ca |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\SecurityKeyInstaller.exe | bf02bb8bc766c46694ec5ff4cbfbc39df1c7c57abadb8d0abdc3e85874c67a9a |

147

SLI Compliance

| Filename | SHA-256 Value |
|---|---|
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\SecurityKeyInstaller.exe.config | 1d71ccbf93cad99bb4873c4372bd6c9e997ce22d87b716b73f85d77b7cfa84e0 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Client\ssleay32.dll | 28f2fe4d27b694023255f8dbfa6e30ff81d3155c12bd0060e30bd7c39e4ea19f |
| | |
| | |
| Table C.3 EMS Adj Services | |
| **Version: 5.5.32.1 32-bit** | |
| **Filename** | **SHA-256 Value** |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Domain.dll | 9f8746c6a59c432843256bf3476400a82d46b759b1e6a5f74c0812d97b157dc9 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Infrastructure.dll | f8daea1ac561f05ec9340c9abbd45fcdf4e72b849441f97eaa6218763f5e4022 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.AdjudicableBallots.exe | 5fbaec17b94dbd920c9d13c3b1a8ff65fa00432f9594fe5da8bda0885ce6cf29 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.AdjudicableBallots.exe.config | 337914861856c639b4c11f133d47056ebf4bc7871c52dc9fa8029c4e915728fc |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.BallotCompletion.exe | d95f52e744429c246df76c19ce3cff375232ea2a236bba5703cdf36a3ab40f9d |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.BallotCompletion.exe.config | a8f9344258be97aa2ffc1f6388eb13d41613dd9836b5956d4d560b4f674d78dc |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.BallotPreparation.exe | 1bd292025498c40ce8811f0158deb6fb3453c38c977bba9872b3f57dbb2356fd |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.BallotPreparation.exe.config | 33ded77e4651b65a455002de767693d5ab5e571b28f9f842e0c9fdbd3b8829ad |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.BatchCompletion.exe | 1237c952cedcd3598f0d4f95f448f0d4224f4aa34dda88d6abc3bd1afc6473cd |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.BatchCompletion.exe.config | 95a9b4eac8ee586433b2a3950fad2b9f5a51c006a215a0e7f63ae23e47386a58 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.Data.Contract.dll | 3ed105b94c6e82b9088731a757b2ab33568da73d56eded52bcc999255238c5e5 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.Data.Service.exe | 74cec5b8f65130dd01425e7183eca1b3e9ceebbfe2f01760ede39d3f037e72d2 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.Data.Service.exe.config | eb6da607acefb4be4e7a3a1b8a4f9cd6aa9d1c029943956bb1346a267e22e3b2 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.ReportBuilder.exe | f0f13ae37b9c7b5bf1179ad362f517e7541aa00225bb57654a8aa2ec04eafefa |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.ReportBuilder.exe.config | 1b0f7a3f57e6c441721b9ed2b63af97ae7d392412564a594103a964f7e1ba61e |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.Reports.exe | f9c503f576eae620ed7d7b13df57dbb1ac192d9b536d7365d161b38afa039d27 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.Reports.exe.config | 7f450aed688cbdddfc85f99f4888624dbe771737734d90920d2457c2bb2d7751 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.Statistics.exe | ef07b38e5277f9ec5913a283368af2edfa192d4bd6a5ab32d319b96ea2899dd4 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.Statistics.exe.config | 20d7febadf8a26344c46eba61aed888fea0198b5ad1726ef91d311ef396a5994 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Common.dll | 48926474d56abcc45582d09a8f7adb1e904c427da1f01c6da8b785ec685a07dd |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.EMS.Infrastructure.dll | 6fda6b66a32f9a1cb02358293d59e267bf5a1184b99d1fabb7e5b89b98408304 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.EMS.Services.Common.dll | 813fd8806c900759522949e38d283bc6267ab3f4779c56f644a2e5dc15e42f9c |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.EMS.Services.ElectionData.Contract.dll | cee96e034d2a5de3ee4256a5e2044e85991f50f0b008e3951891326da124242e |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Tabulation.Domain.dll | 88c1246b2abc73ef3778c2be61f8d9f6ffb0ac48505a332c0d6910fbef73f3ef |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Tabulation.Services.ElectionFileManager.Contract.dll | 9fb89285eeaaec64b842a08a92aaf32d33d29aaa4d8a1f56bea82ecc15082580 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\EntityFramework.dll | ed6ebd749052f9018f6699671ae5469adedf086cf8b1bd4256bbe9c4e7f6ff05 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\EntityFramework.SqlServer.dll | a1bf6c9e3820e83f43e9f20dd7d9b0a3362a93146f0afe0b1330185e2d51b0cb |

SLI Compliance

| Program Files (x86)\Dominion Voting Systems\Adjudication Services\libeay32.dll | d11e92f738e6f1ac5b8ba1393d2ae3378ba55757822a856da3a9cba9fe124723 |
|---|---|
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\Microsoft.IdentityModel.dll | fd50c4488ab275dd892ca8ed1adb0d125c6c59381b59a1ae5d9f2a299781239b |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\Microsoft.Practices.EnterpriseLibrary.Common.dll | cb0153495092cab9bb80803c51b25f00a550deae28b35007c60888dbc1529673 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\Microsoft.Practices.EnterpriseLibrary.Logging.dll | 6f785c20eae305a430d1bfc358d8a54b3a218238fd3a444ca29aba1e77108fa8 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\Microsoft.Practices.ServiceLocation.dll | 2028dba77ffefc0fb9f3cf5aba68868d6f706cb2599b1a67d5784d1cc411ccf7 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\Microsoft.Practices.Unity.Configuration.dll | d91f9863439bd849889105ecc3182eb1dc14e8e6bcb7aa33b9058b5e837ea271 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\Microsoft.Practices.Unity.dll | 201655cd2f641ac05e450fb03ce763afbc5e859d6ce1a25ae7fef3c27a2ee39a |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\Microsoft.Practices.Unity.Interception.dll | 79ec0b9b9752fe63c0c37bc4217c2e7d9ea33016107e3870d5e61889eb8cc3e3 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\openssl.cnf | 0414ea6e5553e4a0ecdc1d78878efee4727e58e7d792c19f0b4521e98ac772df |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\openssl.exe | 2634dd8cb1438d50dedb034ae6fff3fb1282dde84696f927b53b05b02f6484ca |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\ssleay32.dll | 28f2fe4d27b694023255f8dbfa6e30ff81d3155c12bd0060e30bd7c39e4ea19f |
| | |
| **EMS Server Installed Files Hash Values** | |
| **Adjudication Client Application** | |
| | |
| **Version: 5.5.32.1** | |
| **Filename** | **SHA-256 Value** |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ AdjudicationClient.exe | 5b07834c5bb79c542df57fadb9dc6ddd37159d2d9318a2be20edc0762a71d14a |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ AdjudicationClient.exe.config | ac104ab9b4f2c5921f8dd2ad8c2042c5c1313315bb94f31b770a3c932e26c484 |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ BitMiracle.LibTiff.NET.dll | f752a459a1eb5d35c597ff26437a75cc9aff7a5ca1d4fcdb2bc08ded5cb71465 |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ DVS.Common.dll | 2350a09486f0bc62c96607b6ea70e1edf9731803a5ef622302144a9fe043bb00 |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ DVS.EMS.Infrastructure.dll | 08bff90e689c25cf3e4a23b91e11932e5d868c7ec12455ca6794937414116c91 |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ DVS.EMS.Services.Common.dll | 636fda238c8c96e2fd25a6d6faf897558950c2694be398fbecc8f681a3952bdbd |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ DVS.Utilities.Common.dll | d5fa1b91e9e915eaa2a3801bae98166c0fb3dd33353e9fde951b2409104f6b2a |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ DVS.Windows.dll | b3ecc7e75b0eef7c86e2faf4bab3485f97822a1ca48dd0b73905b78925a96839 |
| Program Files (x86)\ Dominion Voting Systems\ Adjudication Client\ itextsharp.dll | f6576c783a8db98c4a09919ea0a8b8bff70ac1729d3aa2935e07c6e639f25070 |
| Program Files (x86)\ Dominion Voting Systems\ Adjudication Client\ libeay32.dll | d11e92f738e6f1ac5b8ba1393d2ae3378ba55757822a856da3a9cba9fe124723 |
| Program Files (x86)\ Dominion Voting Systems\ Adjudication Client\ logging.config | 814817711f24e4b213db6cd3766f5ab8ecb402e7cf57c2c61f64653e1d284c69 |
| Program Files (x86)\Dominion Voting Systems\AdjudicationClient\Microsoft.Practices.EnterpriseLibrary.Common.dll | cb0153495092cab9bb80803c51b25f00a550deae28b35007c60888dbc1529673 |
| Program Files (x86)\Dominion Voting Systems\AdjudicationClient\Microsoft.Practices.EnterpriseLibrary.Logging.dll | 6f785c20eae305a430d1bfc358d8a54b3a218238fd3a444ca29aba1e77108fa8 |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ Microsoft.Practices.Prism.dll | f1043059a9a6630d152bb6a56effb3f1e295546ab4cf791487762571866b740f |
| Program Files (x86)\Dominion Voting Systems\AdjudicationClient\Microsoft.Practices.Prism.UnityExtensions.dll | 01762c0060c3a080c3f99c6b7b8574643a904b360be2bd006484b3e00be0cbff |

SLI Compliance

| Filename | SHA-256 Value |
|---|---|
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ Microsoft.Practices.ServiceLocation.dll | 2028dba77ffefc0fb9f3cf5aba68868d6f706cb2599b1a67d5784d1cc411ccf7 |
| Program Files (x86)\Dominion Voting Systems\AdjudicationClient\Microsoft.Practices.Unity.Configuration.dll | d91f9863439bd849889105ecc3182eb1dc14e8e6bcb7aa33b9058b5e837ea271 |
| | |
| | |
| **C.1      EMS Server Installed Files Hash Values** | |
| **C.1.1      Adjudication Client Application** | |
| | |
| **Version: 5.5.32.1** | |
| **Filename** | **SHA-256 Value** |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ AdjudicationClient.exe | 5b07834c5bb79c542df57fadb9dc6ddd37159d2d9318a2be20edc0762a71d14a |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ AdjudicationClient.exe.config | ac104ab9b4f2c5921f8dd2ad8c2042c5c1313315bb94f31b770a3c932e26c484 |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ BitMiracle.LibTiff.NET.dll | f752a459a1eb5d35c597ff26437a75cc9aff7a5ca1d4fcdb2bc08ded5cb71465 |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ DVS.Common.dll | 2350a09486f0bc62c96607b6ea70e1edf9731803a5ef622302144a9fe043bb00 |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ DVS.EMS.Infrastructure.dll | 08bff90e689c25cf3e4a23b91e11932e5d868c7ec12455ca6794937414116c91 |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ DVS.EMS.Services.Common.dll | 636fda238c8c96e2fd25a6d6af897558950c2694be398fbecc8f681a3952bdbd |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ DVS.Utilities.Common.dll | d5fa1b91e9e915eaa2a3801bae98166c0fb3dd33353e9fde951b2409104f6b2a |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ DVS.Windows.dll | b3ecc7e75b0eef7c86e2faf4bab3485f97822a1ca48dd0b73905b78925a96839 |
| Program Files (x86)\ Dominion Voting Systems\ Adjudication Client\ itextsharp.dll | f6576c783a8db98c4a09919ea0a8b8bff70ac1729d3aa2935e07c6e639f25070 |
| Program Files (x86)\ Dominion Voting Systems\ Adjudication Client\ libeay32.dll | d11e92f738e6f1ac5b8ba1393d2ae3378ba55757822a856da3a9cba9fe124723 |
| Program Files (x86)\ Dominion Voting Systems\ Adjudication Client\ logging.config | 814817711f24e4b213db6cd3766f5ab8ecb402e7cf57c2c61f64653e1d284c69 |
| Program Files (x86)\Dominion Voting Systems\AdjudicationClient\Microsoft.Practices.EnterpriseLibrary.Common.dll | cb0153495092cab9bb80803c51b25f00a550deae28b35007c60888dbc1529673 |
| Program Files (x86)\Dominion Voting Systems\AdjudicationClient\Microsoft.Practices.EnterpriseLibrary.Logging.dll | 6f785c20eae305a430d1bfc358d8a54b3a218238fd3a444ca29aba1e77108fa8 |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ Microsoft.Practices.Prism.dll | f1043059a9a6630d152bb6a56effb3f1e295546ab4cf791487762571866b740f |
| Program Files (x86)\Dominion Voting Systems\AdjudicationClient\Microsoft.Practices.Prism.UnityExtensions.dll | 01762c0060c3a080c3f99c6b7b8574643a904b360be2bd006484b3e00be0cbff |
| Program Files (x86)\ Dominion Voting Systems\Adjudication Client\ Microsoft.Practices.ServiceLocation.dll | 2028dba77ffefc0fb9f3cf5aba68868d6f706cb2599b1a67d5784d1cc411ccf7 |
| Program Files (x86)\Dominion Voting Systems\AdjudicationClient\Microsoft.Practices.Unity.Configuration.dll | d91f9863439bd849889105ecc3182eb1dc14e8e6bcb7aa33b9058b5e837ea271 |
| | |
| Program Files (x86)\Dominion Voting Systems\AdjudicationClient\SecurityKeyInstaller.exe | bf02bb8bc766c46694ec5ff4cbfbc39df1c7c57abadb8d0abdc3e85874c67a9a |
| Program Files (x86)\Dominion Voting Systems\AdjudicationClient\SecurityKeyInstaller.exe.config | 1d71ccbf93cad99bb4873c4372bd6c9e997ce22d87b716b73f85d77b7cfa84e0 |
| Program Files (x86)\ Dominion Voting Systems\ Adjudication Client\ ssleay32.dll | 28f2fe4d27b694023255f8dbfa6e30ff81d3155c12bd0060e30bd7c39e4ea19f |

SLI Compliance

| EMS Adjudication Services | |
|---|---|
| | |
| **Version: 5.5.32.1** | |
| | |
| **Filename** | **SHA-256 Value** |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Infrastructure.dll | f8daea1ac561f05ec9340c9abbd45fcdf4e72b849441f97eaa6218763f5e4022 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.AdjudicableBallots.exe | 5fbaec17b94dbd920c9d13c3b1a8ff65fa00432f9594fe5da8bda0885ce6cf29 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.AdjudicableBallots.exe.config | 337914861856c639b4c11f133d47056ebf4bc7871c52dc9fa8029c4e915728fc |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.BallotCompletion.exe | d95f52e744429c246df76c19ce3cff375232ea2a236bba5703cdf36a3ab40f9d |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.BallotCompletion.exe.config | a8f9344258be97aa2ffc1f6388eb13d41613dd9836b5956d4d560b4f674d78dc |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.BallotPreparation.exe | 1bd292025498c40ce8811f0158deb6fb3453c38c977bba9872b3f57dbb2356fd |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.BallotPreparation.exe.config | 33ded77e4651b65a455002de767693d5ab5e571b28f9f842e0c9fdbd3b8829ad |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.BatchCompletion.exe | 1237c952cedcd3598f0d4f95f448f0d4224f4aa34dda88d6abc3bd1afc6473cd |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.BatchCompletion.exe.config | 95a9b4eac8ee586433b2a3950fad2b9f5a51c006a215a0e7f63ae23e47386a58 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.Data.Contract.dll | 3ed105b94c6e82b9088731a757b2ab33568da73d56eded52bcc999255238c5e5 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.Data.Service.exe | 74cec5b8f65130dd01425e7183eca1b3e9ceebbfe2f01760ede39d3f037e72d2 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.Data.Service.exe.config | eb6da607acefb4be4e7a3a1b8a4f9cd6aa9d1c029943956bb1346a267e22e3b2 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.ReportBuilder.exe | f0f13ae37b9c7b5bf1179ad362f517e7541aa00225bb57654a8aa2ec04eafefa |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.ReportBuilder.exe.config | 1b0f7a3f57e6c441721b9ed2b63af97ae7d392412564a594103a964f7e1ba61e |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.Reports.exe | f9c503f576eae620ed7d7b13df57dbb1ac192d9b536d7365d161b38afa039d27 |
| | |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.Reports.exe.config | 7f450aed688cbdddfc85f99f4888624dbe771737734d90920d2457c2bb2d7751 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.Statistics.exe | ef07b38e5277f9ec5913a283368af2edfa192d4bd6a5ab32d319b96ea2899dd4 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Adjudication.Services.Statistics.exe.config | 20d7febadf8a26344c46eba61aed888fea0198b5ad1726ef91d311ef396a5994 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Common.dll | 48926474d56abcc45582d09a8f7adb1e904c427da1f01c6da8b785ec685a07dd |

SLI Compliance

| | |
|---|---|
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.EMS.Infrastructure.dll | 6fda6b66a32f9a1cb02358293d59e267bf5a1184b99d1fabb7e5b89b98408304 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.EMS.Services.Common.dll | 813fd8806c900759522949e38d283bc6267ab3f4779c56f644a2e5dc15e42f9c |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.EMS.Services.ElectionData.Contract.dll | cee96e034d2a5de3ee4256a5e2044e85991f50f0b008e3951891326da124242e |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Tabulation.Domain.dll | 88c1246b2abc73ef3778c2be61f8d9f6ffb0ac48505a332c0d6910fbef73f3ef |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\DVS.Tabulation.Services.ElectionFileManager.Contract.dll | 9fb89285eeaaec64b842a08a92aaf32d33d29aaa4d8a1f56bea82ecc15082580 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\EntityFramework.dll | ed6ebd749052f9018f6699671ae5469adedf086cf8b1bd4256bbe9c4e7f6ff05 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\EntityFramework.SqlServer.dll | a1bf6c9e3820e83f43e9f20dd7d9b0a3362a93146f0afe0b1330185e2d51b0cb |
| Program Files (x86)\ Dominion Voting Systems\ Adjudication Services\ libeay32.dll | d11e92f738e6f1ac5b8ba1393d2ae3378ba55757822a856da3a9cba9fe124723 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\Microsoft.IdentityModel.dll | fd50c4488ab275dd892ca8ed1adb0d125c6c59381b59a1ae5d9f2a299781239b |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\Microsoft.Practices.EnterpriseLibrary.Common.dll | cb0153495092cab9bb80803c51b25f00a550deae28b35007c60888dbc1529673 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\Microsoft.Practices.EnterpriseLibrary.Logging.dll | 6f785c20eae305a430d1bfc358d8a54b3a218238fd3a444ca29aba1e77108fa8 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\Microsoft.Practices.ServiceLocation.dll | 2028dba77ffefc0fb9f3cf5aba68868d6f706cb2599b1a67d5784d1cc411ccf7 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\Microsoft.Practices.Unity.Configuration.dll | d91f9863439bd849889105ecc3182eb1dc14e8e6bcb7aa33b9058b5e837ea271 |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\Microsoft.Practices.Unity.dll | 201655cd2f641ac05e450fb03ce763afbc5e859d6ce1a25ae7fef3c27a2ee39a |
| Program Files (x86)\Dominion Voting Systems\Adjudication Services\Microsoft.Practices.Unity.Interception.dll | 79ec0b9b9752fe63c0c37bc4217c2e7d9ea33016107e3870d5e61889eb8cc3e3 |
| Program Files (x86)\ Dominion Voting Systems\ Adjudication Services\ openssl.cnf | 0414ea6e5553e4a0ecdc1d78878efee4727e58e7d792c19f0b4521e98ac772df |
| Program Files (x86)\ Dominion Voting Systems\ Adjudication Services\ openssl.exe | 2634dd8cb1438d50dedb034ae6fff3fb1282dde84696f927b53b05b02f6484ca |
| Program Files (x86)\ Dominion Voting Systems\ Adjudication Services\ ssleay32.dll | 28f2fe4d27b694023255f8dbfa6e30ff81d3155c12bd0060e30bd7c39e4ea19f |

SLI Compliance

**EMS**
Election data Service

| Version: 5.5.32.4 32-bit | |
|---|---|
| Filename | SHA-256 Value |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\BallotCoordinates.dll | 9bccd581ded96a7d99ed0000e774a656a0c0e490531ab6cc99d4ea9b01e584b0 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\BitMiracle.LibTiff.NET.dll | f752a459a1eb5d35c597ff26437a75cc9aff7a5ca1d4fcdb2bc08ded5cb71465 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\DVS.Common.dll | cc85e6593e7636d52935ded776e42fe68ef07f3c120bb8e12ce07f95cf45f195 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\DVS.DemSuite.Services.Common.dll | 370bce8cdb93bc5ac2b253f19b5da371121a3f17e9a0758b63beabf4996b36cb |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\DVS.EMS.Infrastructure.dll | b17d171c2289fa26ac9983ea920dfd8e9005b9c4f044a3759cc0c7db97362546 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\DVS.EMS.Services.Common.dll | e803c7a31d18e64bac815e3a83ecb55ff3d64d505ad7b03fee2299f913b1cf8b |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\DVS.EMS.Services.ElectionData.Contract.dll | 8b0ab5f0ada036fa7a925c8a664f22404eefdc6cc0077467ab5883f62d316914 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\DVS.EMS.Services.ElectionData.ElectionDataService.Domain.dll | ffe93d06a31ba0abaf99df4c03bef751aedc431471704124539cef5ecf39d63d |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\DVS.EMS.Services.ElectionData.ElectionDataService.exe | 555c84ff6bf35897f646d88cc117e00a4df6f2d0dcbf8f50a66ed18936cbc01d |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\DVS.EMS.Services.ElectionData.ElectionDataService.exe.config | 98a15ba31fde5fa654323c75f831d052f46ae9575071b661972a643ad84de383 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\DVS.EMS.Services.ElectionService.Contract.dll | 38eb4c6f93f463d19d36531172b41cfe9a5633f14314853d76c184ce553c4532 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\DVS.Utilities.Common.dll | d5fa1b91e9e915eaa2a3801bae98166c0fb3dd33353e9fde951b2409104f6b2a |
| Program Files (x86)\ Dominion Voting Systems\ Election Data Service\ itextsharp.dll | f6576c783a8db98c4a09919ea0a8b8bff70ac1729d3aa2935e07c6e639f25070 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\Microsoft.IdentityModel.dll | fd50c4488ab275dd892ca8ed1adb0d125c6c59381b59a1ae5d9f2a299781239b |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\Microsoft.Practices.EnterpriseLibrary.Common.dll | cb0153495092cab9bb80803c51b25f00a550deae28b35007c60888dbc1529673 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\Microsoft.Practices.EnterpriseLibrary.Data.dll | ab6cfbf4865f164e2fba93d8187293f24927e267ca9960e51b3df63461bdffdb |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\Microsoft.Practices.EnterpriseLibrary.Logging.dll | 6f785c20eae305a430d1bfc358d8a54b3a218238fd3a444ca29aba1e77108fa8 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\Microsoft.Practices.ServiceLocation.dll | 2028dba77ffefc0fb9f3cf5aba68868d6f706cb2599b1a67d5784d1cc411ccf7 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\Microsoft.Practices.Unity.Configuration.dll | d91f9863439bd849889105ecc3182eb1dc14e8e6bcb7aa33b9058b5e837ea271 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\Microsoft.Practices.Unity.dll | 201655cd2f641ac05e450fb03ce763afbc5e859d6ce1a25ae7fef3c27a2ee39a |

153

SLI Compliance

| Program Files (x86)\Dominion Voting Systems\Election Data Service\Microsoft.Practices.Unity.Interception.dll | 79ec0b9b9752fe63c0c37bc4217c2e7d9ea33016107e3870d5e61889eb8cc3e3 |
|---|---|
| Program Files (x86)\ Dominion Voting Systems\ Election Data Service\ NLog.dll | e17aac589bd48a623857de7f8113bcae6f72e4fe4652ca615ffa1028353b246d |

**Election File Manager**

| Version: 5.5.32.4 32 bit | |
|---|---|
| Filename | SHA-256 Value |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\BitMiracle.LibTiff.NET.dll | f752a459a1eb5d35c597ff26437a75cc9aff7a5ca1d4fcdb2bc08ded5cb71465 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.Common.dll | 7ccfb7b1b409b50a07ac04a6c6b31c22a76bfe71b2f6532d0bafbe25a5897c9f |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.DemocracySuite.ResultInterfaces.dll | ee3f87f31b4607bbed3a1c5361453b21fca3de70350fe0b7572e7d85b54da628 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.DemocracySuite.ResultsDomain.dll | 0e32ff2ebb5e082ab894c7087665a263d16fc10f6a7f894aace68859cb4055df |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.DemSuite.Services.Common.dll | 186a106e2540e0a9460344678bc7affd273fead2c3741fd5fa90ff91ca2d5911 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.EMS.Infrastructure.dll | 7bd39e7940c08514279b1a64c6bdc9403814c7978bdfbfa62acf9564eb44588d |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.EMS.Services.Common.dll | 61942a0914e1cde3c6b4574e86ed435ca5c666899d5f20bbfce591ebc52dc3e5 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.EMS.Services.ElectionData.Contract.dll | f5dcf4b91bdd8002b1ce624146537c64b98d640a55096c66dd3b150c4fa113ff |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.Tabulation.Domain.dll | d958a068983f8393360ad345043048d3815ff81a497dd53ba5fdaba5166432f3 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.Tabulation.IO.dll | 28745b1debfba21f05dd0ddddbd7a123c0b5c755b052777dd0e0cd6f96f03a49 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.Tabulation.Services.ElectionFileManager.Contract.dll | 4b4b12b0690356880a4540bdf7aeb13dc9d3223ecfd735e8c7506ca1b4811db6 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.Tabulation.Services.ElectionFileManager.exe | c352a6ef2717cb3f1d840ec090788f11c64b95eb9ac0787de182af9846de18ec |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.Tabulation.Services.ElectionFileManager.exe.config | 05aa7da5e438d96ecdcfc6f61e8c6fa4dcc8fc8adde9cad367cae93995cfe0a5 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.Utilities.Common.dll | d5fa1b91e9e915eaa2a3801bae98166c0fb3dd33353e9fde951b2409104f6b2a |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.Utilities.RemoteInterfaces.dll | b379429abaced02e1bbc199e3ef79984f6e94b43fc655a8228c7dd9ced53a2bc |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\EntityFramework.dll | ed6ebd749052f9018f6699671ae5469adedf086cf8b1bd4256bbe9c4e7f6ff05 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\EntityFramework.SqlServer.dll | a1bf6c9e3820e83f43e9f20dd7d9b0a3362a93146f0afe0b1330185e2d51b0cb |

SLI Compliance

| | |
|---|---|
| Program Files (x86)\Dominion Voting Systems\Election File Manager\Microsoft.IdentityModel.dll | fd50c4488ab275dd892ca8ed1adb0d125c6c59381b59a1ae5d9f2a299781239b |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\Microsoft.Practices.EnterpriseLibrary.Common.dll | cb0153495092cab9bb80803c51b25f00a550deae28b35007c60888dbc1529673 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\Microsoft.Practices.EnterpriseLibrary.Logging.dll | 6f785c20eae305a430d1bfc358d8a54b3a218238fd3a444ca29aba1e77108fa8 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\Microsoft.Practices.ServiceLocation.dll | 2028dba77ffefc0fb9f3cf5aba68868d6f706cb2599b1a67d5784d1cc411ccf7 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\Microsoft.Practices.Unity.Configuration.dll | d91f9863439bd849889105ecc3182eb1dc14e8e6bcb7aa33b9058b5e837ea271 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\Microsoft.Practices.Unity.dll | 201655cd2f641ac05e450fb03ce763afbc5e859d6ce1a25ae7fef3c27a2ee39a |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\Microsoft.Practices.Unity.Interception.dll | 79ec0b9b9752fe63c0c37bc4217c2e7d9ea33016107e3870d5e61889eb8cc3e3 |

**EMS Logger**

| Version: 5.5.32.4 32-bit | |
|---|---|
| **Filename** | **SHA-256 Value** |
| Program Files (x86)\ Dominion Voting Systems\ EMS Logger\ EMSLogger.exe | 031f812ea18dc0ddb81ec0512f7c57e47d9e5a29aa33814e7f39a49ff26829af |

**EMS File System Service**

| Version: 5.5.32.4 32-bit | |
|---|---|
| **Filename** | **SHA-256 Value** |
| Program Files (x86)\Dominion Voting Systems\File System Service\BitMiracle.LibTiff.NET.dll | f752a459a1eb5d35c597ff26437a75cc9aff7a5ca1d4fcdb2bc08ded5cb71465 |
| Program Files (x86)\Dominion Voting Systems\File System Service\DVS.Utilities.BinaryFileAccess2007.dll | 0b4ac965c5e6ebfb50c1d048ea6d8495f282d721588260be7202372349bd69f3 |
| Program Files (x86)\Dominion Voting Systems\File System Service\DVS.Utilities.Common.dll | 74a63eb1d4802a541fba87d81156bd883f03eaa37324b2478b8b21734162d7df |
| Program Files (x86)\Dominion Voting Systems\File System Service\DVS.Utilities.FileSystemService.exe | 31fdaa78195ead39a18346f07b47054dab113b2a2e515eba4703df76d5fa7d82 |
| Program Files (x86)\Dominion Voting Systems\File System Service\DVS.Utilities.FileSystemService.exe.config | f55c5126aeefaf4d3df8a2c372bf849e90779198e02fe6e3ab8d228950b5fee1 |
| Program Files (x86)\Dominion Voting Systems\File System Service\DVS.Utilities.MSWinManager.dll | 604e9d6d334dfe102085efb422e33e4f408b7b3610665485ee45ad5a5a89d110 |
| Program Files (x86)\Dominion Voting Systems\File System Service\DVS.Utilities.RemoteInterfaces.dll | 8793db0a0539383ea5d09680ea15ed2c6fe2b4710072129f647ac7e41443e8d3 |
| Program Files (x86)\Dominion Voting Systems\File System Service\DVS.Utilities.UsbFileSystem.dll | c7cc73eb9ea756bcb22c4eb1119366fd34c22033276b43e01e5b71203d2206d0 |
| Program Files (x86)\Dominion Voting Systems\File System Service\EMSFSSCustomAction.CA.dll | e571ca8afcd92f14b49f70e816a7fd0ec427a8d6ebcdc120fc6de0f12b98497c |

SLI Compliance

| | |
|---|---|
| Program Files (x86)\Dominion Voting Systems\File System Service\EMSFSSCustomAction.dll | 19dc28faff20c6999af6c4bc0d987c2e087c5ded10545d11115b42ec2a76c0b6 |
| Program Files (x86)\ Dominion Voting Systems \ File System Service\ itextsharp.dll | beb5c25eb5f659cbb2574f3eaddda35c5b18e860558daac4533b4ed98e29bd55 |
| Program Files (x86)\ Dominion Voting Systems \ File System Service\ Log\ Error.log | 935fa21033735ad183aba3845b45105ccae03f5b3436d00ef4d1a302db71c238 |
| Program Files (x86)\ Dominion Voting Systems \ File System Service\ Log\ Info.log | f5b7407d443d1c2e7a4282b2f4cf93fa9acda38c19930b08dc404be2a45ce867 |
| Program Files (x86)\ Dominion Voting Systems \ File System Service\ Log\ Trace.log | e520a1bb61d55112c50d11c866d6616705ca022956f0b85ae67fa965a88c56aa |
| Program Files (x86)\Dominion Voting Systems\File System Service\Microsoft.Deployment.WindowsInstaller.dll | 9aebc76cb8c864593e0419162b2bf40b81bd52b3ff12edac1d032828df83dcfa |
| Program Files (x86)\Dominion Voting Systems\File System Service\Microsoft.Web.Administration.dll | 5b28ceefb320c6a808cb352385ae4523fbecc676af1cb091ceb1789b3b83aefc |
| Program Files (x86)\ Dominion Voting Systems \ File System Service\ NLog.config | e50f1d10b846dbecd44ddba2f54a858e38427858cb1d0038a63a0a4b4c9bdd28 |
| Program Files (x86)\ Dominion Voting Systems \ File System Service\ NLog.dll | e17aac589bd48a623857de7f8113bcae6f72e4fe4652ca615ffa1028353b246d |
| Program Files (x86)\ Dominion Voting Systems \ File System Service\ nlogError.txt | 1c3ca32f1ec3c92572309b6f4ea5270e8290b34ffdbcd83b811a2eaa3b94d1b7 |
| Program Files (x86)\ Dominion Voting Systems \ File System Service\ Renci.SshNet.dll | 451ba700ecb5e77bea05160fda3ee6fb706839d831c925279634614d610ab8d9 |

**EMS Election Data Translator**

| Version: 5.5.32.4 64-bit | |
|---|---|
| **Filename** | **SHA-256 Value** |
| Program Files\Dominion Voting Systems\Election Data Translator\AllowedCharacters.txt | 07aea6da557bf0df384a329ffabcb120d84f0791b34327b91d1009d9139ab29d |
| Program Files\Dominion Voting Systems\Election Data Translator\BitMiracle.LibTiff.NET.dll | f752a459a1eb5d35c597ff26437a75cc9aff7a5ca1d4fcdb2bc08ded5cb71465 |
| Program Files\Dominion Voting Systems\Election Data Translator\Democracy Suite EMS EDT Users Guide.pdf | 572fea08f08c60d0fe02d676b7549cfc689702238df6ad26a87b771844e8e8e2 |
| Program Files\Dominion Voting Systems\Election Data Translator\DocumentFormat.OpenXml.dll | bb18c540d6c1ec80d7d3ae9a538f3205e6e3e695c6788e406d793c53d50ed415 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Bridging.CommonAdaptation.dll | 8ee3ce12bd8dbbaa67d70bbbf7ee99bb2b9fc4cf91175a4af6d71edc9742120b |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Bridging.ExcelAdapter.dll | 1197331ccecd7318c768d2363fd7ad782f2f6bfc4eeb71015940eef8a2e49cfc |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Bridging.ImportAdapter.exe | 650b792dfdef3d74bb7d63cc7eae6d12d91d3601bf95aa6248ecd569d1662e87 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Bridging.ImportAdapter.exe.config | 0c44cf91aaa7dea7baa431b30adaab1b79268d6cdb949599d9637d9c8864aa3b |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Bridging.Mapping.dll | ac9bb057329f58b3edcb0b9d94ab1e920d43dbd49ce16cda8d3cd56f2bbe343d |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Bridging.SimpleExcelImportAdapter.dll | 6ca9786489abaa236a95ae576bd550ccaa4ddfe0b22bdcae5b8c24013ca933a0 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.DemocracySuite.AuthenticationService.dll | 88bc90a5ad334f8c16afee6860b2a0265083d298fcc0a5befcba6a445105a1f5 |

SLI Compliance

| | |
|---|---|
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.DemocracySuite.BehaviorSettings.dll | 280bf6290e21000c6aaa730b9d7d451336f722ac173c5e034f9c9ea5a8906fcf |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.DemocracySuite.ClientCommunicationObject.dll | 9ebb9ef22e197ad6ede73a8cccb3e1d9b5ff6d34f9017ce4b004bd4d60cec842 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.DemocracySuite.Common.dll | 19ab686922d33c42f235ba0ab7823bcb36e958b0f3f006201bf3c30935958c42 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.DemocracySuite.ConfigurationService.dll | 12deeff716767a3b85ac203dc7d3fa21191ac300fd5173a85e405f6058552758 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.DemocracySuite.CryptoService.dll | c59c3511bb793318ae59bdac3fc5cc6710b2bc55a59b981e406be7da7b0d012b |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.DemocracySuite.DatabaseService.dll | a07ade3ec1e7c5a2b9111f0650f7b1dc1fe38a989acdb56c9104a989a6589e5e |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.DemocracySuite.ExportImport.Default.dll | 0edbe7fb5b1f8f28cae0378b32d7e270962beb26615ae70086748e824f166960 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.DemocracySuite.ExportImport.dll | bddf5bac672d378de8c8b76fba93f60458abf54e10c8544c121dce0fd8502bde |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.DemocracySuite.ExportImport.Formats.dll | 111c7f4f246f3391f5ed9d65979bc7a88fbcdbde8ac95818d2f9f7f29d2edd78 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.DemocracySuite.PermissionManager.dll | ef2031ea02f9bfd59d8beeb6abcaa42e0051c7db5cb15b71d97f98f600790a47 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.DemocracySuite.RemoteServerProvider.dll | 0251ffd7bc3724d5508f260114eb0c2434a8c06e4d20ed30ccb8f6f397d079db |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.DemocracySuite.ReportServiceBase.dll | 288dd1781cd06731a84f19dbe2a2c39befaf28302497abf65e9d01d9e5a8349c |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.DemocracySuite.ResultsDomain.dll | ec900d6bce6794f01dab5b25122613d3b34d45e5ac13f58159686ddd6f51773e |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.DemocracySuite.USElectionsDomain.dll | 3114e5004ac2754ca797540d55ea53edac2c8ea6bb3959b511ccb95a52ca800d |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.ElectionEvent.RtfInterpreter.dll | d6629cfbf3f4c77d3e8c21e2e21c7091d984004b90fea32451fbd6e3499de4b5 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Framework.Commands.dll | 8f35e5d5dfcc10d6133e6c3410745ae3641af1e05b7d1c5a589c11449fdff0a3 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Framework.DbMaker.dll | 5a49b19d2d3573f3ee262e326653d23e3213273871c1730eb7fec6cbbf47a4e8 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Framework.Domains.Logging.dll | 346fa5e49326531dfb80c21a679d83d1eabc111cc31dc2df52ef6873be6475a7 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Framework.Domains.Parametrization.dll | c8b3afe4264b2ed8534c3a87943197151f3fd8f63642e4366d81c03b2981fb93 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Framework.Domains.PermissionManagement.dll | 95bde5decf9f3dd23e2cb31a43c513d30d4e1e1621a25e187e0e4babd8c6ec77 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Framework.Domains.SystemVariables.dll | 02b3d46a0a7894d1df81f81b4d3c97ea5db53cd4db0124157e97661a830f0f70 |

155a

SLI Compliance

| | |
|---|---|
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Framework.GUIConfiguration.dll | 49c7b6519979bbcadcab477805490a01ef26f86a71247e24ab21d9004d051d20 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Framework.GUICore.dll | 202ca5b9cb6b45497ec4961b260d91865b9e73eaae057ba8deaba9d7c0d77315 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Framework.MemoryCore.dll | 881156b603e934ad2214d646c9092681327165475a6d3704a96687969785b154 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Framework.RemotingAdo.dll | 1a3a046f5d1c4105b314df1dc8247507038df8e977f205381c3a4584cfdbb960 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Framework.ResourceTranslator.dll | 7da87ea3eebbd092f978fedb2907cd1c894a250e35b48b9206b14a829d3b26b0 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Framework.Serializer.dll | 61f8adaa24f5c1a5f23c3ec2dc0386d4a807ec5673ffd38b2a010fe7b9b863e2 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Utilities.Common.dll | c86bdc20064e3a748fff15524d144f927551fb3c7f15d994e307b594c51f7047 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Utilities.MSWinManager.dll | f380e4ccbe5c552ad2bb6917c56b81b3240a993da2b55bbe4d82df5edcb46507 |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Utilities.ProjectMangementFacade.dll | 7e1d47dcc5c5316e519033bd5d97a6dd50cd7358c10916853d188b5a5db2c78f |
| Program Files\Dominion Voting Systems\Election Data Translator\DVS.Utilities.RemoteInterfaces.dll | 0c620f5819af7265b1b60a18bdff7609aabdd62e7920c42416f8cbd0216ccf08 |
| Program Files\Dominion Voting Systems\Election Data Translator\EDTCustomAction.CA.dll | 31454d4c60f60717032242e8181d010e068bc795746327078ffc1792c9ab29a6 |
| Program Files\Dominion Voting Systems\Election Data Translator\EDTCustomAction.dll | 3de8a4f1633fc9c5d422a35879fc6a8e8f94715494c2effb7921a7707d856720 |
| Program Files\Dominion Voting Systems\Election Data Translator\EdtMapper\EdtFormat.xml | dd84945d4b8c3a7bbe9ff32e2c144063ce462016165141b65593db6bd4c0976f |
| Program Files\Dominion Voting Systems\Election Data Translator\EntityFramework.dll | ed6ebd749052f9018f6699671ae5469adedf086cf8b1bd4256bbe9c4e7f6ff05 |
| Program Files\Dominion Voting Systems\Election Data Translator\EntityFrameworkUtil.dll | 62bb37cf68aa0732bc3462fa9b6e490efd5ef0db12ab5ad153878c263015809a |
| Program Files\Dominion Voting Systems\Election Data Translator\GemsImport\GemsImportFormat 1 3.xml | 6ff57f77c4c13a113a94729641b9e971c5f44f9fcb1c5cc41eb0285423a51149 |
| Program Files\Dominion Voting Systems\Election Data Translator\itextsharp.dll | beb5c25eb5f659cbb2574f3eaddda35c5b18e860558daac4533b4ed98e29bd55 |
| Program Files\Dominion Voting Systems\Election Data Translator\Microsoft.Deployment.WindowsInstaller.dll | 9aebc76cb8c864593e0419162b2bf40b81bd52b3ff12edac1d032828df83dcfa |
| Program Files\Dominion Voting Systems\Election Data Translator\Microsoft.Web.Administration.dll | 5b28ceefb320c6a808cb352385ae4523fbecc676af1cb091ceb1789b3b83aefc |
| Program Files\Dominion Voting Systems\Election Data Translator\NLog.config | 9ce2c7a089aaa8a3fc72e50d918210402dae2e04712980c5f9278c992c4a662e |
| Program Files\Dominion Voting Systems\Election Data Translator\NLog.dll | e17aac589bd48a623857de7f8113bcae6f72e4fe4652ca615ffa1028353b246d |

SLI Compliance

| | |
|---|---|
| Program Files\Dominion Voting Systems\Election Data Translator\Renci.SshNet.dll | 451ba700ecb5e77bea05160fda3ee6fb706839d831c925279634614d610ab8d9 |
| Program Files\Dominion Voting Systems\Election Data Translator\ReydiImport\ReydiFormat 1 0.xml | 2a9268310560697b01d871d7ad637f0a79c6726d92ce347a8372dbf52d4c9972 |
| Program Files\Dominion Voting Systems\Election Data Translator\RtfCompatibility.dll | 365d06ce941350482201bc9f3fc54a746e7d476d9ac0f862a125716ec2be38ac |
| Program Files\Dominion Voting Systems\Election Data Translator\RTFReader.dll | cda525e3eec917d1f097af0381a0d2d0611be7ede12be80068f0af1516181f3c |
| Program Files\Dominion Voting Systems\Election Data Translator\Simple Excel Import Adapter.ico | b7f0dccd49c4e2a6704ee72d5c901bdfad849ff05ba5fb207570e9829af07cf5 |
| Program Files\Dominion Voting Systems\Election Data Translator\SimpleExcelMapping.xml | 4060b976497e673c67e6031508ed873c455dea7e7cd51bb5c2c8b94071f3d23d |
| Program Files\Dominion Voting Systems\Election Data Translator\SpreadsheetLight.dll | 3f367b84ae2f149ac8e53d790c3aa1160b1915c3e558c366b527a87cb53ffcde |
| Program Files\Dominion Voting Systems\Election Data Translator\System.Data.SQLite.dll | 907d947ec9f35e0b49bab8df1d3791117eec2cc45a4ef9687557df0e656d9d08 |
| Program Files\Dominion Voting Systems\Election Data Translator\TabulatorMapping.xml | aa2348b7c3397e0b5cf3668a7176ba0c1eae380485ecdebe9d1a23470119a752 |
| Program Files\Dominion Voting Systems\Election Data Translator\TextDocumentCommon.dll | 6342dd68e5058f53ec35f758787befcb6a66e6ddd7453d927d00bbb3260b4f61 |
| Program Files\Dominion Voting Systems\Election Data Translator\TextGraphicalEditorCore.dll | 1d103cfec2b2a580b24a74740022a5e7a52ca1d7a630996bddb55f065ef6cc01 |
| Program Files\Dominion Voting Systems\Election Data Translator\TextualContent.dll | 70aae862f55b68dddea94e0dca62b112c4ce813834c6bafc9ded1c03a24446df |
| Program Files\Dominion Voting Systems\Election Data Translator\TranslationMapping.xml | dbfa9d606deb52aa8612444503e25fb96401bfb5ecf384bd11cb479113c7acf7 |
| Program Files\Dominion Voting Systems\Election Data Translator\tx16 bmp.flt | 7bec71af7be3bcf76f8b34c6d7cc7d87c6c612507cdaa57a97b9fa7637a8724f |
| Program Files\Dominion Voting Systems\Election Data Translator\tx16 css.dll | e61ce98925f96cb59bc9f6261f4eeed6e7921b1c4dcb7a2fe5b34d61be1324d8 |
| Program Files\Dominion Voting Systems\Election Data Translator\tx16 doc.dll | b1bae7700444c71bbceb1cbbb488babc11cd4b8a3102aab3861aba22042b9424 |
| Program Files\Dominion Voting Systems\Election Data Translator\tx16 dox.dll | 67b19985f4ba96e040c1b0f58ea68e7ae1d8a62814ed0ae9dabb59b11886a03c |
| Program Files\Dominion Voting Systems\Election Data Translator\tx16 gif.flt | f5871adae67e25836272700d3b02cf082fa444f0537420da14ec702ccb80718b |
| Program Files\Dominion Voting Systems\Election Data Translator\tx16 htm.dll | 0672fc52f7f2172783365f526204e3f1cff0636dc21c65eb70230177b8451c23 |
| Program Files\Dominion Voting Systems\Election Data Translator\tx16 ic.ini | 3754f3454fce6c40f55f7f3cced671d8828e034ab89bc0a450ab3a88b496a2d2 |
| Program Files\Dominion Voting Systems\Election Data Translator\tx16 jpg.flt | 27644d1a94c5fece37c71da8a21fde52e35b6fd910f3e7fb4a64459f2454ee5d |
| Program Files\Dominion Voting Systems\Election Data Translator\tx16 pdf.dll | 90110a3b0bc84be25cf23c10d6a2bb63898a357820971ea339f6f6474461761c |

SLI Compliance

| Filename | SHA-256 Value |
|---|---|
| Program Files\Dominion Voting Systems\Election Data Translator\tx16 png.flt | fe7e0d8d261d15cc438eb4f712d1c27396fef1e11d7b2c09e5fbf672fb147a4a |
| Program Files\Dominion Voting Systems\Election Data Translator\tx16 rtf.dll | bcf88d31ea94d43b69a2d79f4b4ce91770ec740a7ff8b8197980004be8cc224f |
| Program Files\Dominion Voting Systems\Election Data Translator\tx16 tif.flt | 7eb2f067c31e078cb3416f52a325b83c58b4815720741a3f34d1a80fa93ca2d6 |
| Program Files\Dominion Voting Systems\Election Data Translator\tx16 wmf.flt | c479eaf41f32809076e1926bb1ca308cb8c22b08874b3621e9da80e2c45c7ac3 |
| Program Files\Dominion Voting Systems\Election Data Translator\tx16 xml.dll | dd3a5458256211dd537a8b0ea7d86648f3b6857d39d853344d7b820bc411c5c7 |
| Program Files\Dominion Voting Systems\Election Data Translator\txic.dll | e8ed7a1e2735c463c856dc7cd1738fc39200137727d295f769aff57aa292683d |
| Program Files\Dominion Voting Systems\Election Data Translator\txkernel.dll | 1af40648e4dbf252cc179b0d9f482b29ed786493ef5c2135bd079e51f878237b |
| Program Files\Dominion Voting Systems\Election Data Translator\txpdf.dll | 10344d82c1555451953e1bb7dcfbee23714f3c492541ff1eb05517d0a16623a0 |
| Program Files\Dominion Voting Systems\Election Data Translator\TXTextControl.dll | 8172aed7c82846bee5328a781c3bdce359cf8b6a6406d85a807dc7302d1f20b0 |
| Program Files\Dominion Voting Systems\Election Data Translator\TXTextControl.Server.dll | fb584b4e7da2bdb79e58af06a2be393a0fedd0b2136d80ffc970a626e66235f7 |
| Program Files\Dominion Voting Systems\Election Data Translator\TXTextControl.Windows.Forms.dll | 77610ff1d3e44e259da659271262ce9c2250e5a3224d74fd05e962ecc3c2cb4d |
| Program Files\Dominion Voting Systems\Election Data Translator\txtools.dll | f8893f9f889d38c81e1e60e19ec1f24366020925419fd5f78d4eb7bfc5578846 |
| Program Files\Dominion Voting Systems\Election Data Translator\USElectionsDomain.dll | 8d42c066d30408975c21f7d2be6523e9efddba84b2c6d33c7cb94a9978f05e3c |
| Program Files\Dominion Voting Systems\Election Data Translator\ValidationData\UpdateExcelStructure.xml | b82e8f4bbd2853e6c2c0900ad45a55a2ce185f24420cb324c52c3fc29190c70b |
| Program Files\Dominion Voting Systems\Election Data Translator\ValidationData\ValidationExcelStructure.xml | ac316fd5833833be82ecfce97cf2e1e8e04210d50e8ca83fac237f3bb128187b |
| Program Files\Dominion Voting Systems\Election Data Translator\ValidationData\ValidationRules.xml | df0148a84afeee8b8e96e44e0d6d7f8199042ae9a39331f14e960696bf2abb65 |
| Program Files\Dominion Voting Systems\Election Data Translator\WinEdsImport\WinEdsFormat.xml | 0ebd138435a1f0b8d7cd027c519ac774a9e4e38a893cc255e8cdcdc7e21e9c66 |

**EMS Election Event Designer**

| Version: 5.5.32.4 64-bit | |
|---|---|
| Filename | SHA-256 Value |
| Program Files\Dominion Voting Systems\Election Event Designer\App.config | 2e1d0ff29fcd686afb30268376659c604fc16b16a748b6d23db30dac4d109901 |
| Program Files\Dominion Voting Systems\Election Event Designer\BallotGeneration.dll | 26669dddd7f8d39c219c17500e5df6316a15f5224f9080cc85e25cb9dc5a54fd |
| Program Files\Dominion Voting Systems\Election Event Designer\BitMiracle.LibTiff.NET.dll | f752a459a1eb5d35c597ff26437a75cc9aff7a5ca1d4fcdb2bc08ded5cb71465 |
| Program Files\Dominion Voting Systems\Election Event Designer\ConfigurationControls.dll | 6d2e0e30ce73e7aac4aea6a01cc782b2bb07495f683d4f6e456e109f30285a03 |
| Program Files\Dominion Voting Systems\Election Event Designer\DefModificator.dll | a0974d8ed5e55d7ee19430fb692da9d0a591fa3f73ba04a19d48baf17cc7aa63 |
| Program Files\Dominion Voting Systems\Election Event Designer\Democracy Suite EMS EED Users Guide.pdf | 3940666b054a6ba139062b4c172ee5a3164e56925962065d242c291e9b5700f9 |

SLI Compliance

| | |
|---|---|
| Program Files\Dominion Voting Systems\Election Event Designer\Documents\Democracy Suite EMS CADSCS.rtf | 1a2a75b533c777268ac010043526960412383b72f9b4a1d24d74a9d003ba1583 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.AudioLibrary.dll | 7b968cea82caf5eef58f4c40f864c4b392846a781c7c9af1e226b5da6729fc01 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.AuthenticationService.dll | e8a0a2832955f0c39dfee599457756647518b84886a5d962577618532f523874 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.BehaviorSettings.dll | 6ca20ef4de4a037c28c34780d28a5d63cd733f99789cbf83b141701fe70158d8 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.BehaviourSettingsManager.dll | 9a94370c089122e6931cad66371baa17105d9083dc9c63ca54e406bd5daee109 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.ClientCommunicationObject.dll | 2b5976ecbd0201d9018b5a911609949cc250ecc4451779d3ed442770b48b4396 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.Common.dll | 836d0836b63b9720b46c409599806fc92725d0698f6f34c80274e00026442427 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.ConfigurationService.dll | ec4c38b32ff668bdfeeafa480a35c3cc9be870908aa2b90aad030a18408d3249 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.CryptoService.dll | 78e6b5c8ebcfc7f4a1c3318c2c897a6d14240d3beef6376a2e3917876a01cfe5 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.DatabaseService.dll | db1908a24ce490d6003d1347a9434b612f26d67d2c06d8b7f38f0a8a26c98bc0 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.DCFFiller.dll | 24cd610a0c0c4105a2f283d9f265dc0e7757cec043c29d7b86be348afde558c4 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.DCFFiller.Serialization.dll | 4592729f0a09b014b416072149b03a0ace287b335fd60139cb4e064db9373f01 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.EedAppsCommon.dll | c86e7a4629ddc77c3fedf420a050a6fc4ceaed4d5859a1114be4678149d9462f |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.EEDCustomAction x64.CA.dll | 927462d401f6997322fb267ad133e5b6b0b2aa3429a49375ae1af60dee51a18b |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.EEDCustomAction x64.dll | 07fa8e70029cd7df55dc2d1165b67ebf768531c294c64283d60b32fb4bf3ad96 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.ElectionEventDesigner.exe | aac19abe37fe892aeab99749212e83812f11feb6b260fe13ec3d01e580aadec8 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.ElectionEventDesigner.exe.Config | abc370f0c0658d724e93030726d42d7fdc39c9ae6060f178e1e1c7d8ab58e569 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.ExportImport.Default.dll | 6002c14a71e02d2807d7560b758f0c70c8cf997b44003240e371e3acb8d8e46b |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.ExportImport.dll | 0b658c82642a7db72cfd206c68b7a8fefdc9a91591a22a884ab55abb01e7cf02 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.ExportImport.Formats.dll | a9207a272dc50d60e3ceb81ed041fa79bdcd3c48ec1f975cba78362fa9f67188 |

SLI Compliance

| | |
|---|---|
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.ExportService.BaseExportService.dll | 9c0a6e2a1f74c9da5e7b012e5bc9a74ebdbd155c296155b1fea0edf8e428376e |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.ExportService.EMLExportService.dll | 09bb8e4be7cab75bf20ad8ef4cad76f22c9f624f36469e87b7a2f8916a59de80 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.GenericDrawing.dll | d9ae83a7e9d4a29315d1d97a2ee8a207e041dd80c707aaa273573a626df9a6fc |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.LibraryCollector.EED FED CERT.dll | 6156ad73d117a0b2c97fe59cb37ef36f80ad053042288058513c465af61048c6 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.PermissionExportService.dll | fbc8d9f5e73d8dec917703b3dd3106afdd075f8d4982f28004ada9ae51a0b6ff |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.PermissionManager.dll | cf73b73c3659cb2865a93f17597aefbff99f56edd9675ab1dcf7aa8f77eb439c |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.PermissionManager.Gui.dll | 89051f6795d96bb9704e403a69c69a83ace68e0f69bdafeeab77f486b16ec00c |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.RemoteServerProvider.dll | 53d3d1789fc51d863a37b128824a5d92ec0b9933caa9e506378491d89c1d337f |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.ReportService.dll | dc464a0b672cd86c13b5b305e395d9d8f425dd75e7315bc3533dd5764334385e |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.ReportServiceBase.dll | 694c01ebde1105aeab7fa15be3a7b8a0ebf3f44d2f4898a8ae926635676284ce |

| | |
|---|---|
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.ResultsDomain.dll | 6b04912d85020ff5242d5c4938164e75dd84277dd51b93eac5cd4d622105ab7f |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.ResultsParsing.dll | 7af5c1f453d0cdd819dee10d71010d6eb442e92e2b001065cc1be04440947ced |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.TabulatorGDomain.dll | fb30a872bf7f69a5024e5878c7b5524b95170f6d54a2554fc70f5c47eed1c66e |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.USElectionsDomain.BallotGeneration.BallotStyle.dll | 0dd0ab741717a45d2a60d4d4f817bb4a78060982097b4a859f6f88fa1874e293 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.USElectionsDomain.BallotGeneration.dll | 4804469de88b94f09faed9111c63d6bf9512cb3721caf7f8c4d76dcceb4a4727 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.USElectionsDomain.BallotGeneration.Florida.dll | c234426c63c564e94ec3f52b2894979a21c10c6350f0265abc1b5aacbbf10478 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.USElectionsDomain.BallotGeneration.NYGeneral.dll | 5e2e40089be786e9e49dc00497801dde4011509030bf9035f379802a3f606346 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.USElectionsDomain.BallotGeneration.RankChoice.dll | 7f63a6cf51761c4e37df3e5f0cd7ad23da8ac7b69e52a0a4a0cbaed226989b49 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.USElectionsDomain.dll | c7a53428992aed9c0eeddb97c755598ccd49933b0e6722c28d2ab491fbcc745a |

SLI Compliance

| | |
|---|---|
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.USElectionsDomain.ElectionFiles.dll | 26894ef04cd04535026bfa386c5297bb351e8d549951cd45bf4e2bfab53708af |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.DemocracySuite.USElectionsDomain.GUI.dll | b95ee5f5c86c6fbd88288e34b5ea83c93c7ffcde5ed730ab124f0c73870862c7 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.ElectionEvent.BallotRenderer.dll | 99d2ffdd38b03b2ff834666180e8d1947cdf913da007b3f74805847865b731da |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.ElectionEvent.BallotRendererSupport.dll | 70d80500f3119471bc2561ad87fc9484bb377e3a7e273631fd18c09cd443f1cd |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.ElectionEvent.Layouting.dll | 929854af1a8839e13916cf10d9396d8e8933058fee90339a343e576ba27b4105 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.ElectionEvent.RtfInterpreter.dll | 6afcea8de1f47d4602092e3a5a780fed95b7a98c61928758f51bb42eb2b558c9 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.ElectionEvent.SVG.dll | 497a2a659ab659c48ebec2ac4c3afafd10d0bf42825cc7ed9055a4b86e601cd3 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.ElectionEvent.SVGGui.dll | 22799f12de853b047c9a8720a4c995ab14263f58660eca3983faf032745f3a2e |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.ElectionEvent.SVGGuiCore.dll | 106af16a93207fd87620e41d42d2272479b0ffe4fbe6857d79264c98d7919e10 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Framework.Commands.dll | 5d0b8ffb9e60b6f2c627c8a0388ec0817584ca62bf832fb429aa61af7d38f33a |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Framework.DbMaker.dll | c289bda020a9961e8ee38a4c7246f4decfa0621b664bbfadcf3015f829ebc304 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Framework.Domains.Logging.dll | a4d48e1c0e0e9ada86b7640ea4f5b6d6fbae4dbbd2d4dba58d93975f62ffb330 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Framework.Domains.Parametrization.dll | d6a478f53be8d1f98a7ad1dae4f98f0d0a881e14468c94c6a9ce0fa80023fab6 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Framework.Domains.PermissionManagement.dll | e46f39e0c03871eb6a9b16cfa52cd02f1a151ec35f01783e6a618d84da2c5e68 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Framework.Domains.SystemVariables.dll | 26592b02c46f3d665b893dfcac4f00a0a4ab638fda18b442c23830ddf6fda87a |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Framework.GUIConfiguration.dll | 9d398bdf12c36d4dcea23bf5d004b63a257db5d44822091dc03c14f16f729b47 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Framework.GUICore.dll | 5649534f7e7200e0cbb14582ead986b3968dbbe193aed64935fabcf3499e4bb6 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Framework.MemoryCore.dll | 9d751571f9bfb186a9bf549ad5517b6c2502ad9c69ecb4d8032359d3dcf504c0 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Framework.RemotingAdo.dll | 7605a76694e4d632c027ad33504c0ee26c550829e60a05b45cce2b7e6e78432f |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Framework.ResourceTranslator.dll | 4ac35967c058893208a6e45523a1a877905a24e55bb87695b2b82436b00edf03 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Framework.Serializer.dll | 7e219df614a9a74008911cd533190d079a634efd700b602a81ad0ec799d39261 |

SLI Compliance

| | |
|---|---|
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Framework.TPWinGUICore.dll | d5099d2cadc71c648e15a362dca3cebdee46e5f1705df8ed38077e2436f8619d |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Framework.Utilities.DbModificationFilter.exe | e7da0fbe60084f20f422a63fc313cca1d1ce065c865a77b18f2641a895762a4a |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.SmartCardManager.dll | d55d6c0a4425349ae5f67547242b0650923525aa0a4e777516078fa6f745c949 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Utilities.AudioConverters.dll | 70dc8284c5fe75eed2d58dfb13814c15c9afce51c029734ef7a356a36a2709aa |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Utilities.BinaryFileAccess2007.dll | 054c439e2ba5ca120bb7924a8cb198b729eae00968161551246a1c40d984bd2c |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Utilities.Common.dll | 054024f75482b86a0e4ffa4f21a506316e7788367570593105864c8dcf38d527 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Utilities.FileSystemServiceFacade.dll | 850471a5f5301afccfebaac954fadbe968df5aebb64682e993336caf42c829c9 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Utilities.MSWinManager.dll | 40327b9711f5c06ae4469f2fccb4e6f3d2fa20dd6227586cfeb76b711965fb26 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Utilities.ProjectMangementFacade.dll | eaee548941a5385f94d366c54fa14a0938d13b4e11e48e4738945d387cfbe6e9 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Utilities.RemoteCache.dll | b3527dbf246eccd1521df98b67dbafcf53ca8d68bcfbdd93289362c8a6e7f576 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Utilities.RemoteCacheProxy.dll | 22eae529620ade8dae6e9d3b401add99f024ca25523a352f2b0d958a934465c5 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Utilities.RemoteInterfaces.dll | 5e3752b9e95d03450f2b47f93f90db6f21602d36de0436f7e9de96516bebf07a |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.Utilities.UsbFileSystem.dll | ebeeb76e1e81f40365a99c4388c71d7480265f8fa37202f17e7592d342fd9900 |
| Program Files\Dominion Voting Systems\Election Event Designer\DVS.UtilitiesFullFrameworkWrapper.dll | af124dddfca65ca3932aa0ccaa0b8c9118aff4fa37be4c40d5a92d6501552ca7 |

| | |
|---|---|
| Program Files\Dominion Voting Systems\Election Event Designer\EedTCPCommunication.dll | c830ca303ea7ea665ba9dedba093396e78ba9f34d1762bdbd21352f325abdee1 |
| Program Files\Dominion Voting Systems\Election Event Designer\ElectionFilesGeneration.dll | b8a9bb1255590ff823d80b1394b3e581259949df103050d1b0fc800a7fefd9eb |
| Program Files\Dominion Voting Systems\Election Event Designer\EmsBallotGeneration.dll | 9377287b67ae18fcaaccc3f9f6b45657925527bdef514b96717e3f0f94c5759a |
| Program Files\Dominion Voting Systems\Election Event Designer\EntityFramework.dll | ed6ebd749052f9018f6699671ae5469adedf086cf8b1bd4256bbe9c4e7f6ff05 |
| Program Files\Dominion Voting Systems\Election Event Designer\EntityFrameworkUtil.dll | 82621115570730c78979f51d21eb05a73b1d12ff44b34739d4fd9b857b58a700 |
| Program Files\Dominion Voting Systems\Election Event Designer\en-US\DVS.ElectionEvent.BallotRendererSupport.resources.dll | a3d7160dd9949fae7081212dfe742492fd8204ed4be0b6e55d5a044eeca37dbf |

SLI Compliance

| Program Files\Dominion Voting Systems\Election Event Designer\GuiEditorCommon.dll | 5a334c69edfcd93692d53ba39b8c7b5d6478b4eee2873115c12c83742b439520 |
|---|---|
| Program Files\Dominion Voting Systems\Election Event Designer\Infragistics2.Shared.v11.1.dll | 43d6d97cef01feb0187608a3b10296f9e57301f344c3cccd4c0f6959de59a4c7 |
| Program Files\Dominion Voting Systems\Election Event Designer\Infragistics2.Win.Misc.v11.1.dll | 28ac4d99e7b800a39bad93d478b55b50634365c9f58cb5cb96d86c15a0cbffe4 |
| Program Files\Dominion Voting Systems\Election Event Designer\Infragistics2.Win.UltraWinEditors.v11.1.dll | f9622a7a6b56c3ca252772421e13fea757a34729b5f815090d6f7094f6a284a5 |
| Program Files\Dominion Voting Systems\Election Event Designer\Infragistics2.Win.UltraWinExplorerBar.v11.1.dll | dafc088a2c5495a011cc9af74997b40b270768dddcd73e4bb15a39c64dbf3397 |
| Program Files\Dominion Voting Systems\Election Event Designer\Infragistics2.Win.UltraWinMaskedEdit.v11.1.dll | 1ec60fb4201e80cee5f7e61d081ec2e1ff15f6d3cf1807ea3964f64a229431f6 |
| Program Files\Dominion Voting Systems\Election Event Designer\Infragistics2.Win.UltraWinStatusBar.v11.1.dll | 13c1a9c1c528b94651e1a7e5281f2464753611b19502b2f4471cccbbb555aef8 |
| Program Files\Dominion Voting Systems\Election Event Designer\Infragistics2.Win.UltraWinTabControl.v11.1.dll | 944d9958f8a86d1ea682275aafca2c5719edaf9dab51ede3cf062c745e8c596a |
| Program Files\Dominion Voting Systems\Election Event Designer\Infragistics2.Win.UltraWinToolbars.v11.1.dll | a9f876661d9e70fce1f4b35bb67c042f48e88014cdb0f3d082650f49968c7d5a |
| Program Files\Dominion Voting Systems\Election Event Designer\Infragistics2.Win.v11.1.dll | 7550da2b0699879ad0552777d6cc3499969eae9ba3e76ca4518d73dc82b41207 |
| Program Files\Dominion Voting Systems\Election Event Designer\InfragisticsWPF4.Controls.Editors.XamColorPicker.v12.1.dll | 751645399f3e60df0c89c0aeb70288ed4a0a4eccbf5f6a8edb40c69a24d4ab34 |
| Program Files\Dominion Voting Systems\Election Event Designer\InfragisticsWPF4.Controls.Editors.XamSlider.v12.1.dll | 71848e74fa3c3708d740921a69e11753dc1faa672bd7fb98b1c78eae5a0ee956 |
| Program Files\Dominion Voting Systems\Election Event Designer\InfragisticsWPF4.Editors.v12.1.dll | 6eaf86848c240faea4f5bd4c15388ce31ac23e085a14c52540fb1b131df70c16 |
| Program Files\Dominion Voting Systems\Election Event Designer\InfragisticsWPF4.v12.1.dll | e6d7c6e94d4bc62b5ebea0d887196b0e4d0bca5d978914325d9dac00a6f7fdbd |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ itextsharp.dll | beb5c25eb5f659cbb2574f3eaddda35c5b18e860558daac4533b4ed98e29bd55 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Log\ Error.0.log | 12262b3eaa611c1d9d0c67899e7d3f12a78b8d7d1ca9dfb05315c8749601e5f8 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Log\ Error.1.log | efccb6f6ac51f2a23e933bdf28e98fac448ffab3652a6aa31dceeb28a97dcdf1 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Log\ Error.10.log | 7393937166ec8ed658b0ab3a60e8d15fa797a1da5ec239b8bee9283a86278022 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Log\ Error.11.log | e8d76aebbb887836c90b4ae5f20b532ef7d5fe5f02803401fc953462e0d1c5f6 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Log\ Error.2.log | d8f3ba50837a71465eb5dc815d958696e4bdd034a2a733099cb51e9630af0db9 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Log\ Error.3.log | c82818aa0bb80e9f07f661dc7153143d508f925cbc4316f8f0f5dab8db76fdef |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Log\ Error.4.log | e65bc9f54c44f79fe9dadf618f381aa7eeb1f5e0cb167a618bd5131adf52ca7a |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Log\ Error.5.log | d0edddb0864759e8e2e81a6c3cbe0acae4dac3077ead78f3011ea2af7cac90b2 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Log\ Error.6.log | 8d8f4728bd424adc53c92c298beb2da5f85c9f0c858802a6c4ea450954567b3e |

SLI Compliance

| | |
|---|---|
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Log\ Error.7.log | 075638e49a8c612378dce6f7cbaf73aa60c78d35641730d828624b6f24cd4143 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Log\ Error.8.log | 1ad8b4e0d3266c66574c4afbf8ff997d60e61717a44b091a5d89bf3a44d19c60 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Log\ Error.9.log | 3f974dedf7e3c3e5032ccf0bc7b5ed4f290ad9bd64f3b022b532e13a8a0a318b |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Log\ Error.log | bfc14e9b277f2f7901fbb1d95c6c77276ff7d36a487734e37f3e6834e5afa2bc |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Log\ Info.log | 3d1c51d61237b0c26ca20e398dd6aa75b4d24c9538d799291615648452190b19 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Log\ Trace.log | f68d5e544925445fb8d19fe6e9d7c5173e506148172396c4f249265c337f64b9 |
| Program Files\Dominion Voting Systems\Election Event Designer\Microsoft.Deployment.WindowsInstaller.dll | 9aebc76cb8c864593e0419162b2bf40b81bd52b3ff12edac1d032828df83dcfa |
| Program Files\Dominion Voting Systems\Election Event Designer\Microsoft.ReportViewer.Common.dll | e3f6d98df27d1877366a374a82dbdfa529405297217624b1309a57339d57d4dd |
| Program Files\Dominion Voting Systems\Election Event Designer\Microsoft.ReportViewer.DataVisualization.dll | e9ea1b82fd7bc766c723181f1cd01d9ba7dc9754d34c3a5e4cb12601d059b1fc |
| Program Files\Dominion Voting Systems\Election Event Designer\Microsoft.ReportViewer.ProcessingObjectModel.dll | 2e9a2509b5e79c68aec78fe84df95c52ba2d56359b1e24920479bd143410e2a5 |
| Program Files\Dominion Voting Systems\Election Event Designer\Microsoft.ReportViewer.WinForms.dll | b10ada2d6881eead90dc319f791abd0d5d6f028e3532b7d7641addd001afb93c |
| Program Files\Dominion Voting Systems\Election Event Designer\Microsoft.Web.Administration.dll | 5b28ceefb320c6a808cb352385ae4523fbecc676af1cb091ceb1789b3b83aefc |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ NLog.config | 198812ce6b4a38838737cf1303d212f14c952b81a609968c8410d980c5514431 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ NLog.dll | e17aac589bd48a623857de7f8113bcae6f72e4fe4652ca615ffa1028353b246d |
| Program Files\Dominion Voting Systems\Election Event Designer\OneWireAPI.NET.dll | e0e95a3b2fe54ee9dc7c907124d8b564aa0781b163d0d091147f59a3008e7673 |
| Program Files\Dominion Voting Systems\Election Event Designer\PdfConvertLib.dll | 80d290cb62e0bf3ffd7e3487afd1672a48310cb6a2a0688cca651cff0b21e70b |
| Program Files\Dominion Voting Systems\Election Event Designer\ Renci.SshNet.dll | 451ba700ecb5e77bea05160fda3ee6fb706839d831c925279634614d610ab8d9 |
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\Arial.xml | 8a4a0ff9c4f9eb2cc198a2e4f096631d383b2a7126df8b6036e2c1ce42650c54 |
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\ArialBold.xml | 2a2cf9e764699a6189777b084601da22e109d84d24071a7ea4821059ea287b7c |
| Program Files\Dominion Voting Systems\Election EventDesigner\Resources\avalon-framework-cvs-20020806.jar | 51ed0ddf5c6cb03f76f250eb22f1b4e5585c0e6242af3a02d5f40ed563af149c |
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\batik.jar | a8af031e63b8807066f094ab2cd1eae28de6aac92a460705ab44b14b5bb0f07b |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Resources\ fop.jar | aa97ad1ca47782cfb5cfae2eac3f7153a87056d924b6987ff8d68542865f2b47 |
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\fopcfg.xml | 4d55239b7df47170d1bb4f3a7e878a94a2afa149cbe8d613ca160d2f9430841d |
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\LabelsPagePattern.rtf | e94bd324c5cb7eb16732f1784ae7ee30188c61f948326b95964308a8c2d0b4f0 |

SLI Compliance

| | |
|---|---|
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\LabelsPattern.rtf | 6cd11621f3d445a21103a1b5c82f287fcd2ac27e3f443568ec6751cf9b37ef94 |
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\lame.exe | af62aa829fd07d8b8729b8ecb9a5c4bb30c9a7add248a25e0861e50e50ec9904 |
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\libeay32.dll | d11e92f738e6f1ac5b8ba1393d2ae3378ba55757822a856da3a9cba9fe124723 |
| Program Files\Dominion Voting Systems\Election EventDesigner\Resources\libgomp-1.dll | 287804ff69730b3f5830fb488ea7640fdd52a27250275aca1052adff37c8c25c |
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\openssl.cfg | 06baa8f15992bacd3e5b113cd571d828c0544d0482ccd2e15969fe819957271d |
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\openssl.exe | 2634dd8cb1438d50dedb034ae6fff3fb1282dde84696f927b53b05b02f6484ca |
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\PropertySetter.xml | 973894179933bcd2df000ae29732165556e3271d7b94b177a84706f85a59c5d3 |
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\pthreadgc2.dll | cf14602bb18e7670ea6dc89e577d473b9d65b98f926c998aa40614d671adf98e |
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\sox.exe | 9bf1ed9cfce4092a1b14c442acdb0ea59d3bc1eef32e209e577daf1c23a1ce08 |
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\speexdec.exe | 9b935d21d2b9e7fb1394cc3cbab13af3d562105237535f08764137dfbb686038 |
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\speexenc.exe | 2f464a7ddfd7a2679797e930a0b367a92ff358fab6ddb2383241d2b291dd0fc5 |
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\ssleay32.dll | 28f2fe4d27b694023255f8dbfa6e30ff81d3155c12bd0060e30bd7c39e4ea19f |
| Program Files\Dominion Voting Systems\Election Event Designer\Resources\zlib1.dll | 2ff8a0abf8220e350a229dd3be5f2a0f18fa0d62b588c589c6c47d8c593cf14c |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ Rotations.dll | 0fabf2b0458c116f75eda64e2db61ce9f6519acdd4f9a6a0308c97ef3fabd16f |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ RTFReader.dll | b3cc3a93d6e62194f6353f9198998b350cabd5c46ea5d6010c65bb43dd01cfac |
| Program Files\ Dominion Voting Systems\ Election Event Designer\System.Data.SQLite.dll | 907d947ec9f35e0b49bab8df1d3791117eec2cc45a4ef9687557df0e656d9d08 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ tech.xml | fef0ce1ab3428208f5f62d22436ba104ca5fc4375f35ac3728eca82072d40b8a |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ TextBlockGui.dll | 5582fdc60d64dcb4a01149f0337ed9c114da02551ae59c985c1cc49c37e2c41b |
| Program Files\Dominion Voting Systems\ Election Event Designer\TextDocumentCommon.dll | 05ddc2b84e34f0e4940153bec867ebea04691f49a1e762fca9a0ff7c69e6591e |
| Program Files\ Dominion Voting Systems\ Election Event Designer\TextGraphicalEditorCore.dll | 66cdacf5e719e5d658896ed45d9a1509963abef61f8c67577185148459498997 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ TextualContent.dll | e7299c0b739d6483868eb5a38ae4d2087bf2b03bb1f3b44f9e0248122ae4a14b |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ tx16 bmp.flt | 7bec71af7be3bcf76f8b34c6d7cc7d87c6c612507cdaa57a97b9fa7637a8724f |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ tx16 css.dll | e61ce98925f96cb59bc9f6261f4eeed6e7921b1c4dcb7a2fe5b34d61be1324d8 |

SLI Compliance

| Filename | SHA-256 Value |
|---|---|
| Program Files\ Dominion Voting Systems\ Election Event Designer\ tx16doc.dll | b1bae7700444c71bbceb1cbbb488babc11cd4b8a3102aab3861aba22042b9424 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ tx16dox.dll | 67b19985f4ba96e040c1b0f58ea68e7ae1d8a62814ed0ae9dabb59b11886a03c |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ tx16gif.flt | f5871adae67e25836272700d3b02cf082fa444f0537420da14ec702ccb80718b |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ tx16htm.dll | 0672fc52f7f2172783365f526204e3f1cff0636dc21c65eb70230177b8451c23 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ tx16ic.ini | 3754f3454fce6c40f55f7f3cced671d8828e034ab89bc0a450ab3a88b496a2d2 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ tx16jpg.flt | 27644d1a94c5fece37c71da8a21fde52e35b6fd910f3e7fb4a64459f2454ee5d |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ tx16pdf.dll | 90110a3b0bc84be25cf23c10d6a2bb63898a357820971ea339f6f6474461761c |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ tx16png.flt | fe7e0d8d261d15cc438eb4f712d1c27396fef1e11d7b2c09e5fbf672fb147a4a |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ tx16rtf.dll | bcf88d31ea94d43b69a2d79f4b4ce91770ec740a7ff8b8197980004be8cc224f |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ tx16tif.flt | 7eb2f067c31e078cb3416f52a325b83c58b4815720741a3f34d1a80fa93ca2d6 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ tx16wmf.flt | c479eaf41f32809076e1926bb1ca308cb8c22b08874b3621e9da80e2c45c7ac3 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ tx16xml.dll | dd3a5458256211dd537a8b0ea7d86648f3b6857d39d853344d7b820bc411c5c7 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ txic.dll | e8ed7a1e2735c463c856dc7cd1738fc39200137727d295f769aff57aa292683d |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ txkernel.dll | 1af40648e4dbf252cc179b0d9f482b29ed786493ef5c2135bd079e51f878237b |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ txpdf.dll | 10344d82c1555451953e1bb7dcfbee23714f3c492541ff1eb05517d0a16623a0 |
| Program Files\Dominion Voting Systems\Election Event Designer\TXTextControl.dll | 8172aed7c82846bee5328a781c3bdce359cf8b6a6406d85a807dc7302d1f20b0 |
| Program Files\Dominion Voting Systems\Election Event Designer\TXTextControl.Server.dll | fb584b4e7da2bdb79e58af06a2be393a0fedd0b2136d80ffc970a626e66235f7 |
| Program Files\Dominion Voting Systems\Election Event Designer\TXTextControl.Windows.Forms.dll | 77610ff1d3e44e259da659271262ce9c2250e5a3224d74fd05e962ecc3c2cb4d |
| Program Files\Dominion Voting Systems\Election Event Designer\ txtools.dll | f8893f9f889d38c81e1e60e19ec1f24366020925419fd5f78d4eb7bfc5578846 |
| Program Files\Dominion Voting Systems\Election Event Designer\USElectionsDomain.dll | ae1434bb4f2baa8213e99e29db06e70c5623db63e35527a3f7a5f4ef38a10bed |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ vjsc.dll | ee26fbf3f4c7222ae3aefaa957c5d237103bb400ea4b620d567ed768fb9d5157 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ vjsjbc.dll | 9d18f7b502727209aa6acc5830f9b24f16e61584fa695425b405202e6ff5ba99 |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ vjsnativ.dll | 934d4ca23671d245d4fbe433e726bb7bb38a4258e1a6ff4681a7aaea2a4bbd1a |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ vjssupuilib.dll | d8fd2643d2d19301aa83c4baa3e7062795e36344307429baa63c2fd92d37c10b |
| Program Files\ Dominion Voting Systems\ Election Event Designer\ vjsvwaux.dll | ca8ba8e4eb56d712fb00489039548846f0f4e6238f0a5daa94cc8bebc53e0ab2 |

**ICVA**

| Version: 5.5.32.4 64-bit | |
|---|---|
| Filename | SHA-256 Value |

SLI Compliance

| Filename | SHA-256 Value |
|---|---|
| Program Files\ Dominion Voting Systems\ ICVA\ activate card statistics.xml | cdf2e01492b669fa90034956c1deae920ad25c773147e3cec759a7b6b8a041e4 |
| Program Files\ Dominion Voting Systems\ ICVA\ BitMiracle.LibTiff.NET.dll | f752a459a1eb5d35c597ff26437a75cc9aff7a5ca1d4fcdb2bc08ded5cb71465 |
| Program Files\Dominion Voting Systems\ICVA\Democracy Suite ImageCast VoterActivation User Guide.pdf | 55beae600aa37eb2bc694846593d722cad7dcfa17bc08243d65c8738f197bd6c |
| ProgramFiles\DominionVotingSystems\ICVA\DVS.DemocracySuite.ExportImport.Formats.dll | bbfa1e0a11c5bb1dd78797e99b2a9cbc8c38b4f0a6a3d5861783e9aa1757e839 |
| Program Files\ Dominion Voting Systems\ ICVA\ DVS.ICVA.GUI.exe | dca90ae5d7964586f599f374bef672928cda0adfe57efe5f58cdab1f6108ee76 |
| Program Files\ Dominion Voting Systems\ ICVA\ DVS.ICVA.GUI.exe.config | d4359fc10af49afd5fc7b6cfa8f76bddf1beb3f6376f4d5420a9b2d1d01d483f |
| Program Files\ Dominion Voting Systems\ ICVA\ DVS.ICVA.ViewModel.dll | 121484614bddc7fac835288ed8edb128f89630bd7087287ce98df4b9f5740c04 |
| Program Files\ Dominion Voting Systems\ ICVA\ DVS.SmartCardManager.dll | 63e3b86976a68c6a940039cc49509e37c4edf0087ca85932ee3f41ce7af51bac |
| Program Files\ Dominion Voting Systems\ ICVA\ DVS.Utilities.Common.dll | 9b708565f9db066926c7dc348f9fbdb442dafce1ae5107eb3010a8420ceeaab3 |
| Program Files\ Dominion Voting Systems\ ICVA\ DVS.Utilities.MSWinManager.dll | 84f7c9e66dff0a2eab5f2a67803d95cc181b20a015bb4b585aafcfcb9a0b0792 |
| Program Files\ Dominion Voting Systems\ ICVA\ DVSICVACustomAction.CA.dll | c7b6c5447c1089fe1242655746f956e4bbb98f1af6e249df4b5cb3eceb2d2a22 |
| Program Files\ Dominion Voting Systems\ ICVA\ DVSICVACustomAction.dll | 616b1d3b0ce89cb4eaec73d63e7625bcc3344eb16bb4a4971c2d3087e029773c |
| Program Files\ Dominion Voting Systems\ ICVA\ itextsharp.dll | beb5c25eb5f659cbb2574f3eaddda35c5b18e860558daac4533b4ed98e29bd55 |
| Program Files\ Dominion Voting Systems\ ICVA\ Log\ Error.log | d9a93d0ed272c317c02a8292350a1e8316e1f7a076906ccb73255a0308c77288 |
| Program Files\ Dominion Voting Systems\ ICVA\ Log\ Info.log | 620ed70bd3f3e0bc7a4043024b671edb4f4d54c7fcd0489c3a295ee73e61a17b |
| Program Files\ Dominion Voting Systems\ ICVA\ Log\ Trace.log | 53acd3341bc85900088af3018ee1dbaf40d46e14d3c268dfe89a03863ecb1f6c |
| ProgramFiles\DominionVotingSystems\ICVA\Microsoft.Deployment.WindowsInstaller.dll | 9aebc76cb8c864593e0419162b2bf40b81bd52b3ff12edac1d032828df83dcfa |
| Program Files\ Dominion Voting Systems\ ICVA\ Microsoft.Web.Administration.dll | 5b28ceefb320c6a808cb352385ae4523fbecc676af1cb091ceb1789b3b83aefc |
| Program Files\ Dominion Voting Systems\ ICVA\ Nlog.config | d7ada065bd3e12a41a3ace29217191ae6e83c88852b3a5fd8b8b8bc51ee5589a |
| Program Files\ Dominion Voting Systems\ ICVA\ NLog.dll | e17aac589bd48a623857de7f8113bcae6f72e4fe4652ca615ffa1028353b246d |
| Program Files\ Dominion Voting Systems\ ICVA\ Renci.SshNet.dll | 451ba700ecb5e77bea05160fda3ee6fb706839d831c925279634614d610ab8d9 |

**EMS Results Tally and Reporting**

| Version: 5.5.32.4 64-bit | |
|---|---|
| Filename | SHA-256 Value |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\BitMiracle.LibTiff.NET.dll | f752a459a1eb5d35c597ff26437a75cc9aff7a5ca1d4fcdb2bc08ded5cb71465 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DemocracySuite EMS RTR Users Guide.pdf | 0b5d83b40379b7af45979b19943820109d224b22d3b675c7c3c93207be4a641c |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.AudioLibrary.dll | 97d94839529d0ad8c320a6169f30421e2e0ad25dc0e92c7824df334c92c46a98 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.AuthenticationService.dll | 8e8af362b58d0a8948036a3ac9418acdc61ed0c8f13cd0828eb8c9d7a4c43be3 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.BehaviorSettings.dll | 158c66d14058280cd1216207b963d3d4df6c0f6a65be1c8de1c771f3b702405f |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.ClientCommunicationObject.dll | 7a4cce8bd5e9bc77487651d8a5ce4d1030cab8a2c246a687980a85583d084094 |

SLI Compliance

| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.Common.dll | 3cd1e5d9e72b235c9ed49e245db59de5b1e02bad4c9982b180439827ae44f73c |
|---|---|
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.ConfigurationService.dll | c62139bab0ec6b2156c8353fb1d002c9ec174fa72bcde9045081ca62ae8fea0e |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.CryptoService.dll | 26b047b0c7a710b7daf8398c91cb6044a43b4facf8dca9e8bed3536269ef5acc |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.DatabaseService.dll | 6002612c6cfc8b567469b564cf12ed6a19baecd37c3dea96bcbeed6ebf053599 |

| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.DCFFiller.Serialization.dll | 79937b6a2478b71826c6bac3a19df72cbb20236fe320b2dcecae3930d2534d1e |
|---|---|
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.EMSRTRCustomAction x64.CA.dll | 648c226b9f13a45e49116c4e23f0251c433c50968969b5f7fd3b3df5187da3bf |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.EMSRTRCustomAction x64.dll | 6b468aaf895fce66c1d345669af2a45279a0a7492853bbb76eb89e19ba49eeea |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.ExportImport.Formats.dll | 2ce653b602aa5e4d7a0e3cfa13da27c875f3149a24a7d8704b1d2d5e14f7da86 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.LibraryCollector.dll | c27793e73183d07cebc2b2d71550581651177eda1c79a757888b612f9fdf29c4 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.PermissionManager.dll | b5cc082163b55894029fbc0913e72e37a52e7e68406cccf56ad3bcf0ce47f6bb |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.RemoteServerProvider.dll | ee90028735c6cdce030eae9519b0ec32c5f46dbb6b930f99f6d6b2f13620f259 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.ReportServiceBase.dll | 1926167888613a18032de9670c4dc89ca9e61e012171515f3656ea804efbcf2e |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.ResultInterfaces.dll | 1cd797a95f350385039a0d99e0abafe5b10d94f2a7b4ef16c2d406b8a8f93263 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.ResultsDomain.dll | 71534387e2f9adabf37c914d0e15d44345f9631be6915d696bf89fe0522d3cbb |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.ResultServiceClient.dll | 9d46e942c904218f3bf47b6f1c606b6b3af035bac35732489b1bc574e8528fa1 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.ResultsParsing.dll | b78eb1d5223ef40fe512314e2895f7e3f971b8c57e27562b0a3912e48664a620 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.ResultTally.exe | 587ac0654da1b3a97c32a65c202794c3be6708fa0a88ec254e095c8514c0a7d8 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.ResultTally.exe.Config | 36a9d3741499c62f28edebb397288a1c8ca09196dd68f3abe80242217b3d167d |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.ResultTally.Reports.dll | a482e27a005ae6ebd5fd67fbed13b8c290008c19469d9927e31d79144995eeb5 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.ResultTally.StyleAdjustment.dll | 4eae2ba9447224cbb2c816c82765b155ba3ec18d0f5f227a3bd6d8c3a7be515c |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.TabulatorGDomain.dll | d874ceb463d3b24d439c40e31ee6c8dd19edd1405be04a924be164082c841fe3 |

168a

SLI Compliance

| | |
|---|---|
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.Ui.Wpf.CustomControls.dll | b40cfc7f9cc9fc9971d7b6da5880a1b3c0b007b9ab0466b90bce720c89f5a6bd |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.USElectionsDomain.dll | 26f4bacb03a7f74e82e799e2f703dd862d542cc7c3095592ceac8e40241f4fdd |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.USElectionsDomain.ElectionFiles.dll | 522b7ca52fa6b8c9afeae892e1676d0916ff8717dc87417479133b94f8b2ef22 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.DemocracySuite.VotingMethods.dll | 5b03521a158ee43e2d05f5f02273be84631b7a087376730c918a709514d5d2e5 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.ElectionEvent.BallotRendererSupport.dll | e0318c28453a5d923fe1c3d97d9c06d18c634fa536b9e6f2d5a73760b4eac64a |

| | |
|---|---|
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Framework.Commands.dll | 3c58d7021b68b6cadd3b7a8ba2b4d0f712b0f33bce76588e22574ff33817c36f |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Framework.DbMaker.dll | 5d8a84f8354339371a210d668c3ca7af9b6fc7d3f06714af8b99874204ddd9b6 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Framework.Domains.Logging.dll | 23f4dae613e797b91edda55f74efa57f4cb61ff33bce4a5b2ce1ded26beb09fd |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Framework.Domains.Parametrization.dll | a2e4bf4c62576360a77dc2736ce4021845a0691a431297a5ff0579bf6213458b |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Framework.Domains.PermissionManagement.dll | 68b5c478768a5dd002ff59e6d2945c546b6675e766c164df70ff8118150e139a |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Framework.Domains.SystemVariables.dll | e80e85d67f0cd8bcfe9bfa2c586e0f0774b85db3a09a0367d575a249223ad831 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Framework.GUIConfiguration.dll | f25f99ca9eb286b71d71b19cb4f3166498bc9cee41cf430f78948052951ea9b1 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Framework.GUICore.dll | e710346cb9859a3fd07ec22e3f8798f578681275afe1371349c854a03c3b9696 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Framework.MemoryCore.dll | c5b36ce2488c0227200c40fa5f4d02a2ca329fb8c35f879b089100388bdf089f |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Framework.RemotingAdo.dll | 93d41b5405d30c95fa232a1beb19fd222b83679ad263fbfef51e48f5524da74e |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Framework.ResourceTranslator.dll | 99c28a5ecd08c9fc2bc1fc6af708ab952688b379578de91730932b2712773506 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Framework.Serializer.dll | 002fae5c21d4d42686c7624e9d1a28239ab2bfdd4b0a410d96ec23f1c01c5f8c |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Framework.Utilities.DbModificationFilter.exe | 09242d758cf0a96c8fdbb10bc9700d9343234376264bb4f5c0177cec57e049b5 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Utilities.AudioConverters.dll | f4623642887d85a74bc4b81c027b8a36fba8a2912e3c6f39ba19db2a569125b8 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Utilities.BinaryFileAccess2007.dll | 0b9cf8928c9673f6862a52066dd471bfcff52011fc351c92997666b4640ad83e |

169a

SLI Compliance

| | |
|---|---|
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Utilities.Common.dll | 7d700590f8f05776d12567fb3df5c5afdda27828c5ae60a7158354f362f76039 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Utilities.FileSystemServiceFacade.dll | f3698f4eefddb4608dab323b65e4ffbc8a3acc59956d9624da1f337373087e8e |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Utilities.MSWinManager.dll | 9021523f19e6fb0ac0c12843f85352ec1829ea62cc805ceb07a8253d3867864b |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Utilities.ProjectMangementFacade.dll | 6f8d613966ee4fb7ac52d9c1bf1d4482d93fa0e94aa8efc37e763e03f059a800 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Utilities.RemoteCacheProxy.dll | 43003badc162da57d6caff17961f09d86eb3bd343d95890e1d647d5bbb15d9ce |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Utilities.RemoteInterfaces.dll | c03a2a4150c5e0be9484211244280a07cdf5ceb5c387293cd8be86557f36ff70 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.Utilities.UsbFileSystem.dll | 334fa0d337aeecf63c776f3be1d601ba3ca4edaa39483c85cabd5d06827c3dce |

| | |
|---|---|
| Program Files\Dominion Voting Systems\Results Tally and Reporting\DVS.UtilitiesFullFrameworkWrapper.dll | 1cbb6884322c4eb63443864989224528db62c696676e7ceebbebf01a21947914 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\en-US\DVS.ElectionEvent.BallotRendererSupport.resources.dll | 7d99e775859153ec9ca7776f4337ace47b310a746a5fa09f1e6ce5e0af4adce5 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\infragisticswpf4.datavisualization.v12.1.dll | 88e3b218844a28f45e14341c225663a60733bb8ed3a904a2fc82ee7cdb018e2d |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\infragisticswpf4.dockmanager.v12.1.dll | 9916004aa048b2cb6bc72d83a15042832b6458d39da261df23a5955a7dcff2f5 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\infragisticswpf4.editors.v12.1.dll | 6eaf86848c240faea4f5bd4c15388ce31ac23e085a14c52540fb1b131df70c16 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\InfragisticsWPF4.v12.1.dll | e6d7c6e94d4bc62b5ebea0d887196b0e4d0bca5d978914325d9dac00a6f7fdbd |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ itextsharp.dll | beb5c25eb5f659cbb2574f3eaddda35c5b18e860558daac4533b4ed98e29bd55 |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ Log\ Error.log | add1cdb0d112a673f2867a87797b15b236df1fc5902a2ced9738668cf751f30b |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ Log\ Info.log | b27215a7e042397888164885f04740ad248bc39aa32ec54e2f9e2f1d2a108aab |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\Microsoft.Deployment.WindowsInstaller.dll | 9aebc76cb8c864593e0419162b2bf40b81bd52b3ff12edac1d032828df83dcfa |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\Microsoft.Practices.Prism.Mvvm.dll | 06f36c88682b48640e1adc2d8320672b210db2c5eb0038eaae7d21b809e1a3ba |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\Microsoft.Practices.Prism.SharedInterfaces.dll | df38529542a1b34ee6ec2db514e6503cf68c6ec37613f99895d5184d03f455e0 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\Microsoft.ReportViewer.Common.dll | e3f6d98df27d1877366a374a82dbdfa529405297217624b1309a57339d57d4dd |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\Microsoft.ReportViewer.DataVisualization.dll | e9ea1b82fd7bc766c723181f1cd01d9ba7dc9754d34c3a5e4cb12601d059b1fc |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\Microsoft.ReportViewer.ProcessingObjectModel.dll | 2e9a2509b5e79c68aec78fe84df95c52ba2d56359b1e24920479bd143410e2a5 |

SLI Compliance

| | |
|---|---|
| Program Files\Dominion Voting Systems\Results Tally and Reporting\Microsoft.ReportViewer.WinForms.dll | b10ada2d6881eead90dc319f791abd0d5d6f028e3532b7d7641addd001afb93c |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\Microsoft.Web.Administration.dll | 5b28ceefb320c6a808cb352385ae4523fbecc676af1cb091ceb1789b3b83aefc |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ NLog.config | c0ff29f881acb80f67c7f5a6cfee091cb9438d7edeb230ac751bbe5b352bc1fe |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ NLog.dll | e17aac589bd48a623857de7f8113bcae6f72e4fe4652ca615ffa1028353b246d |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ nlogError.txt | f60f967a6707017a2ebaa6a469711a2cb004856f8ec132ccd1b5857ac8fef1b3 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\Renci.SshNet.dll | 451ba700ecb5e77bea05160fda3ee6fb706839d831c925279634614d610ab8d9 |
| Program Files\Dominion Voting Systems\Results Tally andReporting\Resources\avalon-framework-cvs-20020806.jar | 51ed0ddf5c6cb03f76f250eb22f1b4e5585c0e6242af3a02d5f40ed563af149c |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\Resources\batik.jar | a8af031e63b8807066f094ab2cd1eae28de6aac92a460705ab44b14b5bb0f07b |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\Resources\fop.jar | aa97ad1ca47782cfb5cfae2eac3f7153a87056d924b6987ff8d68542865f2b47 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\System.Data.SQLite.dll | 907d947ec9f35e0b49bab8df1d3791117eec2cc45a4ef9687557df0e656d9d08 |

| | |
|---|---|
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ tech.xml | eaad0c4b828b6875f5041bb020ca6db12b64a97f5616a0b820c8013dd14778f2 |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ tx16 bmp.flt | 7bec71af7be3bcf76f8b34c6d7cc7d87c6c612507cdaa57a97b9fa7637a8724f |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ tx16 css.dll | e61ce98925f96cb59bc9f6261f4eeed6e7921b1c4dcb7a2fe5b34d61be1324d8 |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ tx16 doc.dll | b1bae7700444c71bbceb1cbbb488babc11cd4b8a3102aab3861aba22042b9424 |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ tx16 dox.dll | 67b19985f4ba96e040c1b0f58ea68e7ae1d8a62814ed0ae9dabb59b11886a03c |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ tx16 gif.flt | f5871adae67e25836272700d3b02cf082fa444f0537420da14ec702ccb80718b |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ tx16 htm.dll | 0672fc52f7f2172783365f526204e3f1cff0636dc21c65eb70230177b8451c23 |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ tx16 ic.ini | 3754f3454fce6c40f55f7f3cced671d8828e034ab89bc0a450ab3a88b496a2d2 |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ tx16 jpg.flt | 27644d1a94c5fece37c71da8a21fde52e35b6fd910f3e7fb4a64459f2454ee5d |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ tx16 pdf.dll | 90110a3b0bc84be25cf23c10d6a2bb63898a357820971ea339f6f6474461761c |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ tx16 png.flt | fe7e0d8d261d15cc438eb4f712d1c27396fef1e11d7b2c09e5fbf672fb147a4a |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ tx16 rtf.dll | bcf88d31ea94d43b69a2d79f4b4ce91770ec740a7ff8b8197980004be8cc224f |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ tx16 tif.flt | 7eb2f067c31e078cb3416f52a325b83c58b4815720741a3f34d1a80fa93ca2d6 |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ tx16 wmf.flt | c479eaf41f32809076e1926bb1ca308cb8c22b08874b3621e9da80e2c45c7ac3 |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ tx16 xml.dll | dd3a5458256211dd537a8b0ea7d86648f3b6857d39d853344d7b820bc411c5c7 |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ txic.dll | e8ed7a1e2735c463c856dc7cd1738fc39200137727d295f769aff57aa292683d |

SLI Compliance

| | |
|---|---|
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ txkernel.dll | 1af40648e4dbf252cc179b0d9f482b29ed786493ef5c2135bd079e51f878237b |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ txpdf.dll | 10344d82c1555451953e1bb7dcfbee23714f3c492541ff1eb05517d0a16623a0 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\TXTextControl.dll | 8172aed7c82846bee5328a781c3bdce359cf8b6a6406d85a807dc7302d1f20b0 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\TXTextControl.Server.dll | fb584b4e7da2bdb79e58af06a2be393a0fedd0b2136d80ffc970a626e66235f7 |
| Program Files\Dominion Voting Systems\Results Tally and Reporting\TXTextControl.Windows.Forms.dll | 77610ff1d3e44e259da659271262ce9c2250e5a3224d74fd05e962ecc3c2cb4d |
| Program Files\ Dominion Voting Systems\ Results Tally and Reporting\ txtools.dll | f8893f9f889d38c81e1e60e19ec1f24366020925419fd5f78d4eb7bfc5578846 |

**SmartCard Helper Service**

| Version: 5.5.32.4 64-bit | |
|---|---|
| Filename | SHA-256 Value |
| Program Files\Dominion Voting Systems\Smart Card Service\DVS.SmartCardHelperService.exe | 50406d2f5ec8f9c36c2a02a618d54016a335feae020b6f5b80ec4207be579070 |
| Program Files\Dominion Voting Systems\Smart Card Service\DVS.SmartCardHelperService.exe.config | 5a40aa628c9c0bd9dd5483b89d717636d989970c117bb3240b707aeeaeb78f83 |
| Program Files\Dominion Voting Systems\Smart Card Service\DVS.Utilities.DevLogger.dll | 49ef6646f9022e24080331cfadc992e8af8eb73515361dff4445c91e71a554b2 |
| Program Files\Dominion Voting Systems\Smart Card Service\DVS.Utilities.SecureLogin.dll | 41f2ff654e1484f49b91fabd0310b01f87b3007481ec08c3a0197bd920c09cfd |
| Program Files\ Dominion Voting Systems\ Smart Card Service\ Log\ Trace.log | cdcbddd51d81505c73c65620d10b56957dff508c107621d666e4cbd83deba047 |
| Program Files\ Dominion Voting Systems\ Smart Card Service\ NLog.config | 44de83fa30582135c24f7fd2fcf4669a50198397378e06e2fd5bd6cddcce3e0b |
| Program Files\ Dominion Voting Systems\ Smart Card Service\ NLog.dll | e17aac589bd48a623857de7f8113bcae6f72e4fe4652ca615ffa1028353b246d |

**Election Data Service**

| Version: 5.5.32.5 | |
|---|---|
| Filename | SHA-256 Value |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\BitMiracle.LibTiff.NET.dll | f752a459a1eb5d35c597ff26437a75cc9aff7a5ca1d4fcdb2bc08ded5cb71465 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\DVS.Common.dll | cc85e6593e7636d52935ded776e42fe68ef07f3c120bb8e12ce07f95cf45f195 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\DVS.DemSuite.Services.Common.dll | 370bce8cdb93bc5ac2b253f19b5da371121a3f17e9a0758b63beabf4996b36cb |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\DVS.EMS.Infrastructure.dll | b17d171c2289fa26ac9983ea920dfd8e9005b9c4f044a3759cc0c7db97362546 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\DVS.EMS.Services.Common.dll | e803c7a31d18e64bac815e3a83ecb55ff3d64d505ad7b03fee2299f913b1cf8b |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\DVS.EMS.Services.ElectionData.Contract.dll | 8b0ab5f0ada036fa7a925c8a664f22404eefdc6cc0077467ab5883f62d316914 |

SLI Compliance

| Program Files (x86)\Dominion Voting Systems\Election Data Service\\DVS.EMS.Services.ElectionData.ElectionDataService.Domain.dll | ffe93d06a31ba0abaf99df4c03bef751aedc431471704124539cef5ecf39d63d |
|---|---|
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\DVS.EMS.Services.ElectionData.ElectionDataService.exe | 555c84ff6bf35897f646d88cc117e00a4df6f2d0dcbf8f50a66ed18936cbc01d |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\DVS.EMS.Services.ElectionData.ElectionDataService.exe.config | 98a15ba31fde5fa654323c75f831d052f46ae9575071b661972a643ad84de383 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\DVS.EMS.Services.ElectionData.ElectionService.Contract.dll | 38eb4c6f93f463d19d36531172b41cfe9a5633f14314853d76c184ce553c4532 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\DVS.Utilities.Common.dll | d5fa1b91e9e915eaa2a3801bae98166c0fb3dd33353e9fde951b2409104f6b2a |
| Program Files (x86)\ Dominion Voting Systems \ Election Data Service\ itextsharp.dll | f6576c783a8db98c4a09919ea0a8b8bff70ac1729d3aa2935e07c6e639f25070 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\Microsoft.IdentityModel.dll | fd50c4488ab275dd892ca8ed1adb0d125c6c59381b59a1ae5d9f2a299781239b |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\Microsoft.Practices.EnterpriseLibrary.Common.dll | cb0153495092cab9bb80803c51b25f00a550deae28b35007c60888dbc1529673 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\Microsoft.Practices.EnterpriseLibrary.Data.dll | ab6cfbf4865f164e2fba93d8187293f24927e267ca9960e51b3df63461bdffdb |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\Microsoft.Practices.EnterpriseLibrary.Logging.dll | 6f785c20eae305a430d1bfc358d8a54b3a218238fd3a444ca29aba1e77108fa8 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\Microsoft.Practices.ServiceLocation.dll | 2028dba77ffefc0fb9f3cf5aba68868d6f706cb2599b1a67d5784d1cc411ccf7 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\Microsoft.Practices.Unity.Configuration.dll | d91f9863439bd849889105ecc3182eb1dc14e8e6bcb7aa33b9058b5e837ea271 |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\Microsoft.Practices.Unity.dll | 201655cd2f641ac05e450fb03ce763afbc5e859d6ce1a25ae7fef3c27a2ee39a |
| Program Files (x86)\Dominion Voting Systems\Election Data Service\\Microsoft.Practices.Unity.Interception.dll | 79ec0b9b9752fe63c0c37bc4217c2e7d9ea33016107e3870d5e61889eb8cc3e3 |
| Program Files (x86)\ Dominion Voting Systems \ Election Data Service\ NLog.dll | e17aac589bd48a623857de7f8113bcae6f72e4fe4652ca615ffa1028353b246d |

**Election File Manager**

| Version: 5.5.32.4 | |
|---|---|
| Filename | SHA-256 Value |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\BitMiracle.LibTiff.NET.dll | f752a459a1eb5d35c597ff26437a75cc9aff7a5ca1d4fcdb2bc08ded5cb71465 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.Common.dll | 7ccfb7b1b409b50a07ac04a6c6b31c22a76bfe71b2f6532d0bafbe25a5897c9f |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.DemocracySuite.ResultInterfaces.dll | ee3f87f31b4607bbed3a1c5361453b21fca3de70350fe0b7572e7d85b54da628 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.DemocracySuite.ResultsDomain.dll | 0e32ff2ebb5e082ab894c7087665a263d16fc10f6a7f894aace68859cb4055df |

SLI Compliance

| | |
|---|---|
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.DemSuite.Services.Common.dll | 186a106e2540e0a9460344678bc7affd273fead2c3741fd5fa90ff91ca2d5911 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.EMS.Infrastructure.dll | 7bd39e7940c08514279b1a64c6bdc9403814c7978bdfbfa62acf9564eb44588d |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.EMS.Services.Common.dll | 61942a0914e1cde3c6b4574e86ed435ca5c666899d5f20bbfce591ebc52dc3e5 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.EMS.Services.ElectionData.Contract.dll | f5dcf4b91bdd8002b1ce624146537c64b98d640a55096c66dd3b150c4fa113ff |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.Tabulation.Domain.dll | d958a068983f8393360ad345043048d3815ff81a497dd53ba5fdaba5166432f3 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.Tabulation.IO.dll | 28745b1debfba21f05dd0ddddbd7a123c0b5c755b052777dd0e0cd6f96f03a49 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.Tabulation.Services.ElectionFileManager.Contract.dll | 4b4b12b0690356880a4540bdf7aeb13dc9d3223ecfd735e8c7506ca1b4811db6 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.Tabulation.Services.ElectionFileManager.exe | c352a6ef2717cb3f1d840ec090788f11c64b95eb9ac0787de182af9846de18ec |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.Tabulation.Services.ElectionFileManager.exe.config | 05aa7da5e438d96ecdcfc6f61e8c6fa4dcc8fc8adde9cad367cae93995cfe0a5 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.Utilities.Common.dll | d5fa1b91e9e915eaa2a3801bae98166c0fb3dd33353e9fde951b2409104f6b2a |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\DVS.Utilities.RemoteInterfaces.dll | b379429abaced02e1bbc199e3ef79984f6e94b43fc655a8228c7dd9ced53a2bc |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\EntityFramework.dll | ed6ebd749052f9018f6699671ae5469adedf086cf8b1bd4256bbe9c4e7f6ff05 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\EntityFramework.SqlServer.dll | a1bf6c9e3820e83f43e9f20dd7d9b0a3362a93146f0afe0b1330185e2d51b0cb |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\Microsoft.IdentityModel.dll | fd50c4488ab275dd892ca8ed1adb0d125c6c59381b59a1ae5d9f2a299781239b |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\Microsoft.Practices.EnterpriseLibrary.Common.dll | cb0153495092cab9bb80803c51b25f00a550deae28b35007c60888dbc1529673 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\Microsoft.Practices.EnterpriseLibrary.Logging.dll | 6f785c20eae305a430d1bfc358d8a54b3a218238fd3a444ca29aba1e77108fa8 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\Microsoft.Practices.ServiceLocation.dll | 2028dba77ffefc0fb9f3cf5aba68868d6f706cb2599b1a67d5784d1cc411ccf7 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\Microsoft.Practices.Unity.Configuration.dll | d91f9863439bd849889105ecc3182eb1dc14e8e6bcb7aa33b9058b5e837ea271 |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\Microsoft.Practices.Unity.dll | 201655cd2f641ac05e450fb03ce763afbc5e859d6ce1a25ae7fef3c27a2ee39a |
| Program Files (x86)\Dominion Voting Systems\Election File Manager\Microsoft.Practices.Unity.Interception.dll | 79ec0b9b9752fe63c0c37bc4217c2e7d9ea33016107e3870d5e61889eb8cc3e3 |

SLI Compliance

**EMS Logger**

| Version: 5.5.32.4 | |
|---|---|
| Filename | SHA-256 Value |
| Program Files (x86)\ Dominion Voting Systems\ EMS Logger\ EMSLogger.exe | 031f812ea18dc0ddb81ec0512f7c57e47d9e5a29aa33814e7f39a49ff26829af |

**EMS Application Server**

| Version: 5.5.32.4 | |
|---|---|
| Filename | SHA-256 Value |
| EMSApplicationServer\ AdjElectionProcessor.svc | 31d36240cdb0a3c04475f79facbfe6431cc70e0c8495722f8e8243d77486b0c2 |
| EMSApplicationServer\ App Code\ ServiceInitializer.cs | 75d7c6f478de40fd1e87c6c222578c95de1de91f7877bb8f97e441df7c08f478 |
| BallotCoordinates.dll | 9044db9520a276d57cfc4d6fd59004baabbe820161667a8c4150b2f25f642cdd |
| BallotCoordinatesManager.dll | 74e41318b8a30dff1d3732cd07609e07fd83c1967cdcc1ba1df362b3345ee954 |
| BallotGeneration.dll | 702e7d8eac2db77397afdf0ebeb43ff466f5c59491c4348da69e07eabbbf7415 |
| BitMiracle.LibTiff.NET.dll | f752a459a1eb5d35c597ff26437a75cc9aff7a5ca1d4fcdb2bc08ded5cb71465 |
| CoordinateServicePersisenceLayer.dll | f656156bd14daa9a6cd0ae3bb834a974427ec42d71bfb50dea43b4cf8d91b26d |
| DefModificator.dll | 89e4bcbea3a2a643effd3616bf0ae3003052b315cd4b31c3dc20c189b429c3ea |
| DrawingWorkbench\ CanadaMunicipalStyle.dwf | bce006f73fa6138e5e5a545d05547f2206473cd2eec362caf6bd8852cb56c36f |
| DrawingWorkbench\ CanadaMunicipalStyle.sha | 32907b397f77c41870c751550ff8baf8a5b2f44096e0034c39572cbdd2bb96b2 |
| DrawingWorkbench\ CanadaProvincialStyle.dwf | 2164e3575561fba413513d79d555ec92601b83d0e9faa2fd6767213a6924031f |
| DrawingWorkbench\ CanadaProvincialStyle.sha | c67205e15650fe005097c42796722a67ef1fe3d827ecbbae09de207ced5156e2 |
| DrawingWorkbench\ CanadaVBMStyle.dwf | 6bc40acb91860f230cb55c989eacdf4ad7a01ff4c58ab946a6a8185ab1ef6a7a |
| DrawingWorkbench\ CanadaVBMStyle.sha | 8bfa79c0860f0353a9d0573ca4d32347e943accc3f9225af32bbe3badecb23e8 |
| DrawingWorkbench\ Census - Census Grid.dwf | d2e5524f708ff35476b19f25fe05cfe7e7dc398f6854e9386a791caeb2ee031 |
| DrawingWorkbench\ Census - Census Grid.sha | 12f7fe0af8c263c31fe0478cb7ab51241abd54a16f86c63d0977d18e46fe648d |
| DrawingWorkbench\ Census - Rank Choice Grid.dwf | b6c273965d353898c7010e458b9e577cfe6c39aeb8af66020a12ee802f76a5db |
| DrawingWorkbench\ Census - Rank Choice Grid.sha | c2f06f97a5870388c2b01553ae88e06cd5a52d09ff82fa8c9e8d0d8f42e2980d |
| DrawingWorkbench\ CensusStyle.dwf | d2e5524f708ff35476b19f25fe05cfe7e7dc398f6854e9386a791caeb2ee031 |
| DrawingWorkbench\ CensusStyle.sha | 12f7fe0af8c263c31fe0478cb7ab51241abd54a16f86c63d0977d18e46fe648d |
| DrawingWorkbench\ FloridaStyle.dwf | 9ccf1364bafe512fc4aaf79d4a8613efd772f29108f8a1351a43cb443d3049e9 |
| DrawingWorkbench\ FloridaStyle.sha | 18d63895b9ad5bd3b419539b3413eb15b63f2c547cf5aef176abaf7cbb6aa3cb |
| DrawingWorkbench\ MongoliaStyle.dwf | 03b62aac80c49786d1dfe7697b2f7514f49f3655d9eb036bff5b7f918aad828d |
| DrawingWorkbench\ MongoliaStyle.sha | 36fb970c32f822c39506e9f11adbd14ccc9e1cccdd2487eb615bea3a86847daf |
| DrawingWorkbench\ NewJersey.dwf | d7fa310d90455717cf9297a0ab9d7d752857c8731fad6807b017146b107bc22f |
| DrawingWorkbench\ NewJersey.sha | a7f83dc5610909021c467d8b1f0443c505cca6148d2233a49be5ffb6b70917ce |
| DrawingWorkbench\ NewYorkCityGeneral.dwf | d5688faa0934de97049b10e79e6bda485f91da73430ead606aac32d282b88a98 |
| DrawingWorkbench\ NewYorkCityGeneral.sha | b59ba0f935743f0ddfd9ba2bdcfcae09e706d6874ec8821b3d35bd545a33e16c |
| DrawingWorkbench\ NewYorkGenStyle.dwf | 32235663dfd0ef335a5824de896fd6baf0bf74a8dc1d1d59cc9f871120f00229 |
| DrawingWorkbench\ NewYorkSedd0c92071f36c897fab012a40ce7b3490239634635e042a5c095 | b9ad6b5edd0c92071f36c897fab012a40ce7b3490239634635e042a5c095 |
| DrawingWorkbench\ OklahomaStyle.dwf | e975f520033745f57ad136ba3445932d38d49418aa2893bb921a0a03bd6dac67 |
| DrawingWorkbench\ OklahomaStyle.sha | e18d7befe1ae43cecc56c491d8f0431e71376929495a3e9785bed1efe6c794e3 |
| DrawingWorkbench\ PhilipinnesStyle.dwf | e1b85aa8aec37aa543a9826b41395c3374db5e64cf840205b5b1fdaea8ab0083 |
| DrawingWorkbench\ PhilipinnesStyle.sha | ce605290550bcc61ce524f359acf50ae5949f0cfc532fc48711bcd0a543d8a72 |
| DrawingWorkbench\ PuertoRicoGeneralStyle.dwf | 9f8f3040b8901771edd308a467c9ded832e3e73f003f042118cfcd40e33a9119 |
| DrawingWorkbench\ PuertoRicoGeneralStyle.sha | 0c2646238e72eef6126b249f6a15c1e1f59a59a6acbca8327f8089f343b64f99 |
| DrawingWorkbench\ PuertoRicoPrimaryStyle.dwf | 0b08f1875f854989a6bb459210cc6489b0ca0e2d0f5f9178599df2576faf2297 |
| DrawingWorkbench\ PuertoRicoPrimaryStyle.sha | 6d62851fe2aa9e36dce2d8bf8f86c38952ecfdbb58d0f75dbed7dfefa5f0d463 |
| DrawingWorkbench\ RankChoiceStyle.dwf | 2954980995cb20a69657a271a6af85a10fe8c8eb7a9c37fcea6a4ac606fda727 |
| DrawingWorkbench\ RankChoiceStyle.sha | ed021add6783891590d90d42e5016572638d4d71982b013aef4fe71974f588fa |
| DVS.DemocracySuite.APPSCustomAction.CA.dll | aadbd5ec169459e0b8dfd62d10a9bb11beb07a8b523dc71e8978b38f0cb5b02d |
| DVS.DemocracySuite.APPSCustomAction.dll | 2a2faedac264d4c105d91fcfd046a1a2aa5ddedf84ed9fb0735dd6f994ccf928 |
| DVS.DemocracySuite.AudioLibrary.dll | fc23c4ab25a2205a3779bd421879fe2a6c5e7e384b21543e300631b1abcd8c |
| DVS.DemocracySuite.BehaviorSettings.dll | 3379c13cd61a9c5541cdadff9ca2d1459d23d396c921f82e3a33e98dbd041c1b |
| DVS.DemocracySuite.ClientCommunicationObject.dll | ec34874acd7c491c50bdf8b679696a56eabe5b9344ee81c4733a99bf5c2563f3f |
| DVS.DemocracySuite.Common.dll | bcf4b38a55b712e5596618d6141d440e59e2ab3fd175540e06063ca86045f1c1 |
| DVS.DemocracySuite.CommonService.dll | 355049cef2a6d9dbc7c61a0c252b8f4f2e7626ea7504c9aee437ea0aa294f84d |

SLI Compliance

| | |
|---|---|
| DVS.DemocracySuite.ConfigurationService.dll | 257853ab3687a608df43986fc37c6f048aeaf114e9df659f00a4a5fb0537f8eb |
| DVS.DemocracySuite.CryptoService.dll | 6a5f95179dacc8a05beb395236e0d308ad42d20087b88e008401aa5e405f2cbd |
| DVS.DemocracySuite.DatabaseService.dll | f32446ef26a58efa6bdb6d35eeaeaefbbf41ae202416665e6859462c7a07092e |
| DVS.DemocracySuite.DCFFiller.dll | 3a346ba6cb626f6bc92429c7fb64b2754010498530b2da32b72cd77e0daa86b2 |
| DVS.DemocracySuite.DCFFiller.Serialization.dll | e3d8dbd0dd0c56cd1dfaf9ddaa54cee2d0bf5c524b97d0bd268d725d9c9cbec6 |
| DVS.DemocracySuite.EedAppsCommon.dll | 3afffb1fbcabfe2e4b62bba6e4429296db070487968010440 29edf5fc2706dbb2 |
| DVS.DemocracySuite.EMSApplicationServer.dll | 8a3c3eb9c2a11f012437cda5409fe50453a1c17bd1cfa2db58981747b11edd78 |
| DVS.DemocracySuite.ExportImport.dll | caeb49838d361a92e109b428e3aea245518d52260c315f877e14ac0ed0a8926d |
| DVS.DemocracySuite.ExportImport.Formats.dll | 88fe717f64f48cccc47ab117da839f2bffb4f0fa99101def89a4039d6d03a0912 |
| DVS.DemocracySuite.ExportService.BaseExportService.dll | 8817bf1c1d385886405f23cbc1afb507dad216421300bafa53c6980c4e79f25b |
| DVS.DemocracySuite.ExportService.EMLExportService.dll | 8597ec9430bfc94faa560f0cf0d130cf632436b4ed01bf3fdbaa456626dc5418 |
| DVS.DemocracySuite.GenerationService.exe | 45c9b63f223be21205195dce0c0d953a7f291f386ec6aa77850a5b914d748da4 |
| DVS.DemocracySuite.GenerationService.exe.config | 050920d14a7ec9f342e26f6008fca30d4a4de8fe9a692d0a55ecb4948082ba26 |
| DVS.DemocracySuite.GenericDrawing.dll | 19b4916e342173ebdcceada4a2fc31df474e4e01c53be8b3eb96ca124267a76a |
| | |
| DVS.DemocracySuite.ImageCastX.dll | dfe2c1287c9b6477f4b29b02621b03bd6777c554f46bd04b3681da1c8766a0d8 |
| DVS.DemocracySuite.IntegrationService.dll | 7fc0a0fabf375e3c4e96b5655216aa72c24cb6148a6c5c0af43d728f7121e0f |
| DVS.DemocracySuite.LibraryCollector.dll | 4a4db87f2dde4980fb1f6807f6fbebf1b27c2082ac5067f4290a3e1b8fc39b78 |
| DVS.DemocracySuite.PermissionManager.dll | bae82141bfea41b3ad00ebc1d907f4cada34e3e3f3272e20b4a8fec4437d3763 |
| DVS.DemocracySuite.RemoteServerProvider.dll | f7e655bbe1bc46fd7e87f8b1dd51a42951f9991987c49c025dc6d3eb647bcb6 |
| DVS.DemocracySuite.ReportServiceBase.dll | dddd7aa9ed8266e03c930a359a618554fd5deb08b983fd9c16a259bf762bddb7 |
| DVS.DemocracySuite.ResultInterfaces.dll | bb942e445f01ddfb33ed49ef34e49edb913aaadbb6089a9dccb5219a3399cb1f |
| DVS.DemocracySuite.ResultsBusinessLogic.dll | 8c26f547f82fd02a21fdacb146115afc759602632f13f537e1c707151ac9b95c |
| DVS.DemocracySuite.ResultsCommonService.dll | 99df97bc61b149fa1890b473b74ef80a9a4aa99626506e8d724a9f2422fe49c6 |
| DVS.DemocracySuite.ResultsDataAccess.dll | 7584b604666582863a8fc50b2a5206976ab137f4e62fc90c36c45ccca9175 |
| DVS.DemocracySuite.ResultsDomain.dll | 90990c5c2aa2324cccbf2a1d9d28a3fdecdd91035d2432c4ffdee99d471fb995 |
| DVS.DemocracySuite.ResultsParsing.dll | 8e5e42e76598eb883d54b0e6b309eacfea44bcf1660d0ef8cf2bddbb852cf41f |
| DVS.DemocracySuite.ResultTally.RcvService.dll | 21be74360e1f459b3cf14309d1c752f7dfa866615abde6754ddd25529abf8b70 |
| DVS.DemocracySuite.ResultTally.Services.dll | 9f5ccb98260e3e29bca137413a86fc7b3c191cc3729eda07f0c188ed2f209d92 |
| DVS.DemocracySuite.ServerSideReports.dll | 08cda97e234b8cea8cf34a775d040aae03187288e4705e1ce14fe21d6f0a334d |
| DVS.DemocracySuite.TabulatorGDomain.dll | a088ac3e09b49f3a9897b87f9fcc399d1d4b453a819d9f90557905bed7c3b7a8 |
| DVS.DemocracySuite.USElectionsDomain.BallotGeneration.BallotStyle.dll | b095bf2465f2ba46e8e2e08024ae3b499133463ef207735f690460719c9bd7bf |
| DVS.DemocracySuite.USElectionsDomain.BallotGeneration.dll | d266567209527080a34676988106ae28ed3b99f1df9770dad90a2c23f0645acb |
| DVS.DemocracySuite.USElectionsDomain.BallotGeneration.Florida.dll | acdca79eedbb5f29eae00bb2265400e20a70b89075f1899fed060da94e121677 |
| DVS.DemocracySuite.USElectionsDomain.BallotGeneration.NYGeneral.dll | cf0a52bf7ddcc2774008c4cefafc38901463800d0d5cb48b7b70fffc1275c5d4 |
| DVS.DemocracySuite.USElectionsDomain.BallotGeneration.RankChoice.dll | 021c377076830d7f52d5ed84ece2648c96de3090cb06c63e1256afb256af77b5 |
| DVS.DemocracySuite.USElectionsDomain.BallotGeneration.dll | fd8ca9f5c446279a55397b488d372b489d81b6b82157a9449e0341cbda288231 |
| DVS.DemocracySuite.USElectionsDomain.ElectionFiles.dll | fe16d6487dc6bf86d70c91bc73c5f1c7097b89674100162310f414a7a94816b8 |
| DVS.DemocracySuite.VotingMethods.dll | 8acc48537bcbe53c9c750b3c6a2522a39892fe1b9922cb5b5c6049798 6f9513d |
| DVS.DemocracySuite.VotingRules.dll | fd85ca314e97e8856ad33964c5f0860ccf401e3e418ebfaa6190123c0d7baf67 |
| DVS.ElectionEvent.BallotRenderer.dll | 32d7761021bbf707fe684ec5c7c4cc710f53ce5d0b63bc8987aa803886cbc648 |
| DVS.ElectionEvent.BallotRendererSupport.dll | d6ee320421bd5dece9aba97bc1b0c75a3e35cab356eebb6e7656fc0718d9860c |
| DVS.ElectionEvent.Layouting.dll | 877e4ca2baff924bd678ba7cfd9fc83e8484f8c53c5cb3a031fea2d24fb0e30c |
| DVS.ElectionEvent.RtfInterpreter.dll | 3c4318582fa22f2cb70e3a93cac5aaaf3f616a0f4fa5475f073819df43faf1a6 |
| DVS.ElectionEvent.SVG.dll | 101cc5e1f04009d5a4b9f330b52c242032e17ba90b2a913353a2f2bf700f01ea |
| DVS.EMS.Services.ElectionService.BusinessLayer.dll | 22b6fcec7c07c4f59c2de4dc634f7268f26f937117a7437a8bfcc93352e82bf8 |
| DVS.EMS.Services.ElectionService.Contract.dll | b95cc0a4a88667f2882fb6866d92f61a3a75d59adba99a80e426f8da67b0b2f7 |
| DVS.EMS.Services.ElectionService.PersistenceLayer.dll | c26527b0acbb5bf3204f3d77477049551 92393e52aa4ce3c625900d394295dc4 |
| DVS.Framework.Commands.dll | cdccc83e317ce88ad44470dffa4e4c77b2cdcd924117663954b0358359c7eac |
| DVS.Framework.DbMaker.dll | de8ea3d1359f53c3f47a5396ca94d6771aca9ae9e6cdaf7a185289490e7a65e |
| DVS.Framework.Domains.Logging.dll | 0d2e63331877955eebc06811d5accb371cb342a4b0cf5fc924b2713c581fbe71 |
| DVS.Framework.Domains.Parametrization.dll | 9e730aacb31de5f3e82ea74525a5d2e3fa0dda105d07d5d2f47e6b2843fa606ae3 |
| DVS.Framework.Domains.PermissionManagement.dll | 92c7960571d3f242984b69205ab64c3d67481af523e8ea7ec3b87654cbbd1fd4 |
| DVS.Framework.Domains.SystemVariables.dll | ec01a7ce1b1e7641791ace29dfb2cc13bdbffc7b3521b21fcf8bd30433831ddc |
| DVS.Framework.GUIConfiguration.dll | 91b85fa83175b6919245520895c f0e006f4ea3450cb915ba2576d292a3c0d4f0 |
| DVS.Framework.GUICore.dll | d1226bb58d3d6d98753edd76263ed6bf4bfe83d570e9661e198d5ebf86dd0e6a |
| DVS.Framework.MemoryCore.dll | 44fbdf9d5dfcc671781874fc85ec000802a7bc648af2d9e535e8340c45b8ff64 |
| DVS.Framework.RemotingAdo.dll | 5f2a9b557970248a0949f4681deb0e362367d1f3a6121d91608d620eeff0882e |

| | |
|---|---|
| DVS.Framework.RemotingAdoExe.exe | 10b79e84d083dafee839d098a3a628d1c073237e322be0d27c547d50ec47d672 |
| DVS.Framework.ResourceTranslator.dll | 08ed8a5ca35a922a21f8b8cff84630531961ff2d881d962d74e0c21c1ff84db8 |
| DVS.Framework.Serializer.dll | 2d53bd1ebbb65c1dae4b9e98088365a4b421e2180bb7edf73200c4751d809da9 |
| DVS.Framework.Utilities.DbModificationFilter.exe | 32b3e201399e97f22cf13452ac6b941aa064d9f4a12584f7eb7ba627a45666eb |
| DVS.SmartCardManager.dll | 79d2afa7c9ae514bc444f0ec1575c95873fc685216a5030f4c71e1d5da6ffce2 |
| DVS.Utilities.AudioConverters.dll | 7fc6a5c8468b684a5c74242853b073e6d4f9a8dec8b219a1f61509b431440c50 |
| DVS.Utilities.BinaryFileAccess2007.dll | 7369f99f045888658cfad09eb88002d0fcddf80308846b9f827f19103664dfc2 |
| DVS.Utilities.Common.dll | d5fa1b91e9e915eaa2a3801bae98166c0fb3dd33353e9fde951b2409104f6b2a |
| DVS.Utilities.FileSystemServiceFacade.dll | 5d0048bd3ec7e386ff579d93f09770aecb572754f001cb7c87a2b69c722981f9 |
| DVS.Utilities.MSWinManager.dll | 4ffb1e0407fdcf32ad324e8a621d765793a427bdf021e6357ff093e49d048b53 |
| DVS.Utilities.PdfConverter.exe | f261cffe0be8e7a5687d8eeb3aba99f1c9de7591768094f7a38fce2eee6c65ff |
| DVS.Utilities.PdfConverter.exe.config | f4988d39842ba14286723fafaf34d0386c4346c7b1b057ac415356c9e26d6a2d |
| DVS.Utilities.RemoteCache.dll | 7f41b3087777207f949ab40c6e5a110affb487f8660fbc4d0e06240a49199126 |
| DVS.Utilities.RemoteCacheProxy.dll | a126388cb4f337db8cc3753337245872a873eda4b2712e8333c4694ee0842b02 |
| DVS.Utilities.RemoteInterfaces.dll | b379429abaced02e1bbc199e3ef79984f6e94b43fc655a8228c7dd9ced53a2bc |
| DVS.Utilities.UsbFileSystem.dll | 48552d0640d88b668f66fdb114c11fa35499ba163e9b65f714c63b1d3b9fe837 |
| DVS.UtilitiesFullFrameworkWrapper.dll | 185a0b6c5552c49d1a97ac04c39cd62d4161ddd4ab3c8870500bd5c0faf82ebb |
| ElectionFilesGeneration.dll | aab24c796a92c6b9cc2f97994f39909f8aeef59fe1f13ad3d2c49d9dd7768036 |
| EMSApplicationServerManager.exe | 5f1c8ae92f748727fa6baecb1688e7ff998dbaff2a4ebcc742f84d108d1fd37b |
| EMSApplicationServerManager.exe.config | b83ddb07892129a38dda10ceef69b8161f33b1cadab2a1cedffd8e26f1c2cb6f |
| EMSApplicationServerManager.XmlSerializers.dll | 672572295fe8163e541325e814320524a4a9c384ec59457ffa0df26bd5ad9 |
| EmsBallotGeneration.dll | b585355f7b4c45b5fa650049cf57a8555ec2e0bfc9c87a5af0e7523da9a0852f |
| EntityFramework.dll | ed6ebd749052f9018f6699671ae5469adedf086cf8b1bd4256bbe9c4e7f6ff05 |
| EntityFramework.SqlServer.dll | a1bf6c9e3820e83f43ef02d0d79b0a3362a93146f0afe0b1330185e2d51b0cb |
| EntityFrameworkUtil.dll | 07fef8c019ff423a33997504e67712f895a30b29922631c9609efb4c364656de |
| en-US\ DVS.ElectionEvent.BallotRendererSupport.resources.dll | ed73f51170e762772405fb12af7db6dbecb7725af76f562280d83419ea0c9b78 |
| gsdll32.dll | c8c7cbcd1485e71e1fb2d01bcb1ef1ddf15d3e729d1947b30abf2ba41ee7c58c |
| Infragistics2.Shared.v11.1.dll | 43d6d97cef01feb0187608a3b10296f9e57301f344c3cccd4c0f6959de59a4c7 |
| Infragistics2.Win.UltraWinTabControl.v11.1.dll | 944d9958f8a86d1ea682275aafca2c5719edaf9dab51ede3cf062c745e8c596a |
| Infragistics2.Win.v11.1.dll | 7550da2b0699879ad0552777d6cc3499969eae9ba3e76ca4518d73dc82b41207 |
| InfragisticsWPF4.Controls.Editors.XamColorPicker.v12.1.dll | 751645399f3e60df0c89c0aeb70288ed4a0a4eccbf5f6a8edb40c69a24d4ab34 |
| InfragisticsWPF4.Controls.Editors.XamComboEditor.v12.1.dll | e51d61487ea90ab3547e2d396c248ee1ac1b9923cc016488f6694a359abff80c |
| InfragisticsWPF4.Controls.Editors.XamSlider.v12.1.dll | 71848e74fa3c3708d740921a69e11753dc1faa672bd7fb98b1c78eae5a0ee956 |
| InfragisticsWPF4.DataManager.v12.1.dll | 49ef3da0db6e257fe9f8244ba6431c67df3fac5df80459538e4815c7989e9627 |
| infragisticswpf4.editors.v12.1.dll | 6eaf86848c240faea4f5bd4c15388ce31ac23e085a14c52540fb1b131df70c16 |
| InfragisticsWPF4.v12.1.dll | e6d7c6e94d4bc62b5ebea0d887196b0e4d0bca5d978914325d9dac00a6f7fdbd |
| itextsharp.dll | beb5c25eb5f659cbb2574f3eaddda35c5b18e860558daac4533b4ed98e29bd55 |
| Microsoft.Deployment.WindowsInstaller.dll | 9aebc76cb8c864593e0419162b2bf40b81bd52b3ff12edac1d032828df83dcfa |
| Microsoft.Web.Administration.dll | 5b28ceefb320c6a808cb352385ae4523fbecc676af1cb091ceb1789b3b83aefc |
| NLog.config | 757a311b652b2eab347d220dba290d80081a015b584d18d8fc6db82fd973b72e |
| NLog.dll | e17aac589bd48a623857de7f8113bcae6f72e4fe4652ca615ffa1028353b246d |
| OneWireAPI.NET.dll | e0e95a3b2fe54ee9dc7c90712d48b564aa0781b163d0d091147f59a3008e7673 |
| PdfConvertLib.dll | 83041f00842bae9cce9ed065cd603cce216e4fd4d1895bf1451141209d14ec3d |
| | |
| PdfToImageConverter.exe | 84dff156f66583716037 8a197b81462fcd496a1e062ad95b61635a8a15b48bd7 |
| Renci.SshNet.dll | 451ba700ecb5e77bea05160fda3ee6fb706839d831c925279634614d610ab8d9 |
| Resources\ Arial.xml | 8a4a0ff9c4f9eb2cc198a2e4f096631d383b2a7126df8b6036e2c1ce42650c54 |
| Resources\ ArialBold.xml | 2a2cf9e764699a6189777b084601da22e109d84d24071a7ea4821059ea287b7c |
| Resources\ avalon-framework-cvs-20020806.jar | 51ed0ddf5c6c03f76f250eb22f1b4e5585c0e6242d5f40ed563af14091 |
| Resources\ batik.jar | a8af031e63b8807066f094ab2cd1eae28de6aac92a460705ab44b14b5bb0f07b |
| Resources\ fop.jar | aa97ad1ca47782cfb5cfae2eac3f7153a87056d924b6987ff8d68542865f2b47 |
| Resources\ fopcfg.xml | 4d55239b7df47170d1bb4f3a7e878a94a2afa149cbe8d613ca160d2f9430841d |
| Resources\ lame.exe | af62aa829fd07d8b8729b8ecb9a5c4bb30c9a7add248a25c0861e50e50ec9904 |
| Resources\ libgomp-1.dll | 287804ff69730b3f5830fb488ea7640fdd52a27250275aca1052adff37c8c25c |
| Resources\ oggdec.exe | b0240ed9dbacb149f3f5500331f64e875aa4945f6a84990cef0db8208955ca7c8 |
| Resources\ oggenc2.exe | ba60d33c845a416eacd78936202b0808c4f14c83dc79976f6766194c06bb91b1 |
| Resources\ pthreadgc2.dll | cf14602bb18e7670ea6dc89e7517d3d9d65b98f926c998aa40614d671adf98e |
| Resources\ ResultData.dtsx | 65d2d844557c48cd9016b334d9097d832295d08cdea878ef2f8591ab6d355c3a |
| Resources\ sox.exe | 9bf1ed9cfce4092a1b14c442acdb0ea59d3bc1eef32e209e577daf1c23a1ce08 |
| Resources\ speexdec.exe | 9b935d21d2b9e7fb1394cc3cbab13af3d562105237535f08764137dfbb686038 |

SLI Compliance

| Resources\ speexenc.exe | 2f464a7ddfd7a2679797e930a0b367a92ff358fab6ddb2383241d2b291dd0fc5 |
| Resources\ StaticData.dtsx | 97fa48674a8260b368cf0370353c51a40c9c99c7e0bf7a7e8a62cd1f411e7812 |
| Resources\ zlib1.dll | 2ff8a0abf8220e350a229dd3be5f2a0f18fa0d62b588c589c6c47d8c593cf14c |
| Rotations.dll | e15477bc6dc558a7cedfa123d8916d09573b37b9caa37df52482794246b151c8 |
| RtfCompatibility.dll | 0fcc394632a62deb51c115b9a3d5b52413aad7df12eab63e7304e69bb18eec21 |
| RTFReader.dll | a75c29d6679ef6b2b92126540a24a4ef0ca3f2352d25a939da14faac5e7aa260 |
| SynergyCommon.dll | 029545abad3661d63c793f2e230f4133031e30d5c5f39390c4ca1318b5d8f434 |
| SynergyService.dll | 2f05a0abdc1d40db11dbf82b8c78b935728d8c880310a19ff61b74201f681a70 |
| System.Data.SQLite.dll | 907d947ec9f35e0b49bab8df1d3791117eec2cc45a4ef9687557df0e656d9d08 |
| System.Data.SQLite.EF6.dll | d3616b5ccd18a1d0786da1e363d012eee73c209a264462de1700fba59f9062cd |
| System.Data.SQLite.Linq.dll | 345638f2da02a4241ca35daced93738a556f399584dd0b1ad9fbdd5def955cae |
| System.Windows.Interactivity.dll | 93fbc59e4880afc9f136c3ac0976ada7f3faa7cacedce5c824b337cbca9d2ebf |
| TextDocumentCommon.dll | 3373ef634250c049e81fd7a4d30ca1ecb36ba8f3334fb3d4cf735bbd6d9eb3ca |
| TextGraphicalEditorCore.dll | c9b471d494734d12e79c4ca21240ea0af350415874bba25440bb4c2c930962071f |
| TextualContent.dll | 603c7e0d1edece056ea35564cc418905d9573b75e3c186a1486749c5944059a2 |
| tx16 bmp.flt | 7bec71af7be3bcf76f8b34c6d7cc7d87c6c612507cdaa57a97b9fa7637a8724f |
| tx16 css.dll | e61ce98925f96c55bc9f6261f4eeed6e7921b14dcb7a2fe5b34d61be1324d8 |
| tx16 doc.dll | b1bae7700444c71bbceb1cbbb488babc11cd4b8a3102aab3861aba22042b9424 |
| tx16 dox.dll | 67b19985f4ba96e040c1b0f58ea68e7ae1d8a62814ed0ae9dabb59b11886a03c |
| tx16 gif.flt | f5871adae67e25836272700d3b02cf082fa444f0537420da14ec702ccb80718b |
| tx16 htm.dll | 0672fc52f7f2172783365f526204e31cff0636dc21c65eb70230177b8451c23 |
| tx16 ic.ini | 3754f3454fce6c40f55f7f3cced671d8828e034ab89bc0a450ab3a88b496a2d2 |
| tx16 jpg.flt | 27644d1a94c5fece37c71da8a21fde52e35b6fd910f3e7fb4a64459f2454ee5d |
| tx16 pdf.dll | 90110a3b0bc84be25cf23c10d6a2bb63898a357820971ea339f6f6474461761c |
| tx16 png.flt | fe7e0d8d261d15cc438eb4f712d1c27396fef1e11d7b2c09e5fbf672fb147a4a |
| tx16 rtf.dll | bcf88d31ea94d43b69a2d79f4b4ce91770ec740a7ff8b8197980004be8cc224f |
| tx16 tif.flt | 7eb2f067c31e078cb3416f52a325b83c58b4815720741a3f34d1a80fa93ca2d6 |

| tx16 wmf.flt | c479eaf41f32809076e1926bb1ca308cb8c22b08874b3621e9da80e2c45c7ac3 |
| tx16 xml.dll | dd3a5458256211dd537a8b0ea7d86648f3b6857d39d853344d7b820bc411c5c7 |
| txic.dll | e8ed7a1e2735c463c856dc7cd1738fc39200137727d295f769aff57aa292683d |
| txkernel.dll | 1af40648e4dbf252cc179b0d9f482b29ed786493ef5c2135bd079e51f878237b |
| txpdf.dll | 10344d82c1555451953e1bb7dcfbee23714f3c492541ff1eb05517d0a16623a0 |
| TXTextControl.dll | 8172aed7c82846bee5328a781c3bdce359cf8b6a6406d85a807dc7302d1f20b0 |
| TXTextControl.Server.dll | fb584b4e7da2bdb79e58af06a2be393a0fedd0b2136d80ffc970a626e66235f7 |
| TXTextControl.Windows.Forms.dll | 77610ff1d3e44e259da659271262ce9c2250e5a3224d74fd05e962ecc3c2cb4d |
| txtools.dll | f8893f9f889d38c81e1e60e19ec1f2436602092541f9d5f78d4eb7bfc5578846 |
| USElectionsDomain.dll | 23014ec26bf2021a6ff79838df508f904066d31337ccbb3b42318a6352869ad8 |
| vjsjbc.dll | 9d18f7b502727209aa6acc5830f9b24f16e61584fa695425b405202e6ff5ba99 |
| vjsnativ.dll | 934d4ca23671d245d4fbe433e726bb7bb38a4258e1a6ff4681a7aaea2a4bbd1a |
| vjssupuilib.dll | d8fd2643d2d19301aa83c4baa3e7062795e36344307429baa63c2fd92d37c10b |
| EMSApplicationServer\ ConditionalVotingService.svc | 53ac76ae12126e8d8f35a882a1245debd148a3a88e9e88b11371755797023dbd |
| EMSApplicationServer\ ConfigManagementService.svc | 8b75f8cbac71dfb82b43e7d3974a9748fad1c77b7cd15cc278fcac5daf9d215d |
| EMSApplicationServer\ CoordinateService.svc | 34ce83dc4a69ed563dfff4752154ac85f53cdc8eecf3a9426f78d957e403cfa6 |
| EMSApplicationServer\ CvrService.svc | 34a5f3d2d0d34250f8f8c8cc76754004afafcd52e0cd1d01f700c3b249979293 |
| EMSApplicationServer\ DataTransferService.svc | e71cb8acce4442db5f010d208e3efa1ffa60487c3612223ed7d69025c53940d2 |
| EMSApplicationServer\ EmsAppsService.svc | 0e120cc252a3c7e1511772076b51421030c368dc2e1a685f32d020e3c241761c |
| EMSApplicationServer\ EPSWebService.asmx | 671351bbc814cfcf0c1f55bf3ec14da05b3d0522860812a7d10ec1b8167e178a |
| EMSApplicationServer\ FileService.svc | d1a5328e11ba7659435cf19e07b36b27444087cd2d4696b8224e260aa843ccfe |
| EMSApplicationServer\ Global.asax | 03323109dac6ebec4ea7350a066a80b211cb61faacf855302a7521310f973b01 |
| EMSApplicationServer\ icons\ ems bak icon.ico | ee70bdf1807a989946699c31e58b0157416ae63cd316e2519f4f0f4f6524c024 |
| EMSApplicationServer\ icons\ ems dat icon.ico | 9ca6f7b3874644db89a22da89f7d47f2692df8adbd8e3dc324024fd31284b01b |
| EMSApplicationServer\ icons\ ems dcf icon.ico | f31dec8dddd972051e7b76eba533093290cf2dad91d1c0a741ba44e7462c91b |
| EMSApplicationServer\ icons\ ems dvd icon.ico | eae71ce2027de6f725c3cd61c8353a7e8910bee8e2077e270d2d52bb9ce780fc |
| EMSApplicationServer\ icons\ ems dwf icon.ico | 80364f7a52360f8bf35bdddb4afea7c54e567fb65a9722ac3463bbc91035ba7e |
| EMSApplicationServer\ icons\ ems enc icon.ico | a786031b15914791464544c99f98be38a2b55b4c721a9957c7af064a51689145 |
| EMSApplicationServer\ icons\ ems mbs icon.ico | 6a0fc15f2607536f2a4665e39cece380a82d651b4cbb687fb830dbfafd8ed81 |
| EMSApplicationServer\ icons\ ems sha icon.ico | 04fe973b35ebc75b163ce3d4500c07a2811d91050d58b6120b57be966f64b3fc |
| EMSApplicationServer\ icons\ ems spx icon.ico | 89914d2a5a5a1108dab03f0d0e5cdaa4c78f6a41773e83160c9994f6bb34db42 |
| EMSApplicationServer\ Log\ Error.log | 0d667ff552a9fc53ef971dbdeddd1c3d71fd2179813cb3a799194de37e831db0 |
| EMSApplicationServer\ Log\ Warn.log | 0622946fe1c7c1eb1bca98310efc1cbff6b15cac8bc33a014f0d109a0a07520c |

SLI Compliance

| | |
|---|---|
| EMSApplicationServer\ NLog.config | b7f996d3998c47b6f32e41282a33cf33450bc12a819f62e47aa539f1279f2e8d |
| EMSApplicationServer\ ProjectManagement.svc | 68677edbfca50779f9c3b5320a6d2178317051cf747c348deeacf47ccdd020ad |
| EMSApplicationServer\ RcvService.svc | 94eaad314b3b76331d64b6d24b97c20dd9faa5c4847258de6b1e541874c325c |
| EMSApplicationServer\ Readme.txt | 4d43fdf0fa1dbfec8122d1288e9c13a13ad50c814e96f919d60a512c306be85d |
| EMSApplicationServer\ Reports\ BallotStyleTroubleshootingRPT.rdl | 13938d9d98e57b4cfab141fed200c1b8d98c112c2b6c91e9fd2c61da5e5ecfd0 |
| EMSApplicationServer\ Reports\ CandidateResultsRPT.rdl | 8daee978e4ab3f4bfeefd143105e2830b8f0af18875275f5bbd8a9526bea0ea8 |
| EMSApplicationServer\ Reports\ CardsCastReportRPT.rdl | 50d90dfbfbbd2af871232d79eb50370e449f9a9602b9d50b12cc5f30105c9b6d |
| EMSApplicationServer\ Reports\ CardsPerBallotType.rdl | 9a1ed61661b5770156ec2c59cd607e94579696ae794ac2cba95c8e5eff614afb |
| EMSApplicationServer\ Reports\ CardsPerBallotTypeAndPortion.rdl | cad0cd8ad5ab55ef74e251e4d76cafcdfba116afa6d270233f9bf5861a4c9aa6 |
| EMSApplicationServer\ Reports\ CardsPerBallotTypeAndPrecinct.rdl | f58dfe6206d3fd1bbe171f85aa74d83ce5c6f0269abc792350477ab7b351ea0a |

| | |
|---|---|
| EMSApplicationServer\ Reports\ Conditional.rdl | 194c806cc7b49128b0c06698b4334a5666e07a66e6de81c6d320a8ca3393a311 |
| EMSApplicationServer\ Reports\ ContestStatisticsRPT.rdl | 2fd730dd1ea6159126ac6752635717e83420dbea1d17afd6ab0bc97415062e45 |
| EMSApplicationServer\ Reports\ ElectionSummaryReportRPT.rdl | 12d62e221cafd4d85f6082d6c5f4048c0bfa89f101d7a3499926cce268ec8f75 |
| EMSApplicationServer\ Reports\ ElectionSummarySubReportRPT.rdl | 0ed5f7bc40be3c4e262870e18524e7abda86e9a3694199532db869b2909179e9 |
| EMSApplicationServer\ Reports\ PairReport.rdl | 06e26fc2a9db590c0d62767a1e7bedc04b4cb6eb3b9b48b3c430e18e122f5f14 |
| EMSApplicationServer\ Reports\ RcvDetailedReport.rdl | ff056472619c214fabebb8301763f2f4fab9a2a0cd9addab6044c248e9f342ed |
| EMSApplicationServer\ Reports\ RcvShortReport.rdl | 632a3dc4294590a2691f5d41bc1733370b6cffb94260ef84e646f8e4678c045d |
| EMSApplicationServer\ Reports\ RcvStaticData.rdl | 9468e33d6c779db6e16c9531d48774ca06993d77a9070f8d2658178569a2825b |
| EMSApplicationServer\ Reports\ RegistrationAndTurnout.rdl | 874ec11bb27b370c48a45d2af3bbb7ca4d3c6194b77ce9c969cd9a931c4c7b2c |
| EMSApplicationServer\ Reports\ ResolvedWriteInResults.rdl | 9a069e6ffbd1ed9cef741e91831431d8e6d2d7e83f8a7a31a0d1219f9b850f61 |
| EMSApplicationServer\ Reports\ SovcVotesSectionRPT.rdl | 180e6d34eeb0a125439133b5a43d3c73a62a91a1f7a63d0c10f05fbfbf84eb80 |
| EMSApplicationServer\ Reports\ StatementOfVotesCastRPT.rdl | dcf2d38b2bd29b5e19bc09a6a3655297dfae241c007021ff4a9a6db0d0fec477 |
| EMSApplicationServer\ Reports\ Title.rdl | 5b325910b1bdc6cf0a7661b81e32228af64429c59c3454b4ac1977a9b6fdd403 |
| EMSApplicationServer\ ReportService.svc | d18b66270fe27bc413dc08725d13bc6915c3a8bb006eb359138a086f2bdc603e |
| EMSApplicationServer\ Results.svc | fd8be87220767447f88c30256fd94158689378dc3e46793e68b7b31c813fbb17 |
| EMSApplicationServer\ RtrService.svc | 88d96cb840d4fa96cee85f75a199ea15e226372a02b1485d242fecb2528b6088 |
| EMSApplicationServer\ Security\ libeay32.dll | d11e92f738e6f1ac5b8ba1393d2ae3378ba55757822a856da3a9cba9fe124723 |
| EMSApplicationServer\ Security\ openssl.cfg | 06baa8f15992bacd3e5b113cd571d828c0544d0482ccd2e15969fe819957271d |
| EMSApplicationServer\ Security\ openssl.exe | 2634dd8cb1438d50ddb0034ae6fff3fb1282dde84696f927b53b05b02f6484ca |
| EMSApplicationServer\ Security\ ssleay32.dll | 28f2fe4d27b694023255f8dbfa6e30ff81d3155c12bd0060e30bd7c39e4ea19f |
| EMSApplicationServer\ SosMappingManagement.svc | 7cf76975c537bda90459b279ff7629882066b6398624bf38adff847fe69722bd |
| EMSApplicationServer\ SynergyService.svc | 0bb4264da7562c6577222e92c976c3af76a2de8dfdddae8729b0494a0a5aeff9 |
| EMSApplicationServer\ tech.xml | 43dc2858d66aa3715eb099fde00643e9a9d278a9ea7ca18749b4871425827be3 |
| EMSApplicationServer\ Web.config | 5e0e80188a1a0a8b517b90816aaf1634999c5e58ed88a12972466675fc1680d8 |

**EMS Service**

| Version: 5.5.32.4 | |
|---|---|
| Filename | SHA-256 Value |
| VirtualDirectories\ EMSService\ bin\ BitMiracle.LibTiff.NET.dll | f752a459a1eb5d35c597ff26437a75cc9aff7a5ca1d4fcdb2bc08ded5cb71465 |
| VirtualDirectories\ EMSService\ bin\ DVS.Utilities.Common.dll | b325fdb47ec3b2725e2cdb087d89beea1c300f4f710566bb846332d3f3935524 |
| VirtualDirectories\ EMSService\ bin\ DVS.Utilities.MSWinManager.dll | f860d3efdf1b97c7d8d612fd2e27fc1e2bb53689ed5b41c141f469618ea832a0 |
| VirtualDirectories\ EMSService\ bin\ EMSBusinessProcess.dll | 96401d3160563ca36520bfd60784727653e4c3085c6b1f36239cfb31d066a5c1 |
| VirtualDirectories\ EMSService\ bin\ EMSDataRepository.dll | b23022ed1e229a6f2ebff3158b4a4e026ef8b176639af1b03112ae1d13d41e0d |
| VirtualDirectories\ EMSService\ bin\ EMSServiceFacade.dll | 2c2405156c925fd6ca3e1d0cf73bc679bc98d0f5286c4b215885b203818cb358 |
| VirtualDirectories\ EMSService\ bin\ EMSSvcCustomAction.CA.dll | 57515f9925d7c6960164560400ef6356494794bfe4f15ec317792e5559d6dc68 |
| VirtualDirectories\ EMSService\ bin\ EMSSvcCustomAction.dll | 0d5f3b51203f546dd7c19a887cd82b34363523ed5620315f501916faa7618eb6 |
| VirtualDirectories\ EMSService\ bin\ EMSSvcManager.exe | 50ca073340daf5ea616ffbddb17a0eb74d9cd63d86be1164f455d8c5e86bc383 |
| VirtualDirectories\ EMSService\ bin\ EMSSvcManager.exe.config | 8202310b15586d1e5d3e18740528e0b1056812996c3ed366019273480e24989 |

| | |
|---|---|
| VirtualDirectories\ EMSService\ bin\ EntityFramework.dll | ed6ebd749052f9018f6699671ae5469adedf086cf8b1bd4256bbe9c4e7f6ff05 |
| VirtualDirectories\ EMSService\ bin\ EntityFramework.SqlServer.dll | a1bf6c9e3820e83f43e9f20dd7d9b0a3362a93146f0afe0b1330185e2d51b0cb |
| VirtualDirectories\ EMSService\ bin\ itextsharp.dll | beb5c25eb5f659cbb2574f3eaddda35c5b18e860558daac4533b4ed98e29bd55 |
| VirtualDirectories\ EMSService\ bin\ Microsoft.Deployment.WindowsInstaller.dll | 9aebc76cb8c864593e0419162b2bf40b81bd52b3ff12edac1d032828df83dcfa |
| VirtualDirectories\ EMSService\ bin\ Microsoft.Web.Administration.dll | 5b28ceefb320c6a808cb352385ae4523fbecc676af1cb091ceb1789b3b83aefc |
| VirtualDirectories\ EMSService\ bin\ NLog.dll | e17aac589bd48a623857de7f8113bcae6f72e4fe4652ca615ffa1028353b246d |
| VirtualDirectories\ EMSService\ bin\ Renci.SshNet.dll | 451ba700ecb5e77bea05160fda3ee6fb706839d831c925279634614d610ab8d9 |
| VirtualDirectories\ EMSService\ bin\ System.Web.dll | 860c6af4914f031f01dd9e2fb37026733af031e82ac43c6ed2ef00b52ccd4cd0 |
| VirtualDirectories\ EMSService\ EMSService.svc | 76d2a05b2d19214d9ec0389406de7661a46eacdf480adf0038471a1ea5732e05 |

SLI Compliance

| VirtualDirectories\ EMSService\ NLog.config | 130342f5a2d1ac0153056b118bf3e3f6370c4ca7370565782e49b84204d6d95f |
| VirtualDirectories\ EMSService\ web.config | 1b29212bb18da144c5760b61a9124ce9cb0304fab6c917a45b645434fa1fc257 |

**EMS File System Service**

| Version: 5.5.32.4 32-bit | |
|---|---|
| Filename | SHA-256 Value |
| Program Files (x86)\Dominion Voting Systems\File System Service\BitMiracle.LibTiff.NET.dll | f752a459a1eb5d35c597ff26437a75cc9aff7a5ca1d4fcdb2bc08ded5cb71465 |
| Program Files (x86)\Dominion Voting Systems\File System Service\DVS.Utilities.BinaryFileAccess2007.dll | 0b4ac965c5e6ebfb50c1d048ea6d8495f282d721588260be7202372349bd69f3 |
| Program Files (x86)\Dominion Voting Systems\File System Service\DVS.Utilities.Common.dll | 74a63eb1d4802a541fba87d81156bd883f03eaa37324b2478b8b21734162d7df |
| Program Files (x86)\Dominion Voting Systems\File System Service\DVS.Utilities.FileSystemService.exe | 31fdaa78195ead39a18346f07b47054dab113b2a2e515eba4703df76d5fa7d82 |
| Program Files (x86)\Dominion Voting Systems\File System Service\DVS.Utilities.FileSystemService.exe.config | f55c5126aeefaf4d3df8a2c372bf849e90779198e02fe6e3ab8d228950b5fee1 |
| Program Files (x86)\Dominion Voting Systems\File System Service\DVS.Utilities.MSWinManager.dll | 604e9d6d334dfe102085efb422e33e4f408b7b3610665485ee45ad5a5a89d110 |
| Program Files (x86)\Dominion Voting Systems\File System Service\DVS.Utilities.RemoteInterfaces.dll | 8793db0a0539383ea5d09680ea15ed2c6fe2b4710072129f647ac7e41443e8d3 |
| Program Files (x86)\Dominion Voting Systems\File System Service\DVS.Utilities.UsbFileSystem.dll | c7cc73eb9ea756bcb22c4eb1119366fd34c22033276b43e01e5b71203d2206d0 |
| Program Files (x86)\Dominion Voting Systems\File System Service\EMSFSSCustomAction.CA.dll | e571ca8afcd92f14b49f70e816a7fd0ec427a8d6ebcdc120fc6de0f12b98497c |
| Program Files (x86)\Dominion Voting Systems\File System Service\EMSFSSCustomAction.dll | 19dc28faff20c6999af6c4bc0d987c2e087c5ded10545d11115b42ec2a76c0b6 |
| Program Files (x86)\ Dominion Voting Systems \ File System Service\ itextsharp.dll | beb5c25eb5f659cbb2574f3eaddda35c5b18e860558daac4533b4ed98e29bd55 |
| Program Files (x86)\ Dominion Voting Systems \ File System Service\ Log\ Error.log | 935fa21033735ad183aba3845b45105ccae03f5b3436d00ef4d1a302db71c238 |
| Program Files (x86)\ Dominion Voting Systems \ File System Service\ Log\ Info.log | f5b7407d443d1c2e7a4282b2f4cf93fa9acda38c19930b08dc404be2a45ce867 |
| Program Files (x86)\ Dominion Voting Systems \ File System Service\ Log\ Trace.log | e520a1bb61d55112c50d11c866d6616705ca022956f0b85ae67fa965a88c56aa |
| Program Files (x86)\Dominion Voting Systems\File System Service\Microsoft.Deployment.WindowsInstaller.dll | 9aebc76cb8c864593e0419162b2bf40b81bd52b3ff12edac1d032828df83dcfa |
| Program Files (x86)\Dominion Voting Systems\File System Service\Microsoft.Web.Administration.dll | 5b28ceefb320c6a808cb352385ae4523fbecc676af1cb091ceb1789b3b83aefc |
| Program Files (x86)\ Dominion Voting Systems \ File System Service\ NLog.config | e50f1d10b846dbecd44ddba2f54a858e38427858cb1d0038a63a0a4b4c9bdd28 |
| Program Files (x86)\ Dominion Voting Systems \ File System Service\ NLog.dll | e17aac589bd48a623857de7f8113bcae6f72e4fe4652ca615ffa1028353b246d |
| Program Files (x86)\ Dominion Voting Systems \ File System Service\ nlogError.txt | 1c3ca32f1ec3c92572309b6f4ea5270e8290b34ffdbcd83b811a2eaa3b94d1b7 |
| Program Files (x86)\ Dominion Voting Systems \ File System Service\ Renci.SshNet.dll | 451ba700ecb5e77bea05160fda3ee6fb706839d831c925279634614d610ab8d9 |

SLI Compliance

**ICC**

| Version: 5.5.32.5 | |
|---|---|
| **Filename** | **SHA-256 Value** |
| Program Files (x86)\Dominion Voting Systems\ImageCast Central\bin\ImageCast Central.exe | 5c321804357d587dc954fe155f3ee8a058e51788e77173d21107dcbfd33e8def |
| Program Files (x86)\Dominion Voting Systems\ImageCast Central\bin\libeay32.dll | d11e92f738e6f1ac5b8ba1393d2ae3378ba55757822a856da3a9cba9fe124723 |
| Program Files (x86)\Dominion Voting Systems\ImageCast Central\bin\Log\1 1 1 0 slog.txt | 27631b6b7b566e50cabdf8056f74f6c284f8c702e1f03d4a7d99345da638bb0d |
| Program Files (x86)\Dominion Voting Systems\ImageCast Central\bin\Log\1 1 3 0 slog.txt | c6c0ab88e81bf7fb0c36be41f161aed345535a59d82178ef5044c4108dd8593f |
| Program Files (x86)\Dominion Voting Systems\ImageCast Central\bin\Log\1 2 1930 0 slog.txt | 9acce20399313a1136cf00962990c72252fa91e1ca709098c58ca3fa2c05366e |
| Program Files (x86)\Dominion Voting Systems\ImageCast Central\bin\Log\1 333333 100001 0 slog.txt | 89b0a005f16022fbdb9152e1bf57e877dca19c87ce49948f554b6a055d013f1d |
| Program Files (x86)\Dominion Voting Systems\ImageCast Central\bin\ssleay32.dll | 28f2fe4d27b694023255f8dbfa6e30ff81d3155c12bd0060e30bd7c39e4ea19f |
| Program Files (x86)\Dominion Voting Systems\ImageCast Central\\bin\TWAINDSM.dll | ba747e28769d85458a33a61a2a230435612e376f99b9a2dc104a817e2d451bfa |

SLI Compliance

**ICP2**

| Version: 5.5.1.8 | |
|---|---|
| Filename | SHA-256 Value |
| dvs | 18A0B06B7EF36F6D7CA6C0BF4FBE513B0092632E5DC628C1C441295B74AF1762 |
| initramfs | 1418A85ABFFC829D3B52ABCF8DF32C30E5C00613AEA861909D8D715C42AD969E |
| rfs | 32188DC9677471650E2EC6F3EAC17E5226FC2312E1EEE6F061CEA93608C923CB |
| icp2.dtb | 6596FCEDE64E448A7531B097B53148D23C043F6A061BF32A27B4FAFBE4C1540A |
| zImage | 61BB6BE39627257A7C140D00E226480FAAAFC543FC56EEA1DB96B4EAD1F705C2 |
| logo.bmp.gz | 70E02B3EE3BFB97FEFAF8BB060E851FC84A54E88C210C96456D628849AE8603C |
| data.squashfs | ED68837801E726A9AA1F4E89B7019DDE23196E0851409BDEB14FFCF6D575EE69 |

SLI Compliance

| |
|---|
| The table below prescribes the criteria utilized in review of the Dominion DS 5.5B voting system. This review is designed to ascertain whether any component contained malicious software of any kind. |
| |
| **User Activity and Malicious Software Review** |
| Installed Programs: This is used to determine if there are any suspicious programs installed on the systems.  This could be for malicious software or indications of Internet usage. This could include things like VNC player, or software that was not listed in the Dominion documentation. |
| Auto-Run commands: This includes software or other objects that are run automatically upon system load. We will be looking for things that might indicate internet activity, including Zoom or other software that may load automatically and require internet connectivity. |
| Event Logs: This is where a bulk of the examination will be looking for Windows events that will detail external connections or other faults to help  identify internet connectivity or malicious software usage or activity. |
| UserAssist: This is detailed information from the Windows registry, about programs executed on the system including when last used and how many times. This will be used to examine programs executed on the systems. This should help track down potentially malicious executions on the system, as well as potentially find indicators of network connected programs (Webex, Zoom, VNC etc.) |
| Jump Lists: List of recently opened items including files, folders, websites etc. We will examine these areas to look for indicators of malicious software activities and internet connectivity. |
| Recycle Bin: Used to determine if there are any deleted files that would indicate malicious software activity or internet connectivity. |
| USB: This will tell you every USB device connected to the system, to help identify potentially malicious file activity. |
| FileName Search: A check of filenames, verifying files associated with products, and looking for known malicious files. |

The table below prescribes the criteria utilized in review of the Dominion DS 5.5B voting system. This review is designed to ascertain whether any component was connected to the internet during the timeframe of July 6th 2020 through November 20th 2020.

| Networking Review Criteria |
| --- |
| Microsoft-Windows-NlaSvc%4Operational.evtx |
| Microsoft-Windows-SENSE%4Operational.evtx |
| Microsoft-Windows-SmbClient%4Connectivity.evtx |
| Microsoft-Windows-Windows Defender%4Operational.evtx |
| Microsoft-Windows-WindowsUpdateClient%4Operational.evtx |
| Microsoft-Windows-WLAN-AutoConfig%4.evtx |
| Microsoft-Windows-Dhcp-Client%4Admin.evtx |
| Microsoft-Windows-Dhcpv6%4Admin.evtx |
| Microsoft-Windows-Host-Network-Service-Admin.evtx |
| Microsoft-Windows-Host-Network-Service-Operational.evtx |
| Microsoft-Windows-NetworkProfile%4Operational.evtx |
| Examine in OSForensics: |
| System Passwords: this will include indication of potential unauthorized connections. |
| SRUM: System Resource Usage Monitor: if there is any activity here this may detail unusual network connectivity or usage |
| Downloads: this will include indication of potential unauthorized connection of systems to the internet. |
| Browser history: this will include indication of potential unauthorized connection of systems to the internet. |
| Search terms: this will include indication of potential unauthorized connection of systems to the internet. |
| Website logins: this will include indication of potential unauthorized connection of systems to the internet. |
| Form History: this will include indication of potential unauthorized connection of systems to the internet. |
| Bookmarks: this will include indication of potential unauthorized connection of systems to the internet. |
| Chat Logs: this will include indication of potential unauthorized connection of systems to the internet. |
| Peer to Peer: this will include indication of potential unauthorized connection of systems to the internet |
| WLAN: this will include indication of potential unauthorized connection of systems to the internet. |

# Exhibit B



# Field Audit Report

**Dominion Voting Systems Democracy Suite (D-Suite) 5.5-B Voting System Maricopa Post-Election Field Audit**

Approved by: _Jack Cobb_

**Jack Cobb, Laboratory Director**

**February 23, 2021**

*v. TR-01-03-MAR-01.00*

## 1.0   INTRODUCTION

The purpose of this report is to document the procedures that Pro V&V, Inc. followed to perform a Post-Election Field Audit of the Dominion Voting Systems Democracy Suite (D-Suite) 5.5-B Voting System Maricopa County Board Elections.  The Post Election Field Audit was conducted in Maricopa County, Arizona, from February 2, 2021 through February 5, 2021.  The audit was conducted at the following location:

> Maricopa County Elections
>
> 510 South 3rd Avenue
>
> Phoenix, Arizona 85003

### 1.1   References

The documents listed below were utilized in the development of this Report:

- Pro V&V Test Plan No. TP v. 01-03-MAR-01.03, *"Dominion Voting Systems D-Suite 5.5-B Voting System Maricopa Post-Election Field Audit"*

- Election Assistance Commission (EAC) 2005 Voluntary Voting System Guidelines (VVSG) Version 1.0, Volume I, "Voting System Performance Guidelines", and Volume II, "National Certification Testing Guidelines"

- Election Assistance Commission Testing and Certification Program Manual, Version 2.0

- Election Assistance Commission Voting System Test Laboratory Program Manual, Version 2.0

- National Voluntary Laboratory Accreditation Program NIST Handbook 150-2016, "NVLAP Procedures and General Requirements (NIST Handbook 150)", dated July 2016

- National Voluntary Laboratory Accreditation Program NIST Handbook 150-22, 2008 Edition, "Voting System Testing (NIST Handbook 150-22)", dated May 2008

- United States 107th Congress Help America Vote Act (HAVA) of 2002 (Public Law 107-252), dated October 2002

- Pro V&V, Inc. Quality Assurance Manual, Version 7.0

- EAC Requests for Interpretation (RFI) (listed on www.eac.gov)

- EAC Notices of Clarification (NOC) (listed on www.eac.gov)

## 1.2    Terms and Abbreviations

The terms and abbreviations applicable to the development of this Test Report are listed below:

"EAC" – United States Election Assistance Commission

"EMS" – Election Management System

"HAVA" – Help America Vote Act

"ICC" – ImageCast Central

"ICP2" – ImageCast Precinct 2

"ISO" – International Organization for Standardization

"NOC" – Notice of Clarification

"QA" – Quality Assurance

"RFI" – Request for Interpretation

"VSTL" – Voting System Test Laboratory

"VVSG" – Voluntary Voting System Guidelines

## 1.3    Background

The Maricopa County Board of Elections contracted with Pro V&V to conduct a Post-Election Field Audit to ensure the software and hardware certified for use in Maricopa County are the same as the software and hardware used in the conduction of the November 2020 General Election.  Maricopa also requested that Pro V&V perform a network analysis and an accuracy test.

## 1.4    System Description

The D-Suite 5.5-B Voting System is a paper-based optical scan voting system consisting of the following major components: The Election Management System (EMS), the ImageCast Central (ICC), and the ImageCast Precinct 2 (ICP2). The D-Suite 5.5-B Voting System configuration is a modification from the EAC approved D-Suite 5.5 system configuration.

## 1.5    Scope

The Post-Election Field Audit evaluated the EMS and ICC workstations and servers by comparing the SHA-256 hash value to the known SHA-256 hash values.  In addition, a malware detection tool was run on each workstation/server to establish whether any malware/virus or malicious software was running on the workstations/servers.  Pro V&V utilized the tool to extract the firmware from a sample of thirty-five

ICP2 units. These extractions were then placed on the Pro V&V laptop to generate the SHA-256 hash value for the firmware. These hash values were compared to known hash values for the Election Assistance Commission Federal Test Campaign. In addition to these evaluations, Pro V&V conducted a network analysis to ensure the network is a "Closed Network" incapable of reaching the internet Pro V&V also conducted an Accuracy Test to meet the requirements of the 2005 Voluntary Voting Systems Guidelines (VVSG).

## 2.0   AUDIT OVERVIEW

The evaluation of the D-Suite 5.5-B Voting System consisted of removing a copy of the software/firmware from each component and evaluating the software/firmware against a known SHA-256 hash value outside of the system, running the malware detection tool to verify no malicious software was resident on the workstations/servers, performing a network analysis, and executing an accuracy test.

## 3.0   AUDIT PROCESS AND RESULTS

The following procedure outlines the steps that the evaluation team will execute to evaluate the D-Suited 5.5-B under the scope defined in Section 1.5.

### 3.1   General Information

The evaluation was conducted under the guidance of Pro V&V by personnel verified by Pro V&V to be qualified to perform the evaluation.

### 3.2   Audit Configuration

The evaluation utilized system configurations of the D-Suite 5.5-B Voting System and its components that were setup by Maricopa personnel. Pro V&V had complete access and control of the equipment being audited.

### 3.3   Procedures and Summary Findings

__ICP2 Software Verification__

To perform the verification, the Pro V&V test team randomly selected thirty-five units for evaluation. A team member then photographed the seals and the device. All seals that needed to be removed were then removed. After all photographs were taken, the team member removed any compact flash cards under county supervision and placed them on top of the machine being evaluated. The team member then inserted two compact flash cards (one blank and the other containing the firmware extraction tool). The unit was plugged in and powered on with the security token iButton press on the iButton reader. A password was entered and a tech iButton was then read by the ICP2 and the option to "Extract Firmware" was selected. The original compact flash cards were then reinserted into the ICP2. The team member then took the compact

flash card containing the exported firmware to a Pro V&V laptop to compare the SHA-256 hash values to the known value from previous testing.

Summary Findings

All SHA-256 hash values retrieved from the units sampled matched the known value from certification testing. No discrepancies were noted at any time during this portion of the evaluation.

The serial numbers of the units selected along with the corresponding seal numbers are detailed in the table below.

**Table 3-1 ICP2 Software Verification Serial and Seal Numbers**

| ICP2 Serial Number | Seal Number | |
|---|---|---|
| | Front | Back |
| FAL19460086 | IS143365 | 1004649 |
| FAL19460030 | IS437104 | 1004719 |
| FAL19330163 | IS439376 | 1004217 |
| FAL19450094 | IS419918 | 1004579 |
| FAL19380033 | IS439358 | 1004621 |
| FAL19460025 | IS136178 | 1004786 |
| FAL19450035 | IS441937 | 1004032 |
| FAL19390009 | IS149173 | 1004260 |
| FAL19380263 | IS129272 | 1004955 |
| FAL19283163 | IS1642553 | 1004904 |
| FAL19450002 | IS136177 | 1004743 |
| FAL19460023 | IS437315 | 1004568 |
| FAL19450257 | IS439331 | 1004216 |
| FAL19320179 | IS437217 | 10041912 |
| FAL19450000 | IS1642634 | 1004973 |
| FAL19450119 | ISIS146739 | 1004997 |
| FAL19252973 | IS1642766 | 1004971 |
| FAL19450133 | IS1640855 | 1004830 |
| FAL19450196 | IS1640979 | 1004572 |
| FAL19380044 | IS148896 | 1004314 |

**Table 3-1 ICP2 Software Verification Serial and Seal Numbers** *(continued)*

| ICP2 Serial Number | Seal Number | |
|---|---|---|
| | **Front** | **Back** |
| FAL19460080 | IS439339 | 1004320 |
| FAL19320062 | IS439396 | 1004204 |
| FAL19450068 | IS1640786 | 1004530 |
| FAL19450007 | IS1639766 | 1004747 |
| FAL19450040 | IS149919 | 1004461 |
| FAL19450274 | IS439195 | 1004097 |
| FAL19450241 | IS439431 | 1004375 |
| FAL19460044 | IS437295 | 1004988 |
| FAL19460089 | IS437291 | 1004672 |
| FAL19460042 | IS143032 | 1004752 |
| FAL19450004 | IS162418 | 1004531 |
| FAL19460068 | IS437240 | 1004498 |
| FAL19450034 | IS143031 | 1004491 |
| FAL19450062 | IS143686 | 1004587 |
| FAL19460105 | IS1640785 | 1004125 |

## ICP2 Hardware Verification

To perform the verification, the Pro V&V test team selected five units for evaluation. A team member then photographed the seals and the device. All seals that needed to be removed were then removed. After all photographs were taken, the team member removed the necessary security screws from the bottom of the ICP2. Once the screws were removed the cover was removed. The team member then used the hardware verification guide to visually inspect the hardware components and subcomponents against known photographs, part numbers and identifying marks.

Summary Findings

All units inspected were verified to contain the correct hardware components and subcomponents. No discrepancies were noted at any time during this portion of the evaluation.

The serial numbers of the units selected along with the corresponding seal numbers are detailed in the table below.

**Table 3-2 ICP2 Hardaware Verification Serial and Seal Numbers**

| ICP2 Serial Number | Seal Number |
|---|---|
| FAL19380033 | 1004580 |
| FAL19450257 | *** |
| FAL19320179 | 1004481 |
| FAL19320062 | 1004029 |
| FAL19450040 | 1004708 |

*\*\*\*Note: There are various acceptable reasons for a seal to be unattached, such as: the unit was a spare, the seal was broken in transit, or the poll worker had to remove it on election night and return it to the Board of Elections with the elections results.*

## EMS and ICC Workstations/Servers Verification

To perform the verification, the Pro V&V test team was granted access to the workstations/servers from qualified Board of Elections Employees. Once access was achieved, a team member navigated to the folder containing the DVS software and copied the software onto a brand new USB drive. The USB was then inserted into the Laboratory laptop and a SHA-256 hash value was generated. A comparison was made between the generated hash value and the known hash value. The hard drive from the ICC workstation/server was then removed and placed into a cloning device. The hard drive was then "cloned". After completion, the hard drive was place into equipment from Pro V&V's laboratory that is an exact sample of the same ICC workstation/server. The equipment was then booted up. The Pro V&V test team was granted access to the workstations/servers from qualified Board of Elections Employees. Once that was achieved, a USB containing a malware/virus scanning software was run to scan the equipment for malware/viruses.

### Summary Findings

All units inspected were verified to contain the correct hardware components and subcomponents. No discrepancies were noted at any time during this portion of the evaluation.

Identification information of the units inspected is detailed in the table below.

**Table 3-3 EMS and ICC Workstations/Servers Verification Details**

| Scanner Information | Computer | |
|---|---|---|
| | **Model** | **Serial Number** |
| *ICC Client Workstation* | | |
| HP-0124K28 | OptiPlex 7060 | 2JGJ3W2 |
| HP-0124K29 | OptiPlex 7060 | 2FDK3W2 |
| HP-0190K29 | OptiPlex 7060 | 2K6M3W2 |
| HP-0192K29 | OptiPlex 7060 | 2JYM3W2 |
| C-GF307234 | OptiPlex 3050 | 8NCCB03 |
| C-GFY00088 | OptiPlex 3050 | 4RMZNX2 |
| C-GF302006 | OptiPlex 3050 | 4RPOPX2 |

**Table 3-3 EMS and ICC Workstations/Servers Verification Details**

| Scanner Information | Computer | |
|---|---|---|
| | **Model** | **Serial Number** |
| C-GFY00019 | OptiPlex 3050 | 4RNZ7X2 |
| C-GFY00347 | OptiPlex 3050 | 4RPVNX2 |
| *Adjudicatoin Client Workstation* | | |
| N/A | Dell Precision Tower 3420 | 87NDHL2 |
| N/A | Dell Precision Tower 3431 | DVDZG13 |
| N/A | Dell Precision Tower 3431 | DVFTG13 |
| N/A | Dell Precision Tower 3431 | G4NFZ23 |
| *EMS Client* | | |
| N/A | Dell Precision 3420 | 27BD8M2 |
| N/A | Dell Precision 3420 | BNWVCH2 |
| N/A | Dell Precision 3420 | 86PQXK7 |
| N/A | Dell Precision 3420 | B0ZRMN2 |

## Network analysis

While onsite, qualified Pro V&V personnel evaluated the network architecture to determine the process and procedure to be followed. All steps were documented in the engineering notebook.

Summary Findings

Pro V&V test team members evaluated the physical wiring of the network, the managed switch, clients, and the server. All wiring is housed in an exposed channel hanging from the ceiling. Different color wires are used for different device types such as printers, PCs, or tabulators. For the server, commands were run to test connectivity to a known internet address and public IP addresses. None for these commands returned successful execution from the server or from the clients. Pro V&V determined that the network it evaluated is a "Closed Network" and does not have access to the internet.

## Accuracy Test

An Accuracy Test was performed to ensure the 5.5-B system correctly captures, stores, consolidates, and reports the specific ballot selections, and absence of selections, for each ballot position. To perform the test, the test deck provided by Maricopa Board of Elections was inserted into each tabulator and processed to reach a total of at least 1,549,703 ballot positions.

Summary Findings

An Accuracy Test was performed on the ICP 2 precinct scanner, ICC HiPro Workstation, and the ICC Canon DR-G1130 over a two day period. Using the test deck that was provided by Maricopa County, all votes were tallied and adjudicated resulting in an accurate ballot count. The ICC workstations were scanned on the first day. Ballots were imported into RTR and adjudicated resulting in accurate numbers The ICP 2 ballots were scanned on the second day and were scanned by volunteers from the "Leauge of Women Voters". Board of Elections staff acted as poll workers if the volunteers had any issues.

Two anomalies recorded during the execution of this test:

- A ballot jam was recorded on audit unit 10. It could not be determined if the ballot was tabulated. The Pro V&V test team isolated the ballot until the polls were closed. It was determined the ballot was tabulated and the ballot was returned to the ballot bin.

- On audit unit 11, after the close of polls it was determined that a ballot jammed and was rerun through tabulation because the total ballots cast was plus 1. The tabulator was rezeroed and all ballots were rescanned.

Ballots were imported into RTR and Adjudicated resulting in accurate numbers.

**4.0   CONCLUSIONS**

Based on the results obtained during the Field Audit, Pro V&V determines the D-Suite 5.5-B Voting System, on all evaluated components, is the voting system software and hardware certified for use in Maricopa County and are the same as the software and hardware used in the conduction of the November 2020 General Election.

225 WEST MADISON
PHOENIX, AZ 85003
WWW.MARICOPACOUNTYATTORNEY.ORG

PH.  (602) 506-8541
FAX  (602) 506-4317



# 𝕸𝖆𝖗𝖎𝖈𝖔𝖕𝖆 𝕮𝖔𝖚𝖓𝖙𝖞 𝕬𝖙𝖙𝖔𝖗𝖓𝖊𝖞

## RACHEL MITCHELL

April 10, 2024

**<u>VIA EMAIL ONLY</u>**
Kurt B. Olsen
1250 Connecticut Ave, N.W.
Ste. 700
Washington, D.C. 20036
ko@olsenlaw.com

RE:    Your April 2, 2024 "Notice pursuant to Ariz. R. Prof'l. Cond. 3.3(a)-(c)"

Mr. Olsen:

We are in receipt of your letter of April 2, 2024 (the "Letter").  The Letter alleges that attorneys from this Office and retained by this Office to represent Maricopa County made "false or misleading material statements" in several cases brought by Kari Lake relating to and challenging her loss in the 2022 gubernatorial election.  Your allegations are categorically false, and we deny them in their entirety.

These false allegations are based on claims, made by your two so-called "experts" in declarations you attached to the Letter, that the Maricopa County Elections Department used "altered, uncertified, and unapproved voting system software" and "falsely certified it conducted logic and accuracy" testing.  These claims are false. Your declarants are not experts in—and do not even fully understand—election law, election administration, and election processes.  This is evidenced by, among other things, the "expert" analysis previously done by Mr. Cotton and the Cyber Ninjas, which contained 22 misleading statements, 41 inaccurate statements and 13 blatantly false statements concerning the 2020 election. *See* "Correcting the Record" (Maricopa County's 93-page detailed response), https://elections.maricopa.gov/asset/jcr:a9e03750-0a8f-4162-859f-1d46ac54b485/Correcting%20The%20Record%20-%20January%202022%20Report.pdf.    And now that you have offered two additional declarations from your so-called "experts," which you attached to the Letter, there are numerous additional errors that could be added to this total.

For nearly four years, Maricopa County has spent countless hours and taxpayer funds to debunk your "experts'" and others' false and misleading claims. Among other things, it has successfully defended dozens of baseless lawsuits containing the same or similar allegations as those stated in the Letter, hired EAC-certified experts to confirm its software and hardware was not altered and was properly certified, and retained accounting and legal experts to confirm compliance with

196a

April 10, 2024
Page 2

procurement and election statutes. *See e.g.,* https://www.maricopa.gov/5681/Elections-Equipment-Audit, https://www.maricopa.gov/DocumentCenter/View/82599/Maricopa-Election-Report-and-Attachments, https://www.maricopa.gov/DocumentCenter/View/74501/Final-Report-Answers-to-Senate-Questions.

What is more, judges have considered opinions offered by your "experts" and found them wanting. No judge has considered testimony offered by your "experts" and found it determinative of the issue at hand, or even overly persuasive. The judges have given the various declarations and testimony of your "experts" the weight they have deserved, which has not been much. After reviewing the new declarations, we found them to be substantially similar.

The quoted statements in the Letter and the various attachments to it, which were made by Maricopa County's witnesses and counsel, are neither false nor misleading. Maricopa County's election equipment was properly certified for use in the 2020 and 2022 elections and Maricopa County properly conducted all statutorily required logic and accuracy testing.

Sincerely,

RACHEL MITCHELL
MARICOPA COUNTY ATTORNEY

*/s/Thomas P. Liddy*
Thomas P. Liddy
Chief of the Civil Services Division

Cc (all via email):
- Emily Craiger
- Daniel Jurkowitz
- Kara Karlson
- Karen Hartman-Tellez
- Craig Morgan
- Alexis Danneman
- Andy Gaona
- Austin Yost
- Abha Khanna
- Lalitha D. Madduri
- Christina Ford
- Elena A. Rodriguez Armenta



**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

**KARA KARLSON**
SENIOR LITIGATION COUNSEL
DIRECT PHONE 602-542-8118
KARA.KARLSON@AZAG.GOV

**KRIS MAYES**
ATTORNEY GENERAL

**STATE GOVERNMENT DIVISION**
**AGENCY COUNSEL SECTION**

April 11, 2024

VIA EMAIL ONLY

Kurt B. Olsen
1250 Connecticut Ave., N.W.
Suite 700
Washington, D.C. 20036
ko@olsenlaw.com

      Re:     "Notice pursuant to Ariz. R. Prof'l. Cond. 3.3(a)(c)" on April 2, 2024 and Maricopa County's April 10, 2024 response to same

Dear Mr. Olsen:

      Having received and reviewed both your April 2, 2024 letter, and Maricopa County's April 10, 2024 response to the same, we write to inform you that the attorneys in the Arizona Attorney General's Office, who appeared in the various cases identified in your letter on or after July 1, 2023, join Maricopa County's response and have no further information to provide. Additionally, given the rejection of Plaintiffs' "supplemental" filing by the United States Supreme Court, we will not provide additional briefing unless the Court directs us to do so.

      Sincerely,

      */s/ Kara Karlson*
      Kara Karlson

Copies to: Emily Craiger, Joseph La Rue, Daniel Jurkowitz, Craig Morgan, Alexis Danneman, Andy Gaona, Austin Yost, Abha Khanna, Lalitha D. Madduri, Christina Ford, Elena A. Rodriguez Armenta