|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 20 2024 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| KARI LAKE; MARK FINCHEM,<br><br>    Plaintiffs-Appellants,<br><br> v.<br><br>ADRIAN FONTES, Arizona Secretary of State; et al.,<br><br>    Defendants-Appellees. | No. 22-16413<br><br>D.C. No. 2:22-cv-00677-JJT<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: GOULD, HURWITZ, and BUMATAY, Circuit Judges.

The motion to recall the mandate (**Dkts. 64 & 65**) is denied. Appellees' request for sanctions (**Dkt. 71**) is denied.